UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>Defendant. | Civil Action File<br><br>No. 2:22-cv-17-RWS |

## RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that today I served all parties with Plaintiffs' Third Interrogatories to Defendant Rough Country, LLC via email to the following:

Richard H. Hill, II
Claire C. Murray
Lindsay G. Ferguson
Aaron Chausmer
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Respectfully submitted on April 7, 2023.

CANNELLA SNYDER LLC

*/s/ Devin L. Mashman*
TEDRA L. CANNELLA
  Georgia Bar No. 881085
  tedra@cannellasnyder.com
ROBERT H. SNYDER, JR.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
RORY A. WEEKS
  Georgia Bar No. 113491
  rory@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588
  devin@cannellasnyder.com

315 W. Ponce de Leon Ave.
Suite 885
Decatur, GA 30030
(404) 800-4828
(404) 393-0365 (fax)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

                            CANNELLA SNYDER LLC

                            */s/ Devin L. Mashman*
                            TEDRA L. CANNELLA
                              Georgia Bar No. 881085
                              tedra@cannellasnyder.com
                            ROBERT H. SNYDER, JR.
                              Georgia Bar No. 404522
                              rob@cannellasnyder.com
                            RORY A. WEEKS
                              Georgia Bar No. 113491
                              rory@cannellasnyder.com
                            DEVIN L. MASHMAN
                              Georgia Bar No. 257588
                              devin@cannellasnyder.com

                            315 W. Ponce de Leon Ave.
                            Suite 885
                            Decatur, GA 30030
                            (404) 800-4828
                            (404) 393-0365 (fax)