UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| Santana Bryson and Joshua Bryson, | * | |
| as Administrators of the | * | |
| Estate of C.Z.B., and as surviving | * | |
| parents of C.Z.B., a deceased minor, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action File |
| v. | * | |
| | * | No. 2:22-cv-17-RWS |
| Rough Country, LLC | * | |
| | * | |
| Defendant. | * | |

## RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that today I served all parties with the following documents:

1. Notice of 30(b)(6) Deposition to Rough Country, LLC

via email addressed as follows:

Richard H. Hill, II
Lindsay G. Ferguson
Claire C. Murray
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
Rhill@wwhgd.com
lgatling@wwhgd.com
cmurray@wwhgd.com

Respectfully submitted on July 12, 2023.

        CANNELLA SNYDER LLC

        */s/ Tedra L. Cannella*
        TEDRA L. CANNELLA
          Georgia Bar No. 881085
          tedra@cannellasnyder.com
        ROBERT H. SNYDER, JR.
          Georgia Bar No. 404522
          rob@cannellasnyder.com
        DEVIN L. MASHMAN
          Georgia Bar No. 25788
          devin@cannellasnyder.com

        315 W. Ponce de Leon Ave.
        Suite 885
        Decatur, GA 30030
        (404) 800-4828
        (404) 393-0365 (fax)

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

        CANNELLA SNYDER LLC

        */s/ Tedra L. Cannella*
        TEDRA L. CANNELLA
         Georgia Bar No. 881085
         tedra@cannellasnyder.com
        ROBERT H. SNYDER, JR.
         Georgia Bar No. 404522
         rob@cannellasnyder.com
        DEVIN L. MASHMAN
         Georgia Bar No. 25788
         devin@cannellasnyder.com

        315 W. Ponce de Leon Ave.
        Suite 885
        Decatur, GA 30030
        (404) 800-4828
        (404) 393-0365 (fax)