# CANNELLA | SNYDER

Phone: 404.800.4828 ▪ cannellasnyder.com ▪ Fax: 404.393.0365
315 W. Ponce de Leon Ave., Suite 885, Decatur, GA 30030

June 3, 2024

The Honorable Richard W. Story, Senior Judge
United States District Court
2121 Richard B. Russell
Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: *Santana Bryson and Joshua Bryson, as The Honorable Richard W. Story, Senior Judge Richard H Hill Claire C. Murray Administrators of the Estate of C.Z.B., and as surviving parents of a deceased minor, C.Z.B. v. Rough Country, LLC*, United States District Court for the Northern District of Georgia, Gainesville Division, Civil Action No. 2:22-17-RWS

Dear Judge Story:

As the Court is aware, I am lead counsel for Plaintiff in the above referenced case. Pursuant to Local Rule 83.1.E(3), I am writing to request that no conference or hearing be held in the case between June 6, 2024, and June 7, 2024, as I will be attending the Georgia State Board of Governors meetings; July 17, 2024, and July 22, 2024, as I will be attending a professional conference; and August 1, 2024, to August 10, 2024, as I will be on a family vacation.

As always, thank you for your time and attention in this case.

Sincerely,

CANNELLA SNYDER LLC

TEDRA L. CANNELLA

TLC/lc