UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor, | * * * * * |
| Plaintiffs, | * * |
| v. | Civil Action File * |
| | * No. 2:22-cv-17-RWS |
| Rough Country, LLC | * * |
| Defendant. | * |

## RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that today I served all parties with **Second Supplement to Plaintiffs' Initial Disclosures** to Defendant Rough Country, LLC via email to the following:

Richard H. Hill, II
Claire C. Murray
Lindsay G. Ferguson
Aaron B. Chausmer
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Respectfully submitted on June 17, 2024.

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*
TEDRA L. CANNELLA
  Georgia Bar No. 881085
  tedra@cannellasnyder.com
ROBERT H. SNYDER, JR.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588
  devin@cannellasnyder.com

315 W. Ponce de Leon Ave.
Suite 885
Decatur, GA 30030
(404) 800-4828
(404) 393-0365 (fax)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

                         CANNELLA SNYDER LLC

                         */s/ Tedra L. Cannella*
                         TEDRA L. CANNELLA
                           Georgia Bar No. 881085
                           tedra@cannellasnyder.com
                         ROBERT H. SNYDER, JR.
                           Georgia Bar No. 404522
                           rob@cannellasnyder.com
                         DEVIN L. MASHMAN
                           Georgia Bar No. 257588
                           devin@cannellasnyder.com

                         315 W. Ponce de Leon Ave.
                         Suite 885
                         Decatur, GA 30030
                         (404) 800-4828
                         (404) 393-0365 (fax)