# EXHIBIT "2"

Page 1

1        IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
2                 GAINESVILLE DIVISION
3  SANTANA BRYSON AND JOSHUA BRYSON, )
   AS ADMINISTRATORS OF THE ESTATE   )
4  OF C.Z.B., AND AS SURVIVING       )
   PARENTS OF C.Z.B., A DECEASED     )
5  MINOR,                            ) CIVIL ACTION FILE NO.:
                                     )
6           Plaintiffs,              ) 2:22-CV-17-RWS
                                     )
7  v.                                )
                                     )
8  ROUGH COUNTRY, LLC,               )
                                     )
9           Defendant.               )
10  _____
11
12           VIDEOTAPED VIDEOCONFERENCE
13           RULE 30(B)(6) DEPOSITION OF
14                 RAD J. HUNSLEY
15                  ON BEHALF OF
16              ROUGH COUNTRY, LLC
17         * NONCONFIDENTIAL PROCEEDINGS *
18               August 4, 2023
19                 10:08 a.m.
20             Dyersburg, Tennessee
21
22
23          Jennifer B. Ourada, CCR
24           Certificate No. 2658
25

Case 2:22-cv-00017-RWS   Document 95-4   Filed 08/15/24   Page 3 of 6
30(b)(6) Rad J. Hunsley                                August 4, 2023
Bryson, Santana And Joshua Vs. Rough Country, LLC

Page 10

1                THE COURT REPORTER:  Ms. Cannella?
2                MS. CANNELLA:  Yes, ma'am.
3                THE COURT REPORTER:  I'm sorry, can we go
4      off for one moment.
5                MS. CANNELLA:  Yes, ma'am.
6                THE VIDEOGRAPHER:  Off the record, 10:15.
7            (There was a break in the proceedings from
8     10:15 a.m. through 10:17 a.m.)
9                THE VIDEOGRAPHER:  Back on the record.
10         The time is 10:17.
11    BY MS. CANNELLA:
12         Q    All right.  Mr. Hunsley, you said that
13    no -- that Rough Country has no evidence from
14    consumer feedback that its lift kits are causing an
15    issue with injury.
16              Is it Rough Country's testimony that it's
17    waiting for its consumers to tell it if people are
18    getting hurt in crashes because of the lift kit?
19    How would consumers know that?
20         A    Well, we've never had any feedback from
21    any government agencies.  What I mean by
22    "consumers," we've been putting our product in
23    commerce for 30 years.  And with the millions of
24    kits and billions of miles of exposure of our
25    product on the road, we've never had any incidents.

Case 2:22-cv-00017-RWS   Document 95-4   Filed 08/15/24   Page 4 of 6
30(b)(6) Rad J. Hunsley                              August 4, 2023
Bryson, Santana And Joshua Vs. Rough Country, LLC

Page 32

1  designed to be safe in crashes?
2           MR. HILL:  Object to the form.  Go ahead.
3  BY THE WITNESS:
4       A    The auto manufacturers that design these
5  vehicles go through extensive testing and analysis
6  to make sure that the vehicles are safe on the
7  roads --
8  BY MS. CANNELLA:
9       Q    And the automakers -- oh, I'm sorry, I
10 didn't mean to interrupt you.  Go ahead and finish.
11      A    And then we go through extensive design of
12 our products to ensure that our lifts maintain the
13 OE performance.
14      Q    Can you say that last part again?  That
15 Rough Country goes through extensive what?
16      A    We design our product to ensure the
17 performance of the OE vehicle is maintained, from a
18 suspension handling perspective.
19      Q    Okay.  We're going to get back to that,
20 both of those things.
21           But, first, isn't it true that if trucks
22 didn't get in crashes, they wouldn't need seat
23 belts.  Correct?
24           MR. HILL:  Object to form.  Go ahead.
25

Page 44

1  to necessarily all the documents in the Mendoza
2  case.
3      Q    Has anyone told you about any crash
4  testing or computer-aided design testing?
5      A    No, ma'am.
6      Q    Okay.  And did Rough Country call up the
7  manufacturer of that truck and say, hey, what
8  happens if we lift this truck?  Is that dangerous?
9  Does that change the crash vehicle dynamics?
10         MR. HILL:  Object to the form.
11 BY THE WITNESS:
12     A    No.  We didn't have any specific
13 communications with the OE manufacturer of the
14 truck.  Again, we design our lift kits to maintain
15 performance -- handling performance characteristics
16 (indiscernible audio).
17         MS. CANNELLA:  Can you guys hear
18     Mr. Hunsley okay?  Yeah, I think you've got to
19     maybe speak up a little bit.
20         THE WITNESS:  Okay.  Sorry.
21         MS. CANNELLA:  Okay.  Thank you.
22         THE COURT REPORTER:  I'm sorry, could you
23     repeat the answer because it was all broken up.
24         THE WITNESS:  Please repeat the question.
25         MS. CANNELLA:  Jennifer, could you give us

Case 2:22-cv-00017-RWS   Document 95-4   Filed 08/15/24   Page 6 of 6
30(b)(6) Rad J. Hunsley                                  August 4, 2023
Bryson, Santana And Joshua Vs. Rough Country, LLC

Page 50

```
 1   BY THE WITNESS:
 2        A    We've never hired anyone to directly test
 3   our product.  Again, we make products for 80-plus
 4   different applications, and there's an infinite
 5   number of vehicles that our product could be
 6   involved with.  Again, there's no structured test
 7   that we're even aware of that could be conducted, as
 8   you're insinuating -- specific to a lifted vehicle.
 9   BY MS. CANNELLA:
10        Q    I'm sorry?
11        A    Specific to a lifted vehicle.
12        Q    One of the things that you testified about
13   earlier was that Rough Country doesn't know of
14   incidents where its lifts have caused injury in real
15   road crashes.  Correct?  Is that a fair paraphrase?
16        A    I'm not saying that there hasn't been
17   wrecks with lifts where injuries were caused.
18   That's not what I'm saying.  I don't know that the
19   injuries that were sustained in any event involving
20   a Rough Country lift caused those injuries to be any
21   more severe.
22        Q    Okay.  Correct me if I'm wrong, but I
23   thought earlier today you testified that Rough
24   Country considers the fact that its customers have
25   not complained about injuries being caused by lifts;
```