# EXHIBIT "5"

# In the Matter Of:

## BRYSON vs ROUGH COUNTRY

2:22-CV-017-RWS

# SANTANA BRYSON

*April 12, 2023*



800.211.DEPO (3376)
*EsquireSolutions.com*

1   had stopped, at the end of her driveway, and we
2   switched.
3           And that's when I seen that Cohen was
4   asleep in the rearview mirror.  We didn't check on
5   him, but we drove down the dirt road and we went down
6   that.  It's complicated.  But if you look up on the
7   maps, we went down that one road and we were at the
8   stop sign of the blossom -- I don't think it's
9   Blossom Valley cause where she lives -- I don't know.
10  But there's, like -- it's a dirt road and then a
11  road.  We got on the actual pavemented road.  And
12  that's when we noticed, oh, he's already asleep; that
13  was quick, you know.  And then we just headed on from
14  there.
15       Q   So within a couple of minutes of getting in
16  the car he'd fallen asleep?
17       A   Yeah.  He was gone.  He hadn't taken a nap
18  all day.  He had played himself.  He was tired.
19       Q   Okay.  And then while you were driving
20  could you see -- he was, he was seated behind you;
21  Cohen was, correct?
22       A   Yes, ma'am.
23       Q   Could you see him in the rear view mirror
24  while you were driving?
25       A   Yes, ma'am.



800.211.DEPO (3376)
EsquireSolutions.com

```
 1        Q    And was he asleep, to your knowledge, up
 2   until the accident?
 3        A    Yes, ma'am.
 4        Q    Okay.  Did he -- do you know if he, like,
 5   had a paci or anything like that --
 6        A    No.
 7        Q    -- with him in the car seat?  "No"?
 8        A    He didn't, he didn't take paci since a year
 9   old.  And he didn't take a bottle since a year old
10   either.  We took those away at a year old.
11        Q    Okay.  And could you tell he was asleep
12   just cause his eyes were shut, or was he sort of,
13   like, leaned over or --
14        A    He -- his eyes were shut and he was to the
15   side.
16        Q    Is that to the right?  If you're in the
17   seat --
18        A    Yes.
19        Q    -- to his right?
20        A    In the mirror, he was on the right.  Like I
21   was looking in the rearview mirror and his head was
22   to the right-hand side.
23        Q    Okay. But so if you're -- if you are Cohen
24   sitting in the car seat, if you're directing which
25   way his head was tipped would it be, like, his right
```



```
 1   up in?
 2       A    Yes.
 3       Q    Okay.  Are lifted trucks pretty common in
 4   Shannon, Georgia area?
 5       A    I wouldn't say "common," but they're not
 6   irrelevant either.  I would say maybe like two out of
 7   ten cars that you would see maybe.
 8       Q    Are lifted?
 9       A    Yes.
10       Q    Okay.  And the boyfriend Jacob Taylor that
11   had the lifted truck, is that the vehicle he drove
12   the whole time that you all were dating?
13       A    No.  It was, it was just a truck that he
14   kept for a very short period of time.  His dad had
15   got it for him.  And he just drove it for maybe like
16   a month or two and then the lift broke on it, so he
17   had to sell it.
18       Q    And when you -- what do you mean by "the
19   lift broke"?
20       A    I don't know.  I just was told that the
21   lift broke, so he sold it.  That's all I know about
22   that.
23       Q    Okay.  Aside from Jacob Taylor, do you have
24   any family members that have ever had lifted trucks,
25   to your knowledge?
```

