# EXHIBIT "6"

# In the Matter Of:

## BRYSON vs ROUGH COUNTRY

2:22-CV-017-RWS

## JOSHUA BRYSON

*April 12, 2023*



800.211.DEPO (3376)
*EsquireSolutions.com*

1       A    I can't remember for sure.
2       Q    Do you have a memory of being stopped or
3   sitting at the stoplight before the accident?
4       A    Not that I can recall.
5       Q    And what do you remember about what -- I
6   mean, I understand Cohen was buckled into his car
7   seat --
8       A    (Witness nods head.)
9       Q    -- but what do you remember about what he
10  was doing from the time you all left the house to
11  that point?  I mean, whether he was playing with a
12  toy or had a paci or sleeping or -- do you have any
13  memory or information about that?
14      A    He was sleeping.
15      Q    Okay.  And, I mean, this is kind of -- it
16  sounds like a stupid question, but how did you know
17  was he -- he was sleeping?  Did you, like, look back
18  at him, or you -- something like that, or --
19      A    I think whenever I had -- we had swapped
20  for me to be in the passenger seat and her driving,
21  we had checked and he was sleeping.
22      Q    Okay.  And that would have been when you
23  all swapped at the end of your mom's driveway?
24      A    Yes, ma'am.
25      Q    Okay.  So I just -- I'm trying to make sure



1  the one that had hit us --
2       Q    Mm-hmm.
3       A    -- but I feel like if, if the, the truck
4  wasn't so high up it would have been able to, like,
5  hit the bumper rather than just kind of crush the top
6  of the car.  Cause you can see in the pictures that
7  it kind of went over the top of the car and I think
8  that probably caused a lot more damage than, than
9  what it could have.
10      Q    And have you ever driven any vehicle in
11 your lifetime with a lift kit, or a lifted vehicle?
12      A    No.
13      Q    Do you have any family members that have
14 ever owned a vehicle with a lift kit on it?
15      A    Not to my knowledge.  No.
16      Q    And I think I asked have you ever driven
17 one.
18           Have you ever ridden in a car or vehicle
19 with a lift kit on it; a lifted suspension?
20      A    I'm sure I have.  I can't tell you exactly.
21 I mean, I can't remember exactly, but I'm sure
22 probably at some point in my life I probably have.
23      Q    What makes you think that you probably
24 have?
25      A    I'm from the country.  And that's a common



800.211.DEPO (3376)
EsquireSolutions.com

1  thing in the country.
2       Q    Would you say on most occasions while
3  you're out driving in the area where you leave --
4  live you'll see at least one vehicle that's lifted on
5  the roadway?
6       A    Where I live currently, or where I lived
7  previously?
8       Q    Well, when you grew up in the country, I
9  should say.
10      A    When -- um.  So ask that one more time.
11      Q    So that was probably -- that was a bad
12 question.
13           Back when you -- when you talk about living
14 in the country, is that growing up?
15      A    Yes, ma'am.
16      Q    Okay.  And now you would not consider
17 yourself to live in the country?
18      A    Not as country --
19      Q    Not as --
20      A    -- as where I grew up.
21      Q    -- country?
22      A    Yeah.
23      Q    Okay.  Back growing up living in the
24 country, you know, as an estimate, any time you got
25 on the roadway as a passenger or driveway -- driver,

