# EXHIBIT "8"



| | Original | Page 1/1 | **Order Confirmation** |

|  |  |
|---|---|
|  | **Sales Order No.** |
|  | 1152715 |
| **Customer No.** | **Your Reference**   **Document Date** |
| WEB | SO00352879   6/21/2016 |
|  | **Your Contact** |

2450 Huish Road
2450 Huish Road

**Billing Address**
WILL HOLLOWAY
1515 ADA STREET
BLUE RIDGE GA  30513

**Delivery Addresss**
WILL HOLLOWAY
1515 ADA STREET
BLUE RIDGE GA  30513

**Expected Ship Date: 06/22/16**   **Shipping Method: UPS Ground**

| | Item | Quantity | UoM | Price | Total |
|---|---|---|---|---|---|
| 1 | 567.20<br>FORD 15-16 F250 SUPER DUTY 4WD - 4.5IN LIFT KIT W/ OVERLOADS | 1.00 | ea | $ 649.95 | $ 649.95 |
| 2 | 9297<br>05-16 F250 COIL   5D | 1.00 | ea | - | - |
| 3 | 1567BOX1<br>2015-16 F250 BOX KIT | 1.00 | ea | - | - |
| 4 | 1563BOX3<br>FORD 2011-16 F250 SUPER DUTY 4WD 4.5 IN BLOCK/U-BOLT KIT W/ OVERLOADS | 1.00 | ea | - | - |
| 5 | 1580.20<br>FORD F250 SUPER DUTY SHOCK KIT | 1.00 | ea | - | - |
| 6 | 87491.20<br>FORD 05-16 F250 SUPER DUTY 4WD - DUAL STEER STAB | 1.00 ea<br>Notes: Disco when out | | 129.95 | 129.95 |
| 7 | 1197<br>FORD 05-12 F250 SUPER DUTY 4WD - CARRIER BEARING DROP KIT | 1.00 | ea | 34.95 | 34.95 |

| | | | |
|---|---|---|---|
| **Payment Term:** | CIA | **Order Subtotal:** | $ 814.85 |
| | | **Discount Total:** | $ - |
| | | **Down Payment:** | $ - |
| **Allow Partial Delivery** | | **Total Tax Amount:** | $ - |
| **Confirmation of sales** | | **Shipping Fees:** | $ - |
| **Additional Comments:** | | **Balance Due:** | $ 884.80 |

vers A362-T36-21      Website:  www.roughcountry.com   Phone:  800-222-7023        RC-BRYSON 005377