# EXHIBIT "9"

# Repair Order Detail - Internal Copy

RO Number: 230221     RO Status: CLOSED

Customer: HOLLOWAY,ANTHONY HOYT
Phone(s): Contact: (706)455-0017    Main: (706)632-8100
Vehicle: 1FT7W2BT9GEC79140    2016  F250    GRAY

Click to View Cust Copy
Cell:

Mileage: 2,228
Service advisor: 21472
Tag number: T131

Payment type: CHK, CC
Promised time: 05:00 PM
Promised date: 07/11/2016

Waiter: No
Estimate:    0.00
Customer Comments:  No

| | | | | | |
|---|---|---|---|---|---|
| A | CUSTOMER REQUESTS 4.5" LIFT INSTALLED. CUSTOMER SUPPLIED LIFT. | | | | |
| | 45 | CQL | STEERING/SUSPENSION | 9.50 | 731.50 |
| | Tech(s): 21772 | | | | |
| Pts: | 0.00 Lbr: | | 731.50 Other: | 0.00 Total Line A: | 731.50 |

Story: 2228  INSTALLED 4.5" ROUGH COUNTRY LIFT, CUSTOMER SUPPLIED LIFT. AND INSTALLED DUAL STEERING STABILIZER. ALSO PROVIDED BY CUSTOMER.

| | | | | | |
|---|---|---|---|---|---|
| B | MOUNT AND BALANCE 4 FUEL 2PC MAVERICK 22X12 ON LT35X12.50R22 TOYO OPEN COUNTRY M/T. | | | | |
| | 46FOZ07 | CQL | MOUNT AND BALANCE | 0.00 | 75.00 |
| | Tech(s): 16716 | | | | |
| | 9L3Z*1700*A | | 4 KIT - VALVE | | 61.96 |
| | D26022201747 | | 4 22X12 FUEL 2PC MAVERICK | | 2,120.00 |
| | R571848 | | 1 INSTALL KIT | | 48.00 |
| | 360540 | | 4 LT35X12.50R22 TOY M/T | | 1,916.04 |
| Pts: | 4,146.00 Lbr: | | 75.00 Other: | 0.00 Total Line B: | 4,221.00 |

Story: 2228  MOUNTED AND BALANCED 4 WHEELS ON TOYO OPEN COUNTRY M/T LT35X12.50R22.

| | | | | | |
|---|---|---|---|---|---|
| C | CUSTOMER REQUEST WHEEL ALIGNMENT | | | | |
| | 45FOZ | CQL | CUSTOMER REQUEST WHEEL ALIGNMENT | 2.00 | 95.00 |
| | Tech(s): 21772 | | | | |
| Pts: | 0.00 Lbr: | | 95.00 Other: | 0.00 Total Line C: | 95.00 |

Story: 2228  PERFORMED ALIGNMENT, SET VEHICLE TO ROUGH COUNTRY SPECS. ALL CHECKED GOOD AFTER TEST DRIVE.

| | | | | | |
|---|---|---|---|---|---|
| D | CUSTOMER REQUEST QUICK LANE MULTI POINT INSPECTION | | | | |
| | 99FOZZQ99P | CQL | CUSTOMER REQUEST QUICK LANE MULTI POINT INSPECTION | 0.00 | 0.00 |
| | Tech(s): 21772 | | | | |
| Pts: | 0.00 Lbr: | | 0.00 Other: | 0.00 Total Line D: | 0.00 |

|  |  |
|---|---|
| Customer Pay | |
| Labor | 901.50 |
| Parts | 4,146.00 |
| Lube | 0.00 |
| Sublet | 0.00 |
| Miscellaneous/Shop Charge | 30.00 |
| Deductible | 0.00 |
| Total Charges | 5,077.50 |

Page 1, Created: 03/26/2021 11:28:39 AM

RONNIE THOMPSON FORD 000027

# Repair Order Detail - Internal Copy

| | |
|---|---:|
| Less Insurance/Adjustment | 0.00 |
| Sales Tax | 292.32 |
| Total | 5,369.82 |