UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>    Plaintiffs,<br><br>v.<br><br>Rough Country, LLC,<br><br>    Defendant. | Case No. 2:22-CV-017-RWS<br><br>JURY TRIAL DEMANDED |

**DEFENDANT ROUGH COUNTRY, LLC'S NOTICE OF SERVICE UNDER O.C.G.A § 9-4-7(C) REGARDING CONSTITUTIONALITY**

COMES NOW Defendant Rough Country, LLC ("Rough Country"), by and through its undersigned counsel, and gives notice that, pursuant to O.C.G.A. § 9-4-7(c), it has served the Attorney General of the State of Georgia with a copy of its Motion for Summary Judgment and Memorandum of Law in Support, wherein it alleges that O.C.G.A. § 40-8-6, as was in effect on March 15, 2020, is unconstitutional or otherwise invalid by statutory overnight delivery and first class mail as follows:

Attorney General Chris Carr
Office of the Attorney General
47 Trinity Street, SW
Atlanta, Georgia 30334

Attorney General Chris Carr
Office of the Attorney General
40 Capital Square, SW
Atlanta, Georgia 30334

This 15th day of August, 2024.

Respectfully submitted,
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*/s/ Aaron B. Chausmer*
Richard H. Hill, II
Georgia Bar No. 354425
Lindsay G. Ferguson
Georgia Bar No. 140970
Aaron B. Chausmer
Georgia Bar No. 119998

3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
Phone:  404-876-2700
Fax:  404-875-9433

*Attorneys for Defendant Rough Country, LLC*

## **RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court complies with Local Rule 5.1 in that it was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

## **CERTIFICATE OF SERVICE**

This is to certify that I have electronically served the foregoing filing with the Clerk of Court via CM/ECF, which will send a copy to the following attorneys of record:

> Tedra L. Cannella
> Robert H. Snyder, Jr.
> Rory A. Weeks
> Devin Mashman
> CANNELLA SNYDER LLC
> 315 W Ponce de Leon Ave
> Suite 885
> Decatur, GA 30030
> ***ATTORNEYS FOR PLAINTIFFS***

This, 15th day of August, 2024.

> */s/ Aaron B. Chausmer*
> Aaron B. Chausmer
> Georgia Bar No. 119998