# EXHIBIT "2"

Page 1

```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       GAINESVILLE DIVISION

SANTANA BRYSON AND JOSHUA BRYSON,
as Administrators of the Estate of
C.Z.B, and as Surviving Parents of
C.Z.B., a Deceased Minor,

         Plaintiffs,             CASE NO.
                                 2:22-CV-017-RWS
    vs.

ROUGH COUNTRY, LLC,

         Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
         Videotaped deposition of SANTANA BRYSON,
    taken on behalf of the Defendant, pursuant to
    Notice, in accordance with the Federal Rules of
    Civil Procedure, before Louise Griffith,
    Certified Court Reporter, at 315 West Ponce de
    Leon Avenue, Decatur, Georgia, on the 12th day
    of April, 2023, commencing at the hour of 1:17
    p.m.
```

Page 2

```
1                INDEX TO EXAMINATIONS
2   SANTANA BRYSON                                   Page
3   Cross-examination by MS. FERGUSON                  5
4                  DEFENDANT'S EXHIBITS
5   Exhibit    Description                           Page
6   D-2        Plaintiff Joshua Bryson's              43
               Responses to Defendant Rough
7              Country, LLC's First
               Interrogatories
8   D-3        Plaintiff's Responses to               34
               Defendant Rough Country, LLC's
9              Second Interrogatories
    D-5        Plaintiff Santana Bryson's             45
10             Response to Defendant Rough
               Country, LLC's First
11             Interrogatories
```

Page 3

```
1   APPEARANCES OF COUNSEL:
2      ON BEHALF OF THE PLAINTIFFS:
3          TEDRA L. CANNELLA, ESQ.
           DEVIN L. MASHMAN, ESQ.
4          Cannella Snyder, LLC
           315 West Ponce de Leon Avenue
5          Suite 885
           Decatur, GA  30030
6
       ON BEHALF OF THE DEFENDANT:
7
           LINDSAY G. FERGUSON, ESQ.
8          Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
           3344 Peachtree Road, N.E.
9          Suite 2400
           Atlanta, GA  30326
10
       Also present:
11
           Maya Carter, Videographer
12
           Joshua Bryson
13                        - - -
14      (Whereupon, disclosure as required by the
15   Georgia Board of Court Reporting was made by the
16   court reporter, a written copy of which is
17   attached hereto.)
```

Page 4

1  THE VIDEOGRAPHER:  Today's date is
2  April 12th, 2023.  The time is 1:17 p.m.
3    This will be the videotaped deposition of
4  Santana Bryson in the matter of Santana Bryson
5  and Joshua Bryson as administrators of the
6  estate of C.Z.B., and as surviving parents of
7  C.Z.B., a deceased minor, versus Rough Country
8  LLC, taken at 315 Ponce de Leon Avenue, Suite
9  885, Decatur, Georgia 30030.
10    Will counsel, please, identify themselves
11  for the record.
12    MS. FERGUSON:  Lindsay Ferguson on behalf
13  of Defendant Rough Country, LLC.
14    MS. CANNELLA:  Tedra Cannella and Devin
15  Mashman on behalf of the plaintiffs.
16    THE VIDEOGRAPHER:  Will the court reporter,
17  please, swear in the witness.
18          SANTANA BRYSON,
19  having been first duly sworn, was examined and testified
20  as follows:
21    MS. FERGUSON:  This will be the deposition
22  of Santana Bryson taken pursuant to agreement
23  and notice; agreement of counsel and notice.
24    This deposition will be for all purposes
25  allowable under the Federal Rules of Civil



Page 5

1  Procedure and the Federal Rules of Evidence.
2       Based on counsel's prior statement, you
3  want to state all objections on the record going
4  forward?
5       MS. CANNELLA:  All objections that have to
6  be preserved.  Yes.
7            CROSS-EXAMINATION
8  BY MS. FERGUSON:
9    Q   All right.  Mrs. Bryson, is it okay if I
10 call you Santana?
11   A   Mm-hmm.
12   Q   Okay.  Thank you.
13      Santana, could you state your full name for
14 the record, please?
15   A   Santana Sheree Bryson.
16   Q   And what is your date of birth?
17   A   4/25/96.
18   Q   Okay.  And I apologize in advance.  Some of
19 this is a little repetitive.  But just for the
20 record, I'm going to ask you some of the same
21 questions that I know you heard me ask your husband
22 Josh earlier.  But just so we have a clear record,
23 I'll have to repeat some of them.
24      What is your current address?
25   A   425 Chubbtown Road, Cedartown, Georgia

Page 6

1  30125.
2    Q   Okay.  And you've lived at that address, it
3  sounds like, since about July of 2020?
4    A   Yes.
5    Q   Okay.  All right.  And you live there with
6  your husband and your two children?
7    A   Yes, ma'am.
8    Q   Okay.  And as you know after sitting
9  through the deposition earlier today, and I'm sure
10 your lawyers have talked with you about this, but I'm
11 here today to ask you some questions related to the
12 lawsuit that's been filed against my client Rough
13 Country.
14      And I am very deeply sorry for your loss.
15 I can't imagine what you have been through; you and
16 your husband.  And I apologize in advance for having
17 to ask some of the questions that I'm going to ask
18 you per the gist of it.  So I don't mean to be
19 intrusive or upset you, though I know this process is
20 upsetting by the nature of what we have to cover.
21 Unfortunately, this is just part of the process.
22      And if you need to take a break at any
23 time, please let me know.  We can do so whenever you
24 need a break.  Okay?
25   A   Okay.

Page 7

1    Q   All right.  And I know you heard some of
2  the ground rules earlier.  I'll go over it very
3  quick.  If you don't understand any of my questions,
4  please let me know.  Let's try not to talk over each
5  other.  Josh did a great job of waiting till I was
6  done, and I tried to wait till he was done.  I think
7  it worked well.  Just make sure to give verbal
8  answers instead of just headshakes when you mean to
9  give a "yes" or a "no" so the court reporter can take
10 it all down.
11   A   Yes, ma'am.
12   Q   Is that understandable?
13   A   Mm-hmm.
14   Q   Okay.  All right.  Just a few questions
15 about your, your personal background.
16      Where were you born?
17   A   Rome, Georgia.  At the Floyd hospital in
18 Rome.
19   Q   Okay.  Did you grow up in Rome?
20   A   Yes, ma'am.  Technically Shannon, but yes.
21   Q   Where did you go to high school?
22   A   Model High School.
23   Q   What is that?
24   A   Model High School.
25   Q   Model?

Page 8

1    A   Yes.  M-O-D-E-L.
2    Q   Okay.  Got it.
3       And did you graduate?
4    A   Yes, ma'am.
5    Q   What year?
6    A   2015.
7    Q   Is that in Shannon, or Rome, Georgia?
8    A   I think they clarify it as Rome.
9    Q   Okay.  Did you attend any college after
10 high school?
11   A   No, ma'am.
12   Q   What did you do for employment after high
13 school?
14   A   After high school, I was a waitress at
15 Steak 'n Shake.  And then I was -- had multiple jobs.
16 I went from Zaxby's to Steak 'n Shake to daycare
17 operator.  And then when I moved from Rome to
18 Blairsville, I worked at Wal-Mart.
19   Q   Okay.  And is that when you met your
20 husband Josh?
21   A   Mm-hmm.
22   Q   Okay.  And remind me.
23      Was that 2017?
24   A   It was 2016.
25   Q   2016.

Page 9

1  A  September of 2016.
2  Q  Okay. And so that's when you moved to
3  Blairsville and interviewed and got the job at
4  Wal-Mart?
5  A  Yes, ma'am.
6  Q  And, and you all started dating shortly
7  thereafter?
8  A  Yes. We -- it was like October the 3rd, I
9  want to say, we made it official.
10 Q  And how long did you work at Wal-Mart?
11 A  I want to say like four to six months.
12 Because I got pregnant with Cohen and I had to come
13 out of work on maternity leave because I had
14 hyperemesis with him.
15 Q  Were you on bedrest?
16 A  Not bedrest, but I was just so nauseous I
17 couldn't work. Like I couldn't be in -- I worked in
18 the deli and I couldn't go to work and do what I did
19 every day, so I just -- I really just had to quit. I
20 really didn't go on maternity leave.
21 Q  And did you work in the deli the whole time
22 you worked at Wal-Mart?
23 A  I was first hired on as a cashier. But
24 when our relationship became public, I had to be
25 transferred cause he was my boss.

Page 10

1  Q  Okay.
2  A  So cashier for maybe two weeks, three
3  weeks, and then transferred to the deli. After that,
4  I was in the deli for -- till I went out on leave.
5  Q  Okay. And Cohen, I believe, was born in
6  February of 2018?
7  A  Yes. February 15th, 2018.
8  Q  Okay. And so how far before his birth do
9  you think you went out due to the pregnancy and the
10 nausea?
11 A  Like I said, I was like four to six months
12 pregnant. So probably -- I'm not sure, to be honest.
13 Q  Okay. All right. And, and then as far as
14 employment after Wal-Mart before this accident in
15 March of 2020, did you have any other jobs?
16 A  Yes. I worked at Wal-Mart again for a
17 short period of time and then went back at Steak 'n
18 Shake because I liked the work better. The work -- I
19 can't think of the word right now, but I liked the
20 work situation a lot better at Steak 'n Shake than at
21 Wal-Mart.
22 Q  Okay. And that was after Cohen was born?
23 A  After Cohen. Yes. I was currently working
24 at Steak 'n Shake when the wreck had happened. I
25 literally worked the night before.

Page 11

1  Q  Okay. And what was your job there?
2  A  I was on the drive-thru because I couldn't
3  waitress being pregnant.
4  Q  Okay. Did you have the same sickness with
5  the second pregnancy?
6  A  I've had it with all three of my children.
7  Yes.
8  Q  Okay. And are you currently employed?
9  A  No. I stay at home and take care of our
10 kids.
11 Q  Okay. Any jobs since the Steak 'n Shake
12 job?
13 A  Not since the car wreck. No.
14 Q  Okay. All right.
15 A  I tried to go back to work, but I couldn't
16 mentally do it. Leaving Chandler at home and
17 wondering if he was okay, I just couldn't; not, not
18 after the car wreck happened.
19 Q  Okay. Before the car wreck, did you all
20 use daycare for --
21 A  No.
22 Q  -- Cohen?
23 A  My grandmother would watch him.
24 Q  Okay.
25 A  My -- Rissa. That Josh said --

Page 12

1  Q  Rissa?
2  A  -- earlier. Yes.
3  Q  Okay.
4  A  Cause we lived with her and it was just
5  easier to get her to watch him.
6  Q  Okay. I forgot to ask Josh this question,
7  but -- and this is for purposes of if we have to pick
8  a jury if this case goes to trial. And the case is
9  pending in the Northern District of Georgia in the
10 Gainesville Division, which is made up of a bunch of
11 counties. So I'm trying to find out if you have
12 relatives in these counties so in the jury selection
13 process we could figure that out.
14 A  I should not -- I'm sorry for interrupting
15 you -- but Josh may.
16 Q  Yeah. So let me, let me mention the
17 counties to you first. It's Banks, Barrow, Dawson,
18 Fannin, Forsyth, Gilmer, Habersham, Hall, Jackson,
19 Lumpkin, Pickens, Rabun, Stephens, Towns, Union, and
20 White counties. I know that's a lot.
21 A  I do not. I know he does have family in
22 Union County, I believe it is.
23 Q  Okay.
24 A  His grandmother.
25 Q  Okay. And what's her name?



Page 13

1   A   Goldie.
2   Q   Goldie?
3   A   Yeah.  Goldie Nichols and Sam Nichols.  His
4   grandparents live in Union.  And then he's got
5   cousins that live in Union.  And I know he's got
6   cousins on his mom's side, but I don't know where
7   they live.
8   Q   And those ones are in Union also, or
9   somewhere else?
10  A   I don't know where they -- yeah.
11  Q   Okay.
12  A   I don't know.  I don't know where they
13  live.
14  Q   That's okay.
15  A   I know they live like an hour from
16  Blairsville because whenever we get together for
17  Easter events, you know, we always are trying to rush
18  away.  But I don't know where they live exactly.  No.
19  Q   Okay.  Do you know the last name of any of
20  the cousins that you just mentioned?  Are they
21  Brysons, or a different name?
22  A   I'm, I'm assuming they're Nichols cause
23  after his uncle.
24  Q   Okay.
25  A   I don't really talk to a lot of his family

Page 14

1   cause I don't like them, so... not like that anyways.
2   Like we're not close.  I just tolerate them on family
3   stuff.
4   Q   Okay.  Any prior marriages before Josh?
5   A   No.
6   Q   Okay.  And we've talked about Cohen a
7   little bit so far.  And I, obviously, covered with
8   Josh Chandler and then Cambrie.
9   A   Mm-hmm.
10  Q   Am I saying --
11  A   Cambrie.  Yeah.
12  Q   Cambrie.  Okay.
13      Any other children --
14  A   Uh-uh.
15  Q   -- prior to those three?
16  A   No.
17  Q   Okay.  All right.  I want to move to the
18  day of the accident, so March 15th, 2020.  Based on
19  the interrogatories that have been answered, it
20  sounds like you all went to a birthday party at
21  Josh's mom's house.
22      So your mother-in-law's house?
23  A   Mm-hmm.
24  Q   Prior to going to her house that day, do
25  you have any memory of what you all did early in the

Page 15

1   morning of that morning?
2   A   We just got ready.  And he ate cereal
3   and -- sorry.
4   Q   It's okay.
5   A   I can't talk about him and not cry, so hold
6   on.  He was being really good that morning.  He would
7   eat his cereal and we just got ready to go to his
8   nana's.  And it was like any other normal day.
9   Q   Okay.  Do you remember what time you all
10  headed up to the -- to nana's house?
11  A   It was after 11 because I had to make a
12  shirt.  I do shirt sometimes; like make shirts.  And
13  I had to get one done for a lady.  I remember I had
14  to do that first before we could leave, so it was
15  after 11.
16  Q   Okay.  And did you drive going up there, if
17  you remember?
18  A   Yes.  I usually drive.
19  Q   Okay.  And so if you left after 11, it
20  sounds like you all would have arrived at --
21  A   Between like 12, 1 o'clock, depending on
22  how long we -- not 12, but like 1 and 2 o'clock.
23  Because it's usually like an hour-and-a-half,
24  two-hour drive, depending if we had to stop, you
25  know, if he needed to get out and we needed to use

Page 16

1   the bathroom or I got to check with the baby.  So
2   between like 2, I would say, is around the time we
3   got there.
4   Q   Okay.  And what do you remember doing at
5   the party as far as activities, meals, barbecue,
6   cookout; stuff like that?
7   A   I mean, we just ate and sang happy birthday
8   and played out in the yard with the kids.  And then
9   after, like, the extended family left, it was just
10  his, like, mom and brothers and sisters.  We just sat
11  in the house.  And he was playing games with his
12  little brother and the kids were playing -- like
13  Cohen and Kinley were playing.  And then I was
14  watching American Idol on the couch.
15      And that's why we didn't leave until later
16  is cause I wanted to finish American Idol and he
17  wanted to play one more game with his little brother.
18  So that's -- after American Idol we left; about
19  10:30.
20  Q   And when you say he was playing with his
21  little brother, are you talking about Josh?
22  A   Josh.  Yeah.  Josh was playing with his
23  brother on the game.  And then Cohen was playing with
24  our niece Kinley.
25  Q   Okay.  And whose daughter is Kinley?



Page 17

1  A   Kristin Williams is her name now.  She's
2  not a Bryson no more.
3  Q   And she is Josh's sister?
4  A   Yes.
5  Q   How old is Kinley?
6  A   She would be five this year cause we -- she
7  was born after Cohen was.
8  Q   Okay.  And Josh was playing games with his
9  brother?
10  A   Tyler Young.
11  Q   Tyler Young?
12  A   Yeah; on the Xbox.
13  Q   Okay.  I was going to ask you what game.
14  So Xbox.  Got it.
15       And so you waited to finish watching
16  American Idol and then left after that?
17  A   Yes, ma'am.
18  Q   Okay.  And do you, as we sit here today,
19  have a memory of getting in the car and --
20  A   Mm-hmm.
21  Q   -- Cohen being buckled into his car seat?
22  A   Yes, ma'am.  My mother-in-law Gretta, she
23  put him in the car seat and they gave him hugs and
24  kisses.  And if I remember correctly, I'm pretty sure
25  Josh checked cause I was already in the car cause I

Page 18

1  was pregnant with Chandler and I was nauseous.  And I
2  remember Josh going and checking after Gretta and
3  Dusty had gave him, you know, goodbye kisses and
4  loves, because one of us always checked the car seat.
5  Q   Okay.  And did you start out in the
6  passenger seat?
7  A   I did cause I was feeling sick.
8  Q   Okay.  And then why did you decide to
9  change --
10  A   Because --
11  Q   -- to the driver?  Sorry.
12  A   -- Josh was on his phone playing Spotify.
13  He had just downloaded Spotify and I didn't want him
14  to be trying to pick a song while we were driving.
15  I'd rather just drive feeling sick than me worried
16  about him having a wreck, to be honest.  Plus, I'm a
17  better driver.
18  Q   And where did you -- where do you recall
19  that you all switched from driver to passenger, and
20  vice versa, seats?
21  A   So the way his mother-in-law's driveway is,
22  it's a road; like a dirt road to her house.  So we
23  were going down that road and he was driving.  We
24  stopped at the end of her road and there's an actual,
25  like, paved road that you go down.  That's where we

Page 19

1  had stopped, at the end of her driveway, and we
2  switched.
3       And that's when I seen that Cohen was
4  asleep in the rearview mirror.  We didn't check on
5  him, but we drove down the dirt road and we went down
6  that.  It's complicated.  But if you look up on the
7  maps, we went down that one road and we were at the
8  stop sign of the blossom -- I don't think it's
9  Blossom Valley cause where she lives -- I don't know.
10  But there's, like -- it's a dirt road and then a
11  road.  We got on the actual pavemented road.  And
12  that's when we noticed, oh, he's already asleep; that
13  was quick, you know.  And then we just headed on from
14  there.
15  Q   So within a couple of minutes of getting in
16  the car he'd fallen asleep?
17  A   Yeah.  He was gone.  He hadn't taken a nap
18  all day.  He had played himself.  He was tired.
19  Q   Okay.  And then while you were driving
20  could you see -- he was, he was seated behind you;
21  Cohen was, correct?
22  A   Yes, ma'am.
23  Q   Could you see him in the rear view mirror
24  while you were driving?
25  A   Yes, ma'am.

Page 20

1  Q   And was he asleep, to your knowledge, up
2  until the accident?
3  A   Yes, ma'am.
4  Q   Okay.  Did he -- do you know if he, like,
5  had a paci or anything like that --
6  A   No.
7  Q   -- with him in the car seat?  "No"?
8  A   He didn't, he didn't take paci since a year
9  old.  And he didn't take a bottle since a year old
10  either.  We took those away at a year old.
11  Q   Okay.  And could you tell he was asleep
12  just cause his eyes were shut, or was he sort of,
13  like, leaned over or --
14  A   He -- his eyes were shut and he was to the
15  side.
16  Q   Is that to the right?  If you're in the
17  seat --
18  A   Yes.
19  Q   -- to his right?
20  A   In the mirror, he was on the right.  Like I
21  was looking in the rearview mirror and his head was
22  to the right-hand side.
23  Q   Okay.  But so if you're -- if you are Cohen
24  sitting in the car seat, if you're directing which
25  way his head was tipped would it be, like, his right



Page 21

1  as he's sitting?
2  A  Yes.
3  Q  Okay. Like toward the center of the
4  vehicle?
5  A  Yes, yes.
6  Q  Sorry. Just making sure.
7  A  Sorry.
8  Q  No. That's okay. It is confusing cause
9  I'm thinking --
10 A  The mirror. The mirror. Yeah.
11 Q  -- the mirror. Okay.
12     Okay. And then anything in particular you
13 remember about the drive from the road where you all
14 switched spots to the light where you stopped before
15 the accident?
16 A  Yes. I remember going down Blue Ridge
17 Highway and passing -- like there's a Mexican
18 restaurant and a shopping center and then, like, a
19 Taco Bell. So, like, I want to say a red light or
20 two red lights before where the red light of the
21 accident happened --
22 Q  Mm-hmm.
23 A  -- I remember passing through there and
24 having -- I had passed one vehicle. It was a small
25 car. And then I remember telling Josh, there's

Page 22

1  somebody flying up behind me with their bright lights
2  on. Like they were, you know, come -- they came out
3  of nowhere. And I told him that, but I did not
4  actually -- like I said, all I seen was bright
5  lights. I didn't see nothing else. And that's all I
6  remember.
7  Q  Okay. And when the, the truck came flying
8  up towards you with the bright lights, were you in
9  the left lane at that time?
10 A  Yes; the left fast lane.
11 Q  Okay. Was that same truck behind you at
12 those other lights that you passed through?
13 A  Not to my knowledge. Like I said, he
14 came -- or they came flying up behind me. All I seen
15 was it was dark one minute. Next thing I know, I
16 seen bright lights and they were coming up fast.
17 Q  Okay. And at that point in time when you
18 first noticed the lights, were you driving, or
19 stopped?
20 A  I was driving and I -- you know when you're
21 driving you can look in your rearview. That's when I
22 noticed. Cause it -- there was no light. And then,
23 next thing I know, there was bright lights.
24 Q  Okay. And then just a rough estimate.
25     How much time between when you first

Page 23

1  noticed the bright lights and then when the actual
2  accident occurred?
3     MS. CANNELLA: Objection. Calls for
4  speculation.
5     THE WITNESS: Yeah. I'm not sure.
6  Q  (BY MS. FERGUSON) Okay. When the accident
7  occurred, you were -- were you stopped at a red light?
8  A  I don't remember even getting to that red
9  light.
10 Q  You --
11 A  The last thing I remember is passing the
12 Taco Bell and saying what I said to Josh.
13 Q  Okay.
14 A  That's literally the last thing I remember
15 from the car wreck.
16 Q  Okay.
17 A  And the next thing I remember, waking up in
18 the hospital; like a scary move. There was no
19 nurses, no doctors, no Josh, no Cohen. Nobody was
20 around me.
21 Q  So the last thing you remember is passing
22 the Taco Bell.
23    And you're in the left lane, you're moving,
24 and you noticed the bright lights coming up on you?
25 A  Yes.

Page 24

1  Q  Okay. Okay. So you -- and I just want to
2  make sure I have this right cause, obviously, if
3  there's memories of stuff at the scene, I need to ask
4  you about it.
5  A  That's fine.
6  Q  I'm not trying to pester you or bother you,
7  but just so I can check the box on making sure I've
8  covered this.
9     So you don't remember being stopped at the
10 light before the impact, correct?
11 A  No, ma'am.
12 Q  Okay. And you don't remember the actual
13 impact itself?
14 A  No. I have no recollection of anything --
15 Q  Don't --
16 A  -- regarding the wreck at all.
17 Q  At all.
18    Okay. And don't remember, like, how you
19 got out of the car, walking --
20 A  No.
21 Q  -- the scene; anything like that?
22 A  Only information that I've gained is from
23 what others have informed me like our witnesses we've
24 had, doctors we've had, like our family that --
25 people that told our families what happened. Those



Page 25

1  are the only memories that I've had.
2    Q   Okay.  And you have no memory, just to
3  confirm, no memory of seeing Cohen at the scene?
4    A   No.
5    Q   Okay.  I'm not asking for anything that
6  your lawyers have told you, but what have you learned
7  through witnesses at the scene about, you know, what
8  happened and how you got out of the vehicle; things
9  like that?
10   A   From what one of the witnesses -- we were
11  told, he stopped -- you know, he was coming from,
12  like, Talking Rock area, like, going towards
13  Blairsville.  He was coming through that lane.  He
14  didn't witness the wreck happen.  He came up on it
15  right after it happened is what he told me.  His name
16  is Tommy.
17   Q   Okay.
18   A   And he said that he ran over there to make
19  sure there was nothing on fire.  And then he said
20  Josh was walking around outside the vehicle making
21  calls to, like, the ambulance.  I don't know.  I just
22  know that he said that he was trying to make Josh sit
23  down and Josh wouldn't sit down.  And then he come to
24  check on me and Cohen cause we couldn't get out the
25  car.

Page 26

1       And he said he checked for Cohen's pulse
2  and he didn't feel anything.  And then he told us he
3  didn't want to move him just in case he was wrong and
4  he didn't want to jar anything.  But he said that I
5  was frantic and I wanted to get him out, and so he
6  helped me pull him through; like he unbuckled him.
7  Hold on.
8    Q   It's okay.  Take your time.
9    A   He unbuckled him and handed him to me and I
10  just held him until the ambulance came.  And he said
11  the ambulance started CPR on him, but he was gone.
12  And they took Josh to the ambulance and me in the
13  ambulance and that's all he remembered.  He said that
14  I got to hold him one last time.  I was just rocking
15  him and Josh was calling everybody.  That's, that's
16  what he said.  He said that the truck had ran over us
17  and he was just focused on helping us and not worried
18  about the other person involved.
19   Q   And that -- the person that gave you this
20  information, you said his name was Tommy?
21   A   Yes.  Tommy Nelson.
22   Q   Tommy Nelson.
23      There's a guy named Thomas Richard Barker.
24   A   I didn't talk to him.
25   Q   So this is a different person?

Page 27

1    A   Yes.
2    Q   Tommy.
3       And what's his last name?
4    A   Tommy Nelson.
5    Q   Tommy Nelson.
6    A   He's the one that we met in Florida -- or
7  Myrtle Beach.
8    Q   Okay.  Is he also -- is he the person -- I
9  might be confusing witnesses, but that -- Josh talked
10  about someone that was a firefighter or something
11  else.
12   A   Yeah.  He got the name wrong earlier.  It
13  wasn't -- I think he said Thomas.  It's not Thomas.
14  It's Tommy Nelson.  And he was the -- yes -- the
15  firefighter; the volunteer firefighter.  Yes.
16   Q   Okay.  So Tommy Nelson is the volunteer
17  firefighter?
18   A   And he didn't want to be involved because
19  it -- he said it traumatized him.  That's why he
20  wouldn't answer back to us.
21   Q   And where does he live, to your knowledge?
22   A   Tennessee.
23   Q   Tennessee?
24   A   Yeah.  He was visiting family as well and
25  they were on their way back home.

Page 28

1    Q   Do you know where he lives in Tennessee?
2    A   No, ma'am.
3    Q   And -- but you all have, it sounds like,
4  some sort of contact information for him; a phone or
5  an e-mail or something?
6    A   I have his, his wife on Facebook.  Josh has
7  his number.  But he won't respond back to either.  We
8  just thanked him when we met him in person in Myrtle
9  Beach and we ain't really talked to him since.
10      MS. FERGUSON:  Okay.  I could be wrong,
11     but, Tedra, I don't think I've seen his name
12     identified in discovery and where -- if you guys
13     could just, if he hasn't been identified,
14     supplement with whatever contact information you
15     have, please.
16      MS. CANNELLA:  Absolutely.
17      MS. FERGUSON:  Thank you.
18   Q   (BY MS. FERGUSON) Were there any other scene
19  witnesses that you recall that you talked to that gave
20  you information about what happened at the scene?
21   A   That's the only person that I've spoke to
22  is Tommy.  I ain't spoke to anybody else.
23   Q   And did -- the information that you just
24  told me about, did he tell you that on the phone, or
25  when you saw him in Myrtle Beach, or some other time?



Page 29
1  A   When we see him at Myrtle Beach he told us.
2  Q   Okay.
3  A   We asked him -- we were actually leaving to
4  go home.  And he stopped and met us at a candy store
5  and told us word for word, you know, his point of
6  view on the whole situation.  Cause we wanted answers
7  we hadn't -- you know, we didn't get clarity from
8  what the police officers told us.  He was there the
9  whole time, so he knew what the police officers knew.
10  Q   What did, what did he tell you as far as,
11  you know, giving you some clarity and knowing more
12  about police officers --
13  A   Just me holding my kid one more time.
14  Q   Okay.
15  A   Cause I didn't know I got to hold him.
16  Cause he was pulled off the plug before they even let
17  me see him.
18  Q   What, what did you just say?  I'm sorry.  I
19  couldn't --
20  A   He was pulled off the ventilator before
21  they let me see him.  They wouldn't, they wouldn't
22  even tell me he was passed.  I just wanted to know if
23  I got to hold him and tell him I loved him and stuff
24  before.
25  Q   And, and how -- what's your recollection of

Page 30
1  how you all and Tommy figured out that you all had
2  met at the scene of the accident?
3  A   We were walking across to go to the parking
4  deck from our hotel cause our hotel's parking deck
5  was across the street.  And God knew we needed it.
6  And there he was pulling out.  And he rolled his
7  window down and he was, like, I can't believe it's
8  you all.  And I didn't know who he was cause I've,
9  I've never seen pictures of him.  I just heard his
10  name from him talking to Josh.  He texted Josh or
11  called Josh or something.
12     And I didn't know who he was.  I was like,
13  we're, like, hours away from home.  How does he know
14  us?  And turns out he was the guy that, you know,
15  helped us out in our worst moments of our life.  And
16  he just explained the situation and told us who he
17  was.  Josh was like, yeah, I know who you are now.
18  Like -- and like, thank you, man.
19     And, like, he was -- literally had people
20  behind him in the parking deck pulling out, so he
21  gave Josh his number.  And, you know, we -- I was,
22  like, just text him and see if he can tell -- talk to
23  us.  And he did.  Met him down the road and we sat
24  and talked for like two hours.
25  Q   Any other conversations with him since that

Page 31
1  day?
2  A   No.  Like I said, he said that it really
3  traumatized him and he doesn't like to think about
4  it.  That's the way he said that day.  Like he, he
5  says he does not know how we function.
6  Q   And so your first memory after impact after
7  the accident was waking up in the hospital?
8  A   Yes, ma'am.
9  Q   And do you know if it was Fannin?
10  A   It was Fannin --
11  Q   Okay.
12  A   -- cause I had to be airlifted from Fannin
13  to Erlanger.
14  Q   Okay.  And when you were airlifted, did
15  Josh -- was he with you, or did he go by ambulance?
16  A   He had to go by ambulance.
17  Q   Okay.  And do you remember being airlifted?
18  I mean, were you --
19  A   Yeah.
20  Q   At that point you remembered things?
21  A   I remem -- I was going in and out, but I
22  remember them telling me you're about to be airlifted
23  into the helicopter.  And then I passed out again.
24  Then I woke back up being on the bed and they were
25  wheeling me outside to the helicopter.  And then

Page 32
1  passing out again and waking up and telling them that
2  I felt like I was going to throw up, so they gave me
3  some pain medication and some Zofran in the
4  helicopter.  And then I remember, I remember, I
5  remember passing out again and then just being back
6  in the hospital at a new hospital; a different
7  hospital.
8  Q   And based on what Josh told me earlier,
9  Chandler was born on March 20th?
10  A   Yes.
11  Q   Okay.  So five days after the accident?
12  A   Yes.  I labored for five days.
13  Q   Okay.
14  A   They wanted to keep him in as long as
15  possible cause he was so underdeveloped.
16  Q   And then I know I covered this with Josh a
17  bit earlier.
18     Chandler stayed in the NICU for several
19  months, right?
20  A   It was four months.  Yeah.
21  Q   Four months?  Okay.
22  A   Yeah.
23  Q   And you guys stayed in a hotel during that
24  time?
25  A   Yes.  The Ronald McDonald House helped us



Page 33
1  out with that. They -- since during -- it was COVID,
2  they couldn't have, they couldn't have everybody stay
3  at the Ronald McDonald House, so they put us in
4  hotels on different floors with other families that
5  were, you know, there with other things, other
6  children. So they, they really helped us out a lot
7  doing that.
8     Q    And it sounds like Chandler is -- he's not
9  in preschool now. He's home.
10       You take care of him?
11    A    Yeah. I take care of him.
12    Q    And, overall, how is he doing?
13    A    He's doing good. He has an allergy to eggs
14  due to him being premature, but they said he'll grow
15  out of it. And he's a little bit on the smaller
16  side, but, again, due to premature. But he's just
17  like any other three year old. Drives us crazy.
18    Q    Good to hear.
19       Did you say allergy to eggs due to being
20  premature?
21    A    Yes.
22    Q    Okay. Got it.
23    A    That is the only complication he has at the
24  moment.
25    Q    Okay.

Page 34
1    A    But they did say he would grow out of it by
2  age five. And it's already gotten better since he
3  was born. He got tested -- retested again in
4  February.
5     Q    Okay. I'm going to hand you what we marked
6  as Defendant's Exhibit 3 in Josh's deposition and
7  just -- I'm going to ask you the same questions about
8  the, the cargo contents that were in the Escape at
9  the time of the accident and just try to see if you
10  remember what side of the vehicle or where they were
11  located. So just, obviously, do the best you can. I
12  know it's been a long time. And your memory from
13  that night, I know, is -- you don't, you don't have a
14  lot of memory from that night.
15       MS. CANNELLA: I'm sorry. Can we take a
16    quick break?
17       MS. FERGUSON: Sure.
18       MS. CANNELLA: Do you mind?
19       MS. FERGUSON: I don't mind. We'll go off
20    record.
21       THE VIDEOGRAPHER: The time is 1:50 p.m.
22    We're off record.
23       (Whereupon, a brief recess was taken.)
24       THE VIDEOGRAPHER: The time is 1:54 p.m.
25    And we are on the record.

Page 35
1    Q    (BY MS. FERGUSON) Okay. Just before we took
2  a break I was turning to Exhibit 3. And if you could
3  look at page 2, there's a response identifying items in
4  the trunk of the Escape on the date of impact.
5       And then do you see the list?
6    A    Yes, ma'am.
7    Q    Okay. Do you remember which side of the
8  cargo area the shop vac was on?
9    A    No, ma'am.
10    Q    What about the umbrella stroller? Do you
11  remember where it was positioned in the cargo area of
12  the Escape?
13    A    No.
14    Q    What about the camping chairs? Any memory
15  of where they were positioned in the cargo area?
16    A    Most of the stuff was in the back.
17    Q    When you say "back," what do you mean by
18  that?
19    A    In the, the trunk of the car -- of the
20  Escape in the -- behind the back seat. They were --
21  I want to say the camping chairs were on the bottom
22  cause we don't ever use those, and then the umbrella
23  and shop vac were on the top. So everything of that
24  was in the back of it. And then the bag of clothes,
25  I want to say it was in the back.

Page 36
1       The only thing that I remember being in the
2  back seat is, like, there was a plant, like a little
3  spider plant in the passenger floorboard, and then a
4  truck; little toy truck. That was the only thing
5  that was left in the back seat.
6    Q    Okay. But no memory of what side of the
7  vehicle the shop vac was on: Left? Right?
8    A    No memory of what side either of these were
9  on. I honestly just throw stuff in my car, so...
10    Q    Okay. Do you have a recollection of where
11  you all purchased the car seat that Cohen was in at
12  the time of the accident?
13    A    We got it from Sam's Club.
14    Q    Sam's Club?
15    A    Yes.
16    Q    Okay.
17    A    Somebody had posted on Facebook about them
18  having a deal and I got it from there. And that's
19  why I remember; cause I got a good deal.
20    Q    Okay. Do you remember who first installed
21  that car seat?
22    A    I did.
23    Q    You did?
24    A    Mm-hmm.
25    Q    Okay. And, and was it first installed in



Page 37

1  the Ford Escape?
2    A   Yes.
3    Q   Okay.  And when it was first used -- it
4  sounds like based on discovery response it was around
5  August 15th, 2018, or is that just when you think you
6  bought it?
7    A   We wouldn't have used it till he was about
8  a year old cause I didn't -- I don't switch my kids
9  over forward-facing until they're almost a year.  So
10  I want to say probably at the end of 2018, I want to
11  say.  August or September does sound pretty right
12  that I would put it in there.  He was -- it would
13  have been forward-facing if he was after six months.
14    Q   Okay.  Forward-facing after six months.
15        And when you -- I mean, how did you know
16  how to install that car seat?
17    A   The car seat manual.  They have pictures in
18  it and that.  And then, I mean, it's kind of just
19  commonsense how to buckle a car seat up if you've had
20  children or babysat children.
21    Q   Okay.  And so it sounds like from the time
22  you all bought that car seat, I think it sounds
23  like -- you correct me if I'm wrong -- you used it
24  forward-facing?
25    A   I did.  Yes.

Page 38

1    Q   Okay.  So it was never -- to your
2  knowledge.  I mean, I'm not --
3    A   No.  Cause once I switched him over, he was
4  just -- he would be forward-facing.  I wouldn't put
5  him back in the infant.  And the infant would have
6  been rear-facing, so...
7    Q   Okay.  Prior to installing that car seat,
8  had you ever installed -- like not the bucket type,
9  but the -- I guess you would call it a toddler car
10  seat prior to that one --
11        MS. CANNELLA:  Object --
12    Q   (BY MS. FERGUSON) -- for Cohen?
13        MS. CANNELLA:  Object to the form of the
14    question as vague.
15        THE WITNESS:  Like a five-point car, car
16    seat?  Like a five-point-harness car seat?
17    Q   (BY MS. FERGUSON) Well, had you installed a
18  similar one to the one that Cohen had --
19    A   Oh, yeah.  I've babysat on mult --
20    Q   Sorry.  Just so we're not talking over each
21  other.
22    A   Oh, yeah.  Sorry.
23    Q   I'm not trying to be mean.
24    A   No.  I forget.  I'm sorry.
25    Q   It's okay.  Let me just get the question

Page 39

1  out and then you can answer.  So what I -- and that
2  may have been a bad question the first time, but what
3  I'm trying to ask is the type of car seat that Cohen
4  was in at the time of the accident.
5        Prior to the -- you installing his
6  particular car seat, did you have experience
7  installing other similar car seats?
8    A   Yes.
9    Q   Okay.  From what?
10    A   From babysitting my cousins and nieces and
11  nephews -- I've installed their car seats multiple
12  times -- and I used to babysit on the weekends for
13  other people.  So like from the time I was probably
14  14 to now I've babysat kids on and off.
15    Q   Okay.  Did -- to your knowledge, did
16  Cohen -- was he ever diagnosed with any kind of
17  health, health conditions, diseases, health issues
18  that were --
19    A   No.  He was perfectly healthy.
20    Q   Okay.  And he was not in preschool at the
21  time of the accident, but would stay with your
22  grandmother --
23    A   Mm-hmm.
24    Q   -- when you worked?
25    A   (Witness nods head.)

Page 40

1    Q   Okay.  Tell me what you remember about the
2  two prior accidents that you were involved in where
3  the, the car seat that Cohen was in at the time of
4  the March 2020 accident was also being used.
5    A   The first one was when we were at a yield
6  sign in our Ford Escape.  And the driver in front of
7  me, he let off his brakes like he was about to go and
8  then slammed back on.  And I rear-ended him because I
9  thought he was going.  It was just a bump.  And we
10  pulled over, called the police, and he made sure we
11  were both okay.
12        Even the defendant -- or the other person
13  that I hit/rear-ended, he, he said everything was
14  fine.  And we -- I'm pretty sure I got a ticket for
15  following too closely, but that's just -- the police
16  literally told me that's just because he had to issue
17  some sort of citation because I did rear-end the
18  person.  So other than that, everything was fine.
19  And our insurance didn't make a claim because there
20  was no damage on either vehicles.  And we didn't have
21  to go to the hospital cause we were not hurt.
22        And then the second one, we were just
23  driving.  And we stopped at a red light and a lady
24  just barely tapped us.  Didn't even jar our car or
25  the trailer or anything.  Like we got out, she was



Page 41

1  okay and the trailer was okay, and we didn't even
2  make a police call because it barely -- like she
3  barely even tapped us.
4     Q   Okay. And that accident you all were in,
5  in the Jeep?
6     A   The Jeep. Yes.
7     Q   Okay. What kind of Jeep; do you know?
8     A   I think it's the Cherokee Jeep is what it
9  is, I believe. The soft-top Jeep Cherokee. It's an
10 older model. It's a two door.
11    Q   When you say "soft-top," meaning you can
12 actually remove --
13    A   You can take it off and the side of the
14 doors off. Yes.
15    Q   Did you all have the --
16    A   No.
17    Q   -- doors off?
18    A   Everything -- I'm sorry.
19    Q   It's okay.
20        Did you all have the -- any of the, the
21 roof or doors off at the time of the accident?
22    A   No.
23    Q   And that Jeep belongs to your -- I know
24 Josh told me this and I keep messing up if it's your
25 uncle or grandfather that owns it.

Page 42

1     A   Grandfather.
2     Q   Grandfather.
3        Okay. And he still has the Jeep?
4     A   Yes.
5     Q   Okay. And your grandfather and
6  grandmother, do they live in Cedartown?
7     A   Yes.
8     Q   Okay. What county is that?
9     A   It's Polk County, but they live on the
10 Floyd County line. So their address is Cedartown,
11 but they're in Floyd County.
12    Q   Okay.
13    A   It's, it's crazy.
14    Q   Okay. And is that Jeep, your
15 grandfather's, is it his primary vehicle that he
16 drives?
17    A   He doesn't really drive it anymore. But
18 when he does, he'll just go out on the road to his
19 friend's house and back. That's it. It's, like, his
20 joy vehicle.
21    Q   How long has he had it?
22    A   I'm not sure, to be honest. More than
23 eight years.
24    Q   Does the Jeep have oversized tires on it?
25    A   No.

Page 43

1     Q   Normal size?
2     A   Yes.
3     Q   Okay. I'm going to hand you what was
4  marked as Defendant's 2 in Josh's deposition. And I
5  think the record will reflect the witness list is the
6  same for your discovery responses. Regardless, I
7  just want to ask you what I asked him earlier about
8  whether you personally knew any of the witnesses that
9  have been listed before the accident.
10        So I'll hand you this. You see Exhibit 2
11 on the front. And then my questions will be about
12 page -- starting at page 2.
13        MS. CANNELLA: Okay. So PX 2 is Josh's
14    response from September 26, 2022.
15    Q   (BY MS. FERGUSON) Are you on page 2?
16    A   Yes. I'm looking at it.
17    Q   All right. For the scene witnesses, other
18 than Josh, did you know any of those other folks that
19 are listed as scene witnesses prior to the accident?
20    A   No, ma'am.
21    Q   Have you had contact with any of those
22 witnesses since the accident?
23    A   No.
24    Q   And then what about investigating officer?
25 coroner? Did you know either of those individuals

Page 44

1  before the accident?
2     A   No, ma'am.
3     Q   Have you had any contact with them since
4  the accident?
5     A   No, ma'am.
6     Q   Okay. The next page, if you want to look
7  at the medical examiner and then medical providers
8  that are listed under the first three headings.
9        Eisenstat, Padgett, Cornelius, Carrington,
10 Nagle, did you know any of those individuals before
11 the accident?
12    A   No, ma'am.
13    Q   And have you had contact with any of those
14 individuals since the accident?
15    A   No, ma'am.
16    Q   Okay. And then the last category, persons
17 with knowledge of the subject F-250. And there's a
18 number of individuals listed.
19        Did you know any of those people prior to
20 the subject accident?
21    A   No, ma'am.
22    Q   Have you talked with any of them since the
23 subject accident?
24    A   No.
25    Q   And have you ever bought, leased, or had a

Page 45

1 car serviced at Ronnie Thompson Ford?
2  A  No.
3  Q  Any other contact with Ronnie Thompson Ford
4 at any time?
5  A  No, ma'am.
6  Q  Okay. Okay. I am going to hand you what
7 I've marked as Defendant's Exhibit 5. It's almost
8 identical to what you were just looking at, but this
9 is your responses to the first interrogatories.
10     And if you could, when you get a chance,
11 turn to interrogatory number 5.
12         (Whereupon, the court reporter
13         marked Defendant's Exhibit No. 5 for
14         identification.)
15  A  Okay.
16  Q  All right. In this interrogatory we asked
17 about prior convictions, as shown on the
18 interrogatory.
19     And I just want to confirm in response the
20 answer where you state, Plaintiff Santana Bryson
21 states that she has never been convicted of a felony
22 or a crime of moral turpitude; is that accurate?
23  A  Yes.
24  Q  Okay. Ever been convicted of any other
25 crimes? Again, not looking for traffic tickets,

Page 46

1 traffic citations; anything like that.
2  A  No. I haven't been.
3  Q  Okay. I asked Josh earlier about some of
4 the charity events that were organized to help
5 support your family after the accident. And I'm
6 going to ask you just some similar questions with
7 regard to the GoFundMe account.
8  A  (Witness nods head.)
9  Q  Do you have an estimate of how much money
10 was raised for you all through that?
11  A  No, I don't. There was actually two
12 GoFundMes that my sister started and his cousin
13 started, so I don't re -- I don't recall the actual
14 total amount. No.
15  Q  What's your cousin's name that started one?
16  A  Sierra Nichols. Sorry. I couldn't
17 remember her last name. She's married now, so it
18 might not be the same thing.
19  Q  Okay. And then his sister, is it Kristin?
20  A  It's my sister.
21  Q  Your sister? I'm sorry.
22  A  Alana Carroll. A-L-A-N-A, C-A-R-R-O-L-L.
23  Q  Where does she live?
24  A  In Armuchee, Georgia; Rome, Georgia. It's
25 part of Rome.

Page 47

1  Q  Okay. For the bracelets, the Chandler
2 Strong, Forever Loved Cohen Zayne bracelets that were
3 made, it sounds like a fundraiser for you all.
4     Do you know how much money was raised for
5 those?
6  A  I don't know. The bracelets and T-shirts
7 were sold together as one; like one person was doing
8 them.
9  Q  Mm-hmm.
10  A  I don't think it was near as much as what
11 Josh was saying, though. Those, those didn't have a
12 big revenue like the donation page did. But if I
13 had -- I don't really recall an actual amount, to be
14 honest.
15  Q  Okay. It sounds like you all have bought a
16 new car since the accident.
17     The Ford Flex, right?
18  A  Mm-hmm.
19  Q  Okay. Any medical expenses or other
20 accident-related expenses that you can think of that
21 you all have paid out of pocket?
22  A  No. Not out of pocket.
23  Q  And the house that you all live in now you
24 own?
25  A  Yes.

Page 48

1  Q  Okay. Do you all have a mortgage on the
2 house, or own it outright?
3  A  Mortgage.
4  Q  Okay. Have you ever owned a vehicle with a
5 suspension lift kit on it?
6  A  No.
7  Q  Have you ever driven a vehicle with a
8 sus -- with a lift kit on it?
9  A  No.
10  Q  Have you ever been a pass -- driven --
11 passenger in a vehicle that had a lift kit on it?
12  A  Yes.
13  Q  Approximately how many times would you say?
14     MS. CANNELLA: Objection. Calls for
15   speculation.
16     THE WITNESS: Handful of times. Not very
17   many.
18  Q  (BY MS. FERGUSON) Who -- whose vehicles, if
19 it was a handful of times? Was it one specific
20 vehicle, or different ones?
21  A  Just a, a friend; an ex-boyfriend.
22  Q  What kind of vehicle did he have?
23  A  I'm not sure. It was a truck.
24  Q  Do you remember the size of the lift on
25 that truck?



Page 49

1  A  No. It was when I was a teenager, so --
2  Q  In high school still?
3  A  Yeah. I was in high school. So I don't, I
4  don't really recall.
5  Q  What was the boyfriend's name?
6  A  Jacob Taylor.
7  Q  Okay. How long did you all date?
8  A  It was, like, young love; like middle
9  school, high school. So like four or five years on
10 and off.
11 Q  Did he ever tell you why he had his truck
12 lifted?
13 A  He thought it was cool.
14 Q  Did you have other friends in high school
15 that had lifted pickup trucks?
16 A  Not my friends. No.
17 Q  Other people that went to your high school
18 that had lifted pickup trucks that you remember?
19 A  I would say maybe one or two other ones.
20 Yeah. There wasn't very many that I can recall.
21 Q  I've never been to Shannon, Georgia.
22    So would you, would you classify that as
23 being in the country, or not?
24 A  Yes.
25 Q  Okay. And that's, that's the area you grew

Page 50

1  up in?
2  A  Yes.
3  Q  Okay. Are lifted trucks pretty common in
4  Shannon, Georgia area?
5  A  I wouldn't say "common," but they're not
6  irrelevant either. I would say maybe like two out of
7  ten cars that you would see maybe.
8  Q  Are lifted?
9  A  Yes.
10 Q  Okay. And the boyfriend Jacob Taylor that
11 had the lifted truck, is that the vehicle he drove
12 the whole time that you all were dating?
13 A  No. It was, it was just a truck that he
14 kept for a very short period of time. His dad had
15 got it for him. And he just drove it for maybe like
16 a month or two and then the lift broke on it, so he
17 had to sell it.
18 Q  And when you -- what do you mean by "the
19 lift broke"?
20 A  I don't know. I just was told that the
21 lift broke, so he sold it. That's all I know about
22 that.
23 Q  Okay. Aside from Jacob Taylor, do you have
24 any family members that have ever had lifted trucks,
25 to your knowledge?

Page 51

1  A  No. Not to my knowledge.
2  Q  Okay. And when you dated Jacob Taylor and
3  rode in his lifted pickup truck, did you all ever do
4  stuff like go mudding, or off-roading, or anything
5  like that?
6  A  I need to clarify. I never rode in it. I
7  just sat in it. Yeah. I never rode in it.
8  Q  Okay.
9  A  I just sat in it.
10 Q  Sat in it. Okay.
11 A  One time. I never actually, like, rode on
12 the road with it. I didn't feel comfortable doing
13 it. I just -- I literally sat in the driver's side
14 at the Shannon post office. That's literally all I
15 did. He would drive it.
16 Q  Okay. Turning to Hunter Elliott, the
17 driver of the F-250 that hit you all, at some point
18 in time you came to learn that he was driving under
19 the influence when he hit you all, correct?
20 A  Mm-hmm.
21 Q  How did you find out that information?
22 A  I want to say I was told by somebody in the
23 hospital.
24 Q  Okay.
25 A  That's, that's what I can remember is

Page 52

1  somebody told me in the hospital. I don't know who
2  told me. Like I said, our memory is very hazy.
3  Literally, that whole week after the car wreck is
4  still hazy. I was on a lot of medication, so I
5  really don't know who told me.
6  Q  I asked Josh a similar question earlier. I
7  told him that I've seen some of the Facebook posts by
8  you and Josh just stating that a drunk driver caused
9  the accident that you all were involved in.
10    And do you fault Hunter Elliott for causing
11 the accident?
12 A  Yes, but not for the entirety. There's a
13 lot of plays that come into this situation and him
14 being one of them, the truck being one of them, the
15 speed being one of them, the phone being one of them.
16 Q  What were you told about him and the phone?
17    MS. CANNELLA: Object to the form of the
18 question.
19    To the extent it calls for conversations
20 between us, don't answer the question. But if
21 you know otherwise, then --
22    MS. FERGUSON: Right.
23    MS. CANNELLA: -- answer.
24 Q  (BY MS. FERGUSON) Any of -- and in any of
25 these questions I'm not looking for stuff that your



Page 53

1 lawyer has told you and that's the only way you have
2 the information is through her.  So --
3     A   Oh, okay.
4     Q   -- if you know through, like, a police
5 report or reviewing something -- you know, any
6 materials that you reviewed for the depo or at any
7 other time, then that's what I'm asking for; not any
8 attorney-client communications.
9     A   I'm almost positive it was my mother-in-law
10 who told me that she found out from one of the police
11 officers.
12     Q   That he was --
13     A   On his phone during the car accident.
14     Q   Okay.
15     A   From my memory, that's what I remember.
16     Q   And did you go to his -- I don't know if
17 there were plea and sentencing hearings, or if it was
18 one or two different things.
19         But did you go to those hearings to the
20 extent --
21     A   Yes.
22     Q   -- that, that you were aware of them?
23         Okay.  And did you have to testify or give
24 an impact statement?
25     A   Nope.  I didn't want to.

Page 54

1     Q   Okay.  I've seen, I think, two -- or seen
2 them in a transcript for, I believe, grandmothers;
3 two grandmothers, two relatives.  And so I was just
4 trying to figure out if maybe I just hadn't seen them
5 from you two.
6         But it sounds like you did not give one?
7     A   I didn't have anything to say to him.
8     Q   Okay.
9     A   And my grandmother and my aunt was the one
10 who --
11     Q   Grandma and aunt.
12     A   -- spoke.
13         Yes.  Rissa and Stacey.
14     Q   You were there when they gave those
15 statements, though?
16     A   Yes.
17     Q   Okay.
18         THE VIDEOGRAPHER:  I just want counsel to
19     be aware, you know, audio is leaking pretty bad
20     from the other rooms, so --
21         MS. CANNELLA:  Okay.
22         THE VIDEOGRAPHER:  -- yeah.
23         MS. FERGUSON:  I don't think there's
24     anything we can do.
25         MS. CANNELLA:  No.

Page 55

1         MS. FERGUSON:  Thank you for letting us
2     know that, though.
3         MS. CANNELLA:  Yes.  Thank you.
4         MS. FERGUSON:  I need -- let's take a quick
5     break.
6         MS. CANNELLA:  Okay.
7         THE VIDEOGRAPHER:  The time is 2:20 p.m.
8     And we are off the record.
9         (Whereupon, a brief recess was taken.)
10         THE VIDEOGRAPHER:  The time is 2:41 p.m.
11     And we are on the record.
12     Q   (BY MS. FERGUSON) Okay.  Santana, we are
13 almost done.  I just have a few things that I need to
14 follow up on.  I forgot to ask earlier.
15         Do you remember the date of Cohen's
16 funeral?
17     A   No.  Like we were in the hospital for five
18 days, and then three days after that they wouldn't
19 let me release cause you have to stay in the hospital
20 for a C-section.  So I want to say it was like a week
21 and a half afterwards.  It was a very bad day for me,
22 so I didn't even know what day was what back then.
23     Q   Excuse me.  Is there -- I asked Josh this
24 same question earlier.
25         But if -- in your own words, you know, how

Page 56

1 would you describe Cohen; just personality, likes,
2 things that you thought were special about him?
3     A   He was very outgoing.  Everybody loved him.
4 Very energetic.  Sorry.
5     Q   That's okay.
6     A   He was a mama's boy, but loved playing with
7 daddy too.  Like we would always go outside and play
8 basketball together.  He was going to be the next
9 LeBron James, I swear.  He could shoot a basketball
10 from across his room into his little basketball goal.
11 He loved playing with his little toys outside and he
12 loved his dog.  He was just the perfect little boy.
13     Q   Okay.  Thank you for sharing that.
14         I don't think I have any other questions.
15         Thank you again for your patience.  And I
16 know this is a terrible process to go through, but
17 thank you.
18         MS. CANNELLA:  Okay.
19         THE WITNESS:  Thank you.
20         MS. FERGUSON:  All right.
21         MS. CANNELLA:  We'll read and sign.
22         THE VIDEOGRAPHER:  This concludes this
23     video deposition.  The time is 2:42 p.m.  And we
24     are off the record.
25         (Deposition concluded at 2:42 p.m.)



Page 57

```
 1           E R R A T A   P A G E
 2   Pursuant to Rule 30(e) of the Federal Rules of Civil
     Procedure and/or Georgia Code Annotated 9-11-30(e), any
 3   changes in form or substance which you desire to make
     to your deposition testimony shall be entered upon the
 4   deposition with a statement of the reasons given for
     making them.
 5
 6   To assist you in making any such corrections, please
     use the form below.  If supplemental or additional
 7   pages are necessary, please furnish same and attach
     them to this errata sheet.
 8
     I, the undersigned, SANTANA BRYSON, hereby certify
 9   under penalty of perjury that I have read the foregoing
     deposition and that said deposition is true and
10   accurate, with the exception of the changes noted
     below, if any.
11
12   Page / Line /     Change      /     Reason
13   ___ / ___ / _____ / _____
14   ___ / ___ / _____ / _____
15   ___ / ___ / _____ / _____
16   ___ / ___ / _____ / _____
17   ___ / ___ / _____ / _____
18   ___ / ___ / _____ / _____
19   ___ / ___ / _____ / _____
20   ___ / ___ / _____ / _____
21   ___ / ___ / _____ / _____
22   ___ / ___ / _____ / _____
23   ___ / ___ / _____ / _____
24   ___ / ___ / _____ / _____
25   ___ / ___ / _____ / _____
```

Page 58

```
 1   Page / Line /     Change      /     Reason
 2   ___ / ___ / _____ / _____
 3   ___ / ___ / _____ / _____
 4   ___ / ___ / _____ / _____
 5   ___ / ___ / _____ / _____
 6   ___ / ___ / _____ / _____
 7   ___ / ___ / _____ / _____
 8   ___ / ___ / _____ / _____
 9   ___ / ___ / _____ / _____
10   ___ / ___ / _____ / _____
11   ___ / ___ / _____ / _____
12   ___ / ___ / _____ / _____
13   ___ / ___ / _____ / _____
14   ___ / ___ / _____ / _____
15   ___ / ___ / _____ / _____
16   ___ / ___ / _____ / _____
17
18                         _____
                                SANTANA BRYSON
19
20   Sworn to and subscribed before me
21   _____,
22   Notary Public, this _____ day of
23   _____, 2023.
24   My commission expires: _____
25
```

Page 59

```
 1              C E R T I F I C A T E
 2
 3   STATE OF GEORGIA:
 4   COUNTY OF DEKALB:
 5        I hereby certify that the foregoing
 6   transcript was taken down as stated in the
 7   caption, that the witness was first duly sworn,
 8   and the questions and answers thereto were
 9   reduced to typewriting under my direction; that
10   the foregoing pages 1 through 56 represent a
11   true, correct, and complete transcript of the
12   evidence given upon said hearing, and I further
13   certify that I am not of kin or counsel to the
14   parties in the case; am not in the regular
15   employ of counsel for any of said parties; nor
16   am I in anywise interested in the result of said
17   case.  The witness did reserve the right to read
18   and sign the transcript.
19        This, the 13th day of April, 2023.
20
21
22
23   _____
                LOUISE GRIFFITH, CCR-B-2121
24              Certified Court Reporter
25
```

Page 60

COURT REPORTER DISCLOSURE

Pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter.  I am here as a representative of Regency-Brentano, Inc.

I am not disqualified for a relationship of interest under the provisions of O.C.G.A. §9-11-28 ©.

Regency-Brentano, Inc. was contacted by the offices of Esquire Deposition Solutions to provide court reporting services for this deposition.

Regency-Brentano, Inc. will not be taking this deposition under any contract that is prohibited by O.C.G.A. §15-14-37 (a) and (b).

Regency-Brentano, Inc. has no exclusive contract to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition.

Regency-Brentano, Inc. will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

_____
Louise Griffith, CCR-B-2121

