# EXHIBIT "3"

**Page 1**

```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                  GAINESVILLE DIVISION

SANTANA BRYSON AND JOSHUA BRYSON,
as Administrators of the Estate of
C.Z.B, and as Surviving Parents of
C.Z.B., a Deceased Minor,

        Plaintiffs,              CASE NO.
                                 2:22-CV-017-RWS
   vs.
ROUGH COUNTRY, LLC,

        Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

        Videotaped deposition of JOSHUA BRYSON,
taken on behalf of the Defendant, pursuant to
Notice, in accordance with the Federal Rules of
Civil Procedure, before Louise Griffith,
Certified Court Reporter, at 315 West Ponce de
Leon Avenue, Decatur, Georgia, on the 12th day
of April, 2023, commencing at the hour of 11:40
a.m.
```

**Page 2**

```
1              INDEX TO EXAMINATIONS
2   JOSHUA BRYSON                                  Page
3   Cross-examination by MS. FERGUSON                 5
4                 DEFENDANT'S EXHIBITS
5   Exhibit   Description                          Page
6    D-1      Notice                                 16
     D-2      Plaintiff Joshua Bryson's              16
7             Responses to Defendant Rough
              Country, LLC's First
8             Interrogatories
     D-3      Plaintiff's Responses to               53
9             Defendant Rough Country, LLC's
              Second Interrogatories
10   D-4      Plaintiff Joshua Bryson's              18
              Supplemental Responses to
11            Defendant Rough Country, LLC's
              First Interrogatories
```

**Page 3**

```
1   APPEARANCES OF COUNSEL:
2      ON BEHALF OF THE PLAINTIFFS:
3         TEDRA L. CANNELLA, ESQ.
          DEVIN L. MASHMAN, ESQ.
4         Cannella Snyder, LLC
          315 West Ponce de Leon Avenue
5         Suite 885
          Decatur, GA  30030
6
       ON BEHALF OF THE DEFENDANT:
7
          LINDSAY G. FERGUSON, ESQ.
8         Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
          3344 Peachtree Road, N.E.
9         Suite 2400
          Atlanta, GA  30326
10
       Also present:
11
          Maya Carter, Videographer
12
          Santana Bryson
13                      - - -
14        (Whereupon, disclosure as required by the
15   Georgia Board of Court Reporting was made by the
16   court reporter, a written copy of which is
17   attached hereto.)
```

**Page 4**

1   THE VIDEOGRAPHER:  Today's date is
2   April 12th, 2023.  And the time is 11:40 a.m.
3       This will be the videotaped deposition of
4   Joshua Bryson in the matter of Santana Bryson
5   and Joshua Bryson as administrators of the
6   estate of C.Z.B. and as surviving parents of
7   C.Z.B., a deceased minor, versus Rough Country,
8   LLC taken at 315 Ponce de Leon Avenue, Suite
9   885, Decatur, Georgia 30030.
10      Would counsel, please, identify themselves
11  for the record.
12      MS. FERGUSON:  Yes.  Lindsay Ferguson on
13  behalf of Defendant Rough Country, LLC.
14      MS. CANNELLA:  Tedra Cannella and Devin
15  Mashman on behalf of the plaintiffs.
16      THE VIDEOGRAPHER:  Will the court reporter,
17  please, swear in the witness.
18              JOSHUA BRYSON,
19  having been first duly sworn, was examined and testified
20  as follows:
21      MS. FERGUSON:  This will be the deposition
22  of Joshua Bryson taken pursuant to agreement and
23  notice.
24      I propose that all objections be reserved
25  except to the form of the question and the



Page 5

1  responsiveness of the answer until the first use
2  of the deposition is sought.
3       Is that agreeable?
4       MS. CANNELLA:  We would like to just take
5  it pursuant to the Civil Practice Act and
6  preserve objections as we go.
7       MS. FERGUSON:  Pursuant to the federal
8  rules?
9       MS. CANNELLA:  Yeah.  Yes.
10       MS. FERGUSON:  Okay.  And so you're going
11  to make -- you're going to state your full
12  objections as we go?
13       MS. CANNELLA:  To objections that have to
14  be preserved.
15       MS. FERGUSON:  Okay.
16           CROSS-EXAMINATION
17  BY MS. FERGUSON:
18  Q   Okay.  Sir, could you, please, state your
19  full name for the record?
20  A   Joshua Ward Bryson.
21  Q   Wood?
22  A   Ward.
23  Q   Ward?  Okay.
24  A   Yes.
25  Q   Sorry about that.

Page 6

1  A   W-A-R-D.
2  Q   Okay.  And, sir, would you mind if I
3  called -- do you go by Joshua, or Josh?
4  A   Either one is okay.
5  Q   Either one?  Okay.
6  A   Yeah.
7  Q   Would you mind if I called you Josh today?
8  A   That's fine.
9  Q   Okay.  Thank you.
10       Sir, what is your date of birth?
11  A   November 13th, 1995.
12  Q   Okay.  And where do you currently reside?
13  A   425 Chubbtown Road, Cedartown, Georgia.
14  Q   And how long have you lived there?
15  A   Since the middle of 2020.  I want to say
16  around July; June, July.
17  Q   Okay.  Do you live in a home?
18  A   Yes.
19  Q   And who do you live at that home with?
20  A   My wife Santana and my children, Cambrie
21  and Chandler.
22  Q   And do you own the home?
23  A   Yes.
24  Q   All right.  I may ask you about some prior
25  addresses a little later in the deposition, but just

Page 7

1  wanted to get your current address for now.
2       Josh, as you know, I'm here today to ask
3  you some questions about and related to a lawsuit
4  that's been filed against my client Rough Country,
5  LLC.  It's all related to an accident that you and
6  your family were involved in on March 15th, 2020.
7       And I just want to let you know at the very
8  outset of this that I am very, very sorry for your
9  loss.  I have a seven-year-old son and I can't
10  imagine what you all have been through, so please do
11  not take my questions today as me trying to in
12  intrude, be intrusive, harass you at all.  There's
13  just some basic information I need to get because of
14  the lawsuit that's been filed.
15       If at any time today you need to take a
16  break, please let me know.  We can take as many
17  breaks as you need.  The goal is to efficiently get
18  through this as quickly as we, as we can.  But I
19  understand there may be times when you just need to
20  take a breather, go to the bathroom, so please just
21  let me know at any time.  I want to make this as
22  comfortable as it can be for you, but knowing that
23  some of the topics we're going to cover today are
24  going to be difficult, I know.
25       Have you ever given a deposition before

Page 8

1  today?
2  A   No, ma'am.
3  Q   Okay.  I assume your attorneys have talked
4  with you a good bit about today and what to expect,
5  but I will just go through a couple ground rules so
6  we can hopefully move through this fairly quickly and
7  without any hiccups.
8       If I ask you any questions today that don't
9  make sense or you didn't understand them, please let
10  me know and I'll try to rephrase them.  Again, like I
11  already said, if you need to take a break at any
12  time, let me know and we can take a break.  I'll just
13  ask that you try to answer the question that's
14  pending before we take a break; but, otherwise, we
15  can stop whenever.
16       And we need to try to make sure we don't
17  talk over each other today, so try to let me finish
18  my question before you start your answer, and I'll
19  try to make sure I let you fully answer before I
20  start talking; again, so we're not talking over each
21  other and our court reporter can get a clear record.
22  I think she mentioned that to you beforehand.
23       One other thing I'll just remind you:  Try
24  to make sure you give verbal answers like a "yes" and
25  a "no" instead of "mm-hmm" or "uh-uh" just, again, so



Page 9

1  we have a clear record of what you intended to say as
2  she's transcribing.
3      Does that make sense?
4   A  Yes, ma'am.
5   Q  Okay.  Good.  All right.  Just starting
6  off, I just want to get a little bit of personal
7  background on you.
8      Where were you born?
9   A  In Blairsville, Georgia.  Or I was actually
10 born in Murphy, but I resided in Blairsville.  My mom
11 just didn't like the Blairsville hospital.
12  Q  Okay.  Did you grow up in Blairsville?
13  A  Yes.
14  Q  Okay.  Where did you go to high school?
15  A  Union County High School.
16  Q  Okay.  And did you graduate?
17  A  Yes.
18  Q  What year?
19  A  In 2014.
20  Q  Okay.  Did you go to high school -- or,
21 sorry, college after that?
22  A  No.  I did not.
23  Q  Okay.  What did you do for work after you
24 graduated from high school?
25  A  After I graduated, I had worked at Burger

Page 10

1  King for a short time because I had worked there
2  prior when I was in high school.  And then I had left
3  and I've worked at Wal-Mart ever since.
4   Q  I'm sorry.
5      You work where?
6   A  I have worked at Wal-Mart ever since --
7   Q  Oh, okay.
8   A  -- after Burger King.  Yeah.
9   Q  Gotcha.
10     What do you do at Wal-Mart?
11  A  I am a team lead.
12  Q  Team lead?
13  A  Yes.
14  Q  Okay.  What does -- just briefly.  We don't
15 have to go into much of that.
16     But just what does that mean, since I don't
17 know?
18  A  I manage people.  It's just underneath
19 salary.  I didn't want to go the salaried route.
20  Q  Okay.  And are you assigned to a specific
21 store, or more of a corporate location?
22  A  A specific store.
23  Q  Okay.  Where is that?
24  A  In Rome, Georgia.
25  Q  Okay.  And so aside from Burger King,

Page 11

1  that's what you've been doing for employment since
2  high school?
3   A  Yes, ma'am.
4   Q  Okay.  And approximately how many years
5  have you been at Wal-Mart?
6   A  Seven, I believe.
7   Q  Where did you live prior to July of 2020;
8  the house that you're in currently?
9   A  I had lived with her nana.
10  Q  With whose nana?
11  A  Santana's nana.
12  Q  Okay.  What was the address?
13  A  1195 Doyle Road, Cedartown, Georgia.
14  Q  When you say "Santana's nana," is that her
15 mom or her grandmother --
16  A  It's --
17  Q  -- or neither?
18  A  It's her grandmother.
19  Q  Grandmother.  Okay.
20     And that's where, I believe -- just from
21 the discovery responses, that's where you all were
22 living at the time of the accident?
23  A  Yes, ma'am.
24  Q  Okay.  And so was it you, Santana, Cohen,
25 and her nana that all lived together?

Page 12

1   A  Yes.  And her grandfather.
2   Q  And her grandfather?
3   A  Yes.
4   Q  Okay.  And what do you -- what, what do you
5  all refer to him as name-wise?  I mean, do you call
6  him Papa or Pop or --
7   A  I just call him Danny.
8   Q  Danny?
9   A  Yeah.
10  Q  Okay.  And what's, what's his full name?
11  A  Danny Kelly.  I'm not sure his middle name.
12  Q  That's okay.
13     And then what is nana's?  Is she -- what's
14 her first name?
15  A  Rissa.
16  Q  Rissa Kelly?
17  A  Yes.
18  Q  Okay.  How do you spell that?
19  A  R-I-S-S-A.
20  Q  Okay.  And how long did you all live with
21 the Kellys?
22  A  I believe we moved in February.
23  Q  Of 2020?
24  A  Yes.
25  Q  Where did you all live prior to that?

Page 13

1  A   In Shannon, Georgia.
2  Q   In a house, or an apartment?
3  A   It was a house.
4  Q   How long did you all live there?
5  A   When we had moved to Rome in twenty -- at
6  the end of 2018, I believe, we had moved into that
7  house.  And we stayed there until we had moved in
8  with her nana.
9  Q   Okay.  How did you and Santana meet?
10 A   I interviewed her at Wal-Mart.
11 Q   Okay.  Did she take a job with Wal-Mart?
12 A   She did.
13 Q   Okay.  And does she -- well, strike that.
14     When did you first meet her?  Do you
15 remember the year?
16 A   It was in 2017.
17 Q   All right.  And I don't know if she works
18 there currently or not, but how long did she work at
19 Wal-Mart?  I'll get a chance to talk to her later,
20 but I may ask you --
21 A   Yeah.
22 Q   -- a few questions just to streamline
23 things and hopefully go faster.
24 A   It was less than a year.
25 Q   Okay.

Page 14

1  A   I'm not sure exact date.
2  Q   Okay.  So she worked at Wal-Mart from
3  around 2017 to 2018, roughly?
4  A   I believe so.
5  Q   Okay.  And I understand you all are
6  married, right?
7  A   Mm-hmm.
8  Q   Okay.
9  A   Yes, ma'am.
10 Q   When did you get married?
11 A   We got married in 2020.
12 Q   What was the date?
13 A   May the 3rd.
14 Q   Okay.  And you all met in 2017.
15     And when did you all start dating or become
16 a couple; whatever you want to call it?
17 A   About a month after I had met her.
18 Q   Okay.  When did you get engaged?
19 A   The end of 2019.  I can't remember the
20 exact month.
21 Q   All right.  And at the time of the accident
22 that we're here to talk about today, was your wedding
23 already planned for May of 2020?
24 A   No.
25 Q   It was not?  Okay.

Page 15

1  A   No.  We, we were just engaged.
2  Q   Okay.  Where did you all get married?
3  A   At her -- it was in Cedartown at her aunt's
4  house.  She does party planning.
5  Q   Okay.  And what's her aunt's name?
6  A   Amy Waters.
7  Q   Okay.  And have you ever been married
8  previously?
9  A   No, ma'am.
10 Q   Okay.  And you have -- Chandler is a son,
11 correct?
12 A   Yes, ma'am.
13 Q   And then is it Cambrie?
14 A   Yes, ma'am.
15 Q   And Cambrie is a girl?
16 A   Yes, ma'am.
17 Q   Okay.  And when was Cambrie born?
18 A   She was born at the beginning of 2022; in
19 January.
20 Q   Okay.  And Chandler I know was born shortly
21 after the accident.
22     What is his date of birth?
23 A   March 20, 2020.
24 Q   March 20, 2020?
25 A   (Witness nods head.)

Page 16

1  Q   Okay.  I want to move to the day of the
2  accident, March 15th, 2020.
3      And do you recall that it was a Sunday?
4  A   I don't recall the exact day.  No.
5  Q   Okay.  I'll represent to you that it was.
6  Just for the record now, let me go ahead and put on
7  the record Defendant's Exhibit 1 as the notice for
8  the deposition.
9      And then I'm going to mark as Defendant's
10 Exhibit 2, Plaintiff Joshua Bryson's responses to
11 Rough Country first interrogatories.
12     And you can reference these as needed.  I
13 may direct you to a certain response that, that may
14 help you with answering some of your questions.
15 Okay?  This copy is for you to look at.
16         (Whereupon, the court reporter
17         marked Defendant's Exhibit Nos. 1
18         and 2 for identification.)
19     MS. CANNELLA:  Can I just take a quick look
20 at that?
21     MS. FERGUSON:  Yeah.  Sure.
22     MS. CANNELLA:  Thanks.
23     So this is his first response?
24     MS. FERGUSON:  Yes.  And I have a copy.  I
25 know that the address was updated in the



Page 17

1  supplement for his -- I think it's his mom's
2  house. So I have a copy of that somewhere.
3       Is that what you were wondering about?
4       MS. CANNELLA: Yeah. I was just making
5  sure I knew which rog response it was since
6  there were two or three.
7       MS. FERGUSON: I think I have a copy
8  somewhere.
9       It just --
10      MS. CANNELLA: It's okay. You don't have
11 to -- I mean, unless you want to put it on the
12 record, you can. I was just --
13      MS. FERGUSON: Well, I might as well just
14 go ahead and do it.
15      MS. CANNELLA: Okay.
16      MS. FERGUSON: But I already marked another
17 one as 3. I just premarked them so they're
18 going to be out of order, but, whatever. That's
19 fine.
20   Q  (BY MS. FERGUSON) I'm going to mark as
21 Defendant's 4 -- ooh. You know what? This is getting
22 a little bit messy. I didn't look at the name. It
23 was -- I was marking Santana's. Defendant's 4 is
24 Joshua Bryson's supplemental responses to Rough
25 Country's first interrogatories.

Page 18

1       And feel free to look through these, but I
2  believe that the supplemental response relates to
3  correcting an address.
4       (Whereupon, the court reporter
5        marked Defendant's Exhibit No. 4 for
6        identification.)
7       MS. CANNELLA: What's the date on that one?
8  12/7/22?
9       THE WITNESS: Mm-hmm.
10   Q  (BY MS. FERGUSON) Have you had a chance to
11 look through?
12   A  Yeah.
13   Q  Okay. Based on interrogatory number 7
14 response, which would be in Exhibit 2, it sounds like
15 you all went to a birthday party at your mom's house
16 at some point on sun -- that Sunday?
17   A  That's correct.
18   Q  Okay. Do you have -- besides looking at
19 this response, do you have a memory of going to the
20 birthday party at your mom's?
21   A  Vaguely. I mean, I remember being there --
22   Q  Mm-hmm.
23   A  -- but I don't remember a whole lot of the
24 events like what we had did there.
25   Q  Okay. Backing up before the party that

Page 19

1  day, do you have any memory of what you all did that
2  day?
3    A  We just woke up and went straight to my
4  mom's house that morning. Since it's a long drive,
5  we usually will leave out early in the morning and
6  spend the day there and then come back.
7    Q  Okay. So you all were going, I think, from
8  Cedartown to Blairsville?
9    A  Yes, ma'am.
10   Q  About how long is that drive?
11   A  About two and a half hours.
12   Q  Okay. So you would have gotten up in the
13 morning and, and headed to her house and spent the
14 day there?
15   A  Yes, ma'am.
16   Q  Okay. How -- and I'm not looking for an
17 exact number, but, roughly, how many people were at
18 the party?
19   A  Probably 15 or so.
20   Q  Okay. Was it all family and extended
21 family, or some friends too?
22   A  Just family and extended family.
23   Q  Okay. Besides your mom, who all do you
24 remember that was at the party?
25   A  My brothers, my aunt, my grandmother, and

Page 20

1  my sister.
2    Q  Okay. And what are your brothers' and
3  sisters' and aunts' names, please?
4    A  Justin Bryson, Dustin Bryson, Kristin
5  Bryson, Dillon Young, Tyler Young. My aunt's name is
6  Glenda Deaton, who has passed away since. And then
7  my uncle was Greg Deaton, and he has also passed away
8  since. My grandmother's name is Goldie Nichols and
9  my grandfather's name is Sam Nichols.
10   Q  Okay. The party was at your mom's house.
11      And that's Gretta Young?
12   A  That's correct.
13   Q  Okay. And does she still -- in the
14 supplemental response, I believe you corrected the
15 address as 77 Lawson Valley, Blairsville, Georgia.
16      Does she still live at that address?
17   A  Yes.
18   Q  Okay. Is that where you grew up, or no?
19   A  Yes.
20   Q  Yes. Okay.
21      What number birthday was it for your mom,
22 if you remember?
23   A  I do not remember the exact date. Or the
24 exact number.
25   Q  How old is she now, if you know?

Page 21

1  A  Right around 40, 41.
2  Q  Okay. And what, what do you remember about
3  the party? Was it any activities? a dinner? a
4  cookout? barbecue? anything like that?
5  A  Yes. It was a barbecue, from what I
6  remember, cause we -- she has a pool and it was
7  outside. I remember going to Wal-Mart that day with
8  my brothers. And besides that, I mean, I just
9  remember playing, like, outside with Cohen.
10  Q  How often would you all go up to your mom's
11  house in Blairsville to visit?
12  A  Typically, most holidays. And a few other
13  times a year, but mainly holidays; or special events
14  like birthday.
15  Q  Do you have a memory of around what time
16  you all left your mom's house on the night of the
17  accident?
18  A  Yes. Around 11:00 p.m.
19  Q  And my understanding is Santana was
20  driving --
21  A  Yes.
22  Q  -- correct?
23  What about on the way up there? Did you
24  drive, or did Santana drive?
25  A  I don't remember.

Page 22

1  Q  And so you left around 11:00 p.m.
2  And the accident, just based on the police
3  report, happened about 15 minutes later?
4  A  Yes, ma'am.
5  Q  Okay. Before you left, Cohen was placed or
6  buckled in his car seat, right?
7  A  Yes, ma'am.
8  Q  Okay. And do you know who put him in his
9  car seat?
10  A  My mother did.
11  Q  Okay. Do you have a specific memory of
12  that, or did you -- do you have to -- did you look
13  at, like, documents or something to remind you of
14  that?
15  A  No. She, she usually likes to do it when
16  we're leaving her house. It's like the last way for
17  her to say goodbye to the kids, so she would always
18  do it. And then we would look and, you know, make
19  sure everything's good. But she would always be the
20  one that wanted to do it.
21  Q  Okay. I mean, as we sit here today, do you
22  specifically remember seeing her doing it that night,
23  or just more of a general recollection that, that she
24  normally did that?
25  A  No. I remember that night because she did

Page 23

1  it and then she gave us a hug before we had left.
2  Q  Okay. And then did, did one of you then
3  check the car seat to make sure he was, he was
4  buckled in right after that?
5  A  I don't remember that night specifically.
6  Q  Okay. That was just kind of your custom?
7  A  Yeah.
8  Q  Okay. Did your mom have other grandkids
9  besides Cohen at that time?
10  A  She -- my sister has kids. But I'll be
11  honest. I can't remember how old they are, so I
12  can't remember.
13  Q  Okay. All right. And this is a question
14  that we ask any witness, so please don't take
15  offense.
16  But were you under the influence of any
17  medications or alcohol that would impact your ability
18  to recall what happened that night or at the scene of
19  the accident?
20  A  No, ma'am.
21  Q  Okay. Do you have a specific memory of
22  leaving your mom's house in the car and the driving
23  up until the accident?
24  A  What I remember is I was originally
25  driving. We had pulled out to the end of our

Page 24

1  driveway. And Santana had asked me to drive instead
2  because she likes to drive on the long trips, and so
3  we swapped. And then I have a small memory of going
4  to the red light because I remember Santana saying
5  somebody behind her had very bright lights. And
6  that's really the last thing that I can remember from
7  that night for the accident.
8  Q  And do you remember when she said that
9  somebody had really bright lights, was that while you
10  all were driving, or when you were stopped at the
11  light?
12  A  That was while driving.
13  Q  Do you, do you remember how far before the
14  light it was?
15  A  I can't remember. No.
16  Q  Okay. Do you know if it was the F-250 that
17  eventually hit you all?
18  A  Yes.
19  Q  Okay. Did you turn around and look at the
20  truck or do anything like that?
21  A  I personally did not. No.
22  Q  Okay. And so she mentioned that the truck
23  had really bright lights.
24  And do you remember, did you say anything
25  in response or do anything else in response?



Page 25

1  A  I can't remember for sure.
2  Q  Do you have a memory of being stopped or
3  sitting at the stoplight before the accident?
4  A  Not that I can recall.
5  Q  And what do you remember about what -- I
6  mean, I understand Cohen was buckled into his car
7  seat --
8  A  (Witness nods head.)
9  Q  -- but what do you remember about what he
10 was doing from the time you all left the house to
11 that point?  I mean, whether he was playing with a
12 toy or had a paci or sleeping or -- do you have any
13 memory or information about that?
14 A  He was sleeping.
15 Q  Okay.  And, I mean, this is kind of -- it
16 sounds like a stupid question, but how did you know
17 was he -- he was sleeping?  Did you, like, look back
18 at him, or you -- something like that, or --
19 A  I think whenever I had -- we had swapped
20 for me to be in the passenger seat and her driving,
21 we had checked and he was sleeping.
22 Q  Okay.  And that would have been when you
23 all swapped at the end of your mom's driveway?
24 A  Yes, ma'am.
25 Q  Okay.  So I just -- I'm trying to make sure

Page 26

1  I've covered anything you remember from that stretch
2  from your mom's up until the point of the accident.
3  You all swapped at the end of the driveway.  You
4  remember Cohen was sleeping.  You remember Santana
5  mentioning the bright lights in the truck behind you.
6     Anything else that comes to mind that you
7  remember just from that -- you know, I guess it was
8  about 20 minutes from the house to the, the accident?
9  A  No.  I, I personally -- I had just
10 downloaded Spotify that night and I was downloading
11 music --
12 Q  Okay.
13 A  -- while we were going down the road, so I
14 was kind of focused on that while she was driving.
15 Q  Okay.  And then moving to the actual
16 impact, I mean, tell me what you remember about that.
17 A  The only thing -- I don't remember anything
18 from the actual impact.  I remember being told that
19 Cohen had passed away and then...
20 Q  Where were you told that?
21 A  I couldn't tell you.  I just remember --
22 like I just remember a small scene of, like, looking
23 up at the ceiling and somebody standing over my head
24 and telling me that.  I really don't know where I
25 was.  That's about all I remember until waking up the

Page 27

1  next day.
2  Q  And, and I apologize that some of this may
3  be obvious to everyone else in the room, but I, I
4  don't know.
5     Were you knocked out at the scene, or
6  unconscious, or --
7  A  I had a concussion.
8  Q  -- just maybe dazed, or -- do you know?
9  A  I had a concussion.
10 Q  Okay.
11 A  And I don't know if it's a mix between that
12 and maybe just, like, the trauma, but I really don't
13 remember a lot from the, the scene.
14 Q  Okay.  And when you said you looked up and
15 you were told that Cohen had passed away, do you
16 think you were at the scene, or the hospital, or
17 don't -- simply don't know?
18 A  No.  I was at a hospital.
19 Q  At a hospital.
20 A  I just -- I don't know which hospital.
21 Q  Okay.
22 A  I was at a hospital.
23 Q  Cause I believe you all were at Fannin
24 Regional, I think first, and then transported to
25 Erlanger.

Page 28

1  Does that sound right?
2  A  Yes, ma'am.
3  Q  Okay.  And I apologize again for having to
4  ask some of these questions.  I think we can quickly
5  move past it and -- because you don't remember
6  anything at the scene.
7     So at the scene, you did not see Cohen at
8  all that you remember?
9  A  No, ma'am.
10 Q  Okay.
11    MS. BRYSON:  I'm sorry.
12    MS. FERGUSON:  That's okay.
13 Q  (BY MS. FERGUSON) Do you have any memory of
14 how you got out of the vehicle?
15 A  No, ma'am.
16 Q  And do you have any memory prior to impact
17 of seeing the F-250 speeding up or driving up behind
18 your vehicle?
19 A  Not to my memory.
20 Q  Okay.  Do you remember being transported
21 from Fannin Regional to Erlanger?
22 A  I don't remember any visual cues.  I
23 remember my back had been broken and I remember
24 riding in the ambulance.  Cause they had to go up a
25 real curvey road and I just remember -- like I



Page 29

1  remember being in pain, like, with the curves. But I
2  don't remember, like, visual cues or anything beyond
3  just getting woken up from the pain for a brief
4  second, then going back out.
5     Q   Okay. And I'm, I'm not asking for any
6  information that your attorneys may have told you.
7  That's attorney-client. That's privileged.
8        But aside from conversations with them,
9  have you talked or, you know, reviewed police report
10 or videos or anything like that such that you know,
11 you know, how you got out of the vehicle at the
12 scene?
13    A   Will you rephrase that, what you're asking?
14    Q   Do you, do you -- aside from anything your
15 attorneys told you, do you know how you got out of
16 your car at the scene?
17    A   No.
18    Q   Okay. And I'll get a chance to ask Santana
19 later, but do you know -- again, aside from anything
20 your attorneys may have told you -- if, if Santana
21 interacted with the driver Hunter Elliott that hit
22 you all at the scene?
23    A   Not to my knowledge.
24    Q   Okay. At some point in time, did, did you
25 come to learn that he was DUI at the time of the

Page 30

1  accident?
2     A   Not to my knowledge. Not at the time.
3     Q   No. At any time.
4         I mean, at some point in time after the
5  accident, did you come to learn that he was driving
6  under the influence at the time of the accident?
7     A   Oh, yes.
8     Q   Okay. And, and I'm not asking -- I, I --
9  just know that I'm not asking for any information
10 that your attorneys have told you, but how did you
11 find out that he was DUI?
12    A   I believe the police report.
13    Q   And did you all know Mr. Elliott before
14 this accident?
15    A   No, ma'am.
16    Q   Okay. Do you remember how long you were in
17 the hospital after the accident?
18    A   I was released the next day, personally.
19 Santana was still in the hospital, so they moved me
20 to her room. But as far as a patient, I was released
21 the next day.
22    Q   Okay. And it sounds like Chandler was born
23 about, it sounds like, five days after the accident.
24        So March 20th, 2020; is that right?
25    A   That's correct.

Page 31

1     Q   Okay. And so did Santana stay in the
2  hospital for that entire five days?
3     A   Yes, ma'am.
4     Q   Okay. And then do you remember how much
5  longer she was in the hospital after that?
6     A   I don't recall exactly how long. No.
7     Q   Was that at Erlanger?
8     A   Yes, ma'am.
9     Q   Okay. And I understand Chandler remained
10 in the NICU for quite some long period of time.
11        Do you know how long?
12    A   I don't know exactly how long. It was, it
13 was numerous months, though.
14    Q   Okay. And were you all having to go back
15 and forth between Cedartown and -- was he, was he at
16 Erlanger?
17    A   Yes. He was at Erlanger. We did not have
18 to travel from Cedartown. The Ronald McDonald House
19 was closed at the time because of COVID, but they
20 were able to supply us with a hotel in Chattanooga.
21    Q   Okay.
22    A   And so we just had to go back and forth
23 from the hotel rather than Cedartown.
24    Q   Okay. And did you all stay up in
25 Chattanooga for, give or take, the whole time that

Page 32

1  Chandler was in the hospital in the NICU?
2     A   Yes, ma'am.
3     Q   Okay. And were there certain hours you all
4  were allowed to visit during the day?
5     A   Yes, ma'am.
6     Q   Okay. What were the hours, if you
7  remember?
8     A   I cannot remember. It was at the beginning
9  of, like, the COVID madness, so there was a lot of
10 restrictions; as in we couldn't even go up there at
11 the same time. I can't remember the exact hours. If
12 I remember correct, I think it was a small period in
13 the morning and a small period later in the evening.
14 And I don't think we could be up there for more than
15 an hour at a time, from what I can remember.
16    Q   Okay. And I want to ask you a couple
17 questions about Cohen's funeral.
18        When, when did that take place?
19    A   I can't remember the exact date. I know we
20 had to wait because of the -- I believe it was COVID
21 restriction -- or, no. I think we had to wait for
22 Chandler to be born. I can't remember the exact
23 date. I think it was after Chandler was born,
24 though. Maybe around a week after, but I can't
25 remember the exact date.



Page 33

1  Q   Okay.  And where was his funeral?
2  A   It was in Cedartown.  I cannot remember the
3  exact funeral home.
4  Q   Okay.  And were you and Santana both able
5  to go?
6  A   Yes, ma'am.
7  Q   Okay.  As far as the, the car seat that
8  Cohen was in at the time of the accident, we asked
9  some questions that are in the interrogatory response
10  in front of you.  If you look at number 9, based on
11  the response, it sounds like the car seat was
12  purchased sometime around August 15th, 2018.
13      Does that sound right?
14  A   That's correct.
15  Q   Okay.  Was it purchased new from a store?
16  A   Yes, ma'am.
17  Q   Okay.  Where did you all buy it?
18  A   It was either Wal-Mart or Amazon.  I can't
19  remember exactly which one.
20  Q   And who installed -- well, that, that car
21  seat type was initially installed in the car, was it
22  forward-facing or backward-facing, if you remember?
23  A   I can't remember originally when we put it
24  in the car if it was forward or backwards.
25  Q   Okay.  Do you -- I mean, do you have any

Page 34

1  memory of whether that car seat was ever used
2  backwards-facing?
3  A   I can't remember.
4  Q   Okay.  And were you the one to install the
5  car seat?
6  A   Santana.
7  Q   Santana.  Okay.  And in interrogatory
8  number 10, below number 9, a question was asked
9  whether or not the car seat was involved in any other
10  motor vehicle accidents prior to the subject one; the
11  March 15th, 2021.  And two are mentioned here.
12      Can you tell me what you remember about
13  those two other collisions prior to the subject
14  incident?
15  A   Yes.  The first one was at a stop sign.
16  The driver in front of us had let off their brakes as
17  if they were going to go, and so Santana had started
18  looking left to see if she could pull out cause it
19  was at a yield sign.  And the driver slammed their
20  brakes.  So it was not a very fast collision.  It was
21  just her letting off of her brake for a second to
22  kind of roll up, so it was very minor.
23      And the second one was similar to the first
24  one, except somebody had hit us.  We had a trailer on
25  the back of our vehicle.  And a lady had let off of

Page 35

1  her brake at a red -- or, yeah, a red light.  And
2  they had just tapped into the back of the trailer,
3  but it wasn't -- there was no damage or no police
4  report or anything filed.
5  Q   Okay.  And was Cohen in the car with you
6  all both times?
7  A   Yes.
8  Q   Okay.  So the first accident that you just
9  talked about, that was where Santana rear-ended
10  another vehicle.
11      Did the police come to the scene?
12  A   They did come for that one.
13  Q   Okay.  Do you remember approximately when
14  that happened?
15  A   I don't remember that.  No.
16  Q   Where did it occur?
17  A   It occurred in Rome on the road next to the
18  hospital.  I cannot remember the road name.  There's
19  an intersection.
20  Q   What -- what's the hospital name in Rome?
21  A   Floyd.
22  Q   Floyd.  Okay.
23  A   I believe they've recently changed it to
24  Atrium.  At the time, it was Floyd, though.
25  Q   Okay.  And did the other driver make a

Page 36

1  claim against you all?  I mean, did your insurance
2  have to pay anything; do you know?
3  A   Not to my knowledge.  They never said
4  anything to us about that.
5  Q   Okay.  Was Santana issued a citation for
6  that accident?
7  A   I think so.  I can't remember for sure.
8  Q   Okay.  And then the other accident where
9  someone hit the trailer that you all were towing --
10  well, let me strike that.
11      The first accident we just talked about,
12  was that also in your Ford Escape, or a different
13  car?
14  A   That was in the Ford Escape.  Yes.
15  Q   Okay.  And the car seat that Cohen was in
16  at the time of the March 15th, 2020 accident that was
17  also involved in these other two accidents we're
18  talking about, was that car seat dedicated to staying
19  in the Ford Escape, or did you all move it around to
20  different vehicles?
21  A   It had moved to different have vehicles,
22  but it was primarily that.  The only time that we
23  moved it is, if we had to tow something, we would put
24  it in her grandfather's Jeep, which is what we had to
25  use for the trailer.  But that was very rare.  It was



Page 37

1 a handful of times.
2  Q  Okay. So for the second accident, were you
3 all in the Jeep?
4  A  Yes.
5  Q  Okay. What were you all towing?
6  A  I don't think we had anything on at the
7 time of the accident. We were going to somewhere in
8 Shannon to get something, but we did not have
9 anything on it at the time of the accident.
10  Q  Is this like a flatbed-type trailer?
11  A  Yes.
12  Q  Okay. What kind of Jeep did her uncle
13 have? like a Jeep Wrangler or a Jeep Cherokee? I
14 don't know all the different types, but if you know.
15  A  I don't know. I'm not sure of the exact
16 Jeep model.
17  Q  And for the second accident, where, where
18 did the -- where -- what was the location of the
19 accident?
20  A  I'm terrible with road names, so I can't
21 tell you the road name. But it was on the road going
22 to Shannon from the east Rome Wal-Mart.
23  Q  And did the police come to the scene?
24  A  No, ma'am.
25  Q  No police report?

Page 38

1  A  No, ma'am.
2  Q  Okay. And you all didn't file a claim or
3 anything for damage to the trailer?
4  A  No, ma'am.
5  Q  Okay. And I understand you can't give me
6 the exact brand name or model name, but -- for the
7 Jeep. I mean, a Jeep Wrangler, you know, can be
8 hardtop, soft-top. I mean, they're pretty obvious.
9    Is it that kind of car, or would you say
10 it's more like a normal Jeep SUV that's fully
11 enclosed?
12  A  It has a soft-top.
13  Q  Soft-top.
14  A  Yes.
15  Q  Okay. Do you remember when the second
16 accident occurred, approximately?
17  A  If I remember correctly, I believe it was
18 when we were moving stuff out of our older house. So
19 it would have been at the beginning of 2020, like
20 January.
21  Q  Okay. And what is Santana's uncle's name
22 that is the owner of the Jeep?
23  A  It's her grandfather.
24  Q  Oh, I'm sorry.
25  A  Yeah.

Page 39

1  Q  I've been saying it wrong.
2  A  It is Danny Kelly.
3  Q  I apologize.
4    Daddy Kelly? Danny Kelly?
5  A  Danny Kelly.
6  Q  Yes. Okay.
7    And is the Jeep Danny Kelly's primary,
8 primary vehicle that he drives, or is it just an
9 extra car that he has for whatever?
10  A  The -- they primarily drive a different
11 vehicle. That's just his whenever he wants to go
12 riding by himself, but he's usually with his wife and
13 in her vehicle.
14  Q  What all kinds of stuff does he use the
15 Jeep for?
16  A  The only thing he uses it now for is
17 usually he would go see his friend, or if he had to
18 go to the store every once in a while. But he
19 doesn't use it a whole lot.
20  Q  I mean, did he used to use it for
21 recreation or anything like that, to your knowledge?
22  A  Not to my knowledge.
23  Q  If you could take a look at in the
24 interrogatories where you are now. I believe it's
25 response number 2. All right. In this response

Page 40

1 there are various witnesses that are identified. And
2 I want you to just take a second to look through the
3 different names. We can go section by section just
4 so we make sure we're thorough.
5    But as far as scene witnesses -- obviously,
6 aside from your wife Santana -- did you know any of
7 those individuals prior to the night of the accident?
8  A  No, ma'am.
9  Q  Okay. Same question for -- I think we can
10 cover the, the bottom three categories:
11 Investigating officers, coroner, medical examiner.
12    Did you know any of those individuals prior
13 to the night of the accident?
14  A  No, ma'am.
15  Q  Okay. And then the next page, Fannin
16 County EMS providers and Fannin County Regional
17 Hospital providers.
18    Did you know any of those providers prior
19 to the night of the accident?
20  A  No, ma'am.
21  Q  And in the section for persons with
22 knowledge of the subject F-250, do you know Anthony
23 Holloway, William Holloway, Austin Lambert or Harvest
24 Lambert?
25  A  No, ma'am.



Page 41

1  Q  Ronnie Thompson Ford, have you ever bought
2  a vehicle there?
3  A  No, ma'am.
4  Q  Have you ever had a vehicle serviced there
5  or leased a car from there; anything like that?
6  A  No, ma'am.
7  Q  Okay. So no, no prior interaction with
8  Ronnie Thompson Ford?
9  A  No, ma'am.
10  Q  Have you talked to any of the scene
11  witnesses, people that were at the scene of the
12  accident, since the accident?
13  A  The only person that has reached out was
14  Trenton Rhodes. And he just basically wanted to
15  check on us, but I haven't talked to him since
16  probably maybe a month or two after the accident.
17  Q  And did you all just talk one time?
18  A  To my knowledge, yes.
19  Q  Did he tell you anything about, you know,
20  the scene of the accident, or what he observed, or
21  what he did, or anything about the accident itself?
22  A  The only thing that I remember him saying
23  was that he seen it happen and he seen Hunter coming
24  back to his truck. That's the only thing that I can
25  remember.

Page 42

1  Q  Hunter coming back to his truck?
2  A  Well, like, I guess, walking towards his
3  truck. I don't, I don't really know the details.
4  Q  If you can turn to interrogatory number 5.
5  And, again, this is something that we ask all
6  witnesses, all parties to cases.
7     I just want to confirm you've never been
8  convicted of a felony or a crime of moral turpitude;
9  is that correct?
10  A  That is correct.
11  Q  Okay. Any other criminal convictions that
12  you've had? And I'm not interested in traffic
13  tickets or parking tickets or something like that,
14  but any other criminal convictions?
15  A  No, ma'am.
16  Q  Okay. Thank you.
17     I believe I saw in some social media posts
18  that were produced recently a picture of you all at
19  the beach when you ran into somebody that was at the
20  scene the night of the accident.
21     Does that sound familiar?
22  A  Yes, ma'am.
23  Q  Okay. Is that the same Trenton Rhodes that
24  called you, or is that a different person?
25  A  It's a different person.

Page 43

1  Q  Okay. Who is that, if you know?
2  A  I can't think of his name off the top of my
3  head, but he said that he was at the scene. And we
4  had tried to reach out to him to get -- to have him
5  come forth as a witness, and we could not get in
6  contact with him after that.
7  Q  Is it maybe Thomas Barker? I know he's
8  another scene witness. "No"?
9  A  No.
10  Q  "No"?
11     And how did you all make the connection at
12  the beach that you all sort of knew each other from
13  the night of the accident?
14  A  I believe he recognized us whenever -- so
15  he was, he was pulling out of the parking garage and
16  we were walking to our car. And he recognized us and
17  he had brought it up. And then we had realized that
18  he was somebody that, that was at the wreck; at the
19  scene.
20  Q  Okay. And where, where were you all at the
21  beach?
22  A  In -- I think it was Myrtle Beach.
23  Q  Okay. Did he tell you anything about, you
24  know, what happened at the scene, or what he
25  remembered, or what went on; anything like that?

Page 44

1  A  I mean, he, he told us from what he, what
2  he had seen at the scene. Yes.
3  Q  What did he tell you all?
4  A  He said that he was sitting at the red
5  light when it happened and that he had came over to
6  our car and he was basically checking on us. And he
7  helped get Santana out and that he helped get Cohen's
8  door open to see if he can get Cohen out of the
9  vehicle, from what I remember. I believe he was, he
10  was one of the first ones that was at the scene.
11  Q  Was -- do you know if he was one of the
12  individuals that either attempted CPR on Cohen or, or
13  assisted with it? Does that sound like the same
14  person, or --
15  A  Yes. I believe he said he did. I believe
16  he was a volunteer firefighter in another state or
17  another city. And so from, from what I remember, I
18  think that he said that he did try to attempt CPR
19  until they got there.
20  Q  Okay. And have you talked to that
21  individual since running into him at Myrtle Beach?
22  A  Just when I had tried to reach out as far
23  as a witness for the case, but he didn't reply.
24  Q  Okay. Were you -- did you attend Hunter
25  Elliott's either plea hearing or sentencing hearing;



Page 45

1  anything of that kind of stuff?
2  　A　Yes, ma'am.
3  　Q　You did?
4  　A　(Witness nods head.)
5  　Q　Okay.  And I've, I've seen some victim
6  impact statements in the DA's file I think I saw from
7  some relatives.
8  　　　Did you have to testify at any of those
9  proceedings?
10  　A　No, ma'am.
11  　Q　Did you give a victim impact statement for
12  those proceedings?
13  　A　I don't believe so.
14  　Q　Okay.  And I believe in some of the
15  Facebook posts that have been produced in the case
16  that either you or Santana posted that the drunk
17  driver caused the accident.
18  　　　Do you still believe that to be true?
19  　A　I believe the driver caused the accident,
20  but I do not believe that the driver had caused the
21  death.
22  　Q　And what is that based on?
23  　A　What do you --
24  　Q　What do you mean by that, I guess?
25  　A　I feel like that, I mean, obviously, he's

Page 46

1  the one that had hit us --
2  　Q　Mm-hmm.
3  　A　-- but I feel like if, if the, the truck
4  wasn't so high up it would have been able to, like,
5  hit the bumper rather than just kind of crush the top
6  of the car.  Cause you can see in the pictures that
7  it kind of went over the top of the car and I think
8  that probably caused a lot more damage than, than
9  what it could have.
10  　Q　And have you ever driven any vehicle in
11  your lifetime with a lift kit, or a lifted vehicle?
12  　A　No.
13  　Q　Do you have any family members that have
14  ever owned a vehicle with a lift kit on it?
15  　A　Not to my knowledge.  No.
16  　Q　And I think I asked have you ever driven
17  one.
18  　　　Have you ever ridden in a car or vehicle
19  with a lift kit on it; a lifted suspension?
20  　A　I'm sure I have.  I can't tell you exactly.
21  I mean, I can't remember exactly, but I'm sure
22  probably at some point in my life I probably have.
23  　Q　What makes you think that you probably
24  have?
25  　A　I'm from the country.  And that's a common

Page 47

1  thing in the country.
2  　Q　Would you say on most occasions while
3  you're out driving in the area where you leave --
4  live you'll see at least one vehicle that's lifted on
5  the roadway?
6  　A　Where I live currently, or where I lived
7  previously?
8  　Q　Well, when you grew up in the country, I
9  should say.
10  　A　When -- um.  So ask that one more time.
11  　Q　So that was probably -- that was a bad
12  question.
13  　　　Back when you -- when you talk about living
14  in the country, is that growing up?
15  　A　Yes, ma'am.
16  　Q　Okay.  And now you would not consider
17  yourself to live in the country?
18  　A　Not as country --
19  　Q　Not as --
20  　A　-- as where I grew up.
21  　Q　-- country?
22  　A　Yeah.
23  　Q　Okay.  Back growing up living in the
24  country, you know, as an estimate, any time you got
25  on the roadway as a passenger or driveway -- driver,

Page 48

1  would you typically see a lifted vehicle at some
2  point while on the roadway?
3  　A　I wouldn't say every time.  I mean, I
4  just -- you see them more often than you would
5  probably see somewhere like here.  But I wouldn't say
6  it happens like every time that you're on the
7  roadway.  No.
8  　Q　And do you still see lifted vehicles in the
9  area where you live now in Cedartown?
10  　A　A very select few.  I don't see a whole lot
11  of them anymore.  No.
12  　Q　Okay.  What's your understanding of why
13  people -- whether they're your friends or whoever.
14  　　　If you've ridden in a lifted truck or
15  vehicle before, what's your understanding of why
16  people get lift kits and lift their vehicles?
17  　　　MS. CANNELLA:  Object to the form of the
18  　　question.  Calls for speculation.
19  　　　You can answer.
20  　　　THE WITNESS:  I just feel like they
21  　　probably just think it makes them look cool, to
22  　　be honest.
23  　Q　(BY MS. FERGUSON) Just looking through some
24  of the Facebook and other posts that have been
25  produced, social media stuff, it looks like your



Page 49

1  community rallied around you all quite a bit after this
2  accident, so I just want to ask you a couple things
3  about various fundraisers that I saw in the social
4  media. It looks like a GoFundMe account was setup.
5      Do you have any idea how much money was
6  raised in that in total?
7    A   I don't remember the exact amount.
8  Probably around 20,000, if I remember correctly.
9    Q   Yeah. An estimate is fine.
10   A   Yeah.
11   Q   I'm not going to hold you to it. I'm just
12 trying to get a ballpark idea. And I saw a couple
13 posts related to some bracelets that somebody made:
14 Chandler Strong and Forever Loved Cohen Zayne.
15      Again, just asking for a ballpark, if you
16 know, how much money was raised approximately by the
17 sale of the bracelets?
18   A   Probably about a thousand.
19   Q   Okay. Same question for some T-shirts I
20 saw that somebody made.
21      A ballpark estimate of how much was raised
22 with the sale of the T-shirts?
23   A   Probably around a thousand as well.
24   Q   And as far as the expenses from the
25 accident -- the vehicle, hospital, funeral; any other

Page 50

1  accident related expenses -- have you all had to pay
2  out of pocket for any of that?
3    A   We bought our vehicle, our new vehicle,
4  with the money. But I think that's -- from what I
5  can remember, that's it.
6    Q   You bought it with your, with your money --
7    A   Yeah.
8    Q   -- the new vehicle?
9    A   From the, from the --
10   Q   Settlement proceeds, or --
11   A   From the, like, fundraiser. Like the
12 GoFundMe.
13   Q   Okay. Okay. You used that money to buy a
14 new vehicle.
15      What did you buy?
16   A   A Ford Flex.
17   Q   Okay. But as far as, I guess, the way I
18 asked the question, you answered it the right way, as
19 you should.
20      As far -- what about medical expenses?
21 Have you all had to come out of pocket at all on
22 those, to your knowledge?
23   A   Not to my knowledge.
24   Q   How -- okay. So Chandler is, is three
25 years old now; is that right?

Page 51

1    A   Correct.
2    Q   Or just turned three?
3    A   Yes, ma'am.
4    Q   Okay. Is he in preschool?
5    A   No, ma'am.
6    Q   Okay. Just in general, how is, how is he
7  doing? Does he have any, like, health problems or
8  issues?
9    A   No. He doesn't have any major health
10 problems at the moment. No.
11   Q   Okay. He -- he's not in preschool now, but
12 at some point in time you all plan to send him either
13 to preschool or school when he gets a little older?
14   A   Yes, ma'am.
15      MS. FERGUSON: Okay. And I think I'm
16   getting close to being done. I just -- a few
17   more questions. I might take a break and look
18   back at my notes for a second --
19      MS. CANNELLA: That's fine.
20      MS. FERGUSON: -- but I think I'm getting
21   close.
22   Q   (BY MS. FERGUSON) And with regard to Cohen --
23 and, again, I, I hate having to even ask you questions
24 about this, but, unfortunately, it's just, you know,
25 part of my job. And this is what happens when a

Page 52

1  lawsuit's filed.
2      But if you could, just tell me a little bit
3  about him, what he was like; you know, his hobby -- I
4  know he was little, but hobbies, interests; any
5  favorite cartoons, characters. Just anything that,
6  you know, would describe him in your words.
7    A   He was very, he was very smart for his age,
8  very athletic. We would play basketball a lot
9  together. He liked to play games with me. We had
10 like a little basketball goal at the house that we
11 would just shoot at. He liked trucks. He liked to
12 play outside. He -- I'm trying to think of the
13 cartoon characters at the time that he was into. I,
14 I honestly can't remember the exact cartoon
15 characters and stuff that he was into. But a very
16 outgoing, very outgoing kid.
17     MS. FERGUSON: Okay. Let us -- thank you
18   for sharing that with me.
19     Let us take a little break. And I'm going
20   to look back at my notes. I might run to the
21   restroom. And I don't think I have anything
22   else; if I do, it'll be very brief.
23     MS. CANNELLA: Okay.
24     MS. FERGUSON: So we're very close to being
25   done. That's the good news.



Page 53

1  THE VIDEOGRAPHER:  The time is 12:45 p.m.
2  We are off the record.
3       (Whereupon, a brief recess was taken.)
4       THE VIDEOGRAPHER:  The time is 1:11 p.m.
5  And we are on the record.
6   Q   (BY MS. FERGUSON) Okay.  Josh, I have just a
7  couple more questions.  I think we'll wrap up pretty
8  quickly; a few things I forgot to ask you about
9  earlier.
10      I'm going to hand you what I've marked as
11  Defendant's Exhibit 3.  It's plaintiff's responses to
12  Defendant Rough Country's second interrogatories.
13           (Whereupon, the court reporter
14           marked Defendant's Exhibit No. 3 for
15           identification.)
16      MS. CANNELLA:  Okay.
17   Q  (BY MS. FERGUSON) And I'll give you a second
18  just to look through this, but we, we -- the
19  interrogatory asked about contents in the Ford Escape
20  at the time of the subject accident.
21      If you want to take a second to review it,
22  I, I have a couple of questions about the response.
23  Just let me know when you've had a chance to look at
24  it.
25   A   I think I'm ready.

Page 54

1   Q   Okay.  So on page 2 of the response,
2  there's a number of items that were listed as being
3  in the trunk on the date of the impact.  And
4  understand you may not know, but if you do, just give
5  me the best information available to you.
6       As far as the shop vac that was in the
7  vehicle, when you say that was in the trunk, is that
8  the back cargo space of the Ford Escape?
9   A   Yes, ma'am.
10   Q   Do you remember if it was on the left side,
11  or the right side?
12   A   I don't remember.
13   Q   Okay.  What about the umbrella stroller
14  that's listed under that?  Do you remember whether it
15  was on the left, or right, middle; anything about
16  where it was positioned?
17   A   I believe it just laid across, so it's
18  probably from left to right.
19   Q   Okay.  And that was also in the back cargo
20  area?
21   A   Yes, ma'am.
22   Q   Okay.  What about the two camping chairs?
23  Do you remember anything about where they were
24  positioned?
25   A   No, ma'am.

Page 55

1   Q   And they -- but they were in the back cargo
2  area?
3   A   Yes.  They were in the back, but I can't
4  remember left or right.  They're not very big chairs,
5  so...
6   Q   And bag of clothing.
7       Was that just like a suitcase of clothing,
8  or do you remember anything more about that?
9   A   No.  If I remember right, it was like just
10  a regular black trash bag from where we were moving.
11  It had just been still in the car.  We hadn't taken
12  it out yet.
13   Q   Okay.  Were there -- what was in -- I know
14  Cohen was sitting on the driver's side in the back
15  seat.
16      Were there any other items that were in the
17  back seat of the Ford Escape that you remember?
18   A   Not to my knowledge.
19      MS. FERGUSON:  Okay.  I don't think I have
20  any other questions for you.  Thank you very
21  much.
22      THE WITNESS:  Yes, ma'am.
23      MS. CANNELLA:  No questions.
24      MS. FERGUSON:  You want to read and sign?
25      MS. CANNELLA:  Yeah.  We'll read and sign.

Page 56

1   THE VIDEOGRAPHER:  I'll go off.  This
2  concludes this video deposition.  The time is
3  1:14 p.m.  We are off the record.
4       (Deposition concluded at 1:14 p.m.)



Page 57

```
 1              E R R A T A   P A G E
 2   Pursuant to Rule 30(e) of the Federal Rules of Civil
     Procedure and/or Georgia Code Annotated 9-11-30(e), any
 3   changes in form or substance which you desire to make
     to your deposition testimony shall be entered upon the
 4   deposition with a statement of the reasons given for
     making them.
 5
 6   To assist you in making any such corrections, please
     use the form below.  If supplemental or additional
 7   pages are necessary, please furnish same and attach
     them to this errata sheet.
 8
     I, the undersigned, JOSHUA BRYSON, hereby certify under
 9   penalty of perjury that I have read the foregoing
     deposition and that said deposition is true and
10   accurate, with the exception of the changes noted
     below, if any.
11
12   Page / Line /      Change         /     Reason
13   ____ / ____ / _____ / _____
14   ____ / ____ / _____ / _____
15   ____ / ____ / _____ / _____
16   ____ / ____ / _____ / _____
17   ____ / ____ / _____ / _____
18   ____ / ____ / _____ / _____
19   ____ / ____ / _____ / _____
20   ____ / ____ / _____ / _____
21   ____ / ____ / _____ / _____
22   ____ / ____ / _____ / _____
23   ____ / ____ / _____ / _____
24   ____ / ____ / _____ / _____
25   ____ / ____ / _____ / _____
```

Page 58

```
 1   Page / Line /      Change         /     Reason
 2   ____ / ____ / _____ / _____
 3   ____ / ____ / _____ / _____
 4   ____ / ____ / _____ / _____
 5   ____ / ____ / _____ / _____
 6   ____ / ____ / _____ / _____
 7   ____ / ____ / _____ / _____
 8   ____ / ____ / _____ / _____
 9   ____ / ____ / _____ / _____
10   ____ / ____ / _____ / _____
11   ____ / ____ / _____ / _____
12   ____ / ____ / _____ / _____
13   ____ / ____ / _____ / _____
14   ____ / ____ / _____ / _____
15   ____ / ____ / _____ / _____
16   ____ / ____ / _____ / _____
17
18                       _____
                                   JOSHUA BRYSON
19
20   Sworn to and subscribed before me
21   _____,
22   Notary Public, this _____ day of
23   _____, 2023.
24   My commission expires: _____
25
```

Page 59

```
 1                       C E R T I F I C A T E
 2
 3   STATE OF GEORGIA:
 4   COUNTY OF DEKALB:
 5        I hereby certify that the foregoing
 6   transcript was taken down as stated in the
 7   caption, that the witness was first duly sworn,
 8   and the questions and answers thereto were
 9   reduced to typewriting under my direction; that
10   the foregoing pages 1 through 56 represent a
11   true, correct, and complete transcript of the
12   evidence given upon said hearing, and I further
13   certify that I am not of kin or counsel to the
14   parties in the case; am not in the regular
15   employ of counsel for any of said parties; nor
16   am I in anywise interested in the result of said
17   case.  The witness did reserve the right to read
18   and sign the transcript.
19        This, the 12th day of April, 2023.
20
21
22
23                       _____
24                       LOUISE GRIFFITH, CCR-B-2121
                         Certified Court Reporter
25
```

Page 60

COURT REPORTER DISCLOSURE

Pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter.  I am here as a representative of Regency-Brentano, Inc.

I am not disqualified for a relationship of interest under the provisions of O.C.G.A. §9-11-28 ©.

Regency-Brentano, Inc. was contacted by the offices of Esquire Deposition Solutions to provide court reporting services for this deposition.

Regency-Brentano, Inc. will not be taking this deposition under any contract that is prohibited by O.C.G.A. §15-14-37 (a) and (b).

Regency-Brentano, Inc. has no exclusive contract to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition.

Regency-Brentano, Inc. will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

_____  
Louise Griffith, CCR-B-2121

