UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>    Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>    Defendant. | Civil Action File<br><br>No. 2:22-cv-17-RWS |

### NOTICE OF FILING DISCOVERY MATERIALS

Plaintiffs hereby give notice that on this day they have filed the following discovery in connection with Plaintiffs' Response in Opposition to Defendant Rough Country's Motion for Summary Judgment:

1) Deposition of G. Bryant Buchner, P.E. taken on January 23, 2024

2) Deposition of Paul Lewis, Jr., M.S., BME taken on March 18, 2024

3) Deposition of Wesley D. Grimes taken on May 9, 2024

4) Defendant Rough Country, LLC's Responses and Objections to Plaintiffs' Requests to Admit

5) Defendant Rough Country, LLC's Second Supplemental Response to Plaintiffs' First Interrogatories

[*Signatures on the next page*]

Respectfully submitted on September 5, 2024,

        CANNELLA SNYDER LLC

        */s/ Tedra L. Cannella*

        TEDRA L. CANNELLA
         Georgia Bar No. 881085
         tedra@cannellasnyder.com
        ROBERT H. SNYDER, JR.
         Georgia Bar No. 404522
         rob@cannellasnyder.com
        DEVIN L. MASHMAN
         Georgia Bar No. 257588
         devin@cannellasnyder.com

        315 W. Ponce de Leon Ave.
        Suite 885
        Decatur, GA 30030
        (404) 800-4828
        (404) 393-0365 (fax)
        ***Attorneys for Plaintiffs***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

                          CANNELLA SNYDER LLC

                          */s/ Tedra L. Cannella*
                          TEDRA L. CANNELLA
                            Georgia Bar No. 881085
                            tedra@cannellasnyder.com
                          ROBERT H. SNYDER, JR.
                            Georgia Bar No. 404522
                            rob@cannellasnyder.com
                          DEVIN L. MASHMAN
                            Georgia Bar No. 257588
                            devin@cannellasnyder.com

                          315 W. Ponce de Leon Ave.
                          Suite 885
                          Decatur, GA 30030
                          (404) 800-4828
                          (404) 393-0365 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *NOTICE OF FILING DISCOVERY MATERIALS* was electronically filed with the Clerk of Court via CM/ECF, which will automatically serve the following attorneys of record:

Richard H. Hill
Claire C. Murray
Lindsay G. Ferguson
Aaron B. Chausmer
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
rhill@wwhgd.com
cmurray@wwhgd.com
lferguson@wwhgd.com
achausmer@wwhgd.com

This 5th day of September, 2024.

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*
Tedra L. Cannella
Georgia Bar No. 881085
*Attorney for Plaintiffs*