UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, * | |
| as Administrators of the * | |
| Estate of C.Z.B., and as surviving * | |
| parents of C.Z.B., a deceased minor, * | |
|  * | Civil Action File |
| Plaintiffs, * | |
|  * | No. 2:22-cv-17-RWS |
| v. * | |
|  * | |
| Rough Country, LLC * | |
|  * | |
| Defendant. * | |

# EXHIBIT LIST FOR
## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT ROUGH COUNTRY'S MOTION FOR SUMMARY JUDGMENT

### AND

### PLAINTIFFS' RESPONSE TO ROUGH COUNTRY LLC'S STATEMENT OF UNDISPUTED MATERIAL FACTS AND PLAINTIFFS' STATEMENT OF ADDITIONAL DISPUTED MATERIAL FACTS

Ex. 1   G. Bryant Buchner, P.E. Report (October 12, 2023)

Ex. 2   Deposition of Paul Lewis, Jr., M.S., BME taken on March 18, 2024 Excerpt

Ex. 3   Deposition of Paul Lewis, Jr., M.S., BME Exhibit 6 – Paul Lewis, Jr. Report (October 16, 2023)

Ex. 4   Vehicle Compatibility Agreement [Mar 4 2004. NHTSA Docket Letter and Report "Enhancing Vehicle-to-Vehicle Crash Compatibility, Commitment for Continued Progress by Leading Automakers"

Ex. 5   *Bacho v. Rough Country* Complaint

Ex. 6   *Mendoza v. Heckenthorn Products* Complaint

Ex. 7   Rule 30(b)(6) Deposition of Rad J. Hunsley on behalf of Rough Country, LLC [Doc. 97]

Ex. 8   P. Just to W. Bradshaw emails [RC-BRYSON006869-6870]

Ex. 9   Summers & Prasad, NHTSA, "NHTSA's Recent Compatibility Test Program."

Ex. 10  Greenwell Report, NHTSA, "Evaluation of the Enhancing Vehicle-to-Vehicle Crash Compatibility Agreement: Effectiveness of the Primary and Secondary Energy-Absorbing Structures on Pickup Trucks and SUVs"

Ex. 11  Christopher Roche Supplemental Report (November 17, 2023)

Ex. 12  *Mendoza v. Heckenthorn Products* collision photographs

Ex. 13  Rough Country 30(b)(6) Dep., Ex. 6, 12/22/14 Email string

Ex. 14  Will Holloway Order Confirmation

Ex. 15  Christopher Roche Dep. Ex. 2

Ex. 16  Defendant Rough Country, LLC's Second Supplemental Response to Plaintiffs' First Interrogatories

Ex. 17  Rough Country Development Protocol [RC-BRYSON008309]

Ex. 18  Defendant Rough Country, LLC's Responses and Objections to Plaintiffs' Requests to Admit

Ex. 19  *Bacho v. Rough Country*, Defendant Rough Country LLC's Initial Disclosures

Ex. 20  Georgia Department of Driver Services DUI Report

Ex. 21  Georgia Department of Driver Services Distracted Driving Report

Ex. 22  Deposition of G. Bryant Buchner, P.E. taken on January 23, 2024 Excerpt

Ex. 23  G. Bryant Buchner, P.E. Dep. Ex. 7

Ex. 24  Deposition of Wesley D. Grimes taken on May 9, 2024 Excerpt

Ex. 25  Stax, Inc. Marketing Survey Excerpt - CONFIDENTIAL