# EXHIBIT 1



Quest Engineering & Failure Analysis, Inc.
www.quest-engineering.com

October 12, 2023

Ms. Tedra Cannella
Cannella Snyder LLC
PO Box 1399
Decatur, GA 30031

Re:     FR26 Report

File:   Bryson Accident
        Quest No: 10519

Dear Ms. Cannella:

This report presents background information, our observations, analysis, and opinions regarding the
subject accident. The purpose of our work was to reconstruct the subject accident.  Of specific interest
was investigation into the effect of the accident truck's lift modifications.


**Background**

According to the incident reports, the accident occurred at 11:15 PM on March 15th, 2020 at the
intersection of GA 2 and Blue Ridge Dr. (GA 5) in Fannin County, Georgia. The posted speed limit
was 55 mph and the intersection was controlled by a traffic signal. The conditions were noted as being
dark, cloudy, and dry. A lifted 2016 Ford F250 Super Duty (V1), operated by Hunter Elliot, traveling
West in the left travel lane on GA 2. A 2008 Ford Escape (V2), operated by Santana Kelly, was stopped
at the intersection in the left travel lane, facing West on GA 2. There were two passengers in the Escape:
Joshua Bryson in the front passenger seat and Cohen Bryson in the rear left seat, in a properly restrained
child car seat. The F250 struck the rear of the Escape, pushing the Escape into the intersection. Mr.
Elliot then backed up his vehicle. The occupants of the Ford Escape were seriously injured and were
taken to the hospital. Cohen Bryson, a two-year-old child located in the left rear seat was pronounced
deceased as a result of this crash. Reportedly, there were four witnesses at the scene.

NORTH FLORIDA OFFICE
1937 Raymond Diehl Road. Tallahassee, FL 32308
Tel (850) 531-0007. Fax (850) 531-0062

SOUTH FLORIDA OFFICE
428 Old Dixie Hwy SW. Vero Beach, FL 32962
Tel (772) 219-0400. Fax (850) 531-0062

**BRYSON 001350**

**Work Performed**

Representatives of Quest Engineering inspected and documented the 2008 Ford Escape and 2016 Ford F250 several times between February 2021 and September 2023.  We photographed, scanned, and took measurements of both vehicles. We visited and documented the accident scene on July 14, 2023. We have inspected and documented exemplars of each accident vehicle. We were provided or researched the following file materials and resources:

- Georgia Motor Vehicle Crash Report
- Georgia State Patrol (GSP) National Incident-Based Reporting System (NIRBS) report
- Specialized Collision Reconstruction Team (SCRT) report, photos, and videos
- SCRT Orthographic Aerial
- Date of Accident (DOA) photos and videos
- Photos, videos, and notes provided by Plaintiff's counsel
- All written discovery
- Autopsy
- Autopsy photos
- Fannin County Coroner records
- Fannin County EMS records
- Fannin County medical records for Joshua and Santana Bryson
- Erlanger Health System medical records for Joshua Bryson
- Ronnie Thomspon Ford Document Production
- Rough Country's Written Discovery Responses
- Rough Country's Document Productions
- Google Aerial and Streetview Images
- Vehicle specifications for both accident vehicles
- 2008 Ford Escape Owner's Manual
- 2008 Ford Escape Event Data Recorder (EDR) Download
- 2008 Ford Escape CARFAX Vehicle History Report
- 2008 Ford Escape Exemplar Vehicle
- 2016 Ford F250 Owner's Manual
- 2016 Ford F250 EDR Download
- 2016 Ford F250 Infotainment Download
- 2016 Ford F250 CARFAX Vehicle History Report
- 2015 Ford F250 Exemplar Vehicle
- Exemplar Safety 1st child seats
- Order confirmation for the subject lift kit to Will Holloway
- Exemplar Rough Country Lift Kits
- Rough Country Lift Kit Manuals
- National Highway Traffic Safety Administration (NHTSA) Exemplar Escape Crash Test
- Depositions of:
    - Santana Bryson
    - Joshua Bryson
    - Trooper Andrew Phillips

       o   30(b)(6) Deposition of Rough Country

In addition, we prepared scale drawings, models, and images depicting the evidence and accident events.

**Observations**

Based on the inspections of the 2008 Ford Escape:

- The Escape's static rear crush damage extended forward to a depth of 3.66 feet.
- The Escape's rear occupant seat was pushed visibly forward from the impact.
- Impact damage was present on the rear of the Escape demonstrating crush and match points between the F250's:
    - Bumper to Escape hatch
    - Tow hooks to Escape hatch
    - Hood to Escape's D-pillars
    - Hood to Escape's hatch hinges
    - Secondary Energy Absorption System (SEAS) brackets to Escape's bumper and left rear tire
    - Right front tire to Escape's rear
- Impact holes were present near the bottom of the Escape's hatch, about 30 inches apart, from the F250 tow hooks.
- The rear frame near the spare tire attachment point had an approximately 4.5-inch gash, matching the F250 SEAS bracket.
- The tailpipe had tire rub marks and had been bent downward.
- The bumper impact bar was nearly fully detached from the vehicle with a 4.5-inch imprint from the SEAS bracket.
- There was a gap between the rear passenger seat and the hatch which corresponded to trunk contents such as a shop vac and folding chairs in the vehicle.
- The Escape's measured weight was 3,410 lbs. at the inspection on February 22, 2022.
- The rear bumper of the Escape was only slightly bent.

Based on the inspections of the 2016 Ford F250:

- F250 front-end damage was visible on the bumper, grill, and hood.
- F250 crush extended slightly farther back on the right side of the vehicle.
- Two impact marks were present on the top of the hood of the F250, about 28 inches apart which corresponded to the Escape's hatch hinges.
- The F250 has two tow hooks on the front of the bumper, which are 30 inches above the ground.
- The F250 has two SEAS brackets underneath the bumper, about 4.5 inches in width.
    - The brackets' bottom edges are 19 inches from the ground.
- There were perpendicular black transfer marks on the bottom of the F250 bumper which corresponded to the tread cover on the top of the Escape bumper.
- The F250 had an aftermarket Rough Country, "RC", lift kit installed.
- There were no RC lift warning stickers on any of the windows of the vehicle.

**BRYSON 001352**

- The F250 had a ground clearance of about 10 inches.
- The F250's original ground clearance was 9.25 inches.
- The F250 tires were about half an inch larger radius than stock tires.
- The effective total body lift was 6.1 inches.
- The vehicle's measured weight was about 8,040 lb., at the time of our inspection.

Based on the EDR of the 2016 Ford F250:

- The data was downloaded 20 ignition cycles after the event.
- The recorded speed of the F250 was about 52 mph five seconds prior to airbag deployment.
- The recorded speed of the F250 was 50 mph immediately prior to airbag deployment.
- No ABS activity was recorded from the ABS system.
- The impact Delta-V was 17.92 mph longitudinal and 0.14 mph lateral.
- The principal direction of force was 6 o'clock.
- Because of the vehicles oversized tires, the EDR under reported speed by 1 mph.

Based on Quest's documentation of the accident scene along with accident scene photographs:

- The scene evidence had been painted with blue spray paint by law enforcement.
- Tire marks, gouges and fluid trails also existed which denoted areas of impact, travel, and rest.
- The Escape's spare tire rim left a clear impact mark on the asphalt clearly defining the area of collision.
- The roadway was asphaltic concrete construction.
- The impact was in the left thru lane near the stop bar.
- The Escape was propelled approximately 150ft from impact to rest.

**Methodology**

Documentation of Vehicular Evidence

The initial effort in accident reconstruction is the documentation and preservation of evidence, where areas of the vehicle that recorded information about the crash are examined, such as crush, paint transfer, and characteristic damage and markings. Several "match points" were identified on each vehicle, which are unique characteristic marks that correspond to unique components or geometry of the vehicles. Marking the match points with different colored bright tape allowed for the correlation of vehicle-to-vehicle damage *(Figure 1)*. The match points on each vehicle were carefully measured and photographed. Similar efforts were expended at the accident scene.



*Figure 1: Match points with brightly colored tape*

A FARO laser scanner, which collects electronic measurement data about the three-dimensional vehicle, returns a digital 3D point cloud that can be viewed and edited in Computer-Aided Design (CAD) software. In the point cloud of each vehicle, the brightly colored tape that was previously placed on the vehicle at the time of the inspection was readily visible for analysis purposes *(Figure 2)*. In addition, the exemplar Safety 1st car seat was scanned. The point clouds allowed accurate matching of corresponding vehicle shapes. The scan of the point cloud is useful for several different engineering analysis purposes.



*Figure 2: Brightly colored tape visible on the point cloud models*

<u>Vehicle Modeling</u>

The point clouds from the inspections were imported into a CAD software called AutoCAD. In this software, a cross section of a scan can be created at any desired height level, such as the crush region. The crushed region of the Escape was around the bottom of the rear hatch and the F250 crush region was at the bumper level height. The cross section was then viewed in an orthographic 2D top-down view where the perimeter of the cross section can be traced, showing the shape of the permanent crush. The two vehicles were matched by using the drawings of the maximum permanent crush profile of the two vehicles at the corresponding elevation *(Figure 3)*.



*Figure 3: Crush Damage Matching (Static)*

The damage profile was placed over an undamaged vehicle drawing, showing the change in the vehicle's shape *(Figure 4)*. This was used to determine the amount of crush on the vehicle. In order to compare the damaged vehicle to an undamaged vehicle, an exemplar Ford F250 was inspected and scanned. The F250 inspected was a stock, unaltered, 2015 Ford F250 Super Duty Crew Cab 4x4 Pickup with LT275/70R18 tires. The exemplar was verified by using the Vehicle Identification Number (VIN). An exemplar Ford Escape, which was also stock and unaltered, was also inspected and scanned. The exemplar Escape was also scanned with an exemplar Safety 1st child seat, positioned in the rear left seat. The exemplar for the Escape was a 2010 Ford Escape 4x2 with the same size tires as the accident vehicle (235/70R16). The Escape exemplar was also verified using the VIN.



*Figure 4: Crush lines from scan cross section*

The rear seat of the Escape had been displaced forward significantly. To measure the change in forward distance that the seat had been displaced, the roofs of the subject Escape and the Escape exemplar scans were cropped, revealing the interior of the vehicles. Because the rear seat moved forward, the child seat also moved forward. The exemplar car seat was scanned in the exemplar Escape; therefore, it was visible in the cropped scan. The accident car seat no longer fit in the subject Escape. Using a 3D editing software, CloudCompare, the exemplar car seat was placed in the scan of the accident Escape based on DOA photos. This model was imported into AutoCAD and the roof was cropped, revealing the difference in the forward distance of the child seat. The movement of the head rest area and the bottom of the seat were compared *(Figure 5)*.



*Figure 5: Rear seat and child seat change in position*

The difference in height of the F250 was determined by using side views of the F250 in AutoCAD. The scan of the exemplar (stock) F250 was drawn and the subject F250 was drawn. This revealed the height difference between the stock and lifted F250 *(Figure 6)*. This was also verified by using measurements of the subject F250 and comparing against the exemplar F250.



*Figure 6: Stock F250 comparison to Accident F250*

The point clouds were also used in CloudCompare. In CloudCompare, 3D models (including point clouds) can be viewed, cropped, rotated, and translated. The match points of the vehicles were linked together in 3D space using CloudCompare. This was simplified due to the bright colored tape that was placed on the vehicle at the inspection which showed up on the scan. Primarily, four match points were needed to link the two vehicles together. The hood of the F250 displayed two small rectangular intrusions that were 28 inches apart. The Escape had two protruding hinges that held the top of the rear windshield in place that were also 28 inches apart. In addition, the hinges on the

Escape displayed contact evidence. Based on the measurements, shape, and size of the markings, revealing that this was a match point. In CloudCompare, the two vehicles were matched together based on these two marks *(Figure 7)*. Another match point was where the tow hooks of the F250 impacted the rear hatch of the Escape. The F250 has two tow hooks that are located near the center of the bumper. The Escape had a hole immediately to the left side of the bottom of the rear hatch and another hole that was near the right side of the centerline of the vehicle. The analysis revealed that the F250 tow hooks matched the holes of the Escape. Additional match points increased the certainty of the model.



*Figure 7: Maximum Engagement modeled in 3D*

A gash on the Escape rear matched the geometry and dimensions of the SEAS bracket. At one of the vehicle inspections, an exemplar SEAS bracket was matched with the gash on the Escape's rear. The other SEAS bracket corresponded to the left rear rear of the Escape, which displayed contact damage. Additionally, by using the contact damage, the hood of the F250 impacted the D-pillars of the Escape and the right front tire of the F250 impacted the tailpipe of the Escape. This information was used to validate the maximum engagement of the F250 into the Escape.

A CAD comparison of the post-crash vehicle crush geometries to the deepest penetration match points revealed over ½ foot of dynamic rebound occurred. Thus, the Escape dynamic crush was determined through the comparison of known match points.

<u>F250 ACM Data Analysis</u>

The 2016 Ford F250 was equipped with an Airbag Control Module (ACM). The ACM, which is commonly referred to as a "Black Box," contains electronic crash information. The ACM is capable of storing both pre-crash and crash data, including the speed of the vehicle as it approached the crash, and the change in velocity (delta-V) experienced in the crash. The imaging of the ACM was done on 04/03/2020 using Crash Data Retrieval Tool 19.3.

The ACM recorded one event, which was a deployment event. A deployment event is an event in which airbags or restraint control systems are deployed. Deployment events cannot be overwritten, and the F250 had the capability of storing up to two deployment events. The ignition cycle at the crash was 6,697, only 20 ignition cycles less than when the F250 was imaged (6717 ignition cycles

when imaged). The ACM recorded that the driver of the F250 was not buckled, and the F250 passenger seat was not occupied.

The ACM recorded 5 seconds of pre-crash data, 251 ms (0.251 seconds) of post-crash delta-V data (both lateral and longitudinal delta-Vs). A pre-crash data table is shown below *(Figure 8)*:

   

### Pre-Crash Data -5 to 0 sec [2 samples/sec] (First Record)

| Times (sec) | Speed vehicle indicated MPH [km/h] | Accelerator pedal, % full | Service brake, on/off | Engine RPM | ABS activity (engaged, non-engaged) | Brake Powertrain Torque Request | Driver Gear Selection |
|---|---|---|---|---|---|---|---|
| - 5.0 | 52 [84] | 24.1 | Off | 1,270 | non-engaged | No | Drive |
| - 4.5 | 52 [83] | 24.3 | Off | 1,264 | non-engaged | No | Drive |
| - 4.0 | 52 [83] | 24.0 | Off | 1,262 | non-engaged | No | Drive |
| - 3.5 | 52 [83] | 23.8 | Off | 1,256 | non-engaged | No | Drive |
| - 3.0 | 52 [83] | 23.7 | Off | 1,256 | non-engaged | No | Drive |
| - 2.5 | 51 [82] | 23.5 | Off | 1,254 | non-engaged | No | Drive |
| - 2.0 | 51 [82] | 23.0 | Off | 1,250 | non-engaged | No | Drive |
| - 1.5 | 51 [82] | 23.0 | Off | 1,246 | non-engaged | No | Drive |
| - 1.0 | 51 [82] | 23.0 | Off | 1,246 | non-engaged | No | Drive |
| - 0.5 | 51 [82] | 22.9 | Off | 1,242 | non-engaged | No | Drive |
| 0.0 | 50 [81] | 0.0 | On | 1,174 | non-engaged | No | Drive |

*Figure 8: ACM Pre-Crash Data table*

The ACM recorded longitudinal delta-V of -17.92 mph (17.92 mph backwards) and a lateral delta-V of -0.14 mph (0.14 mph to the left).

The ACM calculates "Speed vehicle indicated" based on how fast the wheels are rotating, assuming the vehicle has the placard tire size. If the vehicle has a different tire size than the placard tire size, the "Speed vehicle indicated" will have to be adjusted based on the ratio between the actual tire size and placard tire size. For the subject F250, the speed adjustment factor is found to be 1.02, which means that the indicated pre-impact speed of 50 mph is actually 51 mph (50mph x 1.02 = 51mph).

<u>Momentum Calculations</u>

The principle of conservation of momentum was used to calculate the post-impact velocity of the 2008 Ford Escape. Conservation of momentum is a principle derived from Newton's laws of motion. Momentum is proportional to vehicle velocity times vehicle weight. Since the weights of both vehicles were measured and the 2016 Ford F250 ACM provided data for the F250 pre-impact speed and delta-V experienced in the collision, enough information was known to use conservation of momentum to solve for the delta-V and post-impact velocities of the Ford Escape.

BRYSON 001358

<u>Crush Analysis</u>

Crush analysis is an application of the law of conservation of energy to determine the closing speed or impact speed if one of the vehicles are stopped. The Escape was stopped at impact, meaning the closing speed was equal to the impact speed of the F250, which is known from ACM data. Since the closing speed was known, there was enough information to use a crush analysis to calculate the amount of crush that would have been caused by the impact if the F250 had hit more of the structural components of the Escape, instead of the Escape hatch.

The crush depth was determined through standard mathematical calculations given the make, model, size, and vehicle type classification of each vehicle, along with the vehicle's geometry. This analysis reveals that if the F250 was not raised, the Ford Escape would have had significantly less crush than occurred in the subject accident.

<u>Simulations</u>

The collision was simulated in HVE (Human Vehicle Environment), a physics-based 3D computer simulation program used in accident reconstruction, using SIMON (Simulation Model Non-Linear). SIMON is a 3D vehicle dynamic simulation model that is used to simulate vehicle-to-vehicle collisions. The program's Ford Escape data was updated for the accident vehicle's weight, which was measured. For the F250, a model from a scan of an undamaged stock F250 was built and updated with the measured weight and the tire size of the subject F250. The simulation did not have its own crush stiffness for an F250, so crush stiffness for the model was obtained from Neptune Engineering, whose data was based on a government crash test. The ACM data from the accident F250 was used as initial conditions and was tuned to match the F250 delta-V. In the simulation of the stock F250,  more of the structural areas of the Escape were utilized, reducing the Escape crush. Collision results were reported and the calculated resulting static crush on the Escape was plotted.

**Analysis and Conclusions**

Using the above information, we performed standard engineering and accident reconstruction analysis which revealed the following information:

- The F250 was effectively lifted over 6 inches.
- In the subject accident the F250 bumper penetrated to beyond the original location of the child seat pushing the child seat's head rest area (Safety 1st logo) forward by over 18 inches to a post-crash rest location of 1.1 feet from the rear of the driver's static seat back location.
- Dynamic analysis and damage matching reveal that during the crash the F250 bumper penetrated 4.36 feet into the rear hatch trunk and rear seat position areas, pushing the child seat's head rest area (Safety 1st logo) forward over 2 feet to a during-crash location only about 6 inches from the driver's static seat back location (top of the seat).
- Had the lift kit not been installed, the stock F250 would have interacted more directly with the stronger structural components of the Escape rear as opposed to the Escape hatch and pillars.

- Had the stock F250 impacted the rear of the Escape at 51 mph and contacted the Escape's bumper and related structural components more directly, reasonably the crush on the rear of the Escape would have been dramatically reduced by near 1/2 or over 2 feet.
- The damage on the Escape matches the F250 damage and features.
- Holes on the F250's hood were created by the hinges on the Escape's hatch that hold the rear windshield in place.
- The F250 bumper overrode the rear bumper of the Escape, directly contacting the rear hatch.
- Had the F250 not been lifted, a more flush contact between the bumpers would not have caused the override.
- The Escape bumper level support structures were largely intact following the crash, some of which had been displaced vertically downward, reducing their effectiveness.
- The F250's speed at impact was near 51 mph with a 17.93 mph Delta-V.
- The Escape's speed at impact was near 0 mph with a 40 mph Delta-V.
- The F250 felt a maximum of 10.4 g's.
- The Escape felt a maximum of near 23.6 g's.
- The left rear occupant position had approximately 1.5 feet of forward static shift and the dynamic shift of the head rest area of the child's seat was approximately 2 feet.
- The front bumper of the F250 penetrated all the way into the left rear seat area such that during the collision, the truck's grill Ford logo was literally positioned over the child seat's original headrest location area.
- Because the Escape's rear hatch, cargo, and rear seat back necessarily had to remain in front of the F250 the child's seat was pushed forward from its original position.
- Front row Escape occupant positions felt similar accelerations to the vehicle as a whole; however, the rear child seat felt multiple times higher accelerations due to its location in the vehicle crush zone.
- The simulation results indicate a stock F250 impact would have resulted in near 45 g's acceleration to the Escape.
- Calculations and simulations of the accident with the F250 at factory height produced collisions that reduced the Escape's crush and resulted in damage which would not have penetrated to the rear seat such that the rear occupant compartment would not have been compromised.

Attached are support materials used in my analysis which support the above information.

My opinions are given within a reasonable degree of engineering certainty. They are based on generally accepted principles of science, engineering, and accident reconstruction, on methodologies generally accepted within the engineering and accident reconstruction communities, and our work to date. To the extent additional evidence becomes available that affects my opinions, I will update my opinions accordingly.

In presenting my opinions to the jury, I anticipate preparing and utilizing the following demonstratives:

- Labeled and annotated photographs and videos identifying key pieces of information.
- Aerial and drone imagery.
- Date of accident photographs and videos.
- Inspection photographs and videos.
- Accident reconstruction calculations, simulations, videos, drawings, and diagrams resulting from my analysis.

My qualifications are detailed in the attached curriculum vitae.  A list of all cases in which I have given expert testimony during the last four years is attached.  My hourly rate for work in this case is outlined in the attached fee schedule.

Sincerely,

**QUEST ENGINEERING & FAILURE ANALYSIS, INC.**

G. Bryant Buchner, P.E.
Chief Engineer

**10519**
**Base Vehicle + Crush Level Scan**



**Hook**

1.96

**Stock**

0.04

**Hook**

2.47

**Ground**

**Accident**

Exemplar Scan raised 0.04" To account for Stock Tire Difference

**Lift =0.51'**



## Crush Damage Matching (Static)

1:3

BRYSON 001363

**30.3**



# Max Engagement Crush (Dynamic)

**1:3**

**BRYSON 001364**

# 10519 Escape Rear Seat Positions Pre & Post Impact



**1.58**

**Δ Front Top of Rear Car Seat**

**1:3**

BRYSON 001365

**10519 Escape Child Seat Positions Pre & Post Impact**



Δ Back Top of Child Seat — 1.54

Δ Front Bottom of Child Seat — 1.06

**1:3**

BRYSON 001366

**10519**
**Simulation**
**@ 2.2' Above Ground**

**2008 Ford Escape 4x2**



**Red: Accident Damage**
**Blue: Simulation Damage**

**ΔCrush ≈ -2.1 feet**

BRYSON 001367   **1:3**



Ford Escape
Simulation Crush Damage

BRYSON 001368



Ford Escape
Simulation Crush Damage

BRYSON 001369



BRYSON 001370



BRYSON 001371



BRYSON 001372



BRYSON 001373



BRYSON 001374



**Quest Engineering & Failure Analysis, Inc.**
www.quest-engineering.com

# Curriculum Vitae
# G. Bryant Buchner, P.E.

**_Profession:_**       Consulting Engineer, Specializing in Failure Analysis and Accident Reconstruction

**_Registration:_**       Professional Engineer, Registered in the States of Florida, Georgia, Alabama, Mississippi

**_Education:_**       Auburn University
        Bachelor of Materials Engineering, Magna Cum Laude
        Master of Business Administration

**_Certifications:_**       Accident Reconstruction, SAE
        Authorized Safety Instructor, OSHA

**_Experience:_**       ***Quest Engineering and Failure Analysis, Inc.***, Tallahassee, FL
        1998 – Present – Chief Engineer, President

        ***Benedict Engineering Company, Inc.***, Tallahassee, FL
        1992 – 1998 – Senior Engineer
        1991 – 1992 – Project Engineer

        ***Law Engineering***, Birmingham, AL
        1990 – 1991 – Manager, Materials Engineering Department
        1989 – 1990 – Project Engineer

        ***Law Engineering***, Atlanta, GA
        1988 – 1989 – Staff Engineer

        ***Auburn University***, Auburn, AL
        1986 – 1988 – Research Assistant, Auburn Technical Assistance Center
        1985 – 1986 – Metallurgical Research Assistant, Auburn Materials Engineering Program

        ***Lambert Construction Company***, Prattville, AL
        1983 – 1988 – Field Superintendent/Field Engineer

NORTH FLORIDA OFFICE
1937 Raymond Diehl Rd · Tallahassee FL 32308
tel (850) 531-0007 · fax (850) 531-0062

SOUTH FLORIDA OFFICE
428 Old Dixie Hwy SW · Vero Beach FL 32962
tel (772) 219-0400 · fax (850) 531-0062

BRYSON 001375

**_Presentations:_**
- Accident Reconstruction and Seat Belt Analysis
- Air Brakes Seminar, Tallahassee, FL
- Applied Vehicle Dynamics and Tire Mark Analysis for Passenger Cars and Commercial Motor Vehicles
- Catastrophic Results from Construction Utilizing Untreated Wood for Ground Applications, Chambers County Forestry Planning Committee, Lafayette, AL
- CDR Download Applied Field Training
- Commercial Motor Vehicle Electronic Data Retrieval Seminar
- Concrete Repair and Rehabilitation, and Non-Destructive Testing Techniques
- Driver Safety and Accident Causation Coursework
- Failure Analysis and Fracture Mechanics for the Florida Department of Agriculture and Consumer Services, Bureau of Fair Ride Inspection
- Failure Investigations, Human Factors, Documentation and Preservation of Evidence for the Florida Department of Agriculture and Consumer Services, Bureau of Fair Ride Inspection, Tallahassee, FL
- How Injuries Occur in Automotive Accidents
- Non-destructive Testing Methods used in Locating and Diagnosing Structural Defects Inclusive of Radiographic and Ultrasonic Methods, Tallahassee, FL
- Personal Protection Seminar:  Lockout, Electrical and Fall Protection Safety for the Florida Department of Agriculture and Consumer Services, Bureau of Fair Ride Inspection, Tallahassee, FL
- Physics of Auto Impacts –Injuries in Frontal, Side, Rear-end, and Rollover Accidents, Tampa Convention Center, Tampa, FL
- Premises Hazards, A.S.S.E. and the Tallahassee Chamber of Commerce
- Roofing and Pavement Asset Management Programs, Building Owners and Managers Seminar, Birmingham, AL
- Visual Welding Inspection Certification Course for the Florida Department of Agriculture and Consumer Services, Bureau of Fair Ride Inspection, Tallahassee, FL
- Orlando Free Fall Failure Investigation Results, ASTM F-24 Restraints Task Force, San Antonio, TX

**_Conferences Seminars & Coursework:_**
- Advanced Commercial Vehicle Collision Investigation and Reconstruction, TEEX, Texas A&M University, College Station, TX
- Applied Vehicle Dynamics, Greenville, S.C.
- American Society of Civil Engineers, Sight Distance
- American Society of Civil Engineers, Safety Aspects of Timing Traffic Signals
- American Society of Civil Engineers, Traffic Signal Design
- American Society of Civil Engineers, Traffic Control Devices
- American Society of Civil Engineers, Application of Clear Zones
- American Society of Civil Engineers, Improving Pedestrian Safety at Uncontrolled Locations
- American Society of Civil Engineers, Designing Streets for Residential Subdivisions
- American Society of Civil Engineers, Reducing Collisions at High Crash Locations
- American Society of Civil Engineers, Designing Bicycle Facilities
- Biomechanics of Impact, A.A.A.M.
- Bone Mechanics, University of Florida, Gainesville, FL
- CAT Electronic Technician "ET" Operation, Tallahassee, FL
- Tom Baker, Tire Failure Analysis, Tallahassee, FL

**BRYSON 001376**

- CDR Tool-User Certification Course and VETRONIX Crash Data Retrieval System Training, Institute of Police Technology and Management, University of North Florida, Jacksonville, FL
- Collision Investigations and Reconstruction, World Reconstruction Exposition 2000, College Station, TX
- Commercial Motor Vehicle Electronic Data Retrieval, Tallahassee, FL
- Commercial Vehicle Braking Systems: Air Brakes, ABS and Beyond, S.A.E.
- Concrete Technology, Law Engineering, Kennesaw, GA
- Contract Documents Seminar, Law Engineering, Kennesaw, GA
- EDCRASH/EDC Reconstruction Training, Coral Gables, FL
- EDSMAC/EDCRASH Simulation Training, Tallahassee, FL
- Failure Analysis, Auburn University, Auburn, AL
- Fracture Mechanics, Texas A&M University, College Station, TX
- Fundamentals of Vehicle Dynamics: Longitudinal Performance, Ride, Cornering and Rollover, Steering and Suspension Systems, S.A.E.
- Fundamentals of Heavy Truck Dynamics, S.A.E., Troy, MI
- High Speed Rear Impact TOPTEC: Assessing Low Speed Impact Severity and Occupant Kinematics Analysis, S.A.E., Richmond, B.C.
- Human Factors for Traffic Crash Reconstruction, Crash Safety Research Group, Tallahassee, FL
- HVE User Software Training, Engineering Dynamics Corporation
- Interaction of Man, Footwear, and Walking Surfaces, International Symposium on Slip Resistance, A.S.T.M.
- Injuries, Anatomy, Biomechanics and Federal Regulation, S.A.E.
- Leica Geosystems Basic Training Course, Tallahassee, FL
- Rhinoceros 4.0 Level 1 NURBS Modeling Training, Tallahassee, FL
- Low Speed Collision TOPTEC: Assessing Low Speed Impact Severity and Occupant Kinematics, Analysis, S.A.E., Richmond, B.C.
- Motor Vehicle Accident Reconstruction, S.A.E.
- Motor Vehicle Accident Reconstruction, Crash Analysis and Crash Testing, Tallahassee, FL
- Non-Destructive Testing, Auburn University, Auburn, AL
- OSHA Construction Safety Training Course, A.G.C.
- OSHA Training Course in Construction Industry Standards
- OSHA Training, Law Engineering, Kennesaw, GA
- Passenger Car Rollover TOPTEC:  Cause and Prevention, and Biomechanics of Rollover, S.A.E., San Diego, CA
- Pedestrian Crash and Test Demonstrations, Florida Department of Transportation, Tallahassee, FL
- PC CRASH Training Workshop, Tallahassee, FL
- PC RECT Training Workshop, Tallahassee, FL
- Repair and Rehabilitation of Concrete, American Concrete Institute
- Roofing Technology, Roofing Industry Education Institute
- SAE Seminar: Accessing and Interpreting Heavy Vehicle Event Data Recorders, Charlotte Police and Fire Training Academy, Charlotte. NC
- SAE Seminar: Introduction to Brake Control Systems, Detroit, MI
- SAE Seminar: Occupant and Vehicle Kinematics in Rollovers, Detroit, MI
- SAE Tire Seminar: Tire and Wheel Safety Issues, Detroit, MI
- SAE Tire Seminar: The Tire as a Vehicle Component, Detroit, MI
- SAE Webinar: Driver Distraction from Electronic Devices: Insights and Implications
- Traffic Crash Reconstruction 1, Northwestern University, Tallahassee, FL

- Vehicle Dynamics for Passenger Cars and Light Trucks, S.A.E. International, Troy, MI
- Vetronix Crash Data Retrieval System Training, Vetronix Corp.
- Bosch/Vetronix Data Retrieval (CDR) Technician Course, Crash Data
- Retrieval (CDR) Data Analyst and CDR System Operator Certification, Tallahassee, FL
- SAE Seminar: Vehicle Crash Reconstruction Methods, Scottsdale, AZ
- SAE Webinar: Fundamentals of Automotive All-Wheel Drive Systems
- SAE Webinar: A Familiarization of Drivetrain Components
- Drones for Engineers
- Future Highways – Automated Vehicles
- What Every Engineer Should Know About Structures
- Horizontal Curve Design to Prevent the Rollover of Heavy Trucks
- An Introduction to the Analysis and Design of Bolted Connections
- BMW Performance Driving School, Spartanburg, SC
- Manual on Uniform Traffic Control Devices (MUTCD): Introduction and Overview of Signs
- Introduction to GIS and GPS for Engineers
- Ethics in Design and Oversight – Florida International University Bridge Collapse

**_Professional_**
**_Associations:_**

- ASTM Committee F-24: Amusement Rides
- American Society for Materials International
- American Society for Testing & Materials
- American Society of Safety Engineers
- Alabama State Board of Registration for Professional Engineers and Land Surveyors
- Commercial Driver's License (CDL) Class A
- Florida Department of Business and Professional Regulations
- Florida Engineering Society
- Human Factors and Ergonomics Society
- Illumination Engineering Society of North America
- International Code Council
- National Association of Professional Accident Reconstruction Specialists
- National Safety Council
- National Society of Professional Engineers
- Society of Automotive Engineers
- American Society of Mechanical Engineers (ASME)

**BRYSON 001378**

Rev. 11/2022

**BRYSON 001379**



**Quest Engineering & Failure Analysis, Inc**
www.quest-engineering.com

Testimony List of G. Bryant Buchner
Sept. 17, 2020 to Oct. 11, 2023

| QEFA No. | STYLE | (Trial or Deposition) LOCATION | DATE |
|---|---|---|---|
| 8524 | Paul Robert Hubbard as Personal Representative of Estate of Ralph E. Densmore vs. Eric Antonio Danford and Stepps Towing Service, Inc. | Tallahassee, FL | 10/13/2020 |
| 9682 | Burdeaux vs. Wurth Wood Group, Inc. and Frederick Alan Powell | Tallahassee, FL | 10/15/2020 |
| 9204 | Estate of Logan E. Cool vs. The Hercules Tire & Rubber Company, Franklin Ramirez | Tallahassee, FL | 10/22/2020 |
| 9985 | Vaneya Lashanda Brown vs. Timothy Aaron Yeager, Cox Fire Protection et al | Tallahassee, FL | 10/27/2020 |
| 9586 | Deborah Dement vs. Road Gear Truck Equipment LLC | Tallahassee, FL | 11/03/2020 |
| 9981 | Joseph P. Snyder vs. Esurance Property and Casualty Insurance Company | Tallahassee, FL | 11/17/2020 |
| 10070 | Estate of Ashleigh Munro vs. Triple H. Transport, Inc.; American Resources Insurance Company, Inc.; Michael Blalock and Sarah Williams | Tallahassee, FL | 02/04/2021 |

BRYSON 001380



**Quest Engineering & Failure Analysis, Inc**
www.quest-engineering.com

| 9534 | Mark Ewald vs. Yashenfal Demeke Baweke, Jean Delva Pierre, Swift Transportation Co. of Arizona, LLC and G-A-I Consultants, Inc. | Tallahassee, FL | 02/25/2021 |
|---|---|---|---|
| 9751 | Susan Rubinson vs. Thomas Walters, Cheryl Walters and Allstate | Tallahassee, FL | 03/05/2021 |
| 10145 | Anne Gibson vs. Scag Power Equipment; Slayton Brothers Inc., et al | Tallahassee, FL | 03/09/2021 |
| 10017 | Estate of Kimberleigh Welch vs. Brandon Barner; Brunti Givens; Esurance Insurance Services, Inc.; IC Bus, LLC; Navistar, Inc. et al | Tallahassee, FL | 03/25/2021 |
| 9424 | Deborah Jean Fowler and David Ellis Gambrell vs. Sean Bogle, as P.R. of the Estate of Richard C. Ortlip, Jr. | Tallahassee, FL | 04/30/2021 |
| 9424 | Estate of Bryant Giannino vs. Modern Marketing Concepts, Inc. et al | Tallahassee, FL | 05/12/2021 |
| 9859 | Duane Washington vs. Sinclair Broadcast Group, Inc., North American Van Lines, Inc., Top Auto Express, Inc.; Greater Bay Relocation Services, Inc. and Steven Sheridan | Tallahassee, FL | 06/08/2021 |
| 9732 | Duane Washington vs. Sinclair Broadcast Group, Inc., North American Van Lines, Inc., Top Auto Express, Inc.; Greater Bay Relocation Services, Inc. and Steven Sheridan | Tallahassee, FL | 06/15/2021 |
| 9757 | Charlene Woodburn vs. Marilyn Pineda; American Shuttle et al | Tallahassee, FL | 06/22/2021 |
| 9688 | Sheri Angele Alleyne vs. Schindler Elevator Corporation and Ben Zio Weberman | Tallahassee, FL | 07/01/2021 |
| 8848 | Estate of Jeffrey R. Monday, Jr., deceased vs. Cycle Gear, Inc., et al | Tallahassee, FL | 08/03/2021 |
| 9946 | Estate of Horace Melton, deceased vs. Husqvarna Professional Products, Inc. et al | Tallahassee, FL | 08/12/2021 |
| 9584 | Batchelder vs. Malibu Boats, LLC, f/k/a Malibu Boats, Inc., Malibu Boats West, Inc., One Water Ventures, LLC d/b/a Singleton Marine | Clayton County, GA | 08/18/2021 |
| 9572 | Vincent Anthony Ivey, deceased vs. Protective Insurance Company, Fedex Ground Package System, Inc., et al | Tallahassee, FL | 08/26/2021 |
| 9180 | Logan Hoyles and Ashley Jenkins vs. Brigham Goold and Alliance Daries, LLP | Tallahassee, FL | 08/31/2021 |
| 9557 | Estate of Jacob Jeremiah Branen vs. La Mesa RV Center, Inc., and Ronald Scirrotto | Tallahassee, FL | 09/02/2021 |

**BRYSON 001381**



**Quest Engineering & Failure Analysis, Inc**
www.quest-engineering.com

| 8588 | Daniel J. Ortiz vs. The Hertz Corporation, and General Motors, LLC and Montaigu A. Moselle | Tallahassee, FL | 9/16/2021 |
| 9769 | Nelson Bacelo and Eliane Bacelo vs. Skyline Steel, Inc., and Lugobango Lawrence | Tallahassee, FL | 9/28/2021 |
| 8588 | Andrews vs. Mazda | Atlanta, GA | 10/05/2021 |
| 9336 | Frank Leroy Woodward and Rebecca Lee Woodward vs. Scott R. Thomson | Tallahassee, FL | 10/12/2021 |
| 9642 | Lawrence Monari vs. Jason Calabrese and Charter Communications, Inc. | Tallahassee, FL | 10/14/2021 |
| 10239 | Estate of Robert Jeffery O'Dell vs. Joseph Patrick La Fleur, an individual, CCC Transportation, LLC et al | Tallahassee, FL | 10/28/2021 |
| 9536 | Estate of Yee Chong Chen vs. Home Depot et al | Tallahassee, FL | 11/04/2021 |
| 10029 | Dennis Van Aken vs. Jeremy A. Perez and Florida West Coast Inc. | Tallahassee, FL | 11/09/2021 |
| 9572 | Stephen J. Finizio as P.R. for Estate of Stephen Joseph Berry vs. Waste Pro of Florida, Inc. | Tallahassee, FL | 12/02/2021 |
| 10097 | Angela Caird vs. Dorothy S. Durdahl | Tallahassee, FL | 12/09/2021 |
| 10358 | Estate of Jacob Jeremiah Branen vs. La Mesa RV Center, Inc., and Ronald Scirrotto | Tallahassee, FL | 1/10/2022 |
| 9681 | Melissa Wexler vs. Peter Roof | Tallahassee, FL | 01/25/2022 |
| 9784 | Alfonso Alverez Burns vs. Southern Underground | Tallahassee, FL | 02/3/2022 |
| 9769 | Jones** vs. SGL Contractors / Julio C. Alagarin Hernandez | Tallahassee, FL | 02/10/2022 & 02/22/2022 |
| 9688 | Jimmy Mouser v. Ricky Green d/b/a MRC Trucking Company, LLC | Tallahassee, FL | 02/17/2022 |
| 9769 | Frank L. Woodward and Rebecca L. Woodward v. Scott R. Thomson | FT. Myers, FL | 03/17/2022 |
| 9688 | Easterwood (For Randy Melton vs. Husqvarna) | Montgomery, AL | 03/23/2022 |
| 9811 | E/O Molly Parker** v. FDOT | Tallahassee, FL | 04/26/2022 |
| 9202 | Lemnah v. Caudill/Phinazee | Tallahassee, FL | 05/03/2022 |
| 9670 | Rodney Slater** v. AAA Cooper Transport | Tallahassee, FL | 05/05/2022 |
| 9615 | Jamael Butler** v. Jonathon Jackson | Tallahassee, FL | 05/17/2022 |
| 9584 | Hoyles** v. Alliance Dairy | Tallahassee, FL | 05/19/2022 |

BRYSON 001382



**Quest Engineering & Failure Analysis, Inc**
www.quest-engineering.com

| 10470 | Martinez** v. Total Transportation of Mississippi, LLC | Tallahassee, FL | 06/02/2022 |
|---|---|---|---|
| 9999 | DeAshton v. Best Transportation** | Tallahassee, FL | 06/09/2022 |
| 9443 | Osmundo Hernandez For Emma Hernandez Reynaldo Valdes for Emmelina Morfa Mily Vitar-Vega and Teresa Jaramillo v. Southeastern Freight Lines, Inc. | Tallahassee, FL | 06/21/2022 |
| 10596 | Alicia Badger v. Alexander Coryell Hayden | Tallahassee, FL | 06/30/2022 |
| 9686 | Lesley Maclean v. GM | Tallahassee, FL | 07/20/2022 |
| 8529 | Kim Hill, et al. v. Ford Motor Company, et al. | Lawrenceville, GA | 08/08/2022 |
| 10690 | Eugenie Omel* v. Frank Maciag, IV, Pat Salmon & Sons of Florida, Inc. & Pat Salmon & Sons, Inc. | Tallahassee, FL | 08/23/2022 |
| 10330 | Kurlowich** v. Dominos | Tallahassee, FL | 08/25/2022 |
| 10424 | Meredith A. Bittner v. Geico Insurance Company* | Tallahassee, FL | 08/30/2022 |
| 9939 | Robert Zobrist v. Florida Developers/Edward Wilcox | Tallahassee, FL | 09/08/2022 |
| 10474 | Gerald Stewart ** v. M of Tallahassee and J-M Manufacturing, Inc. d/b/a/ JM Eagle | Tallahassee, FL | 09/13/2022 |
| 9362 | Charles Foltz, as Personal Representative of the Estate of Susan D'Anza, deceased. V. Keith Badmann II., New Bern Transport., Joseph Mcquaig & Dyco Ventures, LLC. | Tallahassee, FL | 9/22/2022 |
| 10357 | Olivia Oney v. Daniel Delgado** | Tallahassee, FL | 09/29/2022 |
| 10086 | Robin Gaczewski as Personal Representative of the Estate of James Gaczewski, Deceased Robin Gaczewski v. Karnell Simmons, individually;CMK Trucking, LLC, Ina Munroe, Clarice Seacreast, Lonnie Pitts, Allen Boatright, Boatright Timber Service, Inc., Rex Lumber, LLC and Rex Transportation , LLC | Tallahassee, FL | 10/04/2022 |
| 9817 | Jessica Holder v. Sunbelt Rental, Inc. and Yury Perez-, Mesa | Tallahassee, FL | 11/01/2022 |
| 8185 | Rita Genovese, as P.R. for Estate of Michael A. Genovese v. Southeastern Freight Lines, Inc. and William Laffette | Fort Pierce, FL | 11/17/2022 |
| 9980 | Attilia Christopher v. | Tallahassee, FL | 11/30/2022 |

BRYSON 001383



**Quest Engineering & Failure Analysis, Inc**
www.quest-engineering.com

| 9445 | Peifer v. Knight Transportation | Tallahassee, FL | 12/14/2022 |
|---|---|---|---|
| 10165 | Elijah P. Garrett v. CWC Transportation LLC. Et al. | Tallahassee, FL | 01/24/2023 |
| 9152 | Concrete Holdings & Services LLC, d/b/a C&C Concrete Pumping and Carlos Alberto Ortega v. Allied Trucking of Florida, Inc./JV Trucking | Tallahassee, FL | 03/01/23 |
| 10525 | Christopher Crump v. Tyson Foods, Tyson Farms, G.R.E.L. Trucking, Omar Stephens, Progressive Mountain Insurance Company and Ace American Insurance Company | Tallahassee, FL | 03/23/23 |
| 10194 | Woodside, Brittany as PNG of Nolan Edward Fuls v. Pep Boys | Tallahassee, FL | 04/03/23 |
| 10972 | Helton v. Tri-Eagle Sales | Tallahassee, FL | 04/13/23 |
| 10517 | Thomas v. Ware County GA | Tallahassee, FL | 04/18/23 |
| 9536 | Stephen Finizio as Personal Representative of the Estate of Stephen J. Berry vs. Waste Pro of Florida, Inc. | Wakulla County, FL | 04/26/23 |
| 9881 | Daniel Mowery Vs. Wendy's International, LLC, JAEA Restaurant Holdings, LLC, CubeSmart LP, and LQ Management, LLC | Tallahassee, FL | 05/16/23 & 06/09/23 |
| 10113 | Amy Bone V. James Griffin III Transport LLC; Rackleef Enterprises, LLC D/B/A Stella Environmental Services | Tallahassee, FL | 05/31/23 |
| 9709 | Robert Crum Jr. Vs. Hankook Tire America Corporation; et al. | Tallahassee, FL | 06/15/23 |
| 10302 | Tommie Wilkerson EO Jamario Wilerson Vs. Industrial Service & Supply, Inc.; Joseph D. Whaley, et. Al.; | Tallahassee, FL | 06/22/23 |
| 10547B | State of Florida Vs. Tyler P. Hughey | Tallahassee, FL | 06/23/23 |
| 9857 | Parish for Salter Vs. Ford Motor Company | Tallahassee, FL | 06/29/23 |
| 10966 | Allison Echevarria Vs. Wilbur Rembold and Garrison Property and Casualty Insurance Company | Tallahassee, FL | 07/27/23 |
| 10448 | Lacedrick Caldwell Vs. Asphalt Contractors, Inc., ET AL. | Tallahassee, FL | 08/10/23 |
| 10326 | Crystal Teal Vs. Sandrine Cales and Rogers Cartage CO., | Tallahassee, FL | 08/15/23 |
| 10972 | Winnifred Helton Vs. Timothy Aderholt, Busch Transou | Tallahassee, FL | 08/24/23 |
| 10867 | Emory Ross and Jermain Hicks Vs. John Stapleton and Nextran Truck Centers | Tallahassee, FL | 08/31/23 |

BRYSON 001384



**Quest Engineering & Failure Analysis, Inc**
www.quest-engineering.com

| 10113 | Maria R. Escobedo, as P.R. of the Estate of Alberto Morales, deceased Vs. Steven L. Wettstein and Aviation Associates of Florida, LLC | Tallahassee, FL | 09/19/2023 |
| 10867 | Emory Ross and Jermain Hicks Vs. John Stapleton and Nextran Turck Centers | Gainesville, FL | 10/05/2023 |
| 9987 | Paul Elliott, JR., VS. Kimberly Rydzewski and Michael Neidich | Tallahassee, FL | 10/11/2023 |

BRYSON 001385



Quest Engineering & Failure Analysis, Inc.
www.quest-engineering.com

**Personnel Fees**

| | | |
|---|---|---|
| A. | Chief Engineer, P.E. | $450.00/hr. |
| B. | Senior Engineer, P.E. | $250.00-$300.00/hr. |
| C. | Project Engineer, Engineering Technician, Investigator, Reconstructionist | $120.00 - $200.00/hr. |
| D. | Technical/Graphics Support | $120.00/hr. |
| E. | Project Management | $100.00/hr. |

**Expenses**

| | | | |
|---|---|---|---|
| A. | Deposition Retainer | * 2 hour minimum. Payment is due prior to deposition. | *$1,800.00 refundable |
| B. | Travel Per Diem | * Travel time and expenses are billed from portal to portal. | |
| | i. Weekday rate | | $50.00/day/employee |
| | ii. Weekend rate | | $100.00/day/employee |
| C. | Mileage | | $0.80/mi. |
| D. | Copies | | |
| | i. Black and White | | $0.35/each |
| | ii. Color | | $1.00/each |
| E. | Original Photographs | | $1.00/each |
| | i. CDs/DVDs/USBs | | $20.00/each |
| | ii. Videos | | $40.00/each |
| F. | Downloads | | |
| | i. Passenger Vehicles (EDR) | | **$600.00 |
| | ii. Commercial Vehicles (HVEDR) | | $1,800.00 |
| | iii. Infotainment/Telematics (Berla iVe) | | $1,800.00 |
| G. | Evidence Storage | | |
| | i. Small Items | | $50.00 semi-annually |
| | ii. Large Items | | $30.00-$100.00/month |
| | iii. Vehicles | | $300.00/month |
| H. | Graphic and Display Boards | | |
| | i. Plots Only | | $10.00/sq. ft. |
| | ii. Displays, plotted and mounted on rigid board | | $100.00 |
| I. | Animations | | Quote |
| J. | 3D Models | | Quote |

- Project related expenses not listed will be billed at cost plus 10%.
- A monthly finance charge may be assessed to accounts 30 days past due.
- Emergency, last minute, evening, weekend, and holiday work or testimony may incur a 25% surcharge.

**Most passenger vehicles

*Revised 1/2022*

NORTH FLORIDA OFFICE
1937 Raymond Diehl Rd · Tallahassee FL 32308
tel (850) 531-0007 · fax (850) 531-0062

SOUTH FLORIDA OFFICE
428 Old Dixie Hwy SW · Vero Beach FL 32962
tel (772) 219-0400 · fax (850) 531-0062

BRYSON 001386