# EXHIBIT 3

*Exhibit is being filed provisionally under seal*