# EXHIBIT 8

*Exhibit is being filed provisionally under seal*