# EXHIBIT 12











