# EXHIBIT 13

*Exhibit is being filed provisionally under seal*