# EXHIBIT 14



**Original**      **Page** 1/1      **Order Confirmation**

| | |
|---|---|
| | **Sales Order No.** |
| | 1152715 |

| **Customer No.** | **Your Reference** | **Document Date** |
|---|---|---|
| WEB | SO00352879 | 6/21/2016 |

**Your Contact**

2450 Huish Road
2450 Huish Road

**Billing Address**
**WILL HOLLOWAY**
1515 ADA STREET
BLUE RIDGE GA  30513

**Delivery Addresss**
**WILL HOLLOWAY**
1515 ADA STREET
BLUE RIDGE GA  30513

**Expected Ship Date: 06/22/16**                    **Shipping Method: UPS Ground**

| | Item | Quantity | UoM | Price | Total |
|---|---|---|---|---|---|
| 1 | 567.20<br>FORD 15-16 F250 SUPER DUTY 4WD - 4.5IN LIFT KIT W/ OVERLOADS | 1.00 | ea | $ 649.95 | $ 649.95 |
| 2 | 9297<br>05-16 F250 COIL   5D | 1.00 | ea | - | - |
| 3 | 1567BOX1<br>2015-16 F250 BOX KIT | 1.00 | ea | - | - |
| 4 | 1563BOX3<br>FORD 2011-16 F250 SUPER DUTY 4WD 4.5 IN BLOCK/U-BOLT KIT W/<br>OVERLOADS | 1.00 | ea | - | - |
| 5 | 1580.20<br>FORD F250 SUPER DUTY SHOCK KIT | 1.00 | ea | - | - |
| 6 | 87491.20<br>FORD 05-16 F250 SUPER DUTY 4WD - DUAL STEER STAB<br>Notes: Disco when out | 1.00 | ea | 129.95 | 129.95 |
| 7 | 1197<br>FORD 05-12 F250 SUPER DUTY 4WD - CARRIER BEARING DROP KIT | 1.00 | ea | 34.95 | 34.95 |

| | | |
|---|---|---|
| **Payment Term:**    CIA | **Order Subtotal:** | **$ 814.85** |
| | **Discount Total:** | **$ -** |
| | **Down Payment:** | **$ -** |
| **Allow Partial Delivery** | **Total Tax Amount:** | **$ -** |
| **Confirmation of sales** | **Shipping Fees:** | **$ -** |
| **Additional Comments:** | **Balance Due:** | **$ 884.80** |