# EXHIBIT 17

*Exhibit is being filed*
*provisionally under seal*