# EXHIBIT 20

Below is a count of Administrative License Suspensions (ALS), Refusals, and Driving Under the Influence (DUI) convictions processed at the Department of Driver Services.

**Report Notations:**

**ALS** – Administrative License Suspension, resulting from a DUI arrest, when state administered test shows blood alcohol content (BAC) is .08 or higher for drivers over 21 years old in non-commercial vehicles, .02 or higher for drivers under 21, or .04 or higher for drivers in a commercial motor vehicle.  This is an administrative action and not a criminal conviction.

**Refusal** – Implied Consent Suspension, resulting from a DUI arrest when the individual refuses the state administered test.  This is an administrative action and not a criminal conviction.

**Conviction** – Criminal convictions received from courts as a result of the criminal prosecution of a DUI.  It should be noted that not all DUI arrests lead to DUI convictions.

| Process Year | ALS | Refusals | DUI Convictions |
|---|---|---|---|
| 2007 | 11,635 | 5,455 | 41,739 |
| 2008 | 11,635 | 5,608 | 44,017 |
| 2009 | 11,286 | 6,014 | 43,892 |
| 2010 | 10,658 | 6,227 | 41,819 |
| 2011 | 9,726 | 7,071 | 38,315 |
| 2012 | 13,335 | 11,978 | 34,950 |
| 2013 | 11,391 | 11,480 | 32,514 |
| 2014 | 9,970 | 12,021 | 28,909 |
| 2015 | 8,362 | 12,646 | 28,035 |
| 2016 | 7,308 | 12,183 | 24,603 |
| 2017 | 6,353 | 11,325 | 22,955 |
| 2018 | 5,428 | 11,370 | 21,784 |
| 2019 | 2,965 | 11,786 | 19,208 |
| 2020 | 2,878 | 12,840 | 12,008 |

| Process Year | DUI 1st | DUI 2nd | DUI 3rd * | Total for Year |
|---|---|---|---|---|
| 2007 | 35,137 | 5,780 | 822 | 41,739 |
| 2008 | 36,841 | 6,332 | 844 | 44,017 |
| 2009 | 36,729 | 6,292 | 871 | 43,892 |
| 2010 | 34,875 | 6,039 | 905 | 41,819 |
| 2011 | 31,605 | 5,853 | 857 | 38,315 |
| 2012 | 29,040 | 5,204 | 706 | 34,950 |
| 2013 | 26,892 | 4,963 | 659 | 32,514 |
| 2014 | 24,373 | 3,993 | 543 | 28,909 |
| 2015 | 23,647 | 3,845 | 543 | 28,035 |
| 2016 | 20,856 | 3,283 | 464 | 24,603 |
| 2017 | 19,552 | 2,972 | 431 | 22,955 |

| | | | | |
|---|---|---|---|---|
| 2018 | 18,596 | 2,789 | 399 | 21,784 |
| 2019 | 16,610 | 2,298 | 300 | 19,208 |
| 2020 | 10,516 | 1,324 | 168 | 12,008 |

*Note This is counted as a Habitual Violator with 3rd DUI Conviction