# EXHIBIT 21

**DISTRACTED DRIVER CONVICTIONS REPORTED TO DDS**
**SUMMARIZED BY VIOLATION YEAR**

| Violation Year | O.C.G.A. 40-6-241 | O.C.G.A. 40-6-241(b) | O.C.G.A. 40-6-241(c) | O.C.G.A. 40-6-241(d) | O.C.G.A. 40-6-241.1 | O.C.G.A. 40-6-241.2 | O.C.G.A. 40-6-241.2(b)(1) | O.C.G.A. 40-6-241.2(b)(2)(A) | O.C.G.A. 40-6-241.2(b)(2)(B) | O.C.G.A. 40-6-241.2(b)(2)(C) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 2,182 | 0 | 0 | 0 | 9 | 117 | 0 | 0 | 0 | 0 | 2,308 |
| 2011 | 2,517 | 0 | 0 | 0 | 16 | 911 | 0 | 0 | 0 | 0 | 3,444 |
| 2012 | 2,460 | 0 | 0 | 0 | 57 | 1,077 | 0 | 0 | 0 | 0 | 3,594 |
| 2013 | 2,601 | 0 | 0 | 0 | 204 | 2,357 | 0 | 0 | 0 | 0 | 5,162 |
| 2014 | 2,756 | 0 | 0 | 0 | 278 | 2,803 | 0 | 0 | 0 | 0 | 5,837 |
| 2015 | 3,895 | 0 | 0 | 0 | 217 | 801 | 1,943 | 26 | 1 | 0 | 6,883 |
| 2016 | 5,231 | 0 | 0 | 0 | 373 | 0 | 3,432 | 109 | 3 | 0 | 9,148 |
| 2017 | 7,175 | 0 | 0 | 0 | 491 | 0 | 3,702 | 131 | 6 | 0 | 11,505 |
| 2018 | 3,818 | 2,778 | 16,702 | 47 | 230 | 0 | 1,938 | 76 | 4 | 0 | 25,593 |
| 2019 | 0 | 4,802 | 60,729 | 94 | 0 | 0 | 0 | 0 | 0 | 0 | 65,625 |
| 2020 | 0 | 2,170 | 28,957 | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 31,173 |
| 2021 | 0 | 4,092 | 39,627 | 127 | 0 | 0 | 0 | 0 | 0 | 0 | 43,846 |
| TOTAL | 32,635 | 13,842 | 146,015 | 314 | 1,875 | 8,066 | 11,015 | 342 | 14 | 0 | 214,118 |

**Legend**

| Code | Description |
|---|---|
| O.C.G.A. 40-6-241 | FAILURE TO EXERCISE DUE CARE/CARELESS DRIVING |
| O.C.G.A. 40-6-241(b) | FAILURE TO EXERCISE DUE CARE |
| O.C.G.A. 40-6-241(c) | UNLAWFUL USE OF WIRELESS DEVICE |
| O.C.G.A. 40-6-241(d) | UNLAWFUL USE OF WIRELESS DEVICE IN CMV |
| O.C.G.A. 40-6-241.1 | UNLAWFUL USE OF WIRELESS DEVICE <18/USING HAND-HELD PHONE, DRIVING |
| O.C.G.A. 40-6-241.2 | OPERATING A VEHICLE WHILE TEXT MESSAGING/TEXTING WHILE DRIVING |
| O.C.G.A. 40-6-241.2(b)(1) | OPERATING A VEHICLE WHILE TEXT MESSAGING/TEXTING WHILE DRIVING |
| O.C.G.A. 40-6-241.2(b)(2)(A) | HOLDING WIRELESS DEVICE FOR VOICE COMMUNICATION/USING HAND-HELD PHONE, DRIVING |
| O.C.G.A. 40-6-241.2(b)(2)(B) | USING >1 BUTTON ON WIRELESS DEVICE FOR VOICE COMM./USING HAND-HELD PHONE, DRIVING |
| O.C.G.A. 40-6-241.2(b)(2)(C) | REACHING FOR WIRELESS DEVICE/USING HAND-HELD PHONE, DRIVING |