# EXHIBIT 22

Case 2:22-cv-00017-RWS   Document 103-24   Filed 09/05/24   Page 2 of 4
G. Bryant Buchner, P.E.                                            January 23, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

1          UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
2               GAINSVILLE DIVISION

3

4   SANTANA BRYSON AND JOSHUA
    BRYSON, as Administrators
5   of the Estate of C.Z.B.,
    and as surviving parents of
6   C.Z.B., a deceased minor,

7       Plaintiffs,                    CASE NO.

8   vs.                                2:22-CV-017-RWS

9   ROUGH COUNTRY, LLC,

10      Defendant.

11

12

13      VIDEOTAPE DEPOSITION OF G. BRYANT BUCHNER, P.E.
14             APPEARING REMOTE FROM
15              TALLAHASSEE, FLORIDA

16

17              JANUARY 23, 2024
18                 11:13 A.M.

19

20

21  Reported Remotely By:
22  Judith L. Leitz Moran
23  RPR, RSA, CCR-B-2312

24

25

1  Q   Right.
2  A   You -- you could calculate it from this
3  if you -- potentially but, you know, it -- you
4  don't need it.
5  Q   All right.  And you -- you basically
6  accounted for a zero pre-impact speed for the
7  Escape --
8  A   Yes.
9  Q   -- in the calculations?
10 A   Yes.
11 Q   And then your post-impact speed for the
12 Escape was what?
13 A   40.6 miles an hour in my calculation.
14 Q   Okay.  And so the delta-V for the Escape
15 will be approximately the same; is that right, or
16 no?
17 A   What was the question?
18 Q   Yeah.  So what was the delta-V of the
19 Escape?
20 A   40.6.
21     And I misspoke a minute ago.  If we input
22 the 0 miles per hour -- well, anyway, we did it --
23 we did set up a series of equations that used the
24 -- that saw for the restitution.  I said we didn't
25 do that, but we did actually -- we did use the

1   bit, we want to take the tires out of that, the
2   .35 inches, which is in the fourth box down, is
3   only .03 feet.
4           So if we do .55 minus .03 we get .52.
5   And that's .52 feet, multiply that by 12, we get 6
6   1/4 inches.
7           So effectively the total lift was closer
8   to 6 1/2 and the body lift was a little over 6.
9   Just to clarify.
10          And so 6.1 that I put in the report was
11  the body lift.  It was intended to be the body
12  lift.  So the body lift really is a little over 6
13  inches.  When you add the tires in you're closer to
14  the 6 1/2 inches.
15          So I -- I was mistaken when I said 5 1/2
16  earlier.  I missed my decimal points.  And I -- I
17  thought the .35 or the .7 that's right there was in
18  feet.  It's not.  It's -- I thought it was at
19  .07 feet, it's not, it's .07 inches, and so I made
20  a mistake.  So body lift is more than 6 inches.
21     Q    The third box that has the bracket
22  height, how did you come up with those numbers,
23  those values?
24     A    Well, I laid on the ground under both
25  vehicles and measured the height off the ground.