# EXHIBIT 24

Case 2:22-cv-00017-RWS   Document 103-26   Filed 09/05/24   Page 2 of 5
Wesley Grimes                                              May 9, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                GAINESVILLE DIVISION


  SANTANA BRYSON and JOSHUA     )
  BRYSON, as Administrators of  )
  the Estate of C.Z.B., and     )
  as surviving parents of       )
  C.Z.B., a deceased minor,     )
                                )
         Plaintiffs,            )
                                )   CIVIL ACTION FILE
  vs.                           )
                                )   NO. 2:22-cv-17-RWS
  ROUGH COUNTRY, LLC,           )
                                )
         Defendant.             )
  _____


            VIDEOTAPED DEPOSITION OF
                WESLEY D. GRIMES
                  May 9, 2024
                  10:17 a.m.


      Weinberg Wheeler Hudgins Gunn & Dial
           3344 Peachtree Road, NE
                 Suite 2400


              Atlanta, Georgia




      Reported by:  Marsi Koehl, CCR-B-2424
```

1    kit was installed on Mr. Elliott's vehicle?
2         A.  I don't.  I know Mark went up online and
3    tried to get some information of what the lift kits
4    contained and we put that in our report as we
5    understand it.  But I'm not looking at a specific
6    model or serial number or anything like that.
7         Q.  Do you have any reason to disagree that
8    Rough Country sold this lift kit as a 4.5 inch lift
9    kit?
10        A.  I have no information.  I have no opinion
11   about that.
12        Q.  Do you agree the lift kit was installed
13   properly?
14        A.  I have no idea.  I don't do lift kit
15   installation analysis.
16        Q.  Is it your opinion -- strike that.
17            So I understand your answer to be that
18   you're not saying it was installed improperly, you're
19   not saying it was installed properly, you just don't
20   have an opinion either way; is that fair?
21        A.  That's fair, yeah.  I know the vehicle had a
22   lift kit.
23        Q.  Did you form an opinion about how much the
24   Rough Country lift kit raised the front bumper of the
25   subject F-250?

1  A. I didn't look at that specifically. I've
2  seen in Mr. Buchner's materials -- I think he said
3  like 5 and-a-half or 6 inches. I don't dispute that
4  it's certainly in that range, but I haven't measured
5  that specifically.
6  Q. So you don't have any disagreement with
7  Mr. Buchner's analysis of how much the Rough Country
8  lift kit raised the front bumper of Mr. Elliott's
9  F-250?
10 A. Well, I didn't look at the front bumper. I
11 looked at the frame rails. And it looks like, again,
12 it's about five to six inches, something like that.
13 Closer to six than to five, but I'm looking at the
14 bottom of the frame rail.
15 Q. You don't have any criticism of Mr.
16 Buchner's analysis on the amount of practical lift on
17 the front of the F-250?
18 A. I haven't looked at it specifically but as I
19 sit here, no.
20 Q. So you have no reason to disagree with his
21 conclusion about how much the lift raised the front
22 frame rail of the F-250?
23 A. As I sit here, no.
24 Q. Ms. Grimes performed a 3D scan of an
25 exemplar Escape on December 20th of 2022, right?

1        Q.   And then same question laterally, is
2    negative --
3        A.   Negative means --
4        Q.   -- left or --
5        A.   Negative would mean to the left.
6        Q.   Meaning that the force is going from right
7    to left; is that correct?
8        A.   That's my recollection.  I was reading
9    through the airbag module data here to see if it says
10   and I don't see it offhand.
11       Q.   But your --
12       A.   But in general negative would be right to
13   left.
14       Q.   And you reported -- I think you were getting
15   to this a moment ago.  You reported the delta-v for
16   the subject collision at the time of 141 milliseconds
17   after times zero, right?
18       A.   Can you ask that again, please?
19       Q.   Yeah.  And if there's something wrong with
20   the wording, please let me know.
21            You conclude -- scratch that.
22            You reported the delta-v for the subject
23   collision at the time of 141 milliseconds after times
24   zero; is that right?
25       A.   Yes.