# EXHIBIT 25

*Exhibit is being filed provisionally under seal*