UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>Defendant. | Civil Action File<br><br>No. 2:22-cv-17-RWS |

## PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

In compliance with the Local Rules, this Court's Standing Order Rule II(d), entered on February 7, 2022 [Doc. 4], Plaintiffs move the Court for leave to file under seal the following documents:

- An unredacted version of Plaintiffs' Response to Rough Country's Motion for Summary Judgment;

- An unredacted version of Plaintiffs' Response to Rough Country's Statement of Undisputed Material Facts and Plaintiffs' Statement of Additional Disputed Material Facts; and

- The following exhibits to Plaintiffs' Response to Rough Country's Motion for Summary Judgment; and Plaintiffs' Response to Rough Country's Statement of Undisputed Material Facts and Plaintiffs' Statement of Additional Disputed Material Facts:

- o Exhibit 3, Lewis Dep., Ex. 6, Lewis Report.

- o Exhibit 8, P. Just to W. Bradshaw emails [RC-BRYSON006869-6870].

- o Exhibit 13, Rough Country 30(b)(6) Dep., Ex. 6, 12/22/24 Email string.

- o Exhibit 17, Rough Country Development Protocol [RC-BRYSON008309].

- o Exhibit 25, Stax, Inc. Marketing Survey Excerpt.

A proposed Order sealing the referenced documents is attached to this Motion.

Respectfully submitted on September 5, 2024,

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*

TEDRA L. CANNELLA
  Georgia Bar No. 881085
  tedra@cannellasnyder.com
ROBERT H. SNYDER, JR.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588
  devin@cannellasnyder.com

315 W. Ponce de Leon Ave.
Suite 885

2

Decatur, GA 30030
(404) 800-4828
(404) 393-0365 (fax)
***Attorneys for Plaintiffs***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

                                        CANNELLA SNYDER LLC

                                        */s/ Tedra L. Cannella*
                                        TEDRA L. CANNELLA
                                            Georgia Bar No. 881085
                                            tedra@cannellasnyder.com
                                        ROBERT H. SNYDER, JR.
                                            Georgia Bar No. 404522
                                            rob@cannellasnyder.com
                                        DEVIN L. MASHMAN
                                            Georgia Bar No. 257588
                                            devin@cannellasnyder.com

                                        315 W. Ponce de Leon Ave.
                                        Suite 885
                                        Decatur, GA 30030
                                        (404) 800-4828
                                        (404) 393-0365 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL* was electronically filed with the Clerk of Court via CM/ECF, which will automatically serve the following attorneys of record:

Richard H. Hill
Claire C. Murray
Lindsay G. Ferguson
Aaron B. Chausmer
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
rhill@wwhgd.com
cmurray@wwhgd.com
lferguson@wwhgd.com
achausmer@wwhgd.com

This 5th day of September, 2024.

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*
Tedra L. Cannella
Georgia Bar No. 881085
*Attorney for Plaintiffs*

5