UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>Defendant. | *<br>*<br>*<br>*<br>*   Civil Action File<br>*<br>*   No. 2:22-cv-17-RWS<br>*<br>*<br>*<br>*<br>* |

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to the Local Rules and this Court's Standing Order Rule II(d), the Court hereby grants Plaintiffs' Motion to File Documents Under Seal and Orders that the following documents may be filed under seal:

- An unredacted version of Plaintiffs' Response to Rough Country's Motion for Summary Judgment;

- An unredacted version of Plaintiffs' Response to Rough Country's Statement of Undisputed Material Facts and Plaintiffs' Statement of Additional Disputed Material Facts; and

- The following exhibits to Plaintiffs' Response to Rough Country's Motion for Summary Judgment; and Plaintiffs' Response to Rough Country's Statement of Undisputed Material Facts and Plaintiffs' Statement of Additional Disputed Material Facts:

- Exhibit 3, Lewis Dep., Ex. 6, Lewis Report.
- Exhibit 8, P. Just to W. Bradshaw emails [RC-BRYSON006869-6870].
- Exhibit 13, Rough Country 30(b)(6) Dep., Ex. 6, 12/22/24 Email string.
- Exhibit 17, Rough Country Development Protocol [RC-BRYSON008309].
- Exhibit 25, Stax, Inc. Marketing Survey Excerpt.

SO ORDERED this 6th day of September, 2024.

_____
HONORABLE RICHARD W. STORY
United States District Judge