# Exhibit 1

Case 2:22-cv-00017-RWS   Document 107-2   Filed 09/19/24   Page 2 of 3
Paul Lewis , Jr., M.S., BME                    March 18, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

1               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF GEORGIA
2                   GAINESVILLE DIVISION
3
4    SANTANA BRYSON AND JOSHUA BRYSON,
     AS ADMINISTRATORS OF THE ESTATE OF
5    C.Z.B., AND AS SURVIVING PARENTS OF
     C.Z.B., A DECEASED MINOR,
6
         Plaintiffs,
7    v.                      CASE NO. 2:22-CV-017-RWS
8    ROUGH COUNTRY, LLC,
9         Defendant.
10
11
12
              The videotaped deposition of PAUL LEWIS,
13
         JR., M.S., BME, taken on behalf of the Defendant,
14
         taken pursuant to agreement of counsel, taken for
15
         all purposes authorized by the Federal Rules
16
         of Civil Procedure; the reading and signing
17
         of the deposition being waived; taken before
18
         Leita J. Seaborn, Certified Court Reporter,
19
         commencing at 10:38 a.m., on this the 18th day
20
         of March 2024, at the law offices of Cannella
21
         Snyder, LLC, 315 W Ponce de Leon Ave, Suite 885
22
         Decatur, Georgia.
23
24
25

Paul Lewis , Jr., M.S., BME                     March 18, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 147

1    never know to begin with, but I -- I don't have that

2    kind of detail memorized, no, sir.

3         Q.   Okay.  The incident that occurred in Bacho,

4    was it a rear-end collision?

5         A.   No, sir.

6         Q.   It was a side-swipe collision; correct?

7         A.   It wasn't a side swipe.  It was a side impact.

8    It was a T-bone.

9         Q.   Well, that's what I meant to say.  I'm talking

10   about a T-bone, a side-impact collision.

11        A.   Yes, sir.

12        Q.   And the collision in Mendoza was a frontal

13   impact collision.

14        A.   It's kind of an offset frontal, yes, sir.

15        Q.   Neither of them were a rear-end collision.

16        A.   They were not.

17        Q.   You would admit that the speeds of the

18   vehicles involved in those two incidents are not the

19   same as the speeds involved in the Bryson matter.

20        A.   The Delta-v's were -- were different.

21        Q.   All right.  Do you know the size of the lift

22   kit in the Bacho case?

23        A.   I -- I don't recall offhand, no, sir.

24        Q.   Do you know the size of the lift kit in the

25   Mendoza case?