# CANNELLA | SNYDER

Phone: 404.800.4828 ▪ cannellasnyder.com ▪ Fax: 404.393.0365
315 W. Ponce de Leon Ave., Suite 885, Decatur, GA 30030

September 26, 2024

Hon. Richard W. Story
Senior Judge, United States District Court, Northern District
2121 Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

    Re:    *Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of a deceased minor, C.Z.B. v. Rough Country, LLC*, United States District Court for the Northern District of Georgia, Gainesville Division, Civil Action No. 2:22-cv-17-RWS

Dear Judge Story:

    As the Court is aware, I am co-lead counsel for Plaintiffs in the above referenced case. Pursuant to Local Rule 83.1.E(4), I am writing to request that no conference or hearing be held in the case during March 3, 2025 through March 21, 2025, for trial preparation and a specially set trial in *United States of America ex rel., Alex Permenter, Eric Rodighiero, and Chris Wheeler v. eClinicalWorks, LLC*, United States District Court for the Middle District of Georgia Macon Division, Civil Action File No. 5:18-CV-382-MTT.

                                          Sincerely,

                                          CANNELLA SNYDER LLC

                                          ROBERT H. SNYDER

RHS/cmh