# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor, <br><br> Plaintiffs, <br><br> v. <br><br> Rough Country, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:22-CV-017-RWS <br><br> JURY TRIAL DEMANDED |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND FILING DATE FOR PROPOSED CONSOLIDATED PRETRIAL ORDER AND MEMORANDUM OF LAW IN SUPPORT

Defendant Rough Country, LLC, pursuant to the Court's inherent powers, files this unopposed motion to extend the parties' filing deadline for their consolidated Pretrial Order from Friday, December 20, 2024, to Monday, January 20, 2025, showing the Court as follows:

The Court's Standing Order Regarding Civil Litigation requires the parties to submit their consolidated Pretrial Order within 30 days after the close of discovery or the Court's ruling on any pending motions for summary judgment. (Doc. 4, at 19.) The Court entered its Order on Rough Country's Motion for Summary Judgment on

-1-

November 20, 2024. (Doc. 109.) Therefore, the parties' consolidated Pretrial Order is presently due on Friday, December 20, 2024.

Because of the intervening Thanksgiving holiday, as well as other matters (including the surgery of one of its counsel's children), Rough Country requests that the Court extend the current filing date until Monday, January 20, 2025. Rough Country would not ordinarily request such a lengthy extension, but the year-end holidays further complicate scheduling.

Rough Country consulted with Plaintiffs' counsel prior to the filing of this motion, and they authorized Rough Country to advise the Court that they do not oppose the motion or requested relief.

Based on the foregoing, Rough Country respectfully requests that the Court enter the proposed Order, thereby extending the parties' filing date for their proposed consolidated Pretrial Order from December 20, 2024 to January 20, 2025.

This 2nd day of December, 2024.

[*Signature Page Follows.*]

-3-

|  |  |
|---|---|
| | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL LLC |
| | */s/ Aaron B. Chausmer* |
| | Richard H. Hill |
| | Georgia Bar No. 354425 |
| | Aaron B. Chausmer |
| | Georgia Bar No. 119998 |
| | *Attorneys for Defendant Rough Country, LLC* |
| 3344 Peachtree Road, N.E. | |
| Suite 2400 | |
| Atlanta, GA 30326 | |
| Phone: 404-876-2700 | |
| Fax: 404-875-9433 | |
| rhill@wwhgd.com | |
| achausmer@wwhgd.com | |

## RULE 7.1D CERTIFICATE OF TYPE, FORMAT, FONT SIZE, AND SERVICE

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court complies with Local Rule 5.1 in that it was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Further, this is to certify that I have electronically served the foregoing filing with the Clerk of Court via CM/ECF, which will send a copy to the following attorneys of record:

> Tedra L. Cannella
> Robert H. Snyder, Jr.
> Rory A. Weeks
> Devin Mashman
> CANNELLA SNYDER LLC
> 315 W Ponce de Leon Ave, Suite 885
> Decatur, GA 30030
> ***ATTORNEYS FOR PLAINTIFFS***

This, the 2nd day of December, 2024.

> */s/ Aaron B. Chausmer*
> Aaron B. Chausmer
> Georgia Bar No. 119998