# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor, | ) ) ) ) Case No. 2:22-CV-017-RWS |
| Plaintiffs, | ) ) JURY TRIAL DEMANDED |
| v. | ) ) ) |
| Rough Country, LLC, | ) ) |
| Defendant. | ) |

## **ORDER**

This matter comes before the Court on Defendant Rough Country, LLC's Unopposed Motion to Extend Filing Date for Proposed Consolidated Pretrial Order.

For good cause shown, and with no opposition by Plaintiffs, the motion is GRANTED. The parties shall file their proposed consolidated Pretrial Order on or before Monday, January 20, 2025.

SO ORDERED, this _____ day of December, 2024.

 

**HON. RICHARD W. STORY**
United States District Judge

-1-

-2-

Prepared and submitted by:
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL LLC

*/s/ Aaron B. Chausmer*
Richard H. Hill
Georgia Bar No. 354425
Aaron B. Chausmer
Georgia Bar No. 119998
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
Phone:  404-876-2700
Fax:    404-875-9433
rhill@wwhgd.com
achausmer@wwhgd.com

*Attorneys for Defendant Rough Country, LLC*

-2-