# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor, | ) ) ) ) Case No. 2:22-CV-017-RWS |
| Plaintiffs, | ) ) JURY TRIAL DEMANDED |
| v. | ) ) ) |
| Rough Country, LLC, | ) ) |
| Defendant. | ) |

## NOTICE OF LEAVE OF ABSENCE

Pursuant to Local Rule 83.1, the undersigned, Richard H. Hill, II, respectfully notifies the Judge before whom this case is pending, the affected Clerk of Court, and all opposing counsel that he will be on leave pursuant to Local Rule 83.1.

The periods of leave during which time the undersigned will be away from the practice of law are:

- **MARCH 1-8, 2025**
- **MAY 3-12, 2025**
- **JUNE 28, 2025- JULY 6, 2025**

Unless opposing counsel files a written objection within ten (10) days with the Clerk of Court, with a copy to the Court and all counsel of record, or the Court denies the leave, such leave will stand granted without entry of an Order.

Respectfully submitted this 23rd day of December, 2024.

                                              WEINBERG, WHEELER,
                                              HUDGINS, GUNN & DIAL, LLC

3344 Peachtree Road, NE        */s/ Richard H. Hill, II*
Suite 2400
Atlanta, GA 30326                Richard H. Hill, II
T: (404) 876-2700                Georgia Bar No. 354425
F: (404) 875-9433                *Counsel for Defendant*
rhill@wwhgd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been furnished to counsel of record herein by Pacer/ECF as follows:

> Tedra L. Cannella
> Robert H. Snyder, Jr.
> Rory A. Weeks
> Devin Mashman
> CANNELLA SNYDER LLC
> 315 W Ponce de Leon Ave, Suite 885
> Decatur, GA 30030

Respectfully submitted this 23rd day of December, 2024.

                                        WEINBERG, WHEELER,
                                      HUDGINS, GUNN & DIAL, LLC

| | |
|---|---|
| 3344 Peachtree Road, NE | */s/ Richard H. Hill, II* |
| Suite 2400 | _____ |
| Atlanta, GA 30326 | Richard H. Hill, II |
| T: (404) 876-2700 | Georgia Bar No. 354425 |
| F: (404) 875-9433 | *Counsel for Defendant* |
| rhill@wwhgd.com | |