UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| Santana Bryson and Joshua Bryson, | * | |
| as Administrators of the | * | |
| Estate of C.Z.B., and as surviving | * | |
| parents of C.Z.B., a deceased minor, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action File |
| v. | * | |
| | * | No. 2:22-cv-17-RWS |
| Rough Country, LLC | * | |
| | * | |
| Defendant. | * | |

**NOTICE OF VIDEOTAPED DEPOSITION OF PATRICK JUST FOR USE AT TRIAL**

**TO:  Patrick Just**
**CFO, Rough Country, LLC**
**c/o Richard H Hill, II, Esq.**
**Lindsay G. Ferguson, Esq.**
**Claire C. Murray, Esq.**
**Aaron B. Chausmer, Esq.**
**Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC**
**3344 Peachtree Road, NE, Suite 2400**
**Atlanta, GA 30326**

COMES NOW the Plaintiffs in the above-captioned matter and hereby notice the trial videotaped deposition of Patrick Just. The deposition will begin Thursday, March 20, 2025, at 10:00 a.m. at the office of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 3344 Peachtree Road, NE, Suite 2400, Atlanta, GA 30326. The deposition will be by oral examination, on cross-examination, before an officer duly authorized to administer oaths for all purposes permitted

by the Federal Rules of Civil Procedure including use at trial.  The deposition will be recorded by stenographic and audiovisual means.

Respectfully submitted this 13th day of January, 2025.

>CANNELLA SNYDER LLC
>
>*/s/ Tedra L. Cannella*
>TEDRA L. CANNELLA
>  Georgia Bar No. 881085
>  tedra@cannellasnyder.com
>ROBERT H. SNYDER, JR.
>  Georgia Bar No. 404522
>  rob@cannellasnyder.com
>DEVIN L. MASHMAN
>  Georgia Bar No. 257588
>  devin@cannellasnyder.com
>
>315 W. Ponce de Leon Ave.
>Suite 885
>Decatur, GA 30030
>(404) 800-4828
>(404) 393-0365 (fax)
>
>***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

                                                  CANNELLA SNYDER LLC

                                                  */s/ Tedra L. Cannella*
                                                  TEDRA L. CANNELLA
                                                    Georgia Bar No. 881085
                                                    tedra@cannellasnyder.com
                                                  ROBERT H. SNYDER, JR.
                                                   Georgia Bar No. 404522
                                                   rob@cannellasnyder.com
                                                  DEVIN L. MASHMAN
                                                    Georgia Bar No. 257588
                                                   devin@cannellasnyder.com
                                                  315 W. Ponce de Leon Ave.
                                                   Suite 885
                                                   Decatur, GA 30030
                                                   (404) 800-4828
                                                   (404) 393-0365 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *NOTICE OF VIDEOTAPED DEPOSITION OF PATRICK JUST FOR USE AT TRIAL* was electronically filed with the Clerk of Court via CM/ECF, which will automatically serve the following attorneys of record:

Richard H. Hill
Claire C. Murray
Lindsay G. Ferguson
Aaron B. Chausmer
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
rhill@wwhgd.com
cmurray@wwhgd.com
lferguson@wwhgd.com
achausmer@wwhgd.com

This 13th day of January, 2025.

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*
Tedra L. Cannella
Georgia Bar No. 881085
*Attorney for Plaintiffs*