UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>Defendant. | *<br>*<br>*<br>*<br>*  Civil Action File<br>*<br>*  No. 2:22-cv-17-RWS<br>*<br>*<br>*<br>*<br>* |

**APPENDIX AND EXHIBIT LIST TO
PLAINTIFFS'** ***DAUBERT*** **MOTION TO EXCLUDE
DEFENDANT'S UNREPRESENTATIVE CRASH TEST**

**APPENDIX**

Appendix A    Abbreviated version of photographs showing the "Ford" logo imprints

**EXHIBITS**

1    Wesley Grimes Preliminary Analysis Report dated March 27, 2024

2    Wesley D. Grimes Deposition (May 9, 2024) – EXCERPTS

3    Dr. Lisa P. Gwin Deposition (May 5, 204) – EXCERPTS

4    Bryant Buchner Rebuttal Report dated June 14, 2024

5    Exponent Single-Moving-Vehicle Crash Test, May 15, 2023

| | |
|---|---|
| 6 | Charles Crosby, P.E. Deposition (May 14, 2024) – EXCERPTS |
| 7 | Bryant Buchner, Crash Test Offset |
| 8 | Still image from May 15, 2023 Crash Test showing center line of the F-250 |
| 9 | Christopher Roche Report dated June 14, 2024 |
| 10 | Bryant Buchner Rebuttal Deposition (July 11, 2024) – EXCERPTS |
| 11 | Vehicles as Received Report |
| 12 | Plaintiffs' Responses to Defendant Rough Country, LLC's Second Interrogatories served February 1, 2023 |
| 13 | Wesley Grimes CDR Analysis Chart |
| 14 | Christopher Roche Rebuttal Deposition (July 17, 2024) – EXCERPTS |
| 15 | Wesley Grimes Sur-Rebuttal Report dated November 26, 2024 |