# APPENDIX A



The above image from Mr. Buchner's Crash Test Offset PowerPoint shows where the F-250's "Ford" emblem was imprinted on the subject Escape (left) and the test Escape (right).



This image contains Mr. Buchner's annotation (in red) outlining the imprinted "Ford" emblem on the subject Escape. Note that the portion of the emblem farthest to the left is located above the "P" in the "Escape" insignia.



This image contains Mr. Buchner's annotation (in green) outlining the imprinted "Ford" emblem imprinted on the subject Escape. Note that the portion of the emblem farthest to the left is located above the "S" in the "Escape" insignia.



This image shows the measurement Mr. Buchner took from his 3D Photomodel of the subject Escape. The lateral distance between the center of the Escape's "Ford" logo and the farthest left portion of the F-250's "Ford" imprint is 1.37 feet.

2



This image shows the measurement Mr. Buchner took from his 3D Photomodel of the crash test Escape. The lateral distance between the center of the Escape's "Ford" logo and the farthest left portion of the F-250's "Ford" imprint is 1.76 feet.