# EXHIBIT 5
# PART ONE

E<sup>x</sup>ponent®

**Single-Moving-Vehicle Crash Test
2016 Ford F-250 into a
2008 Ford Escape**

**TEC2210759**

**May 15, 2023**


PLAINTIFF'S
EXHIBIT
118
tabbies®



Exponent
23445 North 19th Avenue
Phoenix, AZ 85027

telephone 623-582-6949
facsimile 623-581-8814
www.exponent.com

**Single-Moving-Vehicle Crash Test
2016 Ford F-250 into a
2008 Ford Escape**

**TEC2210759**

**May 15, 2023**

Prepared for:

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Project Name:    TEC2210759
Report No:       2210759.000 - 3401



E$^x$ponent®

**Test Description**

# E$^x$ponent®

### TEST DESCRIPTION

| | |
|---|---|
| **PROJECT NAME:** | TEC2210759 |
| **PROJECT NUMBER:** | 2210759 |
| **TEST DATE:** | May 15, 2023 |
| **TEST TYPE:** | Single-moving-vehicle crash test |
| **TEST VEHICLES:** | Bullet: 2016 Ford F-250<br>Target: 2008 Ford Escape |
| **IMPACT VELOCITIES:** | F-250: 49.9 mph<br>Escape: stationary |
| **INSTRUMENTATION:** | F-250:<br>Triaxial accelerometer set at base of left B-pillar<br>Triaxial accelerometer set at base of right B-pillar<br>Vehicle speed trap<br><br>Escape:<br>Triaxial accelerometer set at base of left B-pillar<br>Triaxial accelerometer set at base of right B-pillar |
| **PHOTOGRAPHY:** | One off-board panning real-time video camera<br>Four off-board high-speed video cameras<br>One overhead high-speed video camera<br>One onboard video camera (Escape)<br>Still photographs |

## TEST DESCRIPTION:

The F-250 was prepared for the test by draining the engine fluids, replacing the original batteries with live gel cell batteries, removing the running boards, installing instrumentation, installing a brake abort system, and installing a crash rail tow system. Original Equipment (OE) wheels, tires, and suspension remained un-modified. The vehicle was ballasted to test weight using sandbags and lead bars. The Escape was prepared for the test by draining the engine fluids, replacing the battery with a live gel cell battery, and installing a brake abort system. The full-size spare tire was replaced with a space saver spare, and the receiver hitch was removed and replaced with an OE rear bumper beam to match the configuration of the subject vehicle.

The F-250 was towed into impact rolling straight ahead with its longitudinal centerline collinear with the centerline of the Exponent crash rail. The Escape was positioned on the crash rail with its longitudinal centerline collinear to the crash rail centerline and the direction of travel of the F-250. The Escape's longitudinal centerline was offset 10.9 inches to the right of the crash rail centerline. In this orientation, the front of the F-250 struck the rear of the Escape. See the impact configuration diagram that follows. The F-250 was towed up to test speed and released from the tow system just prior to impact with the stationary Escape.



Impact Configuration
TEC2210759
May 15, 2023

Crash Rail

2016 Ford F-250
Rolling
Impact Speed = 49.9 mph

10.9 in.

2008 Ford Escape
Stationary



**2016 Ford F-250**



# VEHICLE RECEIVING SUMMARY

| VEHICLE FILE NUMBER: | 9526 | | | DATE RECEIVED: | 4/10/2023 | |
|---|---|---|---|---|---|---|
| PROJECT NO: | 2210759 | PROJECT NAME: | TEC2210759 | | | |
| VEHICLE YEAR: | 2016 | VEHICLE MAKE: | FORD | | VEHICLE MODEL: | F-250 |
| VEHICLE BODY STYLE: | 4-DOOR CREW CAB PICKUP | | | | VEHICLE COLOR: | WHITE |
| VEHICLE IDENTIFICATION NUMBER: | 1FT7W2BTXGED47610 | | | | DATE OF MANUFACTURE: | 6/16 |
| GVWR (lb): | 10000 | FRONT GAWR (lb): | 5200 | | REAR GAWR (lb): | 6100 |

| RECOMMENDED TIRE SIZE - F/R: | LT275/65R20 / LT275/65R20 | | | RECOMMENDED TIRE PRESSURE - F/R (psi): | 65 / 65 | |
|---|---|---|---|---|---|---|
| INSTALLED TIRE SIZE: | LF: | LT275/65R20 | RF: | LT275/65R20 | LR: | LT275/65R20 | RR: | LT275/65R20 |

| INSTALLED TIRE SIZE: | LF: LT275/65R20 | RF: LT275/65R20 | LR: LT275/65R20 | RR: LT275/65R20 |
|---|---|---|---|---|
| ENGINE TYPE: 8-CYLINDER DIESEL | | ENGINE DISPLACEMENT: 6.7 LITER | | ODOMETER (mi): 84,072 |
| TRANSMISSION TYPE: AUTOMATIC | | SHIFT LEVER LOCATION: COLUMN | | FUEL CAPACITY (gal): 35.0 |
| FUEL TANK LOC: LEFT, FORWARD OF REAR AXLE | | FILLER CAP LOC: LEFT FRONT OF BED | | |
| DESIGNATED SEATING - FRONT: 2 | MID: 0 | REAR: 3 | TOTAL: 5 | FRONT SEAT TYPE: BUCKET |

## RESTRAINT SYSTEM DESCRIPTION

| DRIVER: | 3-PT ACTIVE BELT | CENTER FRONT: | N/A | RIGHT FRONT: | 3-PT ACTIVE BELT |
|---|---|---|---|---|---|
| LEFT MID: | N/A | CENTER MID: | N/A | RIGHT MID: | N/A |
| LEFT REAR: | 3-PT ACTIVE BELT | CENTER REAR: | 3-PT ACTIVE BELT | RIGHT REAR: | 3-PT ACTIVE BELT |

## VEHICLE EQUIPMENT & CONDITION

| AIR CONDITIONING: | Y | POWER STEERING: | Y | POWER BRAKES: | Y | POWER WINDOWS: | Y | POWER SEATS: | Y |
|---|---|---|---|---|---|---|---|---|---|
| POWER DOOR LOCKS: | Y | CRUISE CONTROL: | Y | SPACE SAVER SPARE: | N | FRONT WHEEL DRIVE: | N | 4-WHEEL DRIVE: | Y |
| TELESCOPING WHEEL: | Y | TILT WHEEL: | Y | FRONT DISK BRAKES: | Y | REAR DISK BRAKES: | Y | ANTI-LOCK BRAKES F: | Y |
| DRIVER AIRBAG: | Y | RF PASSENGER AIRBAG: | Y | SIDE AIRBAGS: | Y | ADJUSTABLE D-RING: | Y | ANTI-LOCK BRAKES R: | Y |
| SUNROOF: | Y | ROOF RACK: | N | CURTAIN AIRBAGS: | Y | KNEE BOLSTER AIRBAG: | N | | |
| ADDITIONAL SIGNIFICANT OPTIONS/ACCESSORIES: | | AFTERMARKET RUNNING BOARDS | | | | | | | |
| SIGNIFICANT BODY DAMAGE/CORROSION: | | NONE | | | | | | | |

## VEHICLE WEIGHTS AS RECEIVED (WITH MAX. FLUIDS/lb)

| LEFT FRONT: | 2382 | RIGHT FRONT: | 2329 | TOTAL FRONT: | 4711 | PERCENT FRONT: | 60% |
|---|---|---|---|---|---|---|---|
| LEFT REAR: | 1631 | RIGHT REAR: | 1546 | TOTAL REAR: | 3177 | PERCENT REAR: | 40% |
| | | | | TOTAL WEIGHT: | 7888 | | |

## VEHICLE ATTITUDE MEASUREMENTS AS RECEIVED (WITH MAX. FLUIDS/in.)

| LEFT FRONT: | 40.5 | AT WHL WELL @ AXLE | RIGHT FRONT: | 41.0 | AT WHL WELL @ AXLE |
|---|---|---|---|---|---|
| LEFT REAR: | 41.4 | AT WHL WELL @ AXLE | RIGHT REAR: | 41.9 | AT WHL WELL @ AXLE |

## VEHICLE EXTERIOR DIMENSIONS (in.)

| OVERALL LENGTH: | 248.3 | OVERALL WIDTH: | 80.5 | OVERALL HEIGHT: | 79.9 |
|---|---|---|---|---|---|
| WHEELBASE: | 157.0 | FRONT TRACK: | 68.2 | REAR TRACK: | 67.1 |
| REAR OVERHANG: | 52.4 | FRONT BUMPER HEIGHT: | 28.6 | REAR BUMPER HEIGHT: | 30.1 |
| COMMENTS: | NONE | | | | |
| EIGHT POINT PHOTOS TAKEN? (Y/N): | Y | FORM COMPLETED BY: | FS | CHECKED BY: | CLC |



12327PH_0002



12327PH_0004



12327PH_0001



12327PH_0003



12327PH_0006



12327PH_0008



12327PH_0005



12327PH_0007



12327PH_0010



12327PH_0012



12327PH_0009



12327PH_0011



12327PH_0014



12327PH_0016



12327PH_0013



12327PH_0015



12327PH_0018



12327PH_0020



12327PH_0017



12327PH_0019



12327PH_0022



12327PH_0021



12327PH_0023



**2008 Ford Escape**



# E*x*ponent®

## VEHICLE RECEIVING SUMMARY

| | | | |
|---|---|---|---|
| VEHICLE FILE NUMBER: 9527 | | DATE RECEIVED: 4/13/2023 | |
| PROJECT NO: 2210759 | PROJECT NAME: TEC2210759 | | |
| VEHICLE YEAR: 2008 | VEHICLE MAKE: FORD | VEHICLE MODEL: ESCAPE | |
| VEHICLE BODY STYLE: 4-DOOR SPORT UTILITY VEHICLE | | VEHICLE COLOR: TAN | |
| VEHICLE IDENTIFICATION NUMBER: 1FMCU03138KA39182 | | DATE OF MANUFACTURE: 3/07 | |
| GVWR (lb): 4500 | FRONT GAWR (lb): 2390 | REAR GAWR (lb): 2250 | |
| RECOMMENDED TIRE SIZE - F/R: 235/70R16 / 235/70R16 | | RECOMMENDED TIRE PRESSURE - F/R (psi): 32 / 32 | |
| INSTALLED TIRE SIZE: LF: 235/70R16 | RF: 235/70R16 | LR: 235/70R16 | RR: 235/70R16 |
| ENGINE TYPE: 6-CYLINDER | ENGINE DISPLACEMENT: 3.0 LITER | ODOMETER (mi): 165,262 | |
| TRANSMISSION TYPE: AUTOMATIC | SHIFT LEVER LOCATION: CONSOLE | FUEL CAPACITY (gal): 16.5 | |
| FUEL TANK LOC: CENTER, FORWARD OF REAR AXLE | FILLER CAP LOC: LEFT QUARTER PANEL | | |
| DESIGNATED SEATING - FRONT: 2   MID: 0   REAR: 3   TOTAL: 5 | FRONT SEAT TYPE: BUCKET | | |

### RESTRAINT SYSTEM DESCRIPTION

| | | | |
|---|---|---|---|
| DRIVER: 3-PT ACTIVE BELT | CENTER FRONT: N/A | RIGHT FRONT: 3-PT ACTIVE BELT | |
| LEFT MID: N/A | CENTER MID: N/A | RIGHT MID: N/A | |
| LEFT REAR: 3-PT ACTIVE BELT | CENTER REAR: 3-PT ACTIVE BELT | RIGHT REAR: 3-PT ACTIVE BELT | |

### VEHICLE EQUIPMENT & CONDITION

| | | | | |
|---|---|---|---|---|
| AIR CONDITIONING: Y | POWER STEERING: Y | POWER BRAKES: Y | POWER WINDOWS: Y | POWER SEATS: Y |
| POWER DOOR LOCKS: Y | CRUISE CONTROL: Y | SPACE SAVER SPARE: N | FRONT WHEEL DRIVE: Y | 4-WHEEL DRIVE: N |
| TELESCOPING WHEEL: N | TILT WHEEL: Y | FRONT DISK BRAKES: Y | REAR DISK BRAKES: N | ANTI-LOCK BRAKES F: Y |
| DRIVER AIRBAG: Y | RF PASSENGER AIRBAG: Y | SIDE AIRBAGS: Y | ADJUSTABLE D-RING: Y | ANTI-LOCK BRAKES R: Y |
| SUNROOF: N | ROOF RACK: Y | CURTAIN AIRBAGS: Y | KNEE BOLSTER AIRBAG: N | |
| ADDITIONAL SIGNIFICANT OPTIONS/ACCESSORIES: RECEIVER HITCH INSTALLED | | | | |
| SIGNIFICANT BODY DAMAGE/CORROSION: NONE | | | | |

### VEHICLE WEIGHTS AS RECEIVED (WITH MAX. FLUIDS/lb)

| | | | |
|---|---|---|---|
| LEFT FRONT: 1076 | RIGHT FRONT: 972 | TOTAL FRONT: 2048 | PERCENT FRONT: 59% |
| LEFT REAR: 686 | RIGHT REAR: 717 | TOTAL REAR: 1403 | PERCENT REAR: 41% |
| | | TOTAL WEIGHT: 3451 | |

### VEHICLE ATTITUDE MEASUREMENTS AS RECEIVED (WITH MAX. FLUIDS/in.)

| | | |
|---|---|---|
| LEFT FRONT: 31.3 AT WHL WELL @ AXLE | RIGHT FRONT: 31.7 AT WHL WELL @ AXLE | |
| LEFT REAR: 33.3 AT WHL WELL @ AXLE | RIGHT REAR: 33.5 AT WHL WELL @ AXLE | |

### VEHICLE EXTERIOR DIMENSIONS (in.)

| | | |
|---|---|---|
| OVERALL LENGTH: 174.8 | OVERALL WIDTH: 71.3 | OVERALL HEIGHT: 67.4* |
| WHEELBASE: 103.5 | FRONT TRACK: 61.0 | REAR TRACK: 60.3 |
| REAR OVERHANG: 38.0 | FRONT BUMPER HEIGHT: 25.0 | REAR BUMPER HEIGHT: 27.0 |
| COMMENTS: *69.4 INCLUDING ROOF RACK | | |
| EIGHT POINT PHOTOS TAKEN? (Y/N): Y | FORM COMPLETED BY: JK | CHECKED BY: CLC |

Rev 11/22



12327PH_0025



12327PH_0027



12327PH_0024



12327PH_0026



12327PH_0029



12327PH_0031



12327PH_0028



12327PH_0030



12327PH_0033



12327PH_0035



12327PH_0032



12327PH_0034



12327PH_0037



12327PH_0039

12327PH_0036



12327PH_0038



12327PH_0041



12327PH_0043



12327PH_0040



12327PH_0042





**Test Setup**



## VEHICLE CRASH TEST CONDITION

| PROJECT NO: | 2210759 | PROJECT NAME: | TEC2210759 | | | TEST DATE: | 5/15/2023 |
|---|---|---|---|---|---|---|---|
| VEHICLE YEAR: | 2016 | VEHICLE MAKE: | FORD | | VEHICLE MODEL: | F-250 | |
| VEHICLE BODY STYLE: | 4-DOOR CREW CAB PICKUP | | | | VEHICLE COLOR: | WHITE | |
| VEHICLE IDENTIFICATION NUMBER: | 1FT7W2BTXGED47610 | | | | ODOMETER (mi): | 84,072 | |

| INSTALLED TIRES | LEFT - SIZE / PRESSURE (psi) | RIGHT - SIZE / PRESSURE (psi) |
|---|---|---|
| FRONT: | 275/65R20 / 65 | 275/65R20 / 65 |
| REAR: | 275/65R20 / 65 | 275/65R20 / 65 |

### VEHICLE TEST WEIGHT (lb)

| LEFT FRONT: | 2420 | RIGHT FRONT: | 2510 | TOTAL FRONT: | 4930 | PERCENT FRONT: | 58% |
|---|---|---|---|---|---|---|---|
| LEFT REAR: | 1725 | RIGHT REAR: | 1878 | TOTAL REAR: | 3603 | PERCENT REAR: | 42% |
| | | | | TOTAL WEIGHT: | 8533 | | |

### VEHICLE TEST ATTITUDE MEASUREMENTS (in.)

| LEFT FRONT: | 40.1 | AT | WHL WELL @ AXLE | RIGHT FRONT: | 40.5 | AT | WHL WELL @ AXLE |
|---|---|---|---|---|---|---|---|
| LEFT REAR: | 40.5 | AT | WHL WELL @ AXLE | RIGHT REAR: | 40.8 | AT | WHL WELL @ AXLE |
| SUSPENSION ADJUSTMENTS: | NONE | | | | | | |
| OTHER MEASUREMENTS: | NONE | | | | | | |

### VEHICLE MODIFICATIONS & ADDITIONS

| TOW SHOE LOCATION(S): | LEFT & RIGHT LOWER SUBFRAME | | |
|---|---|---|---|
| BRAKE ABORT SYSTEM: | MANUAL | TIME DELAY (sec): | N/A |
| ONBOARD CAMERA LOCATION(S): | NONE | | |
| EVENT FLASH LOCATION(S): | LEFT & RIGHT A-PILLARS; LOWER WINDSHIELD; LEFT FRONT FENDER | | |
| TARGET LOCATION(S): | LEFT & RIGHT SIDES, HOOD & ROOF CENTERLINE / 24" CTR-TO-CTR FROM FRONT | | |
| INSTALLED TRANSDUCER(S): | SEE TRANSDUCER LOCATION RECORD | | |
| INSTRUMENTATION PACKAGE LOCATION: | RIGHT REAR FLOOR | | |
| OTHER: | REMOVED RUNNING BOARDS | | |

### VEHICLE CONDITION

| TRANSMISSION GEAR: | NEUTRAL | WINDOW POSITION: | CLOSED | DOOR LOCKS: | LOCKED |
|---|---|---|---|---|---|
| FUEL TANK LEVEL: | EMPTY | FLUID TYPE: | N/A | BRAKES: | DISENGAGED |
| OTHER: | NONE | | | | |

### ANTHROPOMORPHIC DUMMIES / RESTRAINTS

| DRIVER: | NONE / N/A | CENTER FRONT: | N/A | RIGHT FRONT: | NONE / N/A |
|---|---|---|---|---|---|
| LEFT MID: | N/A | CENTER MID: | N/A | RIGHT MID: | N/A |
| LEFT REAR: | NONE / N/A | CENTER REAR: | NONE / N/A | RIGHT REAR: | NONE / N/A |

| | DRIVER | PASSENGER |
|---|---|---|
| SEAT BACK ANGLE: | 15.5 DEGREES RECLINED FROM VERTICAL | 15.4 DEGREES RECLINED FROM VERTICAL |
| MEASURED AT: | HEAD RESTRAINT POST | HEAD RESTRAINT POST |
| FORE/AFT SEAT POSITION: | MID-POSITION | MID-POSITION |
| OTHER: | HEAD RESTRAINT FULL DOWN; D-RING FULL DOWN; STEERING WHEEL TELESCOPE FULL FORWARD, TILT FULL UP | HEAD RESTRAINT FULL DOWN; D-RING FULL DOWN |

### COMMENTS

NONE

| | | FORM COMPLETED BY: | AW | CHECKED BY: | CLC |
|---|---|---|---|---|---|

Rev  11/22



## VEHICLE TRANSDUCER LOCATION RECORD

| PROJECT NO: | 2210759 | PROJECT NAME: | TEC2210759 | | TEST DATE: | 5/15/2023 |
|---|---|---|---|---|---|---|
| VEHICLE YEAR: | 2016 | VEHICLE MAKE: | FORD | VEHICLE MODEL: | F-250 | |
| VEHICLE IDENTIFICATION NUMBER: | | 1FT7W2BTXGED47610 | | | | |



NOTES: NOT TO SCALE, Z-AXIS MEASURED UP FROM GROUND

| REF # | TRANSDUCER LOCATION DESCRIPTION | LONGITUDINAL (X) | | LATERAL (Y) | | VERTICAL (Z) | |
|---|---|---|---|---|---|---|---|
| A | TRIAXIAL ACCELEROMETER SET - BASE OF LEFT B-PILLAR | 84.7 | in. | -25.2 | in. | 27.9 | in. |
| B | TRIAXIAL ACCELEROMETER SET - BASE OF RIGHT B-PILLAR | 84.4 | in. | 25.5 | in. | 28.3 | in. |

Rev  3/18



# TEST VEHICLE BALLAST RECORD

| PROJECT NO: | 2210759 | PROJECT NAME: | TEC2210759 | | TEST DATE: | 5/15/2023 |
|---|---|---|---|---|---|---|
| VEHICLE YEAR: | 2016 | VEHICLE MAKE: | FORD | VEHICLE MODEL: | | F-250 |
| VEHICLE IDENTIFICATION NUMBER: | | 1FT7W2BTXGED47610 | | | | |



| REF # | LOCATION (Shown on sketch) | TYPE | AMOUNT (lb) | SECURING METHOD |
|---|---|---|---|---|
| A | LEFT FRONT FLOOR | SANDBAG | 55 | NONE |
| B | RIGHT FRONT FLOOR | SANDBAGS | 100 | NONE |
| C | LEFT FRONT SEAT | SANDBAGS | 115 | STRAPPED / BELTED |
| D | RIGHT FRONT SEAT | SANDBAGS | 110 | STRAPPED / BELTED |
| E | LEFT REAR SEAT | SANDBAGS | 110 | STRAPPED / BELTED |
| F | CENTER REAR SEAT | SANDBAGS | 75 | STRAPPED / BELTED |
| G | RIGHT REAR SEAT | SANDBAGS | 105 | STRAPPED / BELTED |
| H | TRUCK BED | LEAD BARS | 700 | BOLTED |

# E$^x$ponent®

## VEHICLE CRASH TEST CONDITION

| PROJECT NO: | 2210759 | PROJECT NAME: | TEC2210759 | | TEST DATE: | 5/15/2023 |
|---|---|---|---|---|---|---|
| VEHICLE YEAR: | 2008 | VEHICLE MAKE: | FORD | VEHICLE MODEL: | ESCAPE | |
| VEHICLE BODY STYLE: | | 4-DOOR SPORT UTILITY VEHICLE | | VEHICLE COLOR: | TAN | |
| VEHICLE IDENTIFICATION NUMBER: | | 1FMCU03138KA39182 | | ODOMETER (mi): | 165,262 | |

| INSTALLED TIRES | LEFT - SIZE / PRESSURE (psi) | RIGHT - SIZE / PRESSURE (psi) |
|---|---|---|
| FRONT: | 235/70R16 / 32 | 235/70R16 / 32 |
| REAR: | 235/70R16 / 32 | 235/70R16 / 32 |

## VEHICLE TEST WEIGHT (lb)

| LEFT FRONT: | 1147 | RIGHT FRONT: | 1067 | TOTAL FRONT: | 2214 | PERCENT FRONT: | 56% |
|---|---|---|---|---|---|---|---|
| LEFT REAR: | 860 | RIGHT REAR: | 867 | TOTAL REAR: | 1727 | PERCENT REAR: | 44% |
| | | | | TOTAL WEIGHT: | 3941 | | |

## VEHICLE TEST ATTITUDE MEASUREMENTS (in.)

| LEFT FRONT: | 30.9 | AT | WHL WELL @ AXLE | RIGHT FRONT: | 31.0 | AT | WHL WELL @ AXLE |
|---|---|---|---|---|---|---|---|
| LEFT REAR: | 32.5 | AT | WHL WELL @ AXLE | RIGHT REAR: | 32.4 | AT | WHL WELL @ AXLE |
| SUSPENSION ADJUSTMENTS: | NONE | | | | | | |
| OTHER MEASUREMENTS: | NONE | | | | | | |

## VEHICLE MODIFICATIONS & ADDITIONS

| TOW SHOE LOCATION(S): | N/A | | |
|---|---|---|---|
| BRAKE ABORT SYSTEM: | MANUAL | TIME DELAY (sec): | N/A |
| ONBOARD CAMERA LOCATION(S): | GOPRO MOUNTED ON CENTERLINE NEAR FRONT SEATS | | |
| EVENT FLASH LOCATION(S): | N/A | | |
| TARGET LOCATION(S): | LEFT & RIGHT SIDES, HOOD & ROOF CENTERLINE / 24" CTR-TO-CTR FROM REAR | | |
| INSTALLED TRANSDUCER(S): | SEE TRANSDUCER LOCATION RECORD | | |
| INSTRUMENTATION PACKAGE LOCATION: | RIGHT FRONT FOOTWELL | | |
| OTHER: | REMOVED RECEIVER HITCH AND INSTALLED OE BUMPER BEAM; REPLACED FULL SIZE SPARE TIRE WITH SPACE SAVER SPARE TIRE | | |

## VEHICLE CONDITION

| TRANSMISSION GEAR: | NEUTRAL | WINDOW POSITION: | CLOSED | DOOR LOCKS: | LOCKED |
|---|---|---|---|---|---|
| FUEL TANK LEVEL: | EMPTY | FLUID TYPE: | N/A | BRAKES: | DISENGAGED |
| OTHER: | NONE | | | | |

## ANTHROPOMORPHIC DUMMIES / RESTRAINTS

| DRIVER: | NONE / N/A | CENTER FRONT: | N/A | RIGHT FRONT: | NONE / N/A |
|---|---|---|---|---|---|
| LEFT MID: | N/A | CENTER MID: | N/A | RIGHT MID: | N/A |
| LEFT REAR: | NONE / N/A | CENTER REAR: | NONE / N/A | RIGHT REAR: | NONE / N/A |

| | DRIVER | PASSENGER |
|---|---|---|
| SEAT BACK ANGLE: | 1.8 DEGREES FORWARD OF VERTICAL | 6.4 DEGREES FORWARD OF VERTICAL |
| MEASURED AT: | HEAD RESTRAINT POST | HEAD RESTRAINT POST |
| FORE/AFT SEAT POSITION: | MID-POSITION | MID-POSITION |
| OTHER: | HEAD RESTRAINT FULL DOWN; D-RING FULL UP; STEERING WHEEL TILT FULL UP | HEAD RESTRAINT FULL DOWN; D-RING FULL UP |

## COMMENTS

| NONE | | | |
|---|---|---|---|
| | FORM COMPLETED BY: AW | CHECKED BY: | CLC |

Rev 11/22



## VEHICLE TRANSDUCER LOCATION RECORD

| PROJECT NO: | 2210759 | PROJECT NAME: | TEC2210759 | | TEST DATE: | 5/15/2023 |
|---|---|---|---|---|---|---|
| VEHICLE YEAR: | 2008 | VEHICLE MAKE: | FORD | VEHICLE MODEL: | ESCAPE | |
| VEHICLE IDENTIFICATION NUMBER: | 1FMCU03138KA39182 | | | | | |



NOTES: NOT TO SCALE, Z-AXIS MEASURED UP FROM GROUND

| REF # | TRANSDUCER LOCATION DESCRIPTION | LONGITUDINAL (X) | LATERAL (Y) | VERTICAL (Z) |
|---|---|---|---|---|
| A | TRIAXIAL ACCELEROMETER SET - BASE OF LEFT B-PILLAR | 44.6 in. | -25.6 in. | 19.1 in. |
| B | TRIAXIAL ACCELEROMETER SET - BASE OF RIGHT B-PILLAR | 44.8 in. | 25.4 in. | 19.3 in. |

Rev 3/18



# TEST VEHICLE BALLAST RECORD

| PROJECT NO: | 2210759 | PROJECT NAME: | TEC2210759 | | TEST DATE: | 5/15/2023 |
|---|---|---|---|---|---|---|
| VEHICLE YEAR: | 2008 | VEHICLE MAKE: | FORD | VEHICLE MODEL: | | ESCAPE |
| VEHICLE IDENTIFICATION NUMBER: | | 1FMCU03138KA39182 | | | | |



| REF # | LOCATION (Shown on sketch) | TYPE | AMOUNT (lb) | SECURING METHOD |
|---|---|---|---|---|
| A | LEFT FRONT SEAT | SANDBAG | 54 | STRAPPED |
| B | RIGHT FRONT SEAT | SANDBAG | 50 | STRAPPED |
| C | LEFT REAR FLOOR | LEAD BARS | 110 | BOLTED |
| D | RIGHT REAR FLOOR | LEAD BARS | 110 | BOLTED |
| E | LEFT REAR SEAT | SANDBAGS/LEAD | 75 | STRAPPED |
| F | CENTER REAR SEAT | SANDBAGS/LEAD | 130 | STRAPPED |
| G | RIGHT REAR SEAT | SANDBAGS/LEAD | 75 | STRAPPED |

Rev 3/18

**Ex**ponent®

## CAMERA SETUP RECORD

| | |
|---|---|
| PROJECT NO: | 2210759 |
| PROJECT NAME: | TEC2210759 |
| TEST TYPE: | SINGLE-MOVING-VEHICLE CRASH TEST |
| TARGET VEHICLE (T): | 2008 FORD ESCAPE |
| BULLET VEHICLE (B): | 2016 FORD F-250 |
| TEST SPEEDS (T): | STATIONARY |
| COMMENTS: | NONE |

TEST DATE: 5/15/2023

(B): 49.9 MPH



⊠ OVERHEAD   ◯ PIT   ▶ ONBOARD   ⊞ GROUND   ⇗ PANNING

NOTES: ALL DIMENSIONS IN FEET. NOT TO SCALE. Z-AXIS MEASURED UP FROM GROUND.

| LOC NO | CAMERA TYPE | FIELD OF VIEW | IMPACT DISTANCE (X) | CENTERLINE DISTANCE (Y) | CAMERA HEIGHT (Z) | SET SPEED (fps) | LENS SIZE (mm) |
|---|---|---|---|---|---|---|---|
| 1 | VIDEO | OVERALL PANNING VIEW | 20.3 | 94.0 | 6.2 | RT | --- |
| 2 | HSV | WIDE VIEW, RIGHT SIDE | 4.3 | 59.3 | 3.5 | 1000 | 35 |
| 3 | HSV | MEDIUM OBLIQUE VIEW, RIGHT REAR | -43.5 | 56.5 | 3.8 | 1000 | 70 |
| 4 | HSV | MEDIUM VIEW, LEFT SIDE | 6.0 | -68.5 | 3.4 | 1000 | 60 |
| 5 | HSV | MEDIUM OBLIQUE VIEW, LEFT FRONT | 69.2 | -45.8 | 5.1 | 1000 | 100 |
| 6 | HSV | WIDE OVERHEAD VIEW | 3.0 | 0.0 | 25.0 | 1000 | 8 |
| 7 | VIDEO | ONBOARD GOPRO VIEW LOOKING REARWARD (ESCAPE) | --- | --- | --- | RT/240 | --- |

Rev 3/18



12327PH_0046



12327PH_0048



**E**x**ponent**

**PHOTO-DOCUMENTATION DATA**

PROJECT NUMBER..: **2210759**

PROJECT NAME...: **TEC22210759**

DATE.........: **May 11, 2023**

LOCATION......: **Phoenix Test & Engineering Center**

PHOTOGRAPHER..: **C. Crosby**

SEQUENCE.: (X) () () () () () () () () () () ()
A  B  C  D  E  F  G  H  I  J  K  L

SUBJECT: **Documentation**

KODAK Color Control Patches

12327PH_0045



12327PH_0047



12327PH_0050



12327PH_0052



12327PH_0049



12327PH_0051



12327PH_0054





12327PH_0056





12327PH_0053



12327PH_0055



12327PH_0058



12327PH_0060





12327PH_0057



12327PH_0059



12327PH_0062



12327PH_0064

12327PH_0061



12327PH_0063



12327PH_0066



12327PH_0068



12327PH_0065



12327PH_0067



12327PH_0070

12327PH_0072



12327PH_0069

12327PH_0071



12327PH_0074



12327PH_0076



12327PH_0073



12327PH_0075



12327PH_0078



12327PH_0080




12327PH_0077



12327PH_0079



12327PH_0082



12327PH_0084



12327PH_0081



12327PH_0083



12327PH_0086



12327PH_0088



12327PH_0085



12327PH_0087



12327PH_0090



12327PH_0092



12327PH_0089



12327PH_0091



12327PH_0094



12327PH_0096

12327PH_0093



12327PH_0095



12327PH_0098



12327PH_0100



12327PH_0097



12327PH_0099



12327PH_0102



12327PH_0104

12327PH_0101





12327PH_0103



12327PH_0106



12327PH_0108



12327PH_0105





12327PH_0107



12327PH_0110



12327PH_0112



12327PH_0109



12327PH_0111



12327PH_0114



12327PH_0116



12327PH_0113



12327PH_0115



12327PH_0118



12327PH_0120



12327PH_0117



12327PH_0119



12327PH_0122



12327PH_0124



12327PH_0121





12327PH_0123



12327PH_0126





12327PH_0128



12327PH_0125



12327PH_0127



12327PH_0130



12327PH_0129



12327PH_0132



12327PH_0134



12327PH_0131



12327PH_0133



12327PH_0136



12327PH_0138



12327PH_0135



12327PH_0137



12327PH_0140

12327PH_0142

12327PH_0139

12327PH_0141





12327PH_0144



12327PH_0146



12327PH_0143



12327PH_0145



12327PH_0148



12327PH_0147

12327PH_0150



12327PH_0149



12327PH_0152



12327PH_0154



12327PH_0151



12327PH_0153



12327PH_0156



12327PH_0158



12327PH_0155



12327PH_0157



12327PH_0160



12327PH_0162



12327PH_0159

12327PH_0161



12327PH_0164



12327PH_0166



12327PH_0163



12327PH_0165



12327PH_0168



12327PH_0170



12327PH_0167



12327PH_0169



12327PH_0172



12327PH_0174



12327PH_0171



12327PH_0173



12327PH_0176



12327PH_0178



12327PH_0175



12327PH_0177



12327PH_0180




12327PH_0182



12327PH_0179



12327PH_0181



12327PH_0184



12327PH_0186



12327PH_0183



12327PH_0185



12327PH_0188



12327PH_0190



12327PH_0187



12327PH_0189



12327PH_0192



12327PH_0194



12327PH_0191



12327PH_0193



12327PH_0196



12327PH_0198



12327PH_0195



12327PH_0197



12327PH_0200



12327PH_0202



12327PH_0199



12327PH_0201



12327PH_0204



12327PH_0206



12327PH_0203



12327PH_0205



12327PH_0208



12327PH_0210



12327PH_0207



12327PH_0209



12327PH_0212



12327PH_0214



12327PH_0211



12327PH_0213



12327PH_0216



12327PH_0218



12327PH_0215



12327PH_0217



12327PH_0220



12327PH_0222




12327PH_0219



12327PH_0221



12327PH_0224



12327PH_0223



12327PH_0226



12327PH_0228



12327PH_0225



12327PH_0227



12327PH_0230



12327PH_0232



12327PH_0229



12327PH_0231



12327PH_0234



12327PH_0236



12327PH_0233



12327PH_0235



12327PH_0238



12327PH_0240



12327PH_0237





12327PH_0239



12327PH_0242



12327PH_0244



12327PH_0241



12327PH_0243



12327PH_0246



12327PH_0248



12327PH_0245



12327PH_0247



12327PH_0250





12327PH_0252

12327PH_0249





12327PH_0251



12327PH_0254



12327PH_0256



12327PH_0253



12327PH_0255



12327PH_0258



12327PH_0260



12327PH_0257



12327PH_0259



12327PH_0262



12327PH_0264





12327PH_0261



12327PH_0263



12327PH_0266



12327PH_0268





12327PH_0265



12327PH_0267



12327PH_0270



12327PH_0272



12327PH_0269



12327PH_0271



12327PH_0274



12327PH_0276



12327PH_0273



12327PH_0275



12327PH_0278



12327PH_0280



12327PH_0277



12327PH_0279



12327PH_0282



12327PH_0284



12327PH_0281



12327PH_0283



12327PH_0286



12327PH_0285



12327PH_0287