# EXHIBIT 5
# PART TWO



Test Results

# E<sup>x</sup>ponent®

## SPEED TRAP COUNTER LOG

| PROJECT NO: | 2210759 | PROJECT NAME: | TEC2210759 | | TEST DATE: | 5/15/2023 |
|---|---|---|---|---|---|---|
| OPERATOR: | CLC | SPEED COUNTER S/N: | 0001 | | CALIBRATION DUE DATE: | 5/8/2024 |
| COMMENTS: | DNR=DID NOT RECORD | | | | | |



Circle One

4 inches → $\frac{227.3}{ms}$ = mph

24 inches → $\frac{1364}{ms}$ = mph

(45) inches → $\frac{2557}{ms}$ = mph

x 1.4667 = fps

| Test ID | | Time [ms] | Speed [mph] | Speed [fps] | Checked By |
|---|---|---|---|---|---|
| 051523 | Channel 1 | -- | DNR | DNR | RFB |
| | Channel 2 | -- | 49.9 | 73.2 | |
| | Average | -- | 49.9 | 73.2 | |

E$^x$ponent®

## VEHICLE REST POSITION SUMMARY

| PROJECT NO: | 2210759 | | |
|---|---|---|---|
| PROJECT NAME: | TEC2210759 | TEST DATE: | 5/15/2023 |



Reference System:  X AXIS - Centerline of Main Guide Rail
                   Y AXIS - Perpendicular to Centerline of Main Guide Rail

NOTE: NOT TO SCALE

| DESCRIPTION | IMPACT | | REST | | TOTAL DISP. | |
|---|---|---|---|---|---|---|
| | X | Y | X | Y | X | Y |
| **FORD ESCAPE (T)** | | | | | | |
| Left Front Wheel | 11.8 | -2.0 | 129.1 | -17.9 | **117.3** | **-15.9** |
| Right Front Wheel | 11.8 | 3.8 | 131.0 | -12.5 | **119.2** | **-16.3** |
| Left Rear Wheel | 3.2 | -2.0 | 121.5 | -14.7 | **118.3** | **-12.7** |
| Right Rear Wheel | 3.2 | 3.8 | 123.1 | -9.8 | **119.9** | **-13.7** |
| **FORD F-250 (B)** | | | | | | |
| Left Front Wheel | -3.3 | -3.3 | 118.0 | 22.3 | **121.3** | **25.7** |
| Right Front Wheel | -3.3 | 3.3 | 114.7 | 28.6 | **118.0** | **25.3** |
| Left Rear Wheel | -16.4 | -3.3 | 105.0 | 18.4 | **121.4** | **21.7** |
| Right Rear Wheel | -16.4 | 3.3 | 103.0 | 24.6 | **119.4** | **21.3** |

NOTE: ALL DIMENSIONS IN FEET

Rev  3/18



**Longitudinal Acceleration v Time**

Left Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 1

F250.PLS

LBPF.ASC

Time [s]

Acceleration [g]

E×ponent®

Filter: CFC 60
Data Max: 1.5 g @ 0.4000 sec.
Data Min: -16.9 g @ 0.0680 sec.

TEC2210759
2210759





**Vertical Acceleration v Time**

Left Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 3

F250.PLS

LBPF.ASC

Time [s]

Acceleration [g]

Filter: CFC 60
Data Max: 3.6 g @ 0.0635 sec.
Data Min: -6.0 g @ 0.0683 sec.

TEC2210759
2210759

E^xponent"



**Resultant Acceleration v Time**

Left Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23



**Lateral Velocity v Time**

Left Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 6

F250.PLS

LBPF.ASC

Time [s]

Velocity [mph]

$Ex$ponent℠

Filter: CFC 180
Data Max: 2.0 mph @ 0.3995 sec.
Data Min: -0.6 mph @ 0.0625 sec.

TEC2210759
2210759

**Vertical Velocity v Time**
Left Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

E<sup>x</sup>ponent

LBPF.ASC

F250.PLS

Plot Number: 7

Filter: CFC 180
Data Max: 0.8 mph @ 0.3283 sec.
Data Min: -2.5 mph @ 0.1217 sec.

TEC2210759
2210759



Delta Velocity v Time

Left Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23



Longitudinal Acceleration v Time

Right Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23



Lateral Acceleration v Time

Right Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23



Vertical Acceleration v Time

Right Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23





**Longitudinal Velocity v Time**

Right Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

F250.PLS

Plot Number: 5

RBPF.ASC

Filter: CFC 180
Data Max: 49.9 mph @ -0.1000 sec.
Data Min: 31.4 mph @ 0.3756 sec.

TEC2210759
2210759

E<sup>x</sup>ponent®

Time [s]

Velocity [mph]

**Lateral Velocity v Time**

Right Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

F250.PLS

Plot Number: 6

RBPF.ASC

Filter: CFC 180
Data Max: 1.8 mph @ 0.4000 sec.
Data Min: -0.6 mph @ 0.0644 sec.

TEC2210759
2210759

*Ex*ponent®

Velocity [mph]

Time [s]

**Vertical Velocity v Time**

Right Rocker Panel at B-Pillar
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 7

RBPF.ASC

F250.PLS

E$^x$ponent

Time [s]

Velocity [mph]

Filter: CFC 180
Data Max: 0.8 mph @ 0.4000 sec.
Data Min: -3.4 mph @ 0.1405 sec.

TEC2210759
2210759



Delta Velocity v Time

Right Rocker Panel at B-Pillar
2016 Ford F-250

Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 8

Filter: CFC 180
Data Max: 18.6 mph @ 0.3785 sec.
Data Min: 0.0 mph @ -0.1000 sec.

TEC22:10759
2210759

Longitudinal Acceleration v Time
Average of Left and Right Rocker Panels
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23



Lateral Acceleration v Time

Average of Left and Right Rocker Panels
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23



Vertical Acceleration v Time

Average of Left and Right Rocker Panels
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 3

F250.PLS

AVGF.ASC

Filter: CFC 60
Data Max: 3.1 g @ 0.1690 sec.
Data Min: -5.3 g @ 0.0693 sec.

TEC2210759
2210759

E<sup>x</sup>ponent<sup>®</sup>



**Resultant Acceleration v Time**

Average of Left and Right Rocker Panels
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

Longitudinal Velocity v Time

Average of Left and Right Rocker Panels
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 5

F250.PLS

AVGF.ASC

Filter: CFC 180
Data Max: 49.9 mph @ -0.1000 sec.
Data Min: 32.3 mph @ 0.3704 sec.

TEC2210759
2210759

Velocity [mph]

Time [s]

E^xponent



# Lateral Velocity v Time

Average of Left and Right Rocker Panels
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

Filter: CFC 180
Data Max: 1.9 mph @ 0.3997 sec.
Data Min: -0.5 mph @ 0.0624 sec.

TEC2210759
2210759

**Vertical Velocity v Time**

Average of Left and Right Rocker Panels
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 7

AVGF.ASC

F250.PLS

E*ponent®

Filter: CFC 180
Data Max: 0.7 mph @ 0.3596 sec.
Data Min: -2.8 mph @ 0.1399 sec.

TEC2210759
2210759



Delta Velocity v Time

Average of Left and Right Rocker Panels
2016 Ford F-250
Single-Moving-Vehicle Crash Test - 5/15/23



**Longitudinal Acceleration v Time**

Left Rocker Panel at B-Pillar
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 1

E.PLS

LBPE.ASC

Filter: CFC 60
Data Max: 24.8 g @ 0.0420 sec.
Data Min: -1.1 g @ 0.1984 sec.

TEC2210759
2210759

E<sup>x</sup>ponent



**Lateral Acceleration v Time**

Left Rocker Panel at B-Pillar
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 2

E.PLS

LBPE.ASC

Time [s]

Acceleration [g]

Filter: CFC 60
Data Max: 9.3 g @ 0.0554 sec.
Data Min: -4.8 g @ 0.0932 sec.

TEC2210759
2210759

E*ponent



**Vertical Acceleration v Time**

Left Rocker Panel at B-Pillar
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23



## Resultant Acceleration v Time

Left Rocker Panel at B-Pillar
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 4

E.PLS

LBPE.ASC

Time [s]

Acceleration [g]

Filter: CFC 60
Data Max: 24.9 g @ 0.0420 sec.
Data Min: 0.0 g @ -0.0714 sec.

TEC2210759

2210759

EXponent



## Longitudinal Velocity v Time

Left Rocker Panel at B-Pillar
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 5

E.PLS

LBPE.ASC

Velocity [mph]

Time [s]

E<sup>x</sup>ponent®

Filter: CFC 180
Data Max: 34.0 mph @ 0.2950 sec.
Data Min: 0.0 mph @ 0.0012 sec.

TEC2210759
2210759

**Lateral Velocity v Time**

Left Rocker Panel at B-Pillar
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 6

E.PLS

LBPE.ASC

Velocity [mph]

Time [s]

Filter: CFC 180
Data Max: 1.6 mph @ 0.0890 sec.
Data Min: -0.9 mph @ 0.1742 sec.

TEC2210759
2210759

E*ponent*



Vertical Velocity v Time

Left Rocker Panel at B-Pillar
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23



Delta Velocity v Time

Left Rocker Panel at B-Pillar
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23











## Lateral Velocity v Time

Right Rocker Panel at B-Pillar
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

E.PLS

Plot Number: 6

RBPE.ASC

Filter: CFC 180
Data Max: 5.2 mph @ 0.2315 sec.
Data Min: 0.0 mph @ 0.0007 sec.

TEC2210759
2210759

E*ponent®

Velocity [mph]

Time [s]

**Vertical Velocity v Time**

Right Rocker Panel at B-Pillar
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

E=ponent®

Filter: CFC 180
Data Max: 4.8 mph @ 0.0914 sec.
Data Min: -2.2 mph @ 0.1924 sec.

TEC2210759
2210759

RBPE.ASC

Plot Number: 7

E.PLS

Velocity [mph]

Time [s]



Delta Velocity v Time

Right Rocker Panel at B-Pillar
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 8

Velocity [mph]

Time [s]

Filter: CFC 180
Data Max: 35.6 mph @ 0.2322 sec.
Data Min: 0.0 mph @ -0.1000 sec.

TEC2210759
2210759



**Longitudinal Acceleration v Time**
Average of Left and Right Rocker Panels
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

Filter: CFC 60
Data Max: 23.1 g @ 0.0422 sec.
Data Min: -0.8 g @ 0.1996 sec.

TEC2210759
2210759



## Lateral Acceleration v Time

Average of Left and Right Rocker Panels
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23



## Vertical Acceleration v Time

Average of Left and Right Rocker Panels
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 3

E.PLS

AVGE.ASC

Filter: CFC 60
Data Max: 12.5 g @ 0.0680 sec.
Data Min: -9.7 g @ 0.1225 sec.
TEC2210759
2210759

**Resultant Acceleration v Time**

Average of Left and Right Rocker Panels
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 4

AVGE ASC    E.PLS

Filter: CFC 60
Data Max: 23.2 g @ 0.0422 sec.
Data Min: 0.0 g @ -0.0689 sec.

TEC2210759
2210759

E*ponent

Longitudinal Velocity v Time

Average of Left and Right Rocker Panels
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

E*ponent®

Plot Number: 5

AVGE.ASC

E.PLS

Filter: CFC 180
Data Max: 34.7 mph @ 0.2944 sec.
Data Min: 0.0 mph @ 0.0007 sec.
TEC2210759
2210759



**Vertical Velocity v Time**

Average of Left and Right Rocker Panels
2008 Ford Escape
Single-Moving-Vehicle Crash Test - 5/15/23

Plot Number: 7

E.PLS

AVGE.ASC

Time [s]

Velocity [mph]

E$^x$ponent$^c$

Filter: CFC 180
Data Max: 4.7 mph @ 0.0979 sec.
Data Min: -2.2 mph @ 0.1585 sec.

TEC2210759
2210759





12327PH_0289



12327PH_0291



12327PH_0288



12327PH_0290



12327PH_0293



12327PH_0295



12327PH_0292



12327PH_0294



12327PH_0297



12327PH_0299



12327PH_0296



12327PH_0298



12327PH_0301



12327PH_0303



12327PH_0300



12327PH_0302



12327PH_0305



12327PH_0307



12327PH_0304





12327PH_0306



12327PH_0309



12327PH_0311



12327PH_0308



12327PH_0310



12327PH_0313



12327PH_0315



12327PH_0312



12327PH_0314



12327PH_0317



12327PH_0319



12327PH_0316



12327PH_0318



12327PH_0321



12327PH_0323



12327PH_0320



12327PH_0322



12327PH_0325



12327PH_0327



12327PH_0324



12327PH_0326



12327PH_0329



12327PH_0331



12327PH_0328



12327PH_0330



12327PH_0333



12327PH_0335



12327PH_0332



12327PH_0334



12327PH_0337



12327PH_0339



12327PH_0336



12327PH_0338



12327PH_0341



12327PH_0343



12327PH_0340



12327PH_0342



12327PH_0345



12327PH_0347



12327PH_0344



12327PH_0346



12327PH_0349



12327PH_0351



12327PH_0348



12327PH_0350



12327PH_0353



12327PH_0355



12327PH_0352



12327PH_0354



12327PH_0357



12327PH_0359



12327PH_0356

12327PH_0358



12327PH_0361



12327PH_0363



12327PH_0360



12327PH_0362



12327PH_0365



12327PH_0367



12327PH_0364



12327PH_0366



12327PH_0369



12327PH_0371



12327PH_0368



12327PH_0370



12327PH_0373



12327PH_0375



12327PH_0372



12327PH_0374



12327PH_0377

12327PH_0379

12327PH_0376

12327PH_0378



12327PH_0381

12327PH_0383

12327PH_0380

12327PH_0382



12327PH_0385



12327PH_0387



12327PH_0384



12327PH_0386



12327PH_0389



12327PH_0391



12327PH_0388



12327PH_0390



12327PH_0393



12327PH_0395



12327PH_0392



12327PH_0394



12327PH_0397



12327PH_0399



12327PH_0396



12327PH_0398



12327PH_0401



12327PH_0403

12327PH_0400



12327PH_0402



12327PH_0405



12327PH_0407




12327PH_0404



12327PH_0406



12327PH_0409



12327PH_0411

12327PH_0408



12327PH_0410



12327PH_0413



12327PH_0415





12327PH_0412



12327PH_0414



12327PH_0417



12327PH_0419



12327PH_0416



12327PH_0418



12327PH_0421



12327PH_0423



12327PH_0420



12327PH_0422



12327PH_0425



12327PH_0427



12327PH_0424



12327PH_0426



12327PH_0429



12327PH_0431





12327PH_0428

12327PH_0430



12327PH_0433

12327PH_0435

12327PH_0432



12327PH_0434



12327PH_0437



12327PH_0439

12327PH_0436



12327PH_0438



12327PH_0441



12327PH_0443



12327PH_0440



12327PH_0442



12327PH_0445



12327PH_0447



12327PH_0444



12327PH_0446



12327PH_0449



12327PH_0451



12327PH_0448



12327PH_0450



12327PH_0453



12327PH_0455



12327PH_0452



12327PH_0454



12327PH_0457



12327PH_0459



12327PH_0456



12327PH_0458



12327PH_0461



12327PH_0463



12327PH_0460



12327PH_0462



12327PH_0465



12327PH_0467



12327PH_0464



12327PH_0466



12327PH_0469



12327PH_0471



12327PH_0468



12327PH_0470



12327PH_0473



12327PH_0475



12327PH_0472



12327PH_0474



12327PH_0477



12327PH_0479




12327PH_0476



12327PH_0478



12327PH_0481



12327PH_0483



12327PH_0480



12327PH_0482



12327PH_0485



12327PH_0487



12327PH_0484



12327PH_0486



12327PH_0489



12327PH_0491



12327PH_0488



12327PH_0490



12327PH_0493



12327PH_0495



12327PH_0492



12327PH_0494



12327PH_0497



12327PH_0496

 

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 1FT7W2BTXGED47610 |
| User | C Crosby |
| Case Number | |
| EDR Data Imaging Date | 05/15/2023 |
| Crash Date | |
| Filename | 1FT7W2BTXGED47610_ACM-POSTTEST.CDRX |
| Saved on | Monday, May 15 2023 at 15:40:37 |
| Imaged with CDR version | Crash Data Retrieval Tool 23.1.1 |
| Imaged with Software Licensed to (Company Name) | Exponent |
| Reported with CDR version | Crash Data Retrieval Tool 23.1.1 |
| Reported with Software Licensed to (Company Name) | Exponent |
| EDR Device Type | Airbag Control Module |
| ACM Adapter Detected During Download | No |
| Event(s) recovered | locked frontal event |

## Comments

Post-test download
DLC connection
275/65R20 tires installed

The retrieval of this data has been authorized by the vehicle's owner, or other legal authority such as a court order or search warrant, as indicated by the CDR tool user on Monday, May 15 2023 at 15:40:37.

## Data Limitations

**Restraints Control Module Recorded Crash Events:**
Deployment Events cannot be overwritten or cleared from the Restraints Control Module (RCM). Once the RCM has deployed any airbag device, the RCM must be replaced. The data from events which did not qualify as deployable events can be overwritten by subsequent events. The RCM can store up to two deployment events.

**Airbag Module Data Limitations:**

- Restraints Control Module Recorded Vehicle Forward Velocity Change reflects the change in forward velocity that the sensing system experienced from the point of algorithm wake up. It is not the speed the vehicle was traveling before the event. Note that the vehicle speed is recorded separately five seconds prior to algorithm wake up. This data should be examined in conjunction with other available physical evidence from the vehicle and scene when assessing occupant or vehicle forward velocity change.
- Event Recording Complete will indicate if data from the recorded event has been fully written to the RCM memory or if it has been interrupted and not fully written.
- If power to the Airbag Module is lost during a crash event, all or part of the crash record may not be recorded.
- For 2011 Ford Mustangs, the Steering Wheel Angle parameter indicates the change in steering wheel angle from the previously recorded sample value and does not represent the actual steering wheel position.

**Airbag Module Data Sources:**
- Event recorded data are collected either INTERNALLY or EXTERNALLY to the RCM.

    – INTERNAL DATA is measured, calculated, and stored internally, sensors external to the RCM include the following:
    > The Driver and Passenger Belt Switch Circuits are wired directly to the RCM.
    > The Driver's Seat Track Position Switch Circuit is wired directly to the RCM.
    > The Side Impact Sensors (if equipped) are located on the side of vehicle and are wired directly to the RCM.
    > The Occupant Classification Sensor is located in the front passenger seat and transmits data directly to the RCM on high-speed CAN bus.
    > Front Impact Sensors (right and left) are located at the front of vehicle and are wire directly to the RCM.

    – EXTERNAL DATA recorded by the RCM are data collected from the vehicle communication network from various sources such as Powertrain Control Module, Brake Module, etc.

 

02007_RCM-RC6_r002

 

## System Status at Time of Retrieval

| | |
|---|---|
| VIN as programmed into RCM at factory | 1FT7W2BTXGED47610 |
| Current VIN from PCM | 1FT7W2BTXGED47610 |
| Ignition cycle, download (first record) | 7,536 |
| Ignition cycle, download (second record) | N/A |
| Restraints Control Module Part Number | DC3T-14B321-DC |
| Restraints Control Module Serial Number | 902478930000000 |
| Restraints Control Module Software Part Number (Version) | CT43-14C028-AB |
| Left/Center Frontal Restraints Sensor Serial Number | 1CA487D0 |
| Left Side Restraint Sensor 1 Serial Number | 92962A20 |
| Left Side Restraint Sensor 2 Serial Number | 1CA0DC9C |
| Right Frontal Restraints Sensor Serial Number | 00000000 |
| Right Side Restraint Sensor 1 Serial Number | 7D963720 |
| Right Side Restraints Sensor 2 Serial Number | 1CA092D3 |

## System Status at Event (First Record)

| | |
|---|---|
| Recording Status | Locked Record |
| Complete file recorded (yes,no) | Yes |
| Multi-event, number of events (1,2) | 1 |
| Time from event 1 to 2 (msec) | N/A |
| Lifetime Operating Timer at event time zero  (seconds) | 8,833,695 |
| Key-on Timer at event time zero (seconds) | 325 |
| Vehicle voltage at time zero (Volts) | 12.312 |
| Energy Reserve Mode entered during event (Y/N) | No |
| Time Driver Front Satellite Sensor Lost Relative to Time Zero (msec) | 16.5 |

 

**Faults Present at Start of Event (First Record)**

No Faults Recorded

 

## Deployment Data (First Record)

| | |
|---|---|
| Frontal airbag deployment, time to first stage deployment, driver (msec) | 21.5 |
| Pretensioner (retractor) deployment, time to fire, driver (msec) | 8.5 |
| Frontal airbag deployment, time to first stage deployment, front passenger (msec) | 21.5 |
| Pretensioner (retractor) deployment, time to fire, right front passenger (msec) | 8.5 |
| Maximum delta-V, longitudinal (MPH [km/h]) | -17.96 [-28.90] |
| Time, maximum delta-V longitudinal (msec) | 300 |
| Maximum delta-V, lateral (MPH [km/h]) | 1.75 [2.81] |
| Time, maximum delta-V lateral (msec) | 300 |
| Left or center front, satellite Sensor discriminating deployment | Yes |
| Left or center, front satellite Sensor safing | Yes |
| Right, front satellite sensor discriminating deployment | Yes |
| RCM, front sensor discriminating deployment | Yes |
| RCM, front sensor safing | Yes |
| Longitudinal Delta-V Time Zero Offset | 4.0 ms |
| Lateral Delta-V Time Zero Offset | 4.0 ms |
| Roll Angle Time Zero Offset | 44.0 ms |

 

### Pre-Crash Data -1 sec (First Record)

| | |
|---|---|
| Ignition cycle, crash | 7,532 |
| Frontal air bag warning lamp, on/off | Off |
| Frontal air bag suppression switch status, front passenger | Not Active |
| Safety belt status, driver | Driver Buckled |
| Brake Telltale | On |
| ABS Telltale | Off |
| Powertrain Wrench Telltale | Off |
| Speed Control Telltale | Off |
| MIL Telltale | On |

 

**Pre-Crash Data -5 to 0 sec [2 samples/sec] (First Record)**

| Times (sec) | Speed vehicle indicated MPH [km/h] | Accelerator pedal, % full | Service brake, on/off | Engine RPM | ABS activity (engaged, non-engaged) | Brake Powertrain Torque Request | Driver Gear Selection |
|---|---|---|---|---|---|---|---|
| - 5.0 | 43  [70] | 0.0 | Off | 0 | non-engaged | No | Neutral |
| - 4.5 | 45  [72] | 0.0 | Off | 0 | non-engaged | No | Neutral |
| - 4.0 | 46  [74] | 0.0 | Off | 0 | non-engaged | No | Neutral |
| - 3.5 | 47  [75] | 0.0 | Off | 0 | non-engaged | No | Neutral |
| - 3.0 | 47  [75] | 0.0 | Off | 0 | non-engaged | No | Neutral |
| - 2.5 | 47  [76] | 0.0 | Off | 0 | non-engaged | No | Neutral |
| - 2.0 | 47  [76] | 0.0 | Off | 0 | non-engaged | No | Neutral |
| - 1.5 | 48  [77] | 0.0 | Off | 0 | non-engaged | No | Neutral |
| - 1.0 | 48  [77] | 0.0 | Off | 0 | non-engaged | No | Neutral |
| - 0.5 | 48  [78] | 0.0 | Off | 0 | non-engaged | No | Neutral |
| 0.0 | 48  [78] | 0.0 | Off | 0 | non-engaged | No | Neutral |

 **BOSCH**    

**Pre-Crash Data -5 to 0 sec [10 samples/sec] (First Record)**

| Times (sec) | Steering Wheel Angle (degrees) | Stability Control Lateral Acceleration (g) | Stability Control Longitudinal Acceleration (g) | Stability Control Yaw Rate (deg/sec) | Stability Control Roll Rate (deg/sec) |
|---|---|---|---|---|---|
| - 5.0 | 6.5 | 0.012 | 0.057 | 1.5 | 3.62 |
| - 4.9 | 6.8 | 0.022 | 0.062 | 1.62 | 0.62 |
| - 4.8 | 7.8 | 0.049 | 0.054 | 0.75 | -1.87 |
| - 4.7 | 8.5 | 0.012 | 0.046 | 0.62 | -2.12 |
| - 4.6 | 8.5 | -0.029 | 0.059 | 0.37 | -2.75 |
| - 4.5 | 7.6 | -0.011 | 0.04 | 0.12 | 0.25 |
| - 4.4 | 6.8 | -0.09 | 0.079 | -0.25 | 2.5 |
| - 4.3 | 6.7 | 0.023 | 0.04 | -1.62 | 0.0 |
| - 4.2 | 6.1 | -0.007 | 0.022 | -0.5 | 1.25 |
| - 4.1 | 5.5 | 0.009 | 0.019 | 1.12 | 4.12 |
| - 4.0 | 6.6 | 0.046 | 0.035 | 1.25 | 0.75 |
| - 3.9 | 8.5 | 0.012 | 0.059 | 0.5 | 1.87 |
| - 3.8 | 8.5 | 0.037 | -0.018 | 0.5 | -1.62 |
| - 3.7 | 8.6 | -0.06 | 0.04 | 0.62 | -0.37 |
| - 3.6 | 7.6 | 0.028 | 0.032 | 0.0 | 0.75 |
| - 3.5 | 6.1 | -0.132 | -0.058 | 0.0 | 2.62 |
| - 3.4 | 5.8 | -0.012 | 0.019 | 1.12 | 2.12 |
| - 3.3 | 6.3 | 0.03 | -0.041 | 1.25 | 0.75 |
| - 3.2 | 6.6 | -0.071 | -0.135 | 0.5 | 1.37 |
| - 3.1 | 6.7 | 0.055 | 0.079 | 0.12 | 0.12 |
| - 3.0 | 6.7 | -0.015 | 0.019 | 0.62 | 1.37 |
| - 2.9 | 7.5 | -0.038 | 0.0 | 0.75 | 1.62 |
| - 2.8 | 8.1 | -0.054 | 0.027 | 0.5 | -0.62 |
| - 2.7 | 7.7 | 0.013 | 0.04 | 0.75 | -0.37 |
| - 2.6 | 7.0 | -0.019 | -0.053 | -0.12 | -0.62 |
| - 2.5 | 6.6 | -0.078 | -0.018 | -0.5 | 0.75 |
| - 2.4 | 5.8 | -0.087 | 0.0 | -0.87 | 2.0 |
| - 2.3 | 5.8 | 0.003 | 0.0 | 0.12 | 0.5 |
| - 2.2 | 5.8 | -0.089 | -0.043 | -0.5 | 1.37 |
| - 2.1 | 5.3 | -0.068 | -0.036 | -0.75 | 3.5 |
| - 2.0 | 5.6 | 0.038 | 0.059 | 0.75 | 3.37 |
| - 1.9 | 6.2 | 0.048 | 0.0 | 3.12 | 2.75 |
| - 1.8 | 8.8 | 0.071 | 0.0 | 2.25 | 0.87 |
| - 1.7 | 9.7 | 0.034 | 0.046 | 1.62 | 0.12 |
| - 1.6 | 9.5 | 0.01 | 0.032 | 0.87 | -1.25 |
| - 1.5 | 9.1 | -0.069 | -0.095 | -0.75 | -1.62 |
| - 1.4 | 6.8 | -0.081 | 0.012 | -0.5 | 0.62 |
| - 1.3 | 3.8 | -0.107 | 0.002 | -0.12 | 2.25 |
| - 1.2 | 4.2 | -0.104 | -0.063 | -1.0 | 2.12 |
| - 1.1 | 4.1 | -0.066 | -0.039 | -1.0 | -0.25 |
| - 1.0 | 4.0 | -0.124 | -0.055 | -0.62 | 1.25 |
| - 0.9 | 4.0 | -0.028 | 0.007 | -0.5 | 5.0 |
| - 0.8 | 3.8 | -0.007 | 0.0 | 0.5 | 6.75 |
| - 0.7 | 6.1 | -0.03 | 0.04 | 1.87 | 6.37 |
| - 0.6 | 9.2 | 0.132 | 0.044 | 2.12 | 0.37 |
| - 0.5 | 9.0 | 0.132 | -0.013 | 2.0 | -4.12 |
| - 0.4 | 9.8 | -0.003 | 0.0 | 1.62 | -3.0 |
| - 0.3 | 10.7 | 0.032 | 0.082 | 1.25 | -2.37 |
| - 0.2 | 8.0 | 0.002 | 0.0 | -0.25 | -1.75 |
| - 0.1 | 7.3 | -0.142 | -0.066 | -1.12 | 1.75 |
| 0.0 | 5.2 | -0.07 | 0.0 | -0.25 | 2.12 |

 



**Longitudinal Crash Pulse (First Record)**

| Time (msec) | Delta-V, longitudinal (MPH) | Delta-V, longitudinal (km/h) |
|---|---|---|
| 4.0 | -0.69 | -1.11 |
| 14.0 | -2.02 | -3.26 |
| 24.0 | -3.35 | -5.39 |
| 34.0 | -5.24 | -8.44 |
| 44.0 | -7.17 | -11.55 |
| 54.0 | -9.48 | -15.25 |
| 64.0 | -12.12 | -19.51 |
| 74.0 | -14.26 | -22.95 |
| 84.0 | -15.78 | -25.39 |
| 94.0 | -16.42 | -26.42 |
| 104.0 | -17.10 | -27.52 |
| 114.0 | -17.38 | -27.97 |
| 124.0 | -17.45 | -28.08 |
| 134.0 | -17.55 | -28.25 |
| 144.0 | -17.69 | -28.47 |
| 154.0 | -17.73 | -28.54 |
| 164.0 | -17.71 | -28.50 |
| 174.0 | -17.76 | -28.58 |
| 184.0 | -17.77 | -28.60 |
| 194.0 | -17.81 | -28.66 |
| 204.0 | -17.84 | -28.72 |
| 214.0 | -17.81 | -28.66 |
| 224.0 | -17.85 | -28.72 |
| 234.0 | -17.91 | -28.82 |
| 244.0 | -17.92 | -28.84 |
| 254.0 | -17.75 | -28.57 |

 



**Lateral Crash Pulse (First Record)**

| Time (msec) | Delta-V, lateral (MPH) | Delta-V, lateral (km/h) |
|---|---|---|
| 4.0 | -0.03 | -0.05 |
| 14.0 | -0.04 | -0.06 |
| 24.0 | -0.09 | -0.15 |
| 34.0 | -0.17 | -0.27 |
| 44.0 | -0.24 | -0.38 |
| 54.0 | -0.16 | -0.25 |
| 64.0 | 0.18 | 0.28 |
| 74.0 | 0.06 | 0.09 |
| 84.0 | 0.29 | 0.46 |
| 94.0 | 0.18 | 0.29 |
| 104.0 | 0.24 | 0.38 |
| 114.0 | 0.29 | 0.46 |
| 124.0 | 0.44 | 0.71 |
| 134.0 | 0.53 | 0.86 |
| 144.0 | 0.57 | 0.92 |
| 154.0 | 0.51 | 0.82 |
| 164.0 | 0.63 | 1.01 |
| 174.0 | 0.79 | 1.27 |
| 184.0 | 0.85 | 1.37 |
| 194.0 | 0.97 | 1.57 |
| 204.0 | 1.08 | 1.74 |
| 214.0 | 1.07 | 1.72 |
| 224.0 | 1.06 | 1.70 |
| 234.0 | 0.95 | 1.52 |
| 244.0 | 0.88 | 1.41 |
| 254.0 | 0.94 | 1.51 |

 



### Rollover Sensor Data (First Record)

| Time (sec) | Vehicle roll angle (degrees) | Time (sec) | Vehicle roll angle (degrees) | Time (sec) | Vehicle roll angle (degrees) |
|---|---|---|---|---|---|
| -1.0 | -0.36 | 1.1 | -0.13 | 3.2 | -0.06 |
| -0.9 | -0.29 | 1.2 | -0.28 | 3.3 | -0.06 |
| -0.8 | 0.08 | 1.3 | -0.44 | 3.4 | -0.06 |
| -0.7 | 0.38 | 1.4 | -0.48 | 3.5 | -0.06 |
| -0.6 | 0.44 | 1.5 | -0.35 | 3.6 | -0.06 |
| -0.5 | 0.39 | 1.6 | -0.18 | 3.7 | -0.06 |
| -0.4 | 0.17 | 1.7 | -0.14 | 3.8 | -0.06 |
| -0.3 | 0.0 | 1.8 | -0.16 | 3.9 | -0.06 |
| -0.2 | -0.07 | 1.9 | -0.24 | 4.0 | -0.06 |
| -0.1 | -0.1 | 2.0 | -0.22 | 4.1 | -0.06 |
| 0.0 | -0.07 | 2.1 | -0.1 | 4.2 | -0.06 |
| 0.1 | -0.07 | 2.2 | -0.07 | 4.3 | -0.06 |
| 0.2 | 0.29 | 2.3 | -0.07 | 4.4 | -0.05 |
| 0.3 | -3.09 | 2.4 | -0.07 | 4.5 | -0.04 |
| 0.4 | -3.77 | 2.5 | -0.07 | 4.6 | -0.04 |
| 0.5 | -3.66 | 2.6 | -0.07 | 4.7 | -0.04 |
| 0.6 | -2.26 | 2.7 | -0.06 | 4.8 | -0.04 |
| 0.7 | -1.66 | 2.8 | -0.06 | 4.9 | -0.04 |
| 0.8 | -1.34 | 2.9 | -0.06 | 5.0 | -0.04 |
| 0.9 | -0.49 | 3.0 | -0.06 | | |
| 1.0 | -0.05 | 3.1 | -0.06 | | |

 

## Hexadecimal Data

Data that the vehicle manufacturer has specified for data retrieval is shown in the hexadecimal data section of the CDR report. The hexadecimal data section of the CDR report may contain data that is not translated by the CDR program. The control module contains additional data that is not retrievable by the CDR system.

02 00 00 00

44 43 33 54 2D 31 34 42 33 32 31 2D 44 43 00 00 00 00 00 00 00 00 00

39 30 32 34 37 38 39 33 30 30 30 30 30 30 30 30

43 54 34 33 2D 31 34 43 30 32 38 2D 41 42 00 00 00 00 00 00 00 00 00

1C A4 87 D0 00 00 00 00 00 00 00 00 00 00 00 00

92 96 2A 20 00 00 00 00 00 00 00 00 00 00 00 00

1C A0 DC 9C 00 00 00 00 00 00 00 00 00 00 00 00

00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

7D 96 37 20 00 00 00 00 00 00 00 00 00 00 00 00

1C A0 92 D3 00 00 00 00 00 00 00 00 00 00 00 00

31 46 54 37 57 32 42 54 58 47 45 44 34 37 36 31 30

31 46 54 37 57 32 42 54 58 47 45 44 34 37 36 31 30 00 00 00 00 00 00 00

 

Event Record 1
6C 1D 00 00 70 1D 00 00 53 F5 1A 00 41 00 00 00 75 3E 00 00 12 06 00 00 76 1E EB FF
C0 E1 04 00 B1 01 00 00 EF E3 04 00 93 E8 04 00 2F ED 04 00 C6 F3 04 00 7E FA 04 00
81 02 05 00 B5 0B 05 00 24 13 05 00 6A 18 05 00 A2 1A 05 00 05 1D 05 00 FB 1D 05 00
39 1E 05 00 96 1E 05 00 12 1F 05 00 35 1F 05 00 21 1F 05 00 4D 1F 05 00 56 1F 05 00
77 1F 05 00 98 1F 05 00 7C 1F 05 00 9C 1F 05 00 D4 1F 05 00 DB 1F 05 00 45 1F 05 00
26 1E EB FF 1F 1E FB FF EF 1D FB FF A9 1D FB FF 6E 1D FB FF B3 1D FB FF DC 1E FB FF
73 1E FB FF 3F 1F FB FF DF 1E FB FF 13 1F FB FF 40 1F FB FF C7 1F FB FF 1B 20 FB FF
3F 20 FB FF 04 20 FB FF 70 20 FB FF 20 FB FF 37 21 FB FF A4 21 FB FF 02 22 FB FF
FA 21 FB FF EF 21 FB FF 8B 21 FB FF 4D 21 FB FF 82 21 FB FF EB FD DB FD A3 FD AF FD
04 FE 1C FE 1C FE 1A FE 1A FE 26 FE 26 FE 26 FE 26 FE 26 FE 26 FE 26 FE 26 FE 26 FE
26 FE 26 FE 26 FE 26 FE 26 FE 26 FE 26 FE 26 FE 2C FE 30 FE 30 FE 30 FE 30 FE 30 FE
30 FE 30 FE 4C FD 80 FD 85 FE 60 FF 8B FF 64 FF CC FE 4C FE 20 FE 07 FE 1A FE 1A FE
22 FF A8 F5 BE F3 0D F4 FC F7 AA F9 8B FA ED FC 2A FE F2 FD 85 FD 15 FD F5 FC 52 FD
D1 FD EB 3E D0 3E C9 3E B4 3E C1 3E C4 3E CE 3E D5 3E D5 3E CC 3E C4 3E C3 3E BD 3E
B7 3E C2 3E D5 3E D5 3E D6 3E CC 3E BD 3E BA 3E BF 3E C2 3E C3 3E C3 3E CB 3E D1 3E
CD 3E C6 3E C2 3E BA 3E BA 3E B5 3E B8 3E BE 3E D8 3E E1 3E DF 3E DB 3E C4 3E
A6 3E AA 3E A9 3E A8 3E A8 3E A6 3E BD 3E DC 3E DA 3E E2 3E 22 08 D0 07 8E 07 D0 07
09 08 0E 08 06 08 FE 07 0B 08 F8 07 1F 08 F8 07 E6 07 E3 07 F3 07 0B 08 BE 07 F8 07
F0 07 96 07 E3 07 A7 07 49 07 1F 08 E3 07 D0 07 F8 07 9B 07 BE 07 D0 07 D0 07
A5 07 AC 07 0B 08 D0 07 D0 07 F0 07 F0 07 71 07 DC 07 D2 07 91 07 A9 07 99 07 70 07
D0 07 F8 07 FC 07 C3 07 D0 07 F0 07 D2 07 42 07 8A 07 DC 07 E6 07 01 08 DC 07 B3 07
C5 07 76 07 E7 07 C9 07 D9 07 DC 07 F5 07 94 07 EC 07 4C 07 C4 07 EE 07 89 07
07 08 C1 07 AA 07 9A 07 0D 07 BD 07 82 07 79 07 D3 07 77 07 8C 07 F6 07 00 08 17 08
F2 07 DA 07 8B 07 7F 07 65 07 68 07 8E 07 54 07 B4 07 C9 07 B2 07 54 08 54 08 CD 07
CD 46 37 46 E0 45 37 46 E6 46 F2 46 9B 46 8E 46 75 46 5C 46 37 46 AE 45 1E 46 C0 46
CD 46 82 46 82 46 8E 46 50 46 50 46 C0 46 CD 46 82 46 5C 46 8E 46 9B 46 82 46 9B 46
44 46 1E 46 F9 45 5C 46 1E 46 05 46 9B 46 88 47 31 47 F2 46 A7 46 05 46 1E 46 44 46
EC 45 EC 45 12 46 1E 46 82 46 0B 47 24 47 18 47 F2 46 43 74 81 74 DF 75 04 76 9A 76
6E 75 75 74 5C 74 1D 74 49 75 2A 76 30 75 AD 75 CC 76 7B 75 8E 74 0B 75 7B 75
36 76 04 76 7B 75 B9 75 3C 75 B9 75 D2 75 F2 74 0B 75 F2 74 7B 75 F8 75 62 75 B9 75
8E 76 81 76 43 76 87 75 3C 75 B3 74 8E 74 6E 75 11 76 04 76 17 75 AD 75 24 77 D3 77
AD 77 55 75 94 73 04 74 2B 00 2B 00 11 00 11 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 FF FF FF FF FF FF FF FF FF FF FF FF
21 00 FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF 00 00 FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF 58 02 58 02
00 0E 00 0A 08 00 08 00 58 00 80 A9 2E 79 1D FF 00 00 00 00 00 00 72 87 00 00 00 02
00 80 A9 2E 79 1E 34 00 00 00 00 00 72 87 00 00 02 00 80 A9 2E 79 1E 62 00 00
00 00 00 00 72 87 00 00 00 02 00 80 A9 2E 85 1E 9A 00 00 00 00 00 00 72 86 00 00 00
02 00 80 A9 2E 85 1E D1 00 00 00 00 00 72 87 00 00 02 00 80 A9 2E 55 1B B4 00
00 00 00 00 00 72 87 00 00 00 02 00 80 A9 2E 61 1C 83 00 00 00 00 00 72 87 00 00
00 02 00 80 A9 2E 61 1D 14 00 00 00 00 72 87 00 00 02 00 80 A9 2E 61 1D 89
00 00 00 00 00 72 87 00 00 00 02 00 80 A9 2E 6D 1D 9A 00 00 00 00 00 72 87 00 00
00 00 02 00 80 A9 2E 6D 1D BC 00 00 00 00 72 87 00 00 02 00 00 00 00 00 00 00
00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00
00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00
00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00
00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00
00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00
00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00
00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00
00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00 00 14 09 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 01 00 01 03 00 04 00 00 98 11 00 01 05 04 22
16 0B 33 3D 1A 1A 0B 02 FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF

**BOSCH** 

FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF

 

```
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF  FF
FF  FF  FF  FF
```

 

Event Record 2

```
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
```



```
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
```

 

```
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF
```

## Disclaimer of Liability

The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers, employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages arising from or related to the CDR data, CDR software or use thereof.