# EXHIBIT 6

Case 2:22-cv-00017-RWS   Document 115-9   Filed 01/15/25   Page 2 of 9
Charles Crosby, PE                                          May 14, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF GEORGIA
 3                  GAINESVILLE DIVISION
 4
 5    SANTANA BRYSON and JOSHUA BRYSON,    )
      as Administrators of the Estate      )
 6    of C.Z.B., and as surviving          )
      parents of C.Z.B., a deceased        )
 7    minor,                               )
                                           )
 8           Plaintiffs,                   ) No.
                                           ) 2:22-cv-17-RWS
 9    vs.                                  )
                                           )
10    ROUGH COUNTRY, LLC,                  )
                                           )
11           Defendant.                    )
                                           )
12
13
14       VIDEOTAPED DEPOSITION OF CHARLES CROSBY, P.E.
15                    Phoenix, Arizona
                       May 14, 2024
16                      9:00 a.m.
17
18
19
20
21
22
      REPORTED BY:
23    Robin L. B. Osterode, CSR, RPR
      CA Certified Shorthand Reporter No. 7750
24    AZ Certified Reporter No. 50695
25
```

1       A.     I told him I would have to go look at it,
2    and get back to him.  I went out and took a look at
3    the crash test vehicles, and it appeared to me that
4    the alignment was generally about what we lined up,
5    it could have shifted maybe an inch or two, from what
6    we had initially set up.
7       Q.     Okay.  And you initially set up what
8    alignment?
9       A.     If you look at my test report there's a
10   diagram in the test report, I'm going to take a look
11   at it so I can get you the right number here.  In my
12   test report I've got 10.9 inches of offset.
13      Q.     And how many inches of offset did you have
14   in reality?
15      A.     I haven't measured it exactly, but just
16   some quick estimations looks like maybe closer to
17   12 inches.
18      Q.     And how did you make that estimation?
19      A.     If you look at this Ford emblem where it
20   shows up here, in fact, on this picture that you've
21   got and you kind of line up that D with the Ford
22   Escape, and you make some estimates of where the
23   center line of the vehicle is, relative to where the
24   Escape emblem is and then relative to where the Ford
25   emblem imprinted on that, you can measure

```
 1      approximately an inch or two more than that 10.9
 2      inches, which puts you right at 12, 12 1/2 inches or
 3      so.
 4           Q.   Okay.  And did you do this with, like, a
 5      measuring tape or with computer analysis or eyeball
 6      it, how did you figure this out?
 7           A.   I went out there and took a quick tape
 8      measure and just did some quick estimates on
 9      approximately where things were.
10           Q.   Okay.  If you wanted to drill down to
11      specifics, what would you do?
12           A.   I'd have to look at -- probably look at
13      some scan data, either pre-test scan data, post-test
14      scan data or get some models of some vehicles and
15      really figure out exactly where this is, and line up
16      the Ford emblem with that and then see what that
17      overall alignment would be.
18           Q.   But you have not done that yet, correct?
19           A.   I have not done that, no.
20           Q.   Are you going to do that?
21           A.   I'm not planning on it, no.
22           Q.   Okay.  The -- strike that, I'm sorry.
23               Would you characterize the crash test that
24      you did as an override crash?
25           A.   Looking at the video there appeared to be
```

Case 2:22-cv-00017-RWS   Document 115-9   Filed 01/15/25   Page 5 of 9
Charles Crosby, PE
May 14, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 71

1    A.    Those -- those are typically a percentage
2    and so it's not a specific number, because it's a
3    percentage of the width of the vehicle.  So a vehicle
4    that's 60 inches wide, for example, I -- I -- if it's
5    a 50 percent offset, and it's a 60-inch wide vehicle,
6    then you're going to offset at 30 inches.  If it's an
7    80-inch-wide vehicle and you offset it 50 percent,
8    it's going to be a 40-inch offset, so those offsets
9    are typically given by percentage not by a specific
10   number.
11        Q.    And under those test protocols, how -- how
12   do they ensure that they've hit the offset mark?
13        A.    It depends on the protocol.  There
14   are -- in one of the protocols they actually put a,
15   for lack of a better term, a marker pin on the front
16   of the vehicle that they have set up pointing at a
17   target and the target gives you a window that that
18   marker pin has to be in in order for that to be
19   considered a successful test.
20        Q.    And did you do that with your crash test?
21        A.    We did not.
22        Q.    And why not?
23        A.    It -- one, it's not following that specific
24   protocol, and so that reference window would not
25   necessarily mean anything in this particular case.

1    requirement.
2        Q.   For which vehicle?
3        A.   For the Ford Escape.
4        Q.   Okay. And the other Escape that Exponent
5    purchased did have a sunroof, correct?
6        A.   That's correct.
7        Q.   And why wasn't that Escape used in the
8    crash test?
9        A.   I think that Escape was the second one that
10   we purchased, so we started prepping the first one.
11   The first Escape that we started prepping is the one
12   we used for the first test.
13           MS. CANNELLA:  Okay. I'm going to hand you
14   what I've marked as Plaintiffs' Exhibit 122, which is
15   the vehicle purchase orders for the vehicles that
16   Exponent purchased for the case.
17           (Marked for identification Exhibit 122.)
18   BY MS. CANNELLA:
19       Q.   The first two invoices here are the
20   vehicles that were used, as far as I can tell. The
21   VINs match the VIN numbers in your report, you're
22   welcome to confirm, I'm sure that's right.
23       A.   Yeah, I'd have to double-check. Yeah, the
24   first two -- the first two pages here are the F250
25   and the Escape that were used in the test.

1      A.    Typically don't see any changes in those
2   pillars just with the addition of a sunroof.
3      Q.    What did you do to ensure the structures of
4   the vehicles in the crash test were the same as the
5   structures of the vehicles in the Brysons' crash?
6      A.    So in this particular case, the first
7   vehicle that -- the vehicle that we actually tested
8   showed up with a trailer hitch on it.  And the Bryson
9   vehicle, my understanding was it didn't have one on
10  it, at least that we were requested to remove the
11  trailer hitch, and so we did.
12     Q.    Okay.  How about the roof structure, what
13  did you do to make sure that the roof structure on
14  the test vehicle was the same as the Brysons' roof
15  structure on their Escape?
16     A.    So the rear area of the roof structure is,
17  to my understanding, identical in both vehicles.
18     Q.    How do you have that understanding?
19     A.    Probably a conversation with Mr. Grimes.
20  He would have -- I'm sure I would have asked the
21  question and it may not have been something that was
22  concerning to him since the sunroof's towards the
23  front of the vehicle, and this test that we're
24  running is an impact to the rear of the vehicle.
25     Q.    Okay.  So you personally didn't do anything

Case 2:22-cv-00017-RWS  Document 115-9  Filed 01/15/25  Page 8 of 9
Charles Crosby, PE                                      May 14, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 95

1  to make sure that the roof structures were the same,
2  is that fair, you were relying on Mr. Grimes?
3      A.   Yes.
4           MR. HILL:  Object to the form.
5           But go ahead.
6           THE WITNESS:  Yes.
7  BY MS. CANNELLA:
8      Q.   Okay.  The -- the -- did the F250, the
9  crashed F250 have a sunroof?  I'm sorry, the crash
10 test F250.
11     A.   I don't remember off the top of my head.
12 Would you like me to go through the test report?
13     Q.   Go for it.  Yes, sir.
14     A.   The F250 -- the crash test F250 does have a
15 sunroof.
16     Q.   Okay.  And do you know whether the F250 in
17 our case had a sunroof?
18     A.   I do not remember off the top of my head,
19 no.
20     Q.   And same question for the F250, was
21 anything done to make sure that the structure of the
22 F250 in the crash vehicle was the same as the
23 structure in the F250 in the wreck -- in the subject
24 wreck?
25     A.   Other than matching VIN numbers, making

Page 175

1    STATE OF ARIZONA        )
     COUNTY OF MARICOPA      )

2

3                    CERTIFICATE

4           I, ROBIN L. B. OSTERODE, Certified Shorthand
5    Reporter for the State of California and Certified
6    Reporter for the State of Arizona certify:
7           That the foregoing proceeding was taken by
8    me; that I am authorized to administer an oath; that
9    any witness, before testifying, was duly sworn to
10   testify to the whole truth; that the questions and
11   answers were taken down by me in shorthand and
12   thereafter reduced to print by computer-aided
13   transcription under my direction; that review and
14   signature was requested; that the foregoing pages are
15   a full, true, and accurate transcript of all
16   proceedings, to the best of my skill and ability.
17           I FURTHER CERTIFY that I am in no way
18   related to nor employed by any of the parties hereto,
19   nor am I in any way interested in the outcome hereof.
20           DATED this 28th day of May, 2024.
21
22
23           *[signature: Robin L. B. Osterode]*
24           ROBIN L. B. OSTERODE, CSR, RPR
             CA CSR No. 7750
25           AZ CR No. 50695