# EXHIBIT 7

# Crash Test Offset

## Compared to Accident

BRYSON 009444



BRYSON 009445



BRYSON 009446



BRYSON 009447



BRYSON 009448

# Offset Summary

| Method | Difference |
|---|---|
| 1] Photomodels | 4.7" |
| 2] Photogrammetry | 4.9" |
| 3] Crash test photos scaling | 4.1" to 6.1" |

BRYSON 009449

# Logo Position Overview

Accident Escape and Crash Test Escape

BRYSON 009450



BRYSON 009451



BRYSON 009452



BRYSON 009453



BRYSON 009454



BRYSON 009455



BRYSON 009456

# Method 1: 3D Photomodels

$\Delta Logo = 4.7$ inches

BRYSON 009457



Δx = 1.37 ft

Distance: 1.39

| ΔX | -1.37 | ΔXY | 1.38 |
| ΔY | 0.20 | ΔYZ | 1.37 |
| ΔZ | 0.10 | ΔZY | 0.22 |

BRYSON 009458

0.85



Δx = 1.76 ft

Distance: 1.80

| ΔX | -1.76 | ΔXY | 1.78 |
| ΔY | -0.22 | ΔXZ | 1.79 |
| ΔZ | -0.28 | ΔZY | 0.36 |

BRYSON 009459

# Method 2: Photogrammetry

ΔLogo = 4.9 inches

BRYSON 009460

Photo7 : 2008 ford escape (66) : 14%

BRYSON 009461



BRYSON 009462

# Crash Test

# Accident





Δx = 1.83 ft

Δx = 1.42 ft

Δ = 0.41 ft = **4.9 in**

BRYSON 009463





Δx = 1.83 ft

Δx = 1.42 ft

Δ = 0.41 ft = **4.9 in**

BRYSON 009464

# Method 3: Crash Test Photos

ΔLogo = 4.1 to 6.1 inches

BRYSON 009465



Δx = 1.25 to 1.42 ft = 15 to 17 in

Δ = (15 to 17 in) − (10.9 in) = **4.1 to 6.1 in**

BRYSON 009466

BRYSON 009467

BRYSON 009468



BRYSON 009469



$\Delta x$ = 1.25 to 1.42 ft = 15 to 17 in

$\Delta$ = (15 to 17 in) − (10.9 in) = **4.1 to 6.1 in**

Figure 19: Impact configuration of F-250 and Escape from test video

BRYSON 009470