# EXHIBIT 10

Case 2:22-cv-00017-RWS   Document 115-13   Filed 01/15/25   Page 2 of 4
G. Bryant Buchner                                           July 11, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

1           IN THE UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF GEORGIA
3                    GAINESVILLE DIVISION
4
5    CASE NUMBER:   2:22-CV-017-RWS
6
7    SANTANA BRYSON, et al.,
8           Plaintiffs,
9           vs.
10   ROUGH COUNTRY, LLC,
11          Defendant.
12
13             *  *  *  *  *  *  *  *  *  *  *  *  *  *
14
15
16              THE ORAL PROCEEDINGS
17      OF THE DEPOSITION OF G. BRYANT BUCHNER
18                 JULY 11, 2024
19
20
21   REPORTER:   Paul Morse
22              Certified Court Reporter
23              and Notary Public

1   I've already told you that his report is
2   erroneous as to where the impact was.  His
3   drawings are wrong.  We do have one very small
4   fortunate piece of luck, and that is that the
5   tape that someone put on the tow hook to hold
6   the trigger or the light trigger on, that tape
7   did leave a white mark on the rear of the
8   Escape so we can actually use it.  Obviously
9   Grimes doesn't know it, and Crosby doesn't know
10  it, but if you look at the photos, you can see
11  it.  And then if we go to Grimes's own crush
12  match, we can measure 16 inches, just like I've
13  been telling you all along.  There's -- there's
14  45 percent more offset, 16 inches logo to logo
15  that's in his work in his file.  But he didn't
16  testify about it in his deposition and, in
17  fact, claimed that he hadn't done it.
18          Q.    What is erroneous about Crosby's
19  report?  What specifically did he put in there
20  that you say is an error?
21          A.    Well, if you look at this image
22  right here -- well, if you back up the video
23  one frame, you'll see that the truck isn't

1             REPORTER'S CERTIFICATE

2    STATE OF ALABAMA,

3    BALDWIN COUNTY,

4             I, Paul Morse, Certified Court Reporter

5    and Commissioner for the State of Alabama at

6    Large, do hereby certify that the above and

7    foregoing proceedings was taken down by me by

8    stenographic means, and that the content herein

9    was produced in transcript form by computer aid

10   under my supervision, and that the foregoing

11   represents, to the best of my ability, a true

12   and correct transcript of the proceedings

13   occurring on said date and at said time.

14             I further certify that I am neither of

15   kin nor of counsel to the parties to the action

16   nor in any manner interested in the result of

17   said case.

18

19

20

21

22   Paul Morse, CCR

23   ACCR #588 Expires 9/30/24