# EXHIBIT 11

As Received:

First set of vehicles as-received:

F-250

|  | Left | Right | Total | Dist |
|---|---|---|---|---|
| Front | 2382 | 2329 | 4711 | 60 |
| Rear | 1631 | 1546 | 3177 | 40 |
|  |  |  | 7888 |  |

Escape

|  | Left | Right | Total | Dist |
|---|---|---|---|---|
| Front | 1076 | 972 | 2048 | 59 |
| Rear | 686 | 717 | 1403 | 41 |
|  |  |  | 3451 |  |

Second set of vehicles as-received:

F-250

|  | Left | Right | Total | Dist |
|---|---|---|---|---|
| Front | 2346 | 2365 | 4711 | 60 |
| Rear | 1631 | 1499 | 3130 | 40 |
|  |  |  | 7841 |  |

Escape

|  | Left | Right | Total | Dist |
|---|---|---|---|---|
| Front | 1060 | 994 | 2054 | 60 |
| Rear | 690 | 680 | 1370 | 40 |
|  |  |  | 3424 |  |



PLAINTIFF'S EXHIBIT 71

For Testing -

Ford F250 - Total Wt: 8,533 lbs, Distribution 58%/42%.

Ford Escape - Total Wt: 3,940 lbs, Distribution 56%/44%.

On Page 30 (of 32) of the linked FoMoCo 2016 RV Trailer & Towing Guide, Rear Axle Ratio Codes is "31" which 3.31 rear axle ratio

https://www.ford.com/support/how-tos/search/How%20can%20I%20get%20the%20axle%20ratio%20for%20my%20SUV

https://www.fleet.ford.com/content/dam/aem_fleet/en_us/fleet/towing-guides/Ford_Linc_16RVTTowGuide.pdf