# EXHIBIT 12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| Santana Bryson and Joshua Bryson, | * | |
| as Administrators of the | * | |
| Estate of C.Z.B., and as surviving | * | |
| parents of C.Z.B., a deceased minor, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action File |
| v. | * | |
| | * | No. 2:22-cv-17-RWS |
| Rough Country, LLC, | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFFS' RESPONSES TO DEFENDANT
## ROUGH COUNTRY, LLC'S SECOND INTERROGATORIES

COME NOW Plaintiffs Santana Bryson and Joshua Bryson in the above

captioned matter and responds to Defendant Rough Country LLC's Second

Interrogatories to Plaintiff Santana Bryson as follows:

## INTERROGATORY NO. 1:

Please identify with specificity the contents in the rear cargo area of
Plaintiffs' Ford Escape at the time of impact in the Subject Accident, including the
make and model of the shop vac and any other items in the rear cargo area of the
vehicle.

## RESPONSE:

Plaintiffs note that they underwent significant trauma, both physical and

emotional, on March 15, 2020. That trauma paired with the passage of time has

hampered their independent recollection of details such as the precise contents of their trunk.

By way of further response, Plaintiffs state that they can identify the following list of items which were in their trunk on the date of the impact:

- Shop-Vac, Model SS11-450

- One lightweight "umbrella" stroller. Plaintiffs are unaware of the precise make and model of the stroller.

- Ozark Trail Outdoor Equipment Camping Chair, Model SW17C027RED.

- Ozark Trail Outdoor Equipment Camping Chair, Model SW17C027BLU.

- A bag of clothing.

There may have been other small, miscellaneous items in the trunk, but Plaintiffs cannot remember precisely whether there were such items or what they might have been.

Respectfully submitted on February 1, 2023.

CANNELLA SNYDER LLC


*/s/ Tedra L. Cannella*
TEDRA L. CANNELLA
  Georgia Bar No. 881085
  tedra@cannellasnyder.com
ROBERT H. SNYDER, JR.
  Georgia Bar No. 404522

2

rob@cannellasnyder.com
RORY A. WEEKS
  Georgia Bar No. 113491
  rory@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588
  devin@cannellasnyder.com

315 W. Ponce de Leon Ave.
Suite 885
Decatur, GA 30030
(404) 800-4828
(404) 393-0365 (fax)

**ATTORNEYS FOR PLAINTIFFS**

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the

foregoing filing complies with the applicable font and size requirements and is

formatted in 14-point Times New Roman font.

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*
TEDRA L. CANNELLA
  Georgia Bar No. 881085
  tedra@cannellasnyder.com
ROBERT H. SNYDER, JR.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
RORY A. WEEKS
  Georgia Bar No. 113491
  rory@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588
  devin@cannellasnyder.com

315 W. Ponce de Leon Ave.
Suite 885
Decatur, GA 30030
(404) 800-4828
(404) 393-0365 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on February 1, 2023, I served the foregoing pleading on the following counsel of record.

Richard H Hill. Esq.
rhill@wwhgd.com
Lindsay G. Ferguson, Esq.
lferguson@wwhgd.com
Claire C. Murray, Esq.
cmurray@wwhgd.com
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, N.E,
Suite 2400
Atlanta, GA 30326

This 1st day of February, 2023.

CANNELLA SNYDER LLC

BY: */s/ Tedra L. Cannella*
TEDRA L. CANNELLA
  Georgia Bar No. 881085
  tedra@cannellasnyder.com
ROBERT H. SNYDER, JR.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
RORY A. WEEKS
  Georgia Bar No. 113491
  rory@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588
  devin@cannellasnyder.com
315 W. Ponce de Leon Ave.
Suite 885
Decatur, GA 30030
(404) 800-4828
(404) 393-0365 (fax)