# EXHIBIT 13

| Target Vehicle Assumed to be Stationary | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weight Bullet | Weight Target | Velocity Bullet | e | fB | fT | $\Delta t$ | VB' | VT' | Vsep | $\Delta$VB | $\Delta$VT | Eloss | Eloss |
| (lb) | (lb) | (mph) | (unitless) | (unitless) | (unitless) | (msec) | (mph) | (mph) | (mph) | (mph) | (mph) | (ft-lb) | (%) |
| 8800 | 3900 | 51 | 0.1 | 0 | 0 | 150 | 33.8 | 38.9 | 5.1 | 17.2 | 38.9 | 232619.9 | 30.4 |

| | |
|---|---|
| gravity | 32.174 |
| mph to ft/s | 1.46667 |



## Overview

### CDR File Information

| | |
|---|---|
| User Entered VIN | 1FT7W2BT9GEC79140 |
| User | Cpl. J. Allison #591 |
| Case Number | SCRTB-017-20 |
| EDR Data Imaging Date | 43907 |
| Crash Date | 43905 |
| Filename | 1FT7W2BT9GEC79140_ACM.CDRX |
| Saved on | Tuesday, March 17 2020 at 10:41:45 |
| Imaged with CDR version | Crash Data Retrieval Tool 19.3 |
| Imaged with Software Licensed to (Company Name) | Georgia State Patrol |
| Reported with CDR version | Crash Data Retrieval Tool 19.3 |
| Reported with Software Licensed to (Company Name) | Georgia State Patrol |
| EDR Device Type | Airbag Control Module |
| ACM Adapter Detected During Download | No |
| Event(s) recovered | unlocked event |

### Faults Present at Start of Event (First Record)

| | |
|---|---|
| U3000-49 | |

### Comments

DATA IMAGED THROUGH DLC. RECOMMENDED TIRE SIZE LT275/65R20E. TIRE SIZE ON VEHICLE LT325/50R22

The retrieval of this data has been authorized by the vehicle's owner, or other legal authority such as a court order or search warrant, as indicated by the CDR tool user on Tuesday, March 17 2020 at 10:41:45.

### Analysis

| | |
|---|---|
| OEM Tire Size | 275/65R20 |
| Circumference | 107.05 |
| Installed Tire Size | 325/50R22 |
| Circumference | 109.31 |
| Percent Difference | 2.07% |
| Ignition Cycle at Download | 6698 |
| Ignition Cycle at Event | 6697 |
| Difference | 1 |

### System Status at Time of Retrieval

| | |
|---|---|
| VIN as programmed into RCM at factory | 1FT7W2BT9GEC79140 |
| Current VIN from PCM | 1FT7W2BT9GEC79140 |
| Ignition cycle, download (first record) | 6698 |
| Ignition cycle, download (second record) | N/A |
| Restraints Control Module Part Number | DC3T-14B321-DC |
| Restraints Control Module Serial Number | 9.01616E+15 |
| Restraints Control Module Software Part Number (Version) | CT43-14C028-AB |
| Left/Center Frontal Restraints Sensor Serial Number | 1C787B70 |
| Left Side Restraint Sensor 1 Serial Number | 89472710 |
| Left Side Restraint Sensor 2 Serial Number | 1C7DEB49 |
| Right Frontal Restraints Sensor Serial Number | 0 |
| Right Side Restraint Sensor 1 Serial Number | E2272710 |
| Right Side Restraints Sensor 2 Serial Number | 1C792D16 |

### System Status at Event (First Record)

| | |
|---|---|
| Recording Status | Unlocked Record |
| Complete file recorded (yes,no) | Yes |
| Multi-event, number of events (1,2) | 1 |
| Time from event 1 to 2 (msec) | N/A |
| Lifetime Operating Timer at event time zero (seconds) | 10418515 |
| Key-on Timer at event time zero (seconds) | 13960 |
| Vehicle voltage at time zero (Volts) | 13.932 |
| Energy Reserve Mode entered during event (Y/N) | No |

### Deployment Data (First Record)

| | |
|---|---|
| Maximum delta-V, longitudinal (MPH [km/h]) | -16.21 [-29.31] |
| Time, maximum delta-V longitudinal (msec) | 206 |
| Maximum delta-V, lateral (MPH [km/h]) | -0.76 [-1.23] |
| Time, maximum delta-V lateral (msec) | 76 |
| Longitudinal Delta-V Time Zero Offset | 1.0 ms |
| Lateral Delta-V Time Zero Offset | 1.0 ms |
| Roll Angle Time Zero Offset | 81.0 ms |

### Pre-Crash Data -1 sec (First Record)

| | |
|---|---|
| Ignition cycle, crash | 6697 |
| Frontal air bag warning lamp, on/off | Off |
| Frontal air bag suppression switch status, front passenger | Not Active |
| Safety belt status, driver | Driver Not Buckled |
| Brake Telltale | Off |
| ABS Telltale | Off |
| Powertrain Wrench Telltale | Off |
| Speed Control Telltale | Off |
| MIL Telltale | Off |

### Pre Crash Data

| Times (sec) | Speed vehicle indicated (mph) | Speed vehicle indicated (km/h) | Speed Corrected for Tire Size (mph) | Accelerator pedal % full | Service brake, on/off | Brake Plot | Engine RPM | ABS activity (engaged, non-engaged) | Brake Powertrain Torque Request | Driver Gear Selection |
|---|---|---|---|---|---|---|---|---|---|---|
| -5 | 52 | 84 | 53.1 | 24.1 | Off | 0 | 1270 | non-engaged | No | Drive |
| -4.5 | 52 | 83 | 53.1 | 24.3 | Off | 0 | 1264 | non-engaged | No | Drive |
| -4 | 52 | 83 | 53.1 | 24 | Off | 0 | 1262 | non-engaged | No | Drive |
| -3.5 | 52 | 83 | 53.1 | 23.8 | Off | 0 | 1256 | non-engaged | No | Drive |
| -3 | 52 | 83 | 53.1 | 23.7 | Off | 0 | 1256 | non-engaged | No | Drive |
| -2.5 | 51 | 82 | 52.1 | 23.5 | Off | 0 | 1254 | non-engaged | No | Drive |
| -2 | 51 | 82 | 52.1 | 23 | Off | 0 | 1250 | non-engaged | No | Drive |
| -1.5 | 51 | 82 | 52.1 | 23 | Off | 0 | 1248 | non-engaged | No | Drive |
| -1 | 51 | 82 | 52.1 | 23 | Off | 0 | 1246 | non-engaged | No | Drive |
| -0.5 | 51 | 82 | 52.1 | 22.9 | Off | 0 | 1242 | non-engaged | No | Drive |
| 0 | 50 | 81 | 51.0 | 0 | On | 60 | 1174 | non-engaged | No | Drive |

### Speed at Impact

| Item | | Min | Max |
|---|---|---|---|
| Last Data Sample (mph) | | 51.0 | 51.0 |
| Correction for braking (mph) | | -7.7 | 0 |
| Time (s) | 0.5 | | |
| Braking (g) | 0.7 | | |
| Correction for ABS Braking (mph) | | 2.55 | 2.55 |
| Slip (%) | 5 | | |
| Correction for Speedometer Error (mph) | | -2.04 | 2.04 |
| Error (%) | 4 | | |
| **Range (mph)** | | 43.9 | 55.8 |



| | | | Pre Crash Data | | |
|---|---|---|---|---|---|
| Times (sec) | Steering Wheel Angle (degrees) | Stability Control Lateral Acceleration (g) | Stability Control Longitudinal Acceleration (g) | Stability Control Yaw Rate (deg/sec) | Stability Control Roll Rate (deg/sec) |
| -5 | 0 | 0.007 | -0.021 | 1.12 | -3.12 |
| -4.9 | 0 | 0.063 | -0.021 | 1.37 | -3.12 |
| -4.8 | 0 | -0.016 | -0.021 | 1.12 | -3.12 |
| -4.7 | 0 | 0.064 | -0.021 | 1.37 | -3.12 |
| -4.6 | 0 | -0.076 | -0.021 | 1.12 | -3.12 |
| -4.5 | 0 | -0.016 | -0.021 | 0.5 | -3.12 |
| -4.4 | 0 | -0.056 | -0.021 | 0.75 | -3.12 |
| -4.3 | 0 | -0.036 | -0.021 | 0.25 | -3.12 |
| -4.2 | 0 | 0.026 | -0.021 | 1.12 | -3.12 |
| -4.1 | 0 | 0.059 | -0.021 | 1.5 | -3.12 |
| -4 | 0 | 0.048 | -0.021 | 1.25 | -3.12 |
| -3.9 | 0 | 0.048 | -0.021 | 1.12 | -3.12 |
| -3.8 | 0 | 0.03 | -0.021 | 0.87 | -3.12 |
| -3.7 | 0 | -0.066 | -0.021 | 0.75 | -3.12 |
| -3.6 | 0 | 0.013 | -0.021 | 0.5 | -3.12 |
| -3.5 | 0 | -0.065 | -0.021 | 0.75 | -3.12 |
| -3.4 | 0 | 0.076 | -0.021 | 1.62 | -3.12 |
| -3.3 | 0 | 0.051 | -0.021 | 0.75 | -3.12 |
| -3.2 | 0 | 0.063 | -0.021 | 1.75 | -3.12 |
| -3.1 | 0 | 0.03 | -0.021 | 0.12 | -3.12 |
| -3 | 0 | -0.02 | -0.021 | 0.87 | -3.12 |
| -2.9 | 0 | -0.071 | -0.021 | 0.62 | -3.12 |
| -2.8 | 0 | 0.052 | -0.021 | 1.5 | -3.12 |
| -2.7 | 0 | -0.004 | -0.021 | 1.5 | -3.12 |
| -2.6 | 0 | 0.035 | -0.021 | 1.25 | -3.12 |
| -2.5 | 0 | 0.064 | -0.021 | 1.25 | -3.12 |
| -2.4 | 0 | 0.012 | -0.021 | 1.12 | -3.12 |
| -2.3 | 0 | 0.03 | -0.021 | 1.12 | -3.12 |
| -2.2 | 0 | -0.026 | -0.021 | 0.75 | -3.12 |
| -2.1 | 0 | 0.002 | -0.021 | 0.75 | -3.12 |
| -2 | 0 | 0.007 | -0.021 | 1.12 | -3.12 |
| -1.9 | 0 | 0.029 | -0.021 | 1.87 | -3.12 |
| -1.8 | 0 | 0.06 | -0.021 | 1.25 | -3.12 |
| -1.7 | 0 | 0.047 | -0.021 | 1.25 | -3.12 |
| -1.6 | 0 | 0.028 | -0.021 | 0.87 | -3.12 |
| -1.5 | 0 | 0.018 | -0.021 | 0.87 | -3.12 |
| -1.4 | 0 | -0.01 | -0.021 | 0.5 | -3.12 |
| -1.3 | 0 | 0.029 | -0.021 | 1.12 | -3.12 |
| -1.2 | 0 | 0.033 | -0.021 | 1 | -3.12 |
| -1.1 | 0 | 0.046 | -0.021 | 0.75 | -3.12 |
| -1 | 0 | 0.03 | -0.021 | 1.37 | -3.12 |
| -0.9 | 0 | 0.056 | -0.021 | 0.12 | -3.12 |
| -0.8 | 0 | -0.025 | -0.021 | 0.5 | -3.12 |
| -0.7 | 0 | 0.027 | -0.021 | 0.5 | -3.12 |
| -0.6 | 0 | -0.078 | -0.021 | 0.12 | -3.12 |
| -0.5 | 0 | 0.032 | -0.021 | 0 | -3.12 |
| -0.4 | 0 | -0.048 | -0.021 | 0.25 | -3.12 |
| -0.3 | 0 | 0.069 | -0.021 | -0.37 | -3.12 |
| -0.2 | 0 | -0.043 | -0.021 | -0.62 | -3.12 |
| -0.1 | 0 | 0.06 | -0.021 | 1.12 | -3.12 |
| 0 | 0 | 0.061 | -0.021 | 0.87 | -3.12 |

## Crash Pulse

| Time (msec) | Delta-V. longitudinal (MPH) | Delta-V. longitudinal (km/h) | Acceleration (g) | Delta-V. lateral (MPH) | Delta-V. lateral (km/h) | Acceleration (g) | Resultant (mph) | Resultant (km/h) |
|---|---|---|---|---|---|---|---|---|
| 1 | -0.25 | -0.4 | -11.3 | -0.02 | -0.03 | -0.8 | -0.3 | -0.4 |
| 11 | -1.79 | -2.87 | -8.1 | 0.01 | 0.02 | 0.1 | -1.8 | -2.9 |
| 21 | -3.1 | -4.99 | -14.1 | -0.07 | -0.11 | -0.1 | -3.1 | -5.0 |
| 31 | -5.1 | -8.2 | -23.2 | -0.12 | -0.19 | -0.2 | -5.1 | -8.2 |
| 41 | -6.73 | -10.82 | -30.6 | -0.37 | -0.59 | -0.4 | -6.7 | -10.8 |
| 51 | -8.35 | -13.43 | -38.0 | -0.52 | -0.84 | -0.5 | -8.4 | -13.5 |
| 61 | -10.64 | -17.12 | -48.5 | -0.48 | -0.78 | -0.4 | -10.7 | -17.1 |
| 71 | -12.46 | -20.06 | -56.8 | -0.73 | -1.17 | -0.5 | -12.5 | -20.1 |
| 81 | -13.98 | -22.34 | -63.1 | -0.72 | -1.15 | -0.4 | -14.0 | -22.4 |
| 91 | -14.96 | -24.07 | -68.2 | -0.57 | -0.92 | -0.3 | -15.0 | -24.1 |
| 101 | -16.13 | -25.96 | -73.5 | -0.35 | -0.56 | -0.2 | -16.1 | -26.0 |
| 111 | -16.76 | -26.97 | -76.4 | -0.35 | -0.57 | -0.1 | -16.8 | -27.0 |
| 121 | -17.08 | -27.49 | -77.8 | -0.35 | -0.57 | -0.1 | -17.1 | -27.5 |
| 131 | -17.44 | -28.07 | -79.5 | -0.41 | -0.66 | -0.1 | -17.4 | -28.1 |
| 141 | -17.48 | -28.14 | -79.7 | -0.4 | -0.64 | -0.1 | -17.4 | -28.1 |
| 151 | -17.59 | -28.3 | -80.1 | -0.42 | -0.67 | -0.1 | -17.6 | -28.3 |
| 161 | -17.45 | -28.08 | -79.5 | -0.51 | -0.82 | -0.1 | -17.5 | -28.1 |
| 171 | -17.62 | -28.36 | -80.3 | -0.56 | -0.91 | -0.2 | -17.6 | -28.4 |
| 181 | -17.9 | -28.81 | -81.6 | -0.51 | -0.82 | -0.1 | -17.9 | -28.8 |
| 191 | -17.99 | -28.96 | -82.0 | -0.43 | -0.69 | -0.1 | -18.0 | -29.0 |
| 201 | -18.14 | -29.2 | -82.7 | -0.34 | -0.55 | -0.1 | -18.1 | -29.2 |
| 211 | -18.16 | -29.23 | -82.8 | -0.23 | -0.38 | -0.1 | -18.2 | -29.2 |
| 221 | -18.08 | -29.1 | -82.4 | -0.14 | -0.23 | 0.0 | -18.1 | -29.1 |
| 231 | -18.06 | -29.07 | -82.3 | -0.09 | -0.15 | 0.0 | -18.1 | -29.1 |
| 241 | -17.96 | -28.95 | -82.0 | -0.09 | -0.15 | 0.0 | -18.0 | -29.0 |
| 251 | -17.92 | -28.83 | -81.6 | -0.14 | -0.22 | 0.0 | -17.9 | -28.8 |

## Rollover Sensor Data (First Record)

| Time (sec) | Vehicle roll angle (degrees) |
|---|---|
| -1 | -0.14 |
| -0.9 | -0.13 |
| -0.8 | -0.13 |
| -0.7 | -0.13 |
| -0.6 | -0.13 |
| -0.5 | -0.13 |
| -0.4 | -0.13 |
| -0.3 | -0.13 |
| -0.2 | -0.13 |
| -0.1 | -0.13 |
| 0 | -0.02 |
| 0.1 | -0.91 |
| 0.2 | -1.96 |
| 0.3 | -3.35 |
| 0.4 | -5.76 |
| 0.5 | -5.22 |
| 0.6 | -2.07 |
| 0.7 | 0.69 |
| 0.8 | 0.93 |
| 0.9 | -0.29 |
| 1 | -0.92 |
| 1.1 | -0.77 |
| 1.2 | -0.5 |
| 1.3 | -0.33 |
| 1.4 | -0.5 |
| 1.5 | -0.82 |
| 1.6 | -0.82 |
| 1.7 | -0.78 |
| 1.8 | -0.96 |
| 1.9 | -0.86 |
| 2 | -0.83 |
| 2.1 | -0.7 |
| 2.2 | -0.62 |
| 2.3 | -0.68 |
| 2.4 | -0.59 |
| 2.5 | -0.61 |
| 2.6 | -0.57 |
| 2.7 | -0.49 |
| 2.8 | -0.41 |
| 2.9 | -0.47 |
| 3 | -0.82 |
| 3.1 | -1.25 |
| 3.2 | -1.44 |
| 3.3 | -1.44 |
| 3.4 | -1.3 |
| 3.5 | -0.79 |
| 3.6 | -0.56 |
| 3.7 | -0.97 |
| 3.8 | -1.5 |
| 3.9 | -2.15 |
| 4 | -2.12 |
| 4.1 | -1.87 |
| 4.2 | -1.77 |
| 4.3 | -1.78 |
| 4.4 | -1.85 |
| 4.5 | -1.85 |
| 4.6 | -1.84 |
| 4.7 | -1.84 |
| 4.8 | -1.88 |
| 4.9 | -2.18 |
| 5 | -2.29 |



IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 1FT7W2BT9GEC79140 |
| User | Cpl. J. Allison #591 |
| Case Number | SCRTB-017-20 |
| EDR Data Imaging Date | 03/17/2020 |
| Crash Date | 03/15/2020 |
| Filename | 1FT7W2BT9GEC79140_ACM.CDRX |
| Saved on | Tuesday, March 17 2020 at 10:41:45 |
| Imaged with CDR version | Crash Data Retrieval Tool 19.3 |
| Imaged with Software Licensed to (Company Name) | Georgia State Patrol |
| Reported with CDR version | Crash Data Retrieval Tool 19.3 |
| Reported with Software Licensed to (Company Name) | Georgia State Patrol |
| EDR Device Type | Airbag Control Module |
| ACM Adapter Detected During Download | No |
| Event(s) recovered | unlocked event |

### Comments

DATA IMAGED THROUGH DLC. RECOMMENDED TIRE SIZE LT275/65R20E. TIRE SIZE ON VEHICLE LT325/50R22

The retrieval of this data has been authorized by the vehicle's owner, or other legal authority such as a court order or search warrant, as indicated by the CDR tool user on Tuesday, March 17 2020 at 10:41:45.

### Data Limitations

**Restraints Control Module Recorded Crash Events:**

Deployment Events cannot be overwritten or cleared from the Restraints Control Module (RCM). Once the RCM has deployed any airbag device, the RCM must be replaced. The data from events which did not qualify as deployable events can be overwritten by subsequent events. The RCM can store up to two deployment events.

**Airbag Module Data Limitations:**

Restraints Control Module Recorded Vehicle Forward Velocity Change reflects the change in forward velocity that the sensing system experienced from the point of algorithm wake up. It is not the speed the vehicle was traveling before the event. Note that the vehicle speed is recorded separately five seconds prior to algorithm wake up. This data should be examined in conjunction with other available physical evidence from the vehicle and scene when assessing occupant or vehicle forward velocity change.

Event Recording Complete will indicate if data from the recorded event has been fully written to the RCM memory or if it has been interrupted and not fully written.

If power to the Airbag Module is lost during a crash event, all or part of the crash record may not be recorded.

For 2011 Ford Mustangs, the Steering Wheel Angle parameter indicates the change in steering wheel angle from the previously recorded sample value and does not represent the actual steering wheel position.

**Airbag Module Data Sources:**

Event recorded data are collected either INTERNALLY or EXTERNALLY to the RCM.

- INTERNAL DATA is measured, calculated, and stored internally, sensors external to the RCM include the following:
  > The Driver and Passenger Belt Switch Circuits are wired directly to the RCM.
  > The Driver's Seat Track Position Switch Circuit is wired directly to the RCM.
  > The Side Impact Sensors (if equipped) are located on the side of vehicle and are wired directly to the RCM.
  > The Occupant Classification Sensor is located in the front passenger seat and transmits data directly to the RCM on high- speed CAN bus.
  > Front Impact Sensors (right and left) are located at the front of vehicle and are wire directly to the RCM.

- EXTERNAL DATA recorded by the RCM are data collected from the vehicle communication network from various sources such as Powertrain Control Module, Brake Module, etc.

02007_RCM-RC6_r002
1FT7W2BT9GEC79140                    Page 1 of 17           Printed on: Tuesday, March 17 2020 at 10:47:36

## System Status at Time of Retrieval

| | |
|---|---|
| VIN as programmed into RCM at factory | 1FT7W2BT9GEC79140 |
| Current VIN from PCM | 1FT7W2BT9GEC79140 |
| Ignition cycle, download (first record) | 6,698 |
| Ignition cycle, download (second record) | N/A |
| Restraints Control Module Part Number | DC3T-14B321-DC |
| Restraints Control Module Serial Number | 9016157400000000 |
| Restraints Control Module Software Part Number (Version) | CT43-14C028-AB |
| Left/Center Frontal Restraints Sensor Serial Number | 1C787B70 |
| Left Side Restraint Sensor 1 Serial Number | B9472710 |
| Left Side Restraint Sensor 2 Serial Number | 1C7DEB49 |
| Right Frontal Restraints Sensor Serial Number | 00000000 |
| Right Side Restraint Sensor 1 Serial Number | E2272710 |
| Right Side Restraints Sensor 2 Serial Number | 1C782D16 |

## System Status at Event (First Record)

| Recording Status | Unlocked Record |
|---|---|
| Complete file recorded (yes,no) | Yes |
| Multi-event, number of events (1,2) | 1 |
| Time from event 1 to 2 (msec) | N/A |
| Lifetime Operating Timer at event time zero  (seconds) | 10,418,515 |
| Key-on Timer at event time zero (seconds) | 13,960 |
| Vehicle voltage at time zero (Volts) | 13.932 |
| Energy Reserve Mode entered during event (Y/N) | No |

Printed on:  Tuesday, March 17 2020 at 10:47:36

## Faults Present at Start of Event (First Record)

| U3000-49 |
|---|

## Deployment Data (First Record)

| | |
|---|---|
| Maximum delta-V, longitudinal (MPH [km/h]) | -18.21 [-29.31] |
| Time, maximum delta-V longitudinal (msec) | 206 |
| Maximum delta-V, lateral (MPH [km/h]) | -0.76 [-1.23] |
| Time, maximum delta-V lateral (msec) | 76 |
| Longitudinal Delta-V Time Zero Offset | 1.0 ms |
| Lateral Delta-V Time Zero Offset | 1.0 ms |
| Roll Angle Time Zero Offset | 81.0 ms |

1FT7W2BT9GEC79140                                   Page 4 of 17                    Printed on: Tuesday, March 17 2020 at 10:47:36

## Pre-Crash Data -1 sec (First Record)

| | |
|---|---|
| Ignition cycle, crash | 6,697 |
| Frontal air bag warning lamp, on/off | Off |
| Frontal air bag suppression switch status, front passenger | Not Active |
| Safety belt status, driver | Driver Not Buckled |
| Brake Telltale | Off |
| ABS Telltale | Off |
| Powertrain Wrench Telltale | Off |
| Speed Control Telltale | Off |
| MIL Telltale | Off |

| Times (sec) | Speed vehicle indicated MPH [km/h] | Accelerator pedal, % full | Service brake, on/off | Engine RPM | ABS activity (engaged, non-engaged) | Brake Powertrain Torque Request | Driver Gear Selection |
|---|---|---|---|---|---|---|---|
| -5.0 | 52 [84] | 24.1 | Off | 1,270 | non-engaged | No | Drive |
| -4.5 | 52 [83] | 24.3 | Off | 1,264 | non-engaged | No | Drive |
| -4.0 | 52 [83] | 24.0 | Off | 1,262 | non-engaged | No | Drive |
| -3.5 | 52 [83] | 23.8 | Off | 1,256 | non-engaged | No | Drive |
| -3.0 | 52 [83] | 23.7 | Off | 1,256 | non-engaged | No | Drive |
| -2.5 | 51 [82] | 23.5 | Off | 1,254 | non-engaged | No | Drive |
| -2.0 | 51 [82] | 23.0 | Off | 1,250 | non-engaged | No | Drive |
| -1.5 | 51 [82] | 23.0 | Off | 1,246 | non-engaged | No | Drive |
| -1.0 | 51 [82] | 23.0 | Off | 1,246 | non-engaged | No | Drive |
| -0.5 | 51 [82] | 22.9 | Off | 1,242 | non-engaged | No | Drive |
| 0.0 | 50 [81] | 0.0 | On | 1,174 | non-engaged | No | Drive |

1FT7W2BT9GEC79140       Page 6 of 17       Printed on: Tuesday, March 17 2020 at 10:47:36

| Times (sec) | Steering Wheel Angle (degrees) | Stability Control Lateral Acceleration (g) | Stability Control Longitudinal Acceleration (g) | Stability Control Yaw Rate (deg/sec) | Stability Control Roll Rate (deg/sec) |
|---|---|---|---|---|---|
| -5.0 | 0.0 | 0.007 | -0.021 | 1.12 | -3.12 |
| -4.9 | 0.0 | 0.063 | -0.021 | 1.37 | -3.12 |
| -4.8 | 0.0 | -0.016 | -0.021 | 1.12 | -3.12 |
| -4.7 | 0.0 | 0.064 | -0.021 | 1.37 | -3.12 |
| -4.6 | 0.0 | -0.076 | -0.021 | 1.12 | -3.12 |
| -4.5 | 0.0 | -0.016 | -0.021 | 0.5 | -3.12 |
| -4.4 | 0.0 | -0.056 | -0.021 | 0.75 | -3.12 |
| -4.3 | 0.0 | -0.036 | -0.021 | 0.25 | -3.12 |
| -4.2 | 0.0 | 0.026 | -0.021 | 1.12 | -3.12 |
| -4.1 | 0.0 | 0.059 | -0.021 | 1.5 | -3.12 |
| -4.0 | 0.0 | 0.048 | -0.021 | 1.25 | -3.12 |
| -3.9 | 0.0 | 0.048 | -0.021 | 1.12 | -3.12 |
| -3.8 | 0.0 | 0.03 | -0.021 | 0.87 | -3.12 |
| -3.7 | 0.0 | -0.066 | -0.021 | 0.75 | -3.12 |
| -3.6 | 0.0 | 0.013 | -0.021 | 0.5 | -3.12 |
| -3.5 | 0.0 | -0.065 | -0.021 | 0.75 | -3.12 |
| -3.4 | 0.0 | 0.076 | -0.021 | 1.62 | -3.12 |
| -3.3 | 0.0 | 0.051 | -0.021 | 0.75 | -3.12 |
| -3.2 | 0.0 | 0.063 | -0.021 | 1.75 | -3.12 |
| -3.1 | 0.0 | 0.03 | -0.021 | 0.12 | -3.12 |
| -3.0 | 0.0 | -0.02 | -0.021 | 0.87 | -3.12 |
| -2.9 | 0.0 | -0.071 | -0.021 | 0.62 | -3.12 |
| -2.8 | 0.0 | 0.052 | -0.021 | 1.5 | -3.12 |
| -2.7 | 0.0 | -0.004 | -0.021 | 1.5 | -3.12 |
| -2.6 | 0.0 | 0.035 | -0.021 | 1.25 | -3.12 |
| -2.5 | 0.0 | 0.064 | -0.021 | 1.25 | -3.12 |
| -2.4 | 0.0 | 0.012 | -0.021 | 1.12 | -3.12 |

| | | | | | |
|---|---|---|---|---|---|
| -2.3 | 0.0 | 0.03 | -0.021 | 1.12 | -3.12 |
| -2.2 | 0.0 | -0.026 | -0.021 | 0.75 | -3.12 |
| -2.1 | 0.0 | 0.002 | -0.021 | 0.75 | -3.12 |
| -2.0 | 0.0 | 0.007 | -0.021 | 1.12 | -3.12 |
| -1.9 | 0.0 | 0.029 | -0.021 | 1.87 | -3.12 |
| -1.8 | 0.0 | 0.06 | -0.021 | 1.25 | -3.12 |
| -1.7 | 0.0 | 0.047 | -0.021 | 1.25 | -3.12 |
| -1.6 | 0.0 | 0.028 | -0.021 | 0.87 | -3.12 |
| -1.5 | 0.0 | 0.018 | -0.021 | 0.87 | -3.12 |
| -1.4 | 0.0 | -0.01 | -0.021 | 0.5 | -3.12 |
| -1.3 | 0.0 | 0.029 | -0.021 | 1.12 | -3.12 |
| -1.2 | 0.0 | 0.033 | -0.021 | 1.0 | -3.12 |
| -1.1 | 0.0 | 0.046 | -0.021 | 0.75 | -3.12 |
| -1.0 | 0.0 | 0.03 | -0.021 | 1.37 | -3.12 |
| -0.9 | 0.0 | 0.056 | -0.021 | 0.12 | -3.12 |
| -0.8 | 0.0 | -0.025 | -0.021 | 0.5 | -3.12 |
| -0.7 | 0.0 | 0.027 | -0.021 | 0.5 | -3.12 |
| -0.6 | 0.0 | -0.078 | -0.021 | 0.12 | -3.12 |
| -0.5 | 0.0 | 0.032 | -0.021 | 0.0 | -3.12 |
| -0.4 | 0.0 | -0.048 | -0.021 | 0.25 | -3.12 |
| -0.3 | 0.0 | 0.069 | -0.021 | -0.37 | -3.12 |
| -0.2 | 0.0 | -0.043 | -0.021 | -0.62 | -3.12 |
| -0.1 | 0.0 | 0.06 | -0.021 | 1.12 | -3.12 |
| 0.0 | 0.0 | 0.061 | -0.021 | 0.87 | -3.12 |



1FT7W2BT9GEC79140                  Page 7 of 17                  Printed on: Tuesday, March 17 2020 at 10:47:36

1FT7W2BT9GEC79140 Longitudinal Crash Pulse (First Record)

**Longitudinal Crash Pulse (First Record)**

| Time (msec) | Delta-V, longitudinal (MPH) | Delta-V, longitudinal (km/h) |
|---|---|---|
| 1.0 | -0.25 | -0.40 |
| 11.0 | -1.79 | -2.87 |
| 21.0 | -3.10 | -4.99 |
| 31.0 | -5.10 | -8.20 |
| 41.0 | -6.73 | -10.82 |
| 51.0 | -8.35 | -13.43 |
| 61.0 | -10.64 | -17.12 |
| 71.0 | -12.46 | -20.06 |
| 81.0 | -13.88 | -22.34 |

| | | |
|---|---|---|
| 91.0 | -14.96 | -24.07 |
| 101.0 | -16.13 | -25.96 |
| 111.0 | -16.76 | -26.97 |
| 121.0 | -17.08 | -27.49 |
| 131.0 | -17.44 | -28.07 |
| 141.0 | -17.48 | -28.14 |
| 151.0 | -17.59 | -28.30 |
| 161.0 | -17.45 | -28.08 |
| 171.0 | -17.62 | -28.35 |
| 181.0 | -17.90 | -28.81 |
| 191.0 | -17.99 | -28.95 |
| 201.0 | -18.14 | -29.20 |
| 211.0 | -18.16 | -29.23 |
| 221.0 | -18.08 | -29.10 |
| 231.0 | -18.06 | -29.07 |
| 241.0 | -17.99 | -28.95 |
| 251.0 | -17.92 | -28.83 |



1FT7W2BT9GEC79140          Page 8 of 17          Printed on: Tuesday, March 17 2020 at 10:47:36

1FT7W2BT9GEC79140  Lateral Crash Pulse (First Record)

**Lateral Crash Pulse (First Record)**

| Time (msec) | Delta-V, lateral (MPH) | Delta-V, lateral (km/h) |
|---|---|---|
| 1.0 | -0.02 | -0.03 |
| 11.0 | 0.01 | 0.02 |
| 21.0 | -0.07 | -0.11 |
| 31.0 | -0.12 | -0.19 |
| 41.0 | -0.37 | -0.59 |
| 51.0 | -0.52 | -0.84 |
| 61.0 | -0.48 | -0.78 |
| 71.0 | -0.73 | -1.17 |
| 81.0 | -0.72 | -1.15 |
| 91.0 | -0.57 | -0.92 |
| 101.0 | -0.35 | -0.56 |
| 111.0 | -0.35 | -0.57 |
| 121.0 | -0.35 | -0.57 |
| 131.0 | -0.41 | -0.66 |
| 141.0 | -0.40 | -0.64 |
| 151.0 | -0.42 | -0.67 |
| 161.0 | -0.51 | -0.82 |
| 171.0 | -0.56 | -0.91 |
| 181.0 | -0.51 | -0.82 |

| 191.0 | -0.43 | -0.69 |
|---|---|---|
| 201.0 | -0.34 | -0.55 |
| 211.0 | -0.23 | -0.38 |
| 221.0 | -0.14 | -0.23 |
| 231.0 | -0.09 | -0.15 |
| 241.0 | -0.09 | -0.15 |
| 251.0 | -0.14 | -0.22 |



1FT7W2BT9GEC79140                Page 9 of 17            Printed on: Tuesday, March 17 2020 at 10:47:36

**1FT7W2BT9GEC79140  Rollover Sensor Data (First Record)**

Seconds

**Rollover Sensor Data (First Record)**

| Time (sec) | Vehicle roll angle (degrees) | Time (sec) | Vehicle roll angle (degrees) | Time (sec) | Vehicle roll angle (degrees) |
|---|---|---|---|---|---|
| -1.0 | -0.14 | 1.1 | -0.77 | 3.2 | -1.44 |
| -0.9 | -0.13 | 1.2 | -0.5 | 3.3 | -1.44 |
| -0.8 | -0.13 | 1.3 | -0.33 | 3.4 | -1.3 |
| -0.7 | -0.13 | 1.4 | -0.5 | 3.5 | -0.79 |
| -0.6 | -0.13 | 1.5 | -0.82 | 3.6 | -0.56 |
| -0.5 | -0.13 | 1.6 | -0.82 | 3.7 | -0.87 |
| -0.4 | -0.13 | 1.7 | -0.78 | 3.8 | -1.5 |
| -0.3 | -0.13 | 1.8 | -0.85 | 3.9 | -2.15 |
| -0.2 | -0.13 | 1.9 | -0.85 | 4.0 | -2.12 |
| -0.1 | -0.13 | 2.0 | -0.83 | 4.1 | -1.87 |
| 0.0 | -0.02 | 2.1 | -0.7 | 4.2 | -1.77 |
| 0.1 | -0.91 | 2.2 | -0.62 | 4.3 | -1.78 |
| 0.2 | -1.96 | 2.3 | -0.68 | 4.4 | -1.85 |
| 0.3 | -3.35 | 2.4 | -0.59 | 4.5 | -1.85 |
| 0.4 | -5.76 | 2.5 | -0.61 | 4.6 | -1.84 |
| 0.5 | -5.22 | 2.6 | -0.57 | 4.7 | -1.84 |
| 0.6 | -2.07 | 2.7 | -0.49 | 4.8 | -1.88 |
| 0.7 | 0.89 | 2.8 | -0.41 | 4.9 | -2.18 |
| 0.8 | 0.93 | 2.9 | -0.47 | 5.0 | -2.29 |
| 0.9 | -0.29 | 3.0 | -0.82 | | |
| 1.0 | -0.92 | 3.1 | -1.25 | | |

## Hexadecimal Data

Data that the vehicle manufacturer has specified for data retrieval is shown in the hexadecimal data section of the CDR report. The hexadecimal data section of the CDR report may contain data that is not translated by the CDR program. The control module contains additional data that is not retrievable by the CDR system.

```
00 00 00 00

44 43 33 54  2D  31 34 42  33 32 31 2D  44 43 00 00   00 00 00 00 00   00 00 00

39 30 31 36  31  35 37 34  30  30 30 30  30 30 30 30

43 54 34 33  2D  31 34 43  30  32 38 2D  41 42 00 00   00 00 00 00 00   00 00 00

1C 78 7B 70  00  00 00 00  00  00 00 00  00 00 00 00

B9 47 27 10  00  00 00 00  00  00 00 00  00 00 00 00

1C 7D EB 49  00  00 00 00  00  00 00 00  00 00 00 00


00 00 00 00  00  00 00 00  00  00 00 00  00 00 00 00

E2 27 27 10  00  00 00 00  00  00 00 00  00 00 00 00

1C 78 2D 16  00  00 00 00  00  00 00 00  00 00 00 00

31 46 54 37  57  32 42 54  39  47 45 43  37 39 31 34  30

31 46 54 37  57  32 42 54  39  47 45 43  37 39 31 34  30 00 00 00 00   00 00 00
```

Event Record 1
```
29 1A 00 00 2A   1A 00 00 77 CB 1F 00  E8 0A 00 00  58 3F 00 00 57  FD FF FF 98  18  2B FF
```

```
56 3B D5 00 13   50 00 00 46 E8 D4 00   9E ED D4 00   33 F2 D4 00 22   F9 D4 00 CC   FE D4 00
6E 04 D5 00 67   0C D5 00 C1 12 D5 00   AF 17 D5 00   6C 1B D5 00 81   1F D5 00 B0   21 D5 00
CE 22 D5 00 0F   24 D5 00 36 24 D5 00   92 24 D5 00   16 24 D5 00 AE   24 D5 00 AC   25 D5 00
F7 25 D5 00 80   93 26 D5 00   49 26 D5 00   38 26 D5 00 F9   25 D5 00 B7   25 D5 00
99 C4 2A FF B4   C4 2A FF 6F C4 2A FF   40 C4 2A FF   64 C3 2A FF DA   C2 2A FF FD   C2 2A FF
21 C2 2A FF 2C   C2 2A FF AF C2 2A FF   73 C3 2A FF   6F C3 2A FF 6E   C3 2A FF 3F   C3 2A FF
48 C3 2A FF 36   C3 2A FF E5 C2 2A FF   B5 C2 2A FF   E7 C2 2A FF 2E   C3 2A FF 79   C3 2A FF
D9 C3 2A FF 29   C4 2A FF 56 C4 2A FF   56 C4 2A FF   2E C4 2A FF 86   B2 1D AF 57   AD C5 AD
84 AE 01 AF 86   AE A3 AD A0 AD BC AD   8A AD 8A AD   9C AD FA AD 33   AE 02 AE 45   AE 39 AE
53 AE 91 AE C4   AE 9B AE 9E AD 6E AC   E6 AB E3 AB   49 AC B6 AD 5A   AE 80 AD BA   AB E7 A9
00 AA B4 AA FB   AA EE AA C0 AA C0 AA   C5 AA C5 AA   A7 AA D3 A9 87   A9 8B AF 8D   AF 8D AF
8D AF 8D AF 8D   AF 8D AF 8D AF 8D AF   8E AF E1 AF   62 AD 73 AA 8D   A6 CE 9F 52   A1 1F AA
6D B2 80 3E 80   3E 80 3E 80 3E 80 3E   80 3E 80 3E   80 3E 80 3E 80   3E 80 3E 80   3E 80 3E
80 3E 80 3E 80   3E 80 3E 80 3E 80 3E   80 3E 80 3E   80 3E 80 3E 80   3E 80 3E 80   3E 80 3E
80 3E 80 3E 80   3E 80 3E 80 3E 80 3E   80 3E 80 3E   80 3E 80 3E 80   3E 80 3E 80   3E 80 3E
80 3E 80 3E 80   3E 80 3E 80 3E 80 3E   80 3E 80 3E   80 3E 80 3E 80   07 BB 07 BB   07 BB 07
BB 07 BB 07 BB   07 BB 07 BB 07 BB 07   BB 07 BB 07   BB 07 BB 07 BB   07 BB 07 BB   07 BB 07
BB 07 BB 07 BB   07 BB 07 BB 07 BB 07   BB 07 BB 07   BB 07 BB 07 BB   07 BB 07 BB   07 BB 07
BB 07 BB 07 BB   07 BB 07 BB 07 BB 07   BB 07 BB 07   BB 07 BB 07 BB   07 BB 07 BB   07 BB 07
BB 07 BB 07 BB   07 BB 07 BB 07 DC 07   EE 07 B6 07   D2 07 D7 07 ED   07 0C 08 FF   07 EC 07
E2 07 C6 07 ED   07 F1 07 FE 07 EE 07   08 08 B7 07   EB 07 82 07 F0   07 A0 07 15   08 A5 07
0C 08 0D 08 D7   07 0F 08 C0 07 10 08   84 07 C0 07   98 07 AC 07 EA   07 0B 08 00   08 00 08
EE 07 8E 07 D0   07 8F 07 1C 08 03 08   0F 08 EE 07   BC 07 89 07 04   08 CC 07 F3   07 10 08
C0 46 C0 46 9B   46 9B 46 C0 46 0B 47   CD 46 CD 46   A7 46 A7 46 82   46 C0 46 B4   46 9B 46
D9 46 5C 46 82   46 82 46 5C 46 50 46   69 46 2B 46   12 46 C0 46 A7   46 C0 46 09   46 C0 46
D9 46 C0 46 82   46 9B 46 69 46 C0 46   E6 46 CD 46   C0 46 A7 46 9B   46 82 46 9B   46 F2 46
9B 46 FF 46 5C   46 A7 46 8E 46 E6 46   E6 46 C0 46   CD 46 F8 73 F8   73 F8 73 F8   73 F8 73
F8 73 F8 73 F8   73 F8 73 F8 73 F8 73   F8 73 F8 73   F8 73 F8 73 F8   73 F8 73 F8   73 F8 73
F8 73 F8 73 F8   73 F8 73 F8 73 F8 73   F8 73 F8 73   F8 73 F8 73 F8   73 F8 73 F8   73 F8 73
F8 73 F8 73 F8   73 F8 73 F8 73 F8 73   F8 73 F8 73   F8 73 F8 73 F8   73 F8 73 F8   73 F8 73
F8 73 F8 73 F8   73 F8 73 00   00 00 00 00   00 00 00 00   00 00 00 00 00   00 00 00 00   00 00 00
00 00 00 00 00   00 00 00 00 00 00 00   00 00 00 00   00 00 00 00 00   00 00 00 00   00 00 00
00 00 00 00 00   00 00 00 00 00 00 00   00 00 00 00   FF FF FF FF FF   FF FF FF FF   FF FF FF
FF FF FF FF FF   FF FF FF FF FF FF FF   FF FF FF FF   FF FF FF FF FF   00 FF FF FF   FF FF FF
FF FF FF FF FF   FF FF FF FF FF FF FF   FF FF FF FF   FF FF FF FF FF   FF FF FF 9D   01 99 00
00 00 00 00 02   00 02 00 A2 00 49 5E   05 21 20 54   00 E6 02 71 00   00 81 12 00   00 00 03
00 49 5E 05 2D   20 41 00 E6 02 6F 00   00 81 10 00   00 00 03 00 49   5E 05 2D 20   3E 00 E6
02 6F 00 00 81   10 00 00 00 03 00 49   5E 05 39 20   1D 00 E5 02 6D   00 00 81 0F   D0 00 00
03 00 49 5E 05   39 1F E2 00 00 02 4B   00 00 80 3D   00 01 00 03 00   49 5E 05 09   20 D7 00
F1 02 7B 00 00   81 20 00 00 00 03 00   49 5E 05 09   20 C0 00 F3 02   78 00 00 81   20 00 00
00 03 00 49 5E   05 15 20 A6 00 F0 02   77 00 00 81   1D 00 00 00 03   00 49 5E 05   15 20 91
00 EE 02 74 00   00 81 1C 00 00 00 03   00 49 5E 05   15 20 78 00 ED   02 74 00 00   81 19 00
00 00 03 00 49   5E 05 21 20 69 00 EB   02 73 00 00   81 18 00 00 00   03 00 00 00   00 00 00
00 14 09 00 00   00 00 00 00 14 09 00   00 00 00 00   00 14 09 00 00   00 00 00 00   14 09 00
00 00 00 00 00   14 09 00 00 00 00 00   00 14 09 00   00 00 00 00 00   14 09 00 00   00 00 00
00 14 09 00 00   00 00 00 00 14 09 00   00 00 00 00   00 14 09 00 00   00 00 00 00   14 09 00
00 00 00 00 00   14 09 00 00 00 00 00   00 14 09 00   00 00 00 00 00   14 09 00 00   00 00 00
00 14 09 00 00   00 00 00 00 14 09 00   00 00 00 00   00 14 09 00 00   00 00 00 00   14 09 00
00 00 00 00 00   14 09 00 00 00 00 00   00 00 00 00   00 00 00 00 00   00 00 00 00   00 00 00
00 20 00 00 00   00 00 00 00 00 00 00   00 01 00 01   03 00 04 00 00   AC 10 00 00   05 19 2B
16 0B 33 3D 1A   1A 0B 01 FF FF FF FF   FF FF FF FF   FF FF FF FF FF   FF FF FF FF   FF FF FF
FF FF FF FF FF   FF FF FF FF FF FF FF   FF FF FF FF   FF FF FF FF FF   FF FF FF FF   FF FF FF
FF FF FF FF FF   FF FF FF FF FF FF FF   FF FF FF FF   FF FF FF FF FF   FF FF FF FF   FF FF FF
FF FF FF FF FF   FF FF FF FF FF FF FF   FF FF FF FF   FF FF FF FF FF   FF FF FF FF   FF FF FF
FF FF FF FF FF   FF FF FF FF FF FF FF   FF FF FF FF   FF FF FF FF FF   FF FF FF FF   FF FF FF
FF FF FF FF FF   FF FF FF FF FF FF FF   FF FF FF FF   FF FF FF FF FF   FF FF FF FF   FF FF FF
FF FF FF FF FF   FF FF FF FF FF FF FF   FF FF FF FF   FF FF FF FF FF   FF FF FF FF   FF FF FF
FF FF FF FF FF   FF FF FF FF FF FF FF   FF FF FF FF   FF FF FF FF FF   FF FF FF FF   FF FF FF
FF FF FF FF FF   FF FF FF FF FF FF FF   FF FF FF FF   FF FF FF FF FF   FF FF FF FF   FF FF FF
FF FF FF FF FF   FF FF FF FF FF FF FF   FF FF FF FF   FF FF FF FF FF   FF FF FF FF   FF FF FF
```

FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF

FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF

1FT7W2BT9GEC79140                          Page 14 of 17            Printed on: Tuesday, March 17 2020 at 10:47:36

FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF

FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF

FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF

## Disclaimer of Liability

The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers, employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages arising from or related to the CDR data, CDR software or use thereof.

1FT7W2BT9GEC79140

Page 17 of 17

Printed on: Tuesday, March 17 2020 at 10:47:36