# EXHIBIT 14

Christopher D. Roche                                July 17, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF GEORGIA
2                  GAINESVILLE DIVISION
3     SANTANA BRYSON and
      JOSHUA BRYSON, as Admnistrators
4     of the Estate of C.Z.B. and as
      surviving parents of C.Z.B, a
5     deceased minor,
6            Plaintiffs,
7     vs.              CASE NO.:  2:22-CV-017-RWS
8     ROUGH COUNTRY, LLC,
9            Defendant.
10    _____
      VIDEOTAPED
11    DEPOSITION OF:     CHRISTOPHER D. ROCHE
12    DATE:              July 17, 2024
13    TIME:              9:14 a.m.
14    LOCATION:          Ann Arbor, Michigan
15    TAKEN BY:          Counsel for the Defendant
16    REPORTED BY:       Mary K. Stepp, Court Reporter
17    _____
18
19
20
21
22
23
24
25

1               MS. CANNELLA:  Asked and answered.
2               THE WITNESS:  I'm not -- I'm not opining
3      on whether the intrusions were increased or not.  I'm
4      responding to Mr. Grimes' statement that he thinks
5      they were.
6      BY MR. HILL:
7          Q.   Okay.
8          A.   And I'm also saying that there are so many
9      differences, so many variables have been changed
10     between the crash test and subject crash that drawing
11     any conclusion about the level of intrusions is -- is
12     impossible, because too many variables to -- have
13     been -- been modified, which is against the stated
14     intent of GSI 34 (ph), which is the right height
15     change.
16         Q.   So for that very same reason, it's
17     impossible for you to opine as to whether the test
18     setup led to the test intrusion increase, correct?
19              MS. CANNELLA:  Object to the form.
20              THE WITNESS:  I'm saying that there were
21     many inconsistencies in the -- in the crash test
22     relative to the subject crash.  And it was conducted
23     in an improper manner, if you're trying to follow
24     scientific process to isolate the contribution of
25     just right height difference.

Page 94

1          CERTIFICATE OF REPORTER

2          I, MARY K. STEPP, Notary Public for the State of

3     South Carolina at Large, do hereby certify that the

4     foregoing transcript is a true, accurate, and

5     complete record.

6          I further certify that I am neither related to

7     nor counsel for any party to the cause pending or

8     interested in the events thereof.

9          Witness my hand, I have hereunto affixed my

10    official seal this 1st day of August, 2024, at

11    Campobello, Spartanburg County, South Carolina.

12

13

14

15

16

17

18

19                              *Mary K. Stepp*

                                Mary K. Stepp, Notary Public
20                              My Commission Expires:
                                March 1, 2028

21

22

23

24

25