UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor, <br><br> Plaintiffs, <br><br> v. <br><br> Rough Country, LLC <br><br> Defendant. | Civil Action File <br><br> No. 2:22-cv-17-RWS |

**EXHIBIT LIST TO**
**PLAINTIFFS' MOTION TO STRIKE THE UNTIMELY AND**
**IMPROPER SUR-REBUTTAL REPORT OF WESLEY GRIMES**

**EXHIBITS**

1    Christopher Roche Rebuttal Report dated June 14, 2024

2    Bryant Buchner Rebuttal Report dated June 14, 2024

3    Wesley Grimes Sur-Rebuttal Report dated November 26, 2024

4    January 19, 2024 Email from Rick Hill to Tedra Cannella

5    Email string between Tedra Cannella and Rick Hill (July 11, 2024 through October 9, 2024

6    Wesley D. Grimes Deposition (May 9, 2024) – EXCERPTS

7    Bryant Buchner Report dated October 12, 2023