# EXHIBIT 6

Wesley Grimes                                      May 9, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

                                                    Page 1

 1              UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF GEORGIA

 2                  GAINESVILLE DIVISION

 3

      SANTANA BRYSON and JOSHUA    )

 4    BRYSON, as Administrators of)

      the Estate of C.Z.B., and    )

 5    as surviving parents of      )

      C.Z.B., a deceased minor,    )

 6                                 )

              Plaintiffs,          )

 7                                 )   CIVIL ACTION FILE

      vs.                          )

 8                                 )   NO. 2:22-cv-17-RWS

      ROUGH COUNTRY, LLC,          )

 9                                 )

              Defendant.           )

10    _____

11

12              VIDEOTAPED DEPOSITION OF

13                 WESLEY D. GRIMES

14                   May 9, 2024

15                   10:17 a.m.

16

17    Weinberg Wheeler Hudgins Gunn & Dial

18            3344 Peachtree Road, NE

19                  Suite 2400

20

21               Atlanta, Georgia

22

23

24

25    Reported by:  Marsi Koehl, CCR-B-2424

Wesley Grimes                                    May 9, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 65

1    involved where we were -- where I was part of a crash

2    test where it was my case.

3        Q.  What about where it wasn't your case?

4        A.  Again, I didn't -- I wouldn't have designed

5    those.  I would have attended those and assisted back

6    when I was at Cromack, whatever, 30 years ago.

7        Q.  And since your time at Cromack, had you

8    attended and assisted in a crash test prior to this

9    case?

10        A.  After I left Cromack?

11        Q.  Yes.

12        A.  I can't recall a case where we ran a crash

13    test.  I know that I've been involved in cases where

14    crash tests were run but not by me.

15        Q.  Did you participate in the design and

16    configuration of this crash test?

17            MR. HILL:  Object to the form.  Go

18        ahead.

19            THE WITNESS:  I participated in

20        selecting the vehicles, selecting the speed,

21        selecting the orientation of the vehicles

22        and participated in how the vehicles would

23        be configured, loaded.

24    BY MR. MASHMAN:

25        Q.  That last part, you're referencing the

Wesley Grimes                                    May 9, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 234

```
 1                          CERTIFICATE

 2

 3        STATE OF GEORGIA:

 4        COUNTY OF FULTON:

 5

 6             I hereby certify that the foregoing

 7        transcript was taken down, as stated in the caption,

 8        and the colloquies, questions, and answers were

 9        reduced to typewriting under my direction; that the

10        transcript is a true and correct record of the

11        evidence given upon said proceeding.

12             I further certify that I am not a relative

13        or employee or attorney of any party, nor am I

14        financially interested in the outcome of this action.

15             This the 5th day of June, 2024.

16

17

18

19        _____

20             Marsi Koehl, CCR-B-2424

21

22

23

24

25
```