# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor, | )<br>)<br>)<br>) Case No. 2:22-CV-017-RWS |
| Plaintiffs, | ) JURY TRIAL DEMANDED |
| v. | ) |
| Rough Country, LLC, | ) |
| Defendant. | ) |

## NOTICE OF LEAVE OF ABSENCE

Pursuant to Local Rule 83.1, the undersigned, Aaron B. Chausmer, respectfully notifies the Judge before whom this case is pending, the affected Clerk of Court, and all opposing counsel that he will be on leave pursuant to Local Rule 83.1.

The period(s) of leave during which time which the undersigned will be out of state and/or away from the practice of law are:

| | |
|---|---|
| Friday, April 4, 2025 – Monday, April 14, 2025 | Family Vacation |
| Thursday, April 17, 2025 – Monday, April 21, 2025 | Daughter's Bat Mitzvah |
| Friday, May 30, 2025 – Tuesday, June 3, 2025 | Out of State Travel |
| Tuesday, September 23, 2025 – Wednesday, September 24, 2025 | Rosh Hashanah |

| | |
|---|---|
| Wednesday, October 1, 2025 – Thursday, October 2, 2025 | Yom Kippur |
| Monday, December 22, 2025 – Tuesday, January 6, 2026 | Winter Break/Family Vacation |

Applicant states that he will be unable to participate in trials, hearings, depositions and other legal proceedings during these periods. All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted this 16th day of January, 2025.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

3344 Peachtree Road, N.E.  
Suite 2400  
Atlanta, GA 30326  
Tel: 404.876.2700  
achausmer@wwhgd.com

*/s/ Aaron B. Chausmer*  
Aaron B. Chausmer  
Georgia Bar No. 119998  
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of January, 2025, I electronically filed the foregoing *Notice of Leave of Absence* with the Clerk of Court using *Pacer/ECF*, which will automatically send email notification of such filing to the following attorneys of record:

Tedra L. Cannella<br>
Robert H. Snyder, Jr.<br>
Rory A. Weeks<br>
Devin Mashman<br>
CANNELLA SNYDER LLC<br>
315 W Ponce de Leon Ave, Suite 885<br>
Decatur, GA 30030

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

3344 Peachtree Road, N.E.  
Suite 2400  
Atlanta, GA 30326  
Tel: 404.876.2700  
achausmer@wwhgd.com

*/s/ Aaron B. Chausmer*  
Aaron B. Chausmer  
Georgia Bar No. 119998  
*Attorney for Defendant*