# ATTACHMENT A-1
# PLAINTIFFS' JURY QUALIFICATION QUESTIONS

# **ATTACHMENT A**
# **QUALIFYING QUESTIONS**

1.   Does any member of the panel know or are you related to Plaintiffs' attorneys Tedra L. Cannella, Robert H Snyder, Jr., Devin L. Mashman?  Do you know or are you related to James E. Butler, Jr., Ramsey B. Prather, Archie Grubb, or Mark F. Dehler?

2.   Does any member of the panel know any employees of, or has any member of the panel or their immediate family worked for or been represented by the law firm of Cannella Snyder LLC?

3.   Does any member of the panel know or are you related to Defendant's attorneys Richard H. Hill, Lindsay G. Ferguson, Aaron B. Chausmer, Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC?

4.   Does any member of the panel know any employees of, or has any member of the panel or their immediate family worked for or been represented by the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC?

5.   Does anyone know or are you related to the Plaintiffs Santana Bryson and Joshua Bryson in the case?

6.   Does anyone know of any of the following companies:

   a.   Defendant Rough Country, LLC

   b.  Rough Country Intermediate Holdings, Inc.

   c.  Titan Buyer Group Holdings L.P.

   d.  RC Parent GP, LLC

   e.  RC Parent Holdings, LP

   f.  RC Parent Inc.

   g.  RC Intermediate Inc.

   h.  RC Buyer Inc.

1

    i.  Rough Country Intermediate holdings, Inc.

    j.  RC Auto Outlet, LLC

    k.  Everest National Insurance Company

    l.  Brit Global Specialty USA

    m. Certain Underwriters at Lloyd's London

7.    Does anyone know any of the following individuals who may be witnesses in this case?

*[Pursuant to the Court's Standing Order, the Court will instruct the attorneys to name their witnesses]*

8.    Does anyone believe you know anything about this case or that you have heard anything about this case before coming into court today?

9.    Is there any member of the panel who would not accept the law as I give it to you in my instructions even if you disagree with the law?

10.   Is there any member of the panel who has any special disability or problem that would make serving as a member of this jury difficult or impossible?

11.   Does any juror hold any belief, religious or otherwise, which discourages or prevents jury service?

**Plaintiffs' Proposed Qualifying Questions:**

12.   Is anyone a stockholder, officer, director, agent, or employee of any of the following companies:

    a.  Defendant Rough Country, LLC

    b.  Rough Country Intermediate Holdings, Inc.

    c.  Titan Buyer Group Holdings L.P.

    d.  RC Parent GP, LLC

    e.  RC Parent Holdings, LP

    f.  RC Parent Inc.

    g.  RC Intermediate Inc.

    h.  RC Buyer Inc.

    i.  Rough Country Intermediate holdings, Inc.

    j.  RC Auto Outlet, LLC

    k.  Everest National Insurance Company

    l.  Brit Global Specialty USA

    m. Certain Underwriters at Lloyd's London

13.  Is anyone related by blood or marriage to any stockholder, officer, director, agent, or employee of any of the following companies:

    a.  Defendant Rough Country, LLC

    b.  Rough Country Intermediate Holdings, Inc.

    c.  Titan Buyer Group Holdings L.P.

    d.  RC Parent GP, LLC

    e.  RC Parent Holdings, LP

    f.  RC Parent Inc.

    g.  RC Intermediate Inc.

    h.  RC Buyer Inc.

    i.  Rough Country Intermediate holdings, Inc.

    j.  RC Auto Outlet, LLC

    k.  Everest National Insurance Company

    l.  Brit Global Specialty USA

m. Certain Underwriters at Lloyd's London