# ATTACHMENT B-2
# DEFENDANT'S VOIR DIRE QUESTIONS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SANTANA BRYSON and JOSHUA BRYSON, as Administrators of the Estate of C.Z.B., and as surviving parents of a deceased minor, C.Z.B., <br><br> Plaintiffs, <br><br> v. <br><br> ROUGH COUNTRY, LLC, <br><br> Defendant. | Civil Action No. <br><br> 2:22-CV-17-RWS |

## ATTACHMENT "B-2"

## DEFENDANT'S VOIR DIRE QUESTIONS

### Background

1. Do you have any professional certifications or specialized licenses or registrations?

2. Has anyone graduated from a college and received an associates or bachelor's degree?

3. Have any of you undergone formal legal training, such as taking courses in college or law school?

4. Have any of you ever been called as a witness in a courtroom before?

5. Have you ever had your deposition taken?

1

6. Does anyone here have any medical experience?

7. Have you or any member of your family ever been involved in an accident where you or your family member sustained some personal injury?

8. Have you ever been involved in a car accident and were denied compensation by the other party?

9. Have you or a family member ever worked for an automotive parts company?

10. Are you or any family member involved in the automotive parts industry?

11. Does anyone here own their own business?

    a)   If so, what type of business is it?

    b)   If so, does it manufacture products?

    c)   If so, how long have you owned your business?

12. Does anyone attend regular meetings for any social organization, religious organization, or any other organized group? If so, what organizations and groups?

13. Have you ever retained any attorney to bring a lawsuit or investigate a potential claim or action?

14. Has anyone ever had a bad experience with an automotive parts company?

15. Has anyone ever had a bad experience with aftermarket automotive parts?

16. Has anyone lost a child, parent, or close family member at a young age?

17. Is there anybody here that has had someone close to them – perhaps a child, spouse, or close friend – who has died in an unforeseen accident that would make sitting on this jury just too hard or difficult?

18. Is there anyone here who feels that a recent loss or tragedy that you have experienced is just too strong for you to be a juror and hear about the claims in this case?

19. Is there anyone here who feels like it would be difficult to serve as an impartial juror in this case because of some other past life experience?

20. Does anyone work in childcare?

21. Is anyone a teacher?

22. Has anyone worked in a parts department for a car dealership or similar company?

23. Has anyone worked in the automotive industry in any capacity?

24. Have you ever worked in the automotive or aftermarket parts industry, including but not limited to an auto parts store, garage, automotive dealer, or automotive manufacturer?

25. Does anyone have experience working as a mechanic?

26. Have you ever used computer simulations? How and for what purpose?

27. Have you ever known someone killed or severely injured by a drunk driver?

28. Have you, or someone close to you, ever made modifications to your/their own vehicle, such as adding lift kits, larger tires, or other aftermarket parts?

29. Do you believe that modifying a vehicle with aftermarket parts generally makes them less safe?

30. Have you ever owned a pickup truck? If so, what year, make, and model?

31. Do you engage in off-roading activities?

32. Have you or anyone close to you ever been injured due to a defective product?

33. Have you ever filed a complaint against a company regarding a defective product?

34. Have you ever considered bringing a lawsuit against an automotive parts company, even if you did not ultimately bring one?

35. Have you ever been injured while using a product?

36. Have you ever designed, engineered, or manufactured a product? If so, what was the product and what was your role?

37. Have you ever been involved in testing a product? If so, what was the product and what was your role?

38. Does anyone have any experience involving crash testing?

39. Have you ever been involved in a motor vehicle accident? Can you please describe it?

Views and Opinions

40. Have any of you ever heard of Rough Country before?

41. Do you have a favorable or unfavorable impression of Rough Country LLC?

42. Do you have a favorable or unfavorable impression of aftermarket automotive parts?

43. Do you believe that modifying a vehicle with aftermarket parts generally changes its performance?

44. If you have had a negative experience with a product, how likely are you to assume that the manufacturer is at fault?

45. Have you ever stopped using a product due to your belief that it caused a safety risk?

46. Do you believe that companies should insure that their products are 100% safe 100% of the time?

47. Do you believe that manufacturers are still at fault if a product is misused and someone is harmed as a result?

48. Do you believe that companies should be held strictly liable for any injuries caused by their products, even if they took all reasonable precautions?

49. Do you believe that manufacturers have the responsibility to research and prevent every possible misuse of their product?

50. Do you believe that a manufacturer is responsible for every possible injury that could occur while using their product?

51. How much responsibility do you think a manufacturer should have to ensure that their product is completely safe for all users?

<u>Consideration of the Case</u>

52. This case is pending in federal court. Do any of you believe that a case has greater importance just because it is in federal court?

53. As you have heard, this case involves the death of a child. Is there anyone who feels that they would be unable to set aside the natural human sympathy for the Plaintiffs and decide this case based solely on the applicable facts and law?

54. The income or resources of the Plaintiffs and the Defendant are of no relevance whatsoever to the issues in this case, and this factor must not be allowed to enter into your decision-making. Do you feel that you can judge the evidence with complete indifference to the relative income or resources of the parties?

55. Do you feel predisposed to grant monetary damages to the Plaintiffs, even if they fail to prove their case by a preponderance of the evidence, simply because the Defendant is a company that manufactures and sells automotive parts?

56. Do any of you think that the Plaintiffs are automatically entitled to recover money damages because they filed a lawsuit?

57. Do you have any objection to Rough Country filing an Answer stating that they are not responsible for C.Z.B.'s death?

58. Does anyone feel that he or she cannot listen to all of the evidence from both sides and then apply the law the Judge gives you before making a decision?

59. If at the close of the evidence, you believe that Rough Country is not liable, is there anyone that could not return a verdict for Rough Country in this case?

60. Based upon the limited recital of facts and contentions that you have heard thus far, do any of you have any reason that you cannot be fair and impartial to both sides in listening to and deciding this case?

61. Does anyone believe that just because a lawsuit gets to trial that it must have merit?

62. Expert testimony will be heard in this case, that is testimony from a witness who is being paid by one of the parties to provide opinions. Does anyone believe that testimony by an expert is untrustworthy or unreliable merely because the testimony is from an expert?

63. Based on what you have heard about this case so far, do you know of any fact that would keep you from rendering a true verdict based solely on the

evidence presented in Court and the law which the Court will later explain to you?

64. What does preponderance of the evidence mean to you?

65. Do you think that the Plaintiffs should be required to prove that the product was defective and directly caused C.Z.B.'s death?

66. Who here would describe themselves as more sensitive than the average person?

67. How many of you are somewhat more sensitive than the average person?

68. How many of you feel that your heart inclines you to take care of the grieving parents who lost their son, more than worry about fault or whether the Defendant did anything wrong?

69. Some people in this courtroom will probably show feelings of emotion - witnesses, maybe even the attorneys – during the trial. There may be tears. Will those displays of emotion be difficult for you as a juror? Will it hinder your ability to be fair?

70. Can all of you make a commitment to the Court right here and now that you will follow the law as told to you by the Judge and not allow your decision to be determined by sympathy?

71. Is there anyone who will disagree if the Court charges you that you should not decide this case based on sympathy?

72. If you are selected or seated as a juror, can you make sure that your other jurors also set sympathy aside in their decision making?
73. Is there anyone who will do what they believe is the right outcome and ignore the law?
74. Is there anyone who feels that there are no such things as excessive verdicts?
75. Is there anyone who feels that there should not be any limit on jury awards?
76. Is there anyone who does not think that there should be reasonable caps on jury awards?
77. Is there anyone who believes that if they were to find for the Plaintiffs, that there is some minimum amount of money they would give or that they could not go below, regardless of the evidence?
78. Would anyone feel compelled to give the Plaintiffs an award for more than the damages that are proven by the evidence?
79. This case involves the death of a 2-year-old boy. Plaintiff counsel is likely going to ask for millions and millions of dollars. Is there anyone here that already thinks that the Plaintiffs deserve some money because they lost their son?
80. How many of you feel that regardless of the evidence, you could not send parents who lost a son home with no money?

81. Because the case involves a child's death, is there anyone who would be inclined to simply award whatever Plaintiffs' counsel suggests?

82. How many of you feel that parents who have a child killed sometimes are not fairly compensated in court?

83. How many of you agree strongly that there is no amount of money that can truly compensate someone who has suffered the loss of a child?

84. Who here believes that it is important to compensate parents who lost a son for their emotional injuries?

85. For those of you have children, how many of you think that you would struggle sitting as a juror on this case? Would you be thinking about your own children? Would you want to try to take care of the Plaintiffs' family given their horrific loss?

86. Will you be able to wait and decide the case until after you have heard from both sides?

87. Will anyone be unable to wait and decide the case until after you have heard from both sides?

88. Does anyone know of any reason why you cannot serve on this jury?

89. Has anyone already decided who should prevail in this case?

90. Is there anyone here who really wants to be on this particular jury?

91. Are there any jurors acquainted with each other, other than from this service?

92. Are there any other things that I may have failed to ask you about that you can think of that could in any way interfere with your ability to render a fair and impartial verdict in this case?