# ATTACHMENT I-1
# PLAINTIFFS' VERDICT FORM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| Santana Bryson and Joshua Bryson, | * | |
| as Administrators of the | * | |
| Estate of C.Z.B., and as surviving | * | |
| parents of C.Z.B., a deceased minor, | * | |
| | * | Civil Action File |
| Plaintiffs, | * | |
| | * | No. 2:22-cv-17-RWS |
| v. | * | |
| | * | |
| Rough Country, LLC | * | |
| | * | |
| Defendant. | * | |

## **VERDICT**

1. Do you find that the Rough Country lift kit was defective?

   _____ (yes or no)

2. Do you find that Rough Country was negligent in the design, testing, and sale of the lift kit?

   _____ (yes or no)

3. Do you find that the defective Rough Country lift kit proximately caused the death of Cohen Bryson?

   _____ (yes or no)

4. State the amount of damages (if any):

   $_____the full value of the life (that is, for the wrongful death) of Cohen Bryson

   $_____funeral expenses

$_____medical bills incurred

5.  Do you find that Rough Country is liable for punitive damages under the law as
    given to you in the Court's charge?

    _____ (yes or no)

    SO SAY WE ALL, this _____ day of _____, 2025

                                    _____
                                    Foreperson (sign name)


                                    _____
                                    Foreperson (print name)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| Santana Bryson and Joshua Bryson, | * | |
| as Administrators of the | * | |
| Estate of C.Z.B., and as surviving | * | |
| parents of C.Z.B., a deceased minor, | * | |
| | * | Civil Action File |
| Plaintiffs, | * | |
| | * | No. 2:22-cv-17-RWS |
| v. | * | |
| | * | |
| Rough Country, LLC | * | |
| | * | |
| Defendant. | * | |

## **VERDICT – PHASE II**

State the amount of punitive damages you award against Rough Country:

$_____

SO SAY WE ALL, this _____ day of _____, 2025

_____
Foreperson (sign name)

_____
Foreperson (print name)