UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>    Plaintiffs,<br><br>v.<br><br>Rough Country, LLC,<br><br>    Defendant. | Civil Action File<br><br>No. 2:22-CV-017-RWS |

## [PROPOSED] ORDER

Having reviewed Defendant's Emergency Motion for Clarification of Court's Standing Order Regarding Civil Litigation [Doc. 121], the Court hereby Orders:

1.

Rough Country shall respond to Plaintiff's Motion to Strike the Untimely and Improper Sur-Rebuttal Report of Wesley Grimes [Doc. 116] **within fourteen (14) days** of the entry of this Order.

2.

Rough Country shall respond to Plaintiff's *Daubert* Motion to Exclude Defendant's Unrepresentative Crash Test [Doc. 115] within **fourteen (14) days** of the entry of this Order.

1

3.

Plaintiff shall respond to Rough Country's Motion to Strike Untimely Amended Report and Related Stimulations by G. Bryant Buchner [Doc. 119] within **fourteen (14) days** of the entry of this Order.

4.

Plaintiff shall respond to Rough Country's Motion to Strike Untimely and Improper Expert Disclosures by Paul Lewis [Doc. 118] within **fourteen (14) days** of the entry of this Order.

5.

All other deadlines will continue to be governed by the Court's November 17, 2023, and February 7, 2022 Orders (*see* Doc. 76; Doc. 4).

SO ORDERED this ____ day of _____, 2025.

_____
Honorable Richard W. Story
United States District Court Judge

## RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court complies with Local Rule 5.1 in that it was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Respectfully submitted, this 23rd day of January, 2025.

                                            CANNELLA SNYDER LLC

                                            */s/ Tedra L. Cannella*
                                            Tedra L. Cannella
                                            Georgia Bar No. 881085
                                            Robert H. Snyder, Jr.
                                            Georgia Bar No. 404522
                                            Devin L. Mashman
                                            Georgia Bar No. 257588

                                            *Attorneys for Plaintiffs*

315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
Phone:  404-800-4828
Fax:  404-393-0365

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *PROPOSED ORDER* was electronically filed with the Clerk of Court via CM/ECF, which will automatically serve the following attorneys of record:

Richard H. Hill
Claire C. Murray
Lindsay G. Ferguson
Aaron B. Chausmer
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
rhill@wwhgd.com
cmurray@wwhgd.com
lferguson@wwhgd.com
achausmer@wwhgd.com

This 23rd day of January, 2025.

                                         CANNELLA SNYDER LLC

                                         */s/ Tedra L. Cannella*
                                         Tedra L. Cannella
                                         Georgia Bar No. 881085
                                         *Attorney for Plaintiffs*