# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor, | ) ) ) ) Case No. 2:22-CV-017-RWS |
| Plaintiffs, | ) ) JURY TRIAL DEMANDED |
| v. | ) ) |
| Rough Country, LLC, | ) ) |
| Defendant. | ) ) |

## DEFENDANT'S NOTICE OF FILING ELECTRONIC MEDIA

COMES NOW Defendant Rough Country, LLC and files video footage of the Exponent crash test referenced in Plaintiffs' *Daubert* Motion to Exclude Defendant's Unrepresentative Crash Test (Doc. 115), file names 2210759_051523_Video.mp4 and 2210759_051523_Video.mov. Defendant has sent, by statutory overnight delivery, a copy of the videos saved on a thumb drive to the Northern District of Georgia Clerk's Office at Sidney O. Smith Federal Building & United States Courthouse, 121 Spring Street, SE, Room 201, Gainesville, Georgia 30501. The video has also been served on counsel for Plaintiffs electronically.

Respectfully submitted this 24th day of January, 2025.

|  |  |
|---|---|
|  | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|  |  |
|  | */s/ Aaron Chausmer* |
| 3344 Peachtree Road, N.E. | Richard H. Hill, II |
| Suite 2400 | Georgia Bar No. 354425 |
| Atlanta, GA 30326 | Aaron B. Chausmer |
| Phone:  404-876-2700 | Georgia Bar No. 119998 |
| Fax:   404-875-9433 | *Attorneys for Defendant Rough Country,* |
| rhill@wwhgd.com | *LLC* |
| achausmer@wwhgd.com |  |

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court complies with Local Rule 5.1 in that it was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

|  |  |
|---|---|
|  | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|  | */s/ Aaron Chausmer* |
| 3344 Peachtree Road, N.E. | Richard H. Hill, II |
| Suite 2400 | Georgia Bar No. 354425 |
| Atlanta, GA 30326 | Aaron B. Chausmer |
| Phone: 404-876-2700 | Georgia Bar No. 119998 |
| Fax: 404-875-9433 | *Attorneys for Defendant Rough Country, LLC* |
| rhill@wwhgd.com |  |
| achausmer@wwhgd.com |  |

## **CERTIFICATE OF SERVICE**

This is to certify that I have electronically served the foregoing filing with the Clerk of Court via CM/ECF, which will send a copy to the following attorneys of record:

Tedra L. Cannella
Robert H. Snyder, Jr.
Devin Mashman
CANNELLA SNYDER LLC
315 W Ponce de Leon Ave, Suite 885
Decatur, GA 30030
***ATTORNEYS FOR PLAINTIFFS***

This 24th day of January, 2025.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*/s/ Aaron Chausmer*
Richard H. Hill, II
Georgia Bar No. 354425
Aaron B. Chausmer
Georgia Bar No. 119998
*Attorneys for Defendant Rough Country, LLC*

3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
Phone: 404-876-2700
Fax: 404-875-9433
rhill@wwhgd.com
achausmer@wwhgd.com