UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>  Plaintiffs,<br><br>v.<br><br>Rough Country, LLC,<br><br>  Defendant. | Civil Action File<br><br>No. 2:22-CV-017-RWS |

## ORDER

Having reviewed Defendant's Emergency Motion for Clarification of Court's Standing Order Regarding Civil Litigation [Doc. 121], the Court hereby Orders:

1.

Rough Country shall respond to Plaintiff's Motion to Strike the Untimely and Improper Sur-Rebuttal Report of Wesley Grimes [Doc. 116] **within fourteen (14) days** of the entry of this Order.

2.

Rough Country shall respond to Plaintiff's *Daubert* Motion to Exclude Defendant's Unrepresentative Crash Test [Doc. 115] within **fourteen (14) days** of the entry of this Order.

3.

Plaintiff shall respond to Rough Country's Motion to Strike Untimely Amended Report and Related Stimulations by G. Bryant Buchner [Doc. 119] within **fourteen (14) days** of the entry of this Order.

4.

Plaintiff shall respond to Rough Country's Motion to Strike Untimely and Improper Expert Disclosures by Paul Lewis [Doc. 118] within **fourteen (14) days** of the entry of this Order.

5.

All other deadlines will continue to be governed by the Court's November 17, 2023, and February 7, 2022 Orders (*see* Doc. 76; Doc. 4).

SO ORDERED this 29th day of Jan., 2025.

_____
Honorable Richard W. Story
United States District Court Judge