# EXHIBIT G

| | |
|---|---|
| **From:** | Tedra Cannella |
| **To:** | Hill, Rick; Ferguson, Lindsay Gatling |
| **Cc:** | Devin Mashman; Cathy Huff |
| **Subject:** | Fw: Bryson v. Rough Country - Buchner Amended Report (Q#10519) |
| **Date:** | Wednesday, May 8, 2024 6:36:13 PM |
| **Attachments:** | image001.png |

Counsel, please see the below link for an amendment to Mr. Buchner's report and additional simulation data you had requested.

---

**From:** Melanie Porter <mporter@quest-engineering.com>
**Sent:** Wednesday, May 8, 2024 6:02 PM
**To:** Tedra Cannella <tedra@cannellasnyder.com>; Devin Mashman <devin@cannellasnyder.com>
**Cc:** Kim Cowart <kim@quest-engineering.com>; Jacob Breman <jbreman@quest-engineering.com>; Cathy Huff <cathy@cannellasnyder.com>
**Subject:** Bryson v. Rough Country - Buchner Amended Report (Q#10519)

Good afternoon,

Please see the Dropbox link below to access the report and the HVE simulation file. As always, please let me know if you have any issues/questions.

https://www.dropbox.com/scl/fo/uiay8m5s3r918r4fc3exy/AI7daLHKFyJCNcU51ELOmYA?rlkey=6x1zpmtrbfcebn8zvuovyvh0u&st=4f8hgz0u&dl=0

Thank you,

**Melanie A. Porter**
Project Engineer
Quest Engineering & Failure Analysis, Inc.
1937 Raymond Diehl Road
Tallahassee, FL 32308
Office: 850-531-0007x111
Cell: 954-330-7735

