# EXHIBIT J

Case 2:22-cv-00017-RWS   Document 125-10   Filed 02/12/25   Page 2 of 4
Wesley Grimes                                                May 9, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF GEORGIA
 2                   GAINESVILLE DIVISION
 3
        SANTANA BRYSON and JOSHUA   )
 4      BRYSON, as Administrators of)
        the Estate of C.Z.B., and   )
 5      as surviving parents of     )
        C.Z.B., a deceased minor,   )
 6                                  )
                  Plaintiffs,       )
 7                                  )   CIVIL ACTION FILE
        vs.                         )
 8                                  )   NO. 2:22-cv-17-RWS
        ROUGH COUNTRY, LLC,         )
 9                                  )
                  Defendant.        )
10      _____
11
12              VIDEOTAPED DEPOSITION OF
13                   WESLEY D. GRIMES
14                     May 9, 2024
15                     10:17 a.m.
16
17        Weinberg Wheeler Hudgins Gunn & Dial
18              3344 Peachtree Road, NE
19                    Suite 2400
20
21                  Atlanta, Georgia
22
23
24
25         Reported by: Marsi Koehl, CCR-B-2424
```

1    Schmoker, but I don't think he -- I -- I haven't gone
2    through this, so I don't know what it is, but he may
3    show up.  I don't think he does, but I don't know.
4         Q.  So not counting Mr. --
5         A.  -- Schmoker, yeah, yeah.  S-C-H -- Schmoker,
6    yeah.
7         Q.  Not counting Mr. Schmoker, I count 16 people
8    from your office billed to this matter.
9             Does that sound about right?
10        A.  If that's the count.
11        Q.  It wouldn't surprise you if you had a team
12   of 16 people working on this case?
13        A.  No.
14        Q.  And of those I count -- well, strike that.
15            I count eight engineers, not including
16   yourself.  Does that surprise you?
17        A.  That's probably right.
18        Q.  It sounds right to you that eight engineers
19   were working on this matter?
20        A.  Well, assisted.  Yeah.
21        Q.  Assisted in this matter?
22        A.  Yeah.
23        Q.  All right.  Do you still have the invoices
24   in front of you?
25        A.  I do.

1        CERTIFICATE

2

3   STATE OF GEORGIA:

4   COUNTY OF FULTON:

5

6        I hereby certify that the foregoing
7   transcript was taken down, as stated in the caption,
8   and the colloquies, questions, and answers were
9   reduced to typewriting under my direction; that the
10  transcript is a true and correct record of the
11  evidence given upon said proceeding.
12       I further certify that I am not a relative
13  or employee or attorney of any party, nor am I
14  financially interested in the outcome of this action.
15       This the 5th day of June, 2024.

16

17

18       *Marsi Koehl* (signature)

19  _____

20       Marsi Koehl, CCR-B-2424