# EXHIBIT H

| | |
|---|---|
| From: | Hill, Rick |
| To: | Cathy Huff; Ferguson, Lindsay Gatling; Chausmer, Aaron; Holmes, Arlene A. |
| Cc: | Tedra Cannella; Robert Snyder; Devin Mashman; Hannah Drosky Amanuel |
| Subject: | RE: STATUTORY ELECTRONIC SERVICE - Second Supplement to Plaintiffs" Initial Disclosures |
| Date: | Monday, June 24, 2024 2:28:11 PM |
| Attachments: | image001.png<br>rev_25yearsesig_526805bb-2289-415b-b3ea-50670788be0a.png |

Counsel,

Please provide dates for the depositions of Mr. Buchner and Mr. Roche in connection with their supplemental disclosures.

Thanks,
Rick



Richard H. Hill, II, Attorney
**Weinberg Wheeler Hudgins Gunn & Dial**
3344 Peachtree Road NE | Suite 2400 | Atlanta, GA 30326
D: 404.832.9534 | F: 404.875.9433
www.wwhgd.com | vCard

**From:** Cathy Huff <cathy@cannellasnyder.com>
**Sent:** Monday, June 17, 2024 5:29 PM
**To:** Hill, Rick <RHill@wwhgd.com>; Ferguson, Lindsay Gatling <LGatling@wwhgd.com>; Murray, Claire C. <CMurray@wwhgd.com>; Chausmer, Aaron <AChausmer@wwhgd.com>; Greenslit, Kristin <kgreenslit@wwhgd.com>; Deubel, Emily G. <edeubel@wwhgd.com>; Lerch, Connie W. <CLerch@wwhgd.com>; Smith, LaDonna D. <LSmith@wwhgd.com>; Flynn, Monica P. <MFlynn@wwhgd.com>; Holmes, Arlene A. <aholmes@wwhgd.com>
**Cc:** Tedra Cannella <tedra@cannellasnyder.com>; Robert Snyder <rob@cannellasnyder.com>; Devin Mashman <devin@cannellasnyder.com>; Hannah Drosky Amanuel <hannah@cannellasnyder.com>
**Subject:** STATUTORY ELECTRONIC SERVICE - Second Supplement to Plaintiffs' Initial Disclosures

**This Message originated outside your organization.**

Re: *Santana Bryson, et al. v. Rough Country, LLC,* United States District Court for the Northern District of Georgia, Gainesville Division, Civil Action No. 2:22-cv-17-RWS

Dear Counsel:

Attached in the below Dropbox link is a statutory electronic service copy of the following:

1. Second Supplement to Plaintiffs' Initial Disclosures with Attachment B and all documents being produced.
2. Rule 5.4 Certificate of Serving Discovery.

Dropbox link: 2024-06-17 Supplemental Expert Reports

Best regards,

CANNELLA | SNYDER

**Cathy Huff**
Paralegal

**Phone**: 404.800.4828
**Email**: cathy@cannellasnyder.com

315 W. Ponce de Leon Ave.
Suite 885
Decatur, GA 30030

www.cannellasnyder.com

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.