# EXHIBIT 1

DamageStudio-SIMON, Simulation - Test 15in

Vehicle Name: Ford Escape 4-Dr - Test

### Viewer Options
- Damage: Simulated ☑ Show
- Xparency: 0.00
- Photo View: Front
- Filename:

### Damage Profile
- Impulse No: 1
- CDC: 06BDAW3
- PDOF (deg)-Azimuth: -177.0
- Zenith: 1.3
- Width (in): 61.7
- Offset (in): -3.3
- Number of Zones: 5
- Elevation/Dist No: 1 ☑ Is Used
- Elevation/Dist (in): 0.0

| Crush No | Crush Depth (in) | Free Space (in) | Total Depth (in) |
|---|---|---|---|
| C1 | 0.0 | 122.8 | 122.8 |
| C2 | 14.8 | 5.7 | 20.6 |
| C3 | 15.6 | 4.3 | 19.8 |
| C4 | 15.6 | 3.2 | 18.8 |
| C5 | 12.5 | 5.3 | 17.8 |
| C6 | 6.9 | 4.1 | 11.0 |

Rotx  Roty                                Zoom  27.0 Dolly

**EXHIBIT**

**Plaintiff's 1**