# EXHIBIT 2



# Supplemental Report
Prepared by
Wesley Grimes

RE:

# Bryson v. Rough Country, LLC
Mecanica Case Number: 22-3104
Date of Collision: March 15, 2020

Location of Crash:
Intersection of Georgia 2 and Georgia 5
Blue Ridge, Fannin County, Georgia

*Report Prepared For:*

Mr. Rick H. Hill, II
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326

Report Date: November 26, 2024

2812 N. Norwalk, Suite 123 ● Mesa, Arizona 85215
Telephone (480) 655-0399 ● Facsimile (480) 655-0693
www.mecanicacorp.com

November 26, 2024                                                                        *Page 6*
*Mr. Rick H. Hill, II*
*Re: MSSC Case No. 22-3104 / Bryson v. Rough Country, LLC*



**Figure 45: HVE damage data for Ford Escape in simulation run with 15 inch offset.**