# EXHIBIT 1

Case 2:22-cv-00017-RWS   Document 131-1   Filed 02/25/25   Page 2 of 6
G. Bryant Buchner
July 11, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

1        IN THE UNITED STATES DISTRICT COURT
2        FOR THE NORTHERN DISTRICT OF GEORGIA
3               GAINESVILLE DIVISION
4
5   CASE NUMBER:  2:22-CV-017-RWS
6
7   SANTANA BRYSON, et al.,
8          Plaintiffs,
9          vs.
10  ROUGH COUNTRY, LLC,
11         Defendant.
12
13           * * * * * * * * * * * * *
14
15
16            THE ORAL PROCEEDINGS
17   OF THE DEPOSITION OF G. BRYANT BUCHNER
18              JULY 11, 2024
19
20
21  REPORTER:  Paul Morse
22             Certified Court Reporter
23             and Notary Public

1   was run in October-ish of '23.  The depo was in
2   January.  And I hadn't opened the file or
3   looked at it.  And when we went to retrieve it,
4   it basically didn't exist.  The run file did
5   not exist.  And so we could not -- we did
6   everything we could to try to locate it and
7   find it.  And all that we can think of is that
8   something happened during the save process.
9        And so I had -- just had no idea that that
10  thing wasn't there.  I hadn't looked for it in
11  months.  So that's -- that's the unforeseen
12  technical issue.  It happens to, you know, all
13  of us at times when you think you've saved
14  something and it didn't get saved properly or
15  maybe there was a corruption in the -- you
16  know, on the computer disc somewhere.  I don't
17  know.
18        Maybe somebody opened it later on and
19  thought it was something else and moved it to a
20  folder and we can't find it.  I don't know.
21            Q.    What is the process after you run
22  an HVE simulation to save the files associated
23  with that simulation?

1      A.    Well, it -- it really ought to be
2    saved and moved into the -- you know, into the
3    job file and put into engineering analysis,
4    which you've probably seen my EA folders,
5    engineering analysis folders.  It wasn't --
6    that -- that final step apparently didn't
7    happen.  It was still on the simulation
8    computer.  At least that's where we thought it
9    was.  And but it didn't -- it just wasn't in
10   any other place.  I don't think it ever got
11   moved was the problem.  That's the reason I --
12   I needed to go get a copy of it.
13         Q.    And when you say later on in
14   this -- on this page that -- at the bottom you
15   said since the simulation had been corrupted,
16   what do you mean by the term corrupted?
17         A.    Well, whatever we found did not --
18   we went back to the archives and everything.
19   We never found anything that looked like the
20   accident one.  And it's even suspect that the
21   printout that I was using was -- was from the
22   one that I had looked at back in October.
23         So the word corrupted is kind of a general

1        A.    I don't know as I sit here, no.
2        Q.    You don't know if there's hinges
3   on the Escape?
4        A.    I don't know the height of it, but
5   I do see the hinges.
6        Q.    Right.  And so you don't know the
7   height of the hinges?
8        A.    Not as I sit here, no.
9        Q.    Okay.  And you didn't factor in
10  any of those heights in analyzing the photo
11  parallax here with this --
12       A.    Of course I did.  I used -- I used
13  something that was higher than the roof of the
14  Escape and something that was lower than the
15  roof of the Escape to get a range.  We know
16  that the roof of the Escape is above the hood
17  of the F-250.  But the roof of the Escape is
18  below the roof of the F-250.
19       Q.    Right.  So the impact -- the
20  center line impact then following that logic
21  would be somewhere between the red dotted line
22  and the green dotted line?
23       A.    Yes.

Page 310

1            REPORTER'S CERTIFICATE

2    STATE OF ALABAMA,

3    BALDWIN COUNTY,

4            I, Paul Morse, Certified Court Reporter
5    and Commissioner for the State of Alabama at
6    Large, do hereby certify that the above and
7    foregoing proceedings was taken down by me by
8    stenographic means, and that the content herein
9    was produced in transcript form by computer aid
10   under my supervision, and that the foregoing
11   represents, to the best of my ability, a true
12   and correct transcript of the proceedings
13   occurring on said date and at said time.
14            I further certify that I am neither of
15   kin nor of counsel to the parties to the action
16   nor in any manner interested in the result of
17   said case.

22   Paul Morse, CCR
23   ACCR #588 Expires 9/30/24