IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**TWO WEEK CALENDAR COMMENCING MONDAY, APRIL 14, 2025, AT <u>9:30A.M.</u> IN COURTROOM 303, U. S. COURTHOUSE, 121 SPRING STREET, GAINESVILLE, GEORGIA, HONORABLE RICHARD W. STORY, PRESIDING.**

<u>**DO NOT APPEAR UNLESS YOU ARE NOTIFIED BY THE COURT. THE CASES MAY BE TAKEN OUT OF THE ORDER LISTED.**</u>

<u>**PRETRIAL CONFERENCES TO BE SCHEDULED BY SEPARATE NOTICE.**</u>

| ATTORNEYS<br>CASE NUMBER | STYLE OF CASE | NATURE OF OFFENSE/CAUSE |
|---|---|---|
| **Andrew Becker**<br><br>2:21-cv-254 | **BISON PRODUCTION COMPANY**<br><br>V. | 28:1446 Notice of Removal-Breach of Contract |
| **Heidi Cheng** | **LUKE SUPPLY, INC. et al** | |
| **Brad Fallon**<br><br>2:23-cv-037 | **BRIAN ERKARD**<br><br>V. | 42:12101 Americans with Disabilities Act of 1990 |
| **Christopher Ahearn** | **FEDERAL EXPRESS** | |
| **Tedra Cannella**<br><br>2:22-cv-017 | **SANATANA BRYSON et al**<br><br>V. | 28:1332 Diversity - Wrongful Death |
| **Aaron Chausmer** | **ROUGH COUNTRY, LLC** | |

| | | |
|---|---|---|
| Melanie Lane<br><br>2:24-cv-203 | RIVER LAUREL GIFTS & BOUTIQUE, LLC et al<br><br>V.<br><br><br>TIFFANY MAILLET | 28:1331 Fed. Question - Damages |
| Tiffany Maillet | | |
| Alexander Bell<br><br>2:24-cv-006<br><br><br><br>Kevin Dale | EVANS GENERAL CONTRACTORS, LLC<br><br>V.<br><br><br><br>FLYNN BROTHERS CONTACTING, INC. et al | 28:1446 Notice of Removal - Breach of Contract |

Dated: February 26, 2025

Stacey Kemp - Courtroom Deputy Clerk
Atlanta Office: 404-215-1349
Gainesville Office: 678-450-2751

In the United States District Court

For the Northern District of Georgia

Gainesville Division

CLERK'S CERTIFICATE OF MAILING

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia, at Gainesville, Georgia, hereby certify:

1. That pursuant to instructions for the United States District Judges and in the performance of my duties as Clerk, there was mailed to each of the parties named on the attached Civil Notice filed herein, or as otherwise appearing in the files in such cause except where the address is unknown, a Notice of Jury Trial for April 14, 2025, a true copy of which is attached hereto;

2. That the attached Notice was also mailed or electronically transmitted to counsel for each plaintiff and defendant;

3. That such Notice was enclosed and sealed in envelopes bearing the lawful frank of the United States District Court or contained the official Notice of Electronic Filing.

4. That said envelopes were delivered to and deposited in the regular mails of the United States Postal Service in the City of Gainesville in said District on the 26th day of February, 2025.

KEVIN P. WEIMER, CLERK

BY: s/Stacey Kemp
     Courtroom Deputy Clerk