# CANNELLA | SNYDER

Phone: 404.800.4828 ▪ cannellasnyder.com ▪ Fax: 404.393.0365
315 W. Ponce de Leon Ave., Suite 885, Decatur, GA 30030

March 4, 2025

**VIA EMAIL AND U.S. MAIL**

The Honorable Mike Jacobs
c/o Jacob Davis, Staff Attorney
State Court of Dekalb County, Division 5
556 N. McDonough Street, Suite 3230
Decatur, Georgia 30030
jodavis@dekalbcountyga.gov

The Honorable Richard W. Story
c/o Stacey Kemp, Courtroom Deputy Clerk
140 United States Courthouse
121 Sprint Street, S.E.
Gainesville, Georgia 30501
Stacey_kemp@gand.uscourts.gov

    Re:   *Christopher Milling vs. Burns & McDonnel Engineering Company & Justin Kanitz,* State Court of Dekalb County, Georgia, 23A01565

           *Santana Bryson et al. v. Rough Country, LLC*, in the U.S. District Court for the Northern District of Georgia, Gainesville Division, 2:22-cv-17

Dear Mr. Davis:

   I write to inform you of a conflict for the above-referenced cases for which I am lead counsel. The *Milling* matter is scheduled for a Motions Hearing on Monday, March 24th at 1:30 p.m. at the Dekalb County Courthouse. The *Bryson* matter is scheduled for a Pre-Trial Conference at 9:30 a.m. on the same date at the United States Courthouse in Gainesville, Georgia. The *Bryson* Case was filed on February 1, 2022; therefore *Bryson* takes precedence under Uniform Superior Court Rule 17.1(B)(4).

   Per Uniform Superior Court Rule 17.1 and Georgia Uniform Court Rule 16.1, I certify that these matters cannot be adequately handled and the client's interests protected without my participation in both hearings. Therefore, I hereby request that the *Milling* matter be continued from the Court's calendar. I am copying Judge Story's courtroom deputy clerk on this communication as well.

   By copy of this correspondence, I am notifying all counsel and parties of this communication with the Court. Thank you for your consideration regarding this conflict. If further discussion of the same is needed by the Court, please do not hesitate to contact me.

March 4, 2025
Page 2 of 2

        Sincerely,

        CANNELLA SNYDER LLC

        TEDRA L. CANNELLA

TLC/ldw

cc:    Gwen Havlik (havlikg@deflaw.com)
       Barbara Marschalk (marshchalkb@deflaw.com)
       Tracee Benzo (tracee@benzolaw.com)
       Richard H. Hill, II (rhill@wwhgd.com)
       Aaron Ben Chausmer (achausmer@wwhgd.com)
       Christina Fortier (cfortier@wwgd.com)
       Lindsay Ferguson (lferguson@wwhgd.com)
       Robert Snyder (rob@cannellasnyder.com)
       Devin Mashman (devin@cannellansnyder.com)
       *Via email*