# CANNELLA | SNYDER

Phone: 404.800.4828 ▪ cannellasnyder.com ▪ Fax: 404.393.0365
315 W. Ponce de Leon Ave., Suite 885, Decatur, GA 30030

March 10, 2025

Hon. Richard W. Story
Senior Judge, United States District Court, Northern District
2121 Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

Re:   *Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of a deceased minor, C.Z.B. v. Rough Country, LLC*, United States District Court for the Northern District of Georgia, Gainesville Division, Civil Action No. 2:22-cv-17-RWS

Dear Judge Story:

As the Court is aware, I am lead counsel for Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1.E(3), I am writing to request that no conference or hearing be held in the case during April 7, 2025, through April 11, 2025, as I will be on a family vacation.

Sincerely,

CANNELLA SNYDER LLC

ROBERT H. SNYDER

RHS/ldw
cc: Counsel of Record, via CM/ECF