# EXHIBIT 2

5/8/2024

Tedra Cannella
Cannella Snyder
315 W. Ponce de Leon Ave, Suite 885
Decatur, GA 30030

Re:   FR26 Amended Report

File: **Bryson v. Rough Country**
      Quest File No: 10519

Dear Ms. Cannella,

This document serves as an amendment to the FR26 report previously submitted on October 12, 2023, regarding the case of Bryson v. Rough Country. The purpose of this amendment is to address an unforeseen technical issue that resulted in the loss of the original simulation file, which was used in some of my initial findings.

My intention was to produce the entire simulation, including raw data and all reports but because data was lost, we ran an amended simulation as spelled out below.

As this report discusses, my conclusions have not changed. The amended simulation results in a nearly identical amount of crush as was found in the initial simulation. Analysis of both simulations result in the same conclusion:

Calculations and simulations of the accident with the F250 at factory height produced a collision that reduced the Escape's crush and resulted in damage which would not have penetrated to the rear seat such that the rear occupant compartment would not have been compromised.

**Background**

The subject crash involved a lifted Ford F250, which rear-ended a Ford Escape at 51 mph. The F250 overrode key structural components of the Escape by engaging with the hatch, rather than the bumper. As discussed in the previously submitted FR26 report, a simulation was run to study the effect of bumper height on the dynamics of the crash. Since this simulation had been corrupted and the precise parameters can no longer be extracted, a simulation was run again and is discussed in this report.

**BRYSON 009348**

**Work Performed**

The initial simulation and the rerun simulation were generated using the same methodology, by using the software Human Vehicle Environment (HVE) by Engineering Dynamics Company (EDC), using Simulation Model Non-Linear (SIMON).

Our attempt to precisely reproduce the simulation discussed in my October 12, 2023 report were unsuccessful because data used in that simulation was lost. Therefore, we ran an amended simulation, which was performed consistent with my deposition testimony.

Initial Simulation Comparison to Rerun Simulation

In the amended simulation, instead of using Neptune data for the stiffness coefficients, the properties for the F250 came directly from the Vehiclemetrics database. I testified in my deposition that I would use this data if it was available in the software suite, and because we have now located it after the deposition, I used it in the amended simulation. Essentially, my intent was to use any default data from HVE in my simulation, if possible, and I am doing this to this day. To be clear, we originally, and still are using HVE's Ford Escape properties.

In my deposition, stated the offset was one foot to the driver's side on the Escape, which has been used in the simulation rerun. My conclusion is that the lateral offset between the vehicles was 1 foot, as evidenced on the accident Escape's rear hatch and Ford F250's front.

The amended simulation includes no braking on either vehicle, even though the black box data indicates the F250 driver applied the brakes shortly before impact. Applying braking would tend to reduce crush on the Escape. Omitting braking makes my estimate of the increased crush the lift causes more conservative.

The opposing expert indicates that the tire sizes used in the simulation should have been larger. I updated the simulation accordingly.

Vehicles

HVE contains a default vehicle database from EDC. Vehicle databases, such as Vehiclemetrics, may also be imported to HVE. The vehicles were both weighed at the inspection on 2/22/2022 by a representative of Quest Engineering & Failure Analysis.

The vehicle used for the subject F250 was a 2008-2016 year range Ford F250 Super Duty XL 4x4 from the Vehiclemetrics database. This vehicle was the regular cab body style, while the subject truck was a crew cab. The regular cab geometry was replaced with a scan-based crew cab geometry. The scan was based off an exemplar stock 2015 F250 Super Duty 4x4 Crew Cab (VIN: 1FT7W2BT2FEC86347). The geometry was generated by an EDC Modeling Partner, Baker Sneddon Consulting. The exemplar F250 placard had slightly smaller wheels than the subject F250 placard, with a total difference in wheel radius of 0.45 inches, however the simulation wheels were modified to match the original accident vehicle tire diameters. The weight was adjusted to the measured weight of the accident truck plus the weights of the occupant and cargo, totaling 8485 pounds (*Appendix A*). The dimensions were verified

**BRYSON 009349**

using Expert AutoStats. The tires used on the F250 were P275/60R20 (as this was the closest option in the database to the stock subject truck), which were about 0.55 inches smaller in radius. The radius was then adjusted to the stock accident wheel radius of 17.05 inches. The bumper height of the stock F250 of 29 inches in the simulation was verified through measurements of the exemplar truck (Figure 1), in addition to the measurements of the exemplar F250 used in the crash test that was performed by Exponent (*Figure 2*). Other properties of the F250 used in the simulation rerun were defaults.



*Figure 1: F250 Exemplar (Quest)*



*Figure 2: F250 Exemplar (Exponent)*

The vehicle used for the subject Escape was a 2001-2011 year range Ford Escape from the EDC database. The weight was adjusted to the measured weight of the accident vehicle plus the weights of the occupants and cargo, totaling 3743 pounds (*Appendix A*). Other properties of the Escape used in the simulation rerun were defaults.

Positions

In the simulation rerun, the Escape was placed at 0 mph in an arbitrary location. The front of the F250 was placed just behind the rear of the Escape with a lateral offset of 12 inches to the left of the Escape. The speed of the F250 was 51 mph.

Simulation

Once the parameters discussed above had been set, the simulation was run. The target for the simulation was reaching a longitudinal delta-V on the F250 of 17.92 mph that was recorded in the black box of the subject F250. This was achieved by varying the relaxation length, which resulted to be 0.099.

**Observations and Results**

F250

The HVE software uses a consistent methodology to measure crush, which it applied to the F-250 and the Ford Escape in both simulated crashes. The difference in bumper crush between the two simulation

**BRYSON 009350**

runs was on average less than 0.1 feet (*Figure 3*). The delta-V resulted to be 17.9 mph, consistent with the black box data.



*Figure 3: F250 Crush Comparison*

Escape

The difference in bumper-level crush between the two simulation runs was on average less than 0.1 feet (*Figure 4*). The delta-V on the Escape resulted to be 40.2 mph, 0.4 mph more than in the initial simulation.



*Figure 4: Escape Crush Comparison*

**BRYSON 009351**

**Opinions**

The simulation rerun results were very similar in results such that none of my opinions need to be amended. I am providing a full electronic copy of my simulation run such that defense experts can verify results, if they want to do so. The methodology discussed in my deposition is the same methodology I have used here, with the exceptions outlined above, which make my work simply more accurate to the subject accident. My conclusion also remains the same. None of my conclusions, which are detailed on pages 10-11 in my October 12, 2023 Report, have changed. In my deposition, I detailed these opinions and my work which is essentially unchanged. I have now also provided a working copy of the simulation to help support my opinions.

The reports generated by HVE are attached (*Appendix B*).

I reserve the right to continue to supplement my opinions as discovery is ongoing.


Sincerely,

**QUEST ENGINEERING & FAILURE ANALYSIS, INC.**

*[signature: G. Bryant Buchner]*

G. Bryant Buchner, P.E.
Chief Engineer

GBB/MAP