# EXHIBIT 6



2812 N Norwalk, Suite 123
Mesa, Arizona 85215
(480) 655-0399

# WESLEY GRIMES — CURRICULUM VITAE

## POSITION

Director of forensic services at Mecanica Scientific Services Corporation. Mr. Grimes specializes in transportation crash analysis and reconstruction including the imaging (downloading) and analysis of data from passenger vehicle Event Data Recorders and Heavy Vehicle Event Data Recorders (HVEDR), vehicle performance testing and analysis. He also teaches about and utilizes computer simulation models, specifically the Human Vehicle Environment (HVE) computer simulation software. Mr. Grimes is also one of six instructors of the SAE Continuing Education Courses on *Accessing and Interpreting Heavy Vehicle Event Data Recorders* (Course ID # C1022) along with *Advanced Applications of Heavy Vehicle EDR Data* (Course ID # C1901)

## AREAS OF EXPERTISE

- Event Data Recorder (EDR) data retrieval and analysis
- Reconstruction of accidents involving passenger vehicles and commercial trucks
- Performance analysis of vehicle systems, including heavy trucks, ADAS, CMS
- Instrumentation for vehicle performance testing
- Computer modeling of crashes using simulations
- Computer visualizations used in crash analysis
- Documentation of crash scenes using drone photos and ground based photography
- Documentation of vehicle damage using photography and 3-d scanners

## EXPERIENCE

- February 2022 - Present
    Mecanica Scientific Services Corp., Mesa, Arizona

- February 1994 - February 2022
    Collision Engineering Associates, Inc., Mesa, Arizona.

- Nov. 1979 - April 1980 & July 1981 - February 1994
    Cromack Engineering Associates, Inc., Tempe, Arizona.

# EDUCATION

- Brigham Young University, 1978 - 1979, Engineering courses
- Arizona Tech, 1981, Computer programming
- Mesa Community College, 1986 - 1989, Engineering courses
- Arizona State University, 1988 - 1992, Mechanical Engineering, BSME

# PROFESSIONAL MEMBERSHIPS

Societies:
- Association for the Advancement of Automotive Medicine, AAAM
- Society of Automotive Engineers, SAE
- Member, Accident Investigation and Reconstruction Practices Committee, SAE, 1982-2012
- Vice President, ATB User's Group, 1996, 1997
- National Association of Professional Accident Reconstructionists, NAPARS
- Southwest Association of Technical Accident Investigators, SATAI
- American Society of Media Photographers, ASMP
- International Association of Forensic and Security Metrology, IAFSM

Registrations/Certificates:
- Professional Engineer, Arizona certificate no. 26907
- Professional Engineer, Louisiana license no. 31362
- Society of Automotive Engineers, Accident Reconstruction Certificate, 2016
- FAA Drone Airman Certificate

# PRESENTATIONS/ OTHER ACTIVITIES / AWARDS

- Session Co-organizer for SAE at the annual SAE World Congress, Accident Reconstruction: Technology and Animation, 1991 - 2000
- Instructor - The HVE Developers Conference in San Francisco, CA, 1996
- Instructor - Car Crashes and Occupant Injuries, AAAM Course, 1997
- Instructor - The HVE Developers Conference in Scottsdale, AZ, 1997
- Accident Reconstruction: Animation vs Simulation, Nevada Trial Lawyers Association, 1 CLE credit, August 1997
- Accident Reconstruction and the Seat Belt Defense, Teilborg, Sanders & Parks, P.C., 1 CLE credit, November 1997
- Tractor Trailer Jackknife Avoidance and Decision Driving Techniques, Wisconsin Decision Driving Center, 1998
- Instructor - 3-D Human Simulation use GATB, The HVE Forum in New Orleans, LA, 1998
- Instructor - The HVE Developers Conference in New Orleans, LA, 1998
- Instructor - The HVE Developers Conference in Atlanta, GA, 1999
- Instructor - The HVE Conference in San Diego, CA, 2000
- Instructor - The HVE Conference in Santa Fe, NM, 2001

- Received the Forest R. McFarland Award as "A Key Contributor to the SAE International Congress Meeting, 1991-2000," presented 2002
- Instructor - The HVE Conference in New Orleans, LA, 2002
- Instructor - SATAI Spring Conference in Las Vegas, NV, 2003
- Instructor - The HVE Conference in Las Vegas, NV, 2003
- Using ATB Under the HVE Environment - A Case Study, The ATB User's Group Conference in Salt Lake City, UT, 2004
- Instructor - The HVE Forum in San Francisco, CA, 2004
- HTTG Heavy Truck Brake Testing in East Liberty, OH, 2004
- Instructor - The HVE Forum in Miami, FL, 2005
- Instructor - Advanced Case Studies using HVE, The HVE Forum in Miami, FL, 2005
- Instructor - The HVE Forum in Phoenix, AZ, 2006
- Instructor - Advanced Case Studies using HVE, The HVE Forum in Phoenix, AZ, 2006
- Instructor - The HVE Forum in San Antonio, TX, 2007
- Instructor - Advanced Case Studies using HVE, The HVE Forum in San Antonio, TX, 2007
- Instructor - The HVE Forum in San Diego, CA, 2008
- Instructor - Advanced Case Studies using HVE, The HVE Forum in San Diego, CA, 2008
- Instructor - Advanced Digital Photography for Accident Reconstruction, SATAI Conference in San Diego, CA, November, 2010
- Instructor - The HVE Forum in Scottsdale, AZ, 2011
- Instructor - Advanced Case Studies using HVE, The HVE Forum in New Orleans, LA, 2012
- Instructor - Using 3D Laser Scanners in Accident Reconstruction, International Association of Forensic and Security Metrology Annual Conference, 2015
- Motorcycle Crash Test Team Member - ARC-CSI Crash Conference, Las Vegas, NV, 2016
- Instructor - Advanced Digital Photography for Accident Reconstruction, ARC-CSI Crash Conference, Las Vegas, NV, 2016
- ARC-CSI - Motorcycle Drag Factor Testing, Las Vegas, NV, 2016
- Instructor - Two Blocks of Instruction: CloudCompare, Photo Substitution Work flow, FARO Scene 7 Update Training, 2017
- Instructor - Using Pix4d in Accident Reconstruction, IAFSM Conference, Atlanta, GA, 2017
- Instructor - Vehicle Crash Reconstruction: Principles and Technology, SAE Course, Phoenix, AZ, 2017
- Instructor - Vehicle Crash Reconstruction: Principles and Technology, SAE Course, Segundo, CA, 2018
- Instructor - Vehicle Crash Reconstruction: Principles and Technology, SAE Course, Aberdeen Proving Ground, MD, 2018
- Instructor - Vehicle Crash Reconstruction: Principles and Technology, SAE Course, Herndon, VA, 2018
- Instructor - Accident Reconstruction with Heavy Vehicle Event Data Recorders, MSC Recon, Mesa, AZ, 2018
- Instructor - Vehicle Crash Reconstruction: Principles and Technology, SAE Course, Phoenix, AZ, 2018
- Instructor - A Moving Picture's Worth a Thousand Words: Animated Accident Reconstruction, Arizona Association for Justice, Phoenix, AZ, 2018
- Instructor - Vehicle Crash Reconstruction: Principles and Technology, SAE Course, Phoenix, AZ, 2019
- Instructor - Heavy Vehicle Topics, SATAI Summer Conference, July, 2019

- Instructor - Vehicle Crash Reconstruction: Principles and Technology, SAE Course, Denver, CO, 2019
- Instructor - Advanced Applications of Heavy Vehicle EDR Data, SAE Course, Oxnard, CA, 2019
- Instructor - Vehicle Crash Reconstruction: Principles and Technology, SAE Course, Scottsdale, AZ, 2020
- Instructor - Using Freightliner New Cascadia ECM Data in Accident Reconstruction, NAPARS, 2020
- Instructor - Advanced Applications of Heavy Vehicle EDR Data, SAE Course, Oxnard, CA, 2021
- Instructor - Accessing and Interpreting Heavy Vehicle Event Data Recorders, SAE Course, Oxnard, CA, 2021
- Instructor - Advanced Applications of Heavy Vehicle EDR Data, SAE Course, Oxnard, CA, 2021
- Instructor - Accessing and Interpreting Heavy Vehicle Event Data Recorders, SAE Course, Appleton, WI, 2022
- Instructor - Advanced Applications of Heavy Vehicle EDR Data, SAE Course, Appleton, WI, 2022

## PUBLICATIONS & PRESENTATIONS

- "Field Application of Photogrammetric Analysis Techniques: Applications of the FOTOGRAM Program," SAE Paper No. 861418, Society of Automotive Engineers, Detroit, Michigan, September, 1986.
- "Computer Animation Techniques for Use in Collision Reconstruction," SAE Paper No. 920755, Society of Automotive Engineers, Detroit, Michigan, February, 1992.
- "Classifying the Elements in a Scientific Animation,"  SAE Paper No. 940919, Society of Automotive Engineers, Detroit, Michigan, February 1994.
- "Using ATB in Collision Reconstruction," SAE Paper No. 950131, Society of Automotive Engineers, Detroit, Michigan, February 1995.
- "Analysis of Acceleration in Passenger Cars and Heavy Trucks," SAE Paper No. 950136, Society of Automotive Engineers, Detroit, Michigan, February 1995.
- "Programming FORTRAN Applications For HVE," SAE Paper No. 960889, Society of Automotive Engineers, Detroit, Michigan, February 1996.
- "Developing a Crush Profile Estimate by Balancing Impact Forces," SAE Paper No. 970942, Society of Automotive Engineers, Detroit, Michigan, February 1997.
- "Using ATB Under the HVE Environment," SAE Paper No. 970967, Society of Automotive Engineers, Detroit, Michigan, February 1997.
- "Documenting Scientific Visualizations and Computer Animations Used in Collision Reconstruction Presentations," SAE Paper No. 980018, Society of Automotive Engineers, Detroit, Michigan, February 1998.
- "3-Dimensional Simulation of Vehicle Response to Tire Blow-outs," SAE Paper No. 980221, Society of Automotive Engineers, Detroit, Michigan, February 1998.
- "Low Speed Acceleration of the Kenworth T600 Tractor Truck," SAE Paper No. 980366, Society of Automotive Engineers, Detroit, Michigan, February 1998.
- "Low Speed Acceleration of the Freightliner FLD-120 Tractor Truck," SAE Paper No. 1999-01-0092, Society of Automotive Engineers, Detroit, Michigan, March 1999.
- "The Effect of Crash Pulse Shape on Occupant Simulations," SAE Paper No. 2000-01-0460, Society of Automotive Engineers, Detroit, Michigan, March 2000.

- "Low-Speed Acceleration of a Kenworth T2000 Tractor-Truck with Autoshift Transmission," SAE Paper No. 2000-01-0470, Society of Automotive Engineers, Detroit, Michigan, March 2000.
- "The Importance of Crash Pulse Data When Analyzing Occupant Kinematics Using Simulations," WP# 2000-2, Engineering Dynamics Corporation, Beaverton, Oregon, 2000.
- "Extracting Tire Model Parameters From Test Data," WP# 2001-4, Engineering Dynamics Corporation, Beaverton, Oregon, 2001.
- "Heavy Truck Brake Designer Validation Testing," WP# 2005-2, Engineering Dynamics Corporation, Beaverton, Oregon, 2005.
- "Analyzing the Trip-Phase of Soft-Soil Rollovers," SAE Paper No. 2006-01-1558, Society of Automotive Engineers, Detroit, Michigan, April 2006.
- "Extracting Tire Model Parameters from Test Data," SAE Paper No. 2006-01-1399, Society of Automotive Engineers, Detroit, Michigan, April 2006.
- "Accident Reconstruction Analysis," The Claim Adjuster's Automobile Liability Handbook, Chapter 9, West-A Thompson Reuters Business, 2009.
- "Updated Heavy Truck Air Chamber Force Data Charts," Accident Reconstruction Journal, Volume 26, No. 6, November/December, 2016.
- "Evaluation of The Mide Slam Stick X as a Low-Cost Accelerometer and Data Acquisition System for Vehicle Crash Testing," Collision Magazine, Volume 11, Issue 2, February 2017.
- "Motorcycle Crash Testing: Advanced Boot Camp Was Born," Collision Magazine, Volume 11, Issue 2, February 2017.
- "Acceleration Testing of 2016 Kenworth T680 with Automated Manual Transmission in Auto Mode," SAE Paper No. 2017-01-1418, Society of Automotive Engineers, Detroit, Michigan, March 2017.
- "Acceleration Testing of 2016 Freightliner Cascadia with Automated Manual Transmission in Auto Mode," SAE Paper No. 2017-01-1426, Society of Automotive Engineers, Detroit, Michigan, March 2017.
- "Acceleration Testing of 2011 MCI J4500 45 foot Motor Coach," SAE Paper No. 2019-01-0409, Society of Automotive Engineers, Detroit, Michigan, April 2019.
- "Acceleration Testing of 2000 Van Hool 45 Foot Motor Coach," SAE Paper No. 2019-01-0431, Society of Automotive Engineers, Detroit, Michigan, April 2019.
- "Evaluation of the Heavy Vehicle Event Data Recorder for the Freightliner New Cascadia with Detroit Diesel Engines," SAE Paper No. 2019-01-0636, Society of Automotive Engineers, Detroit, Michigan, April 2019.

# CONTINUING EDUCATION

- Accident Investigation Practices Subcommittee Workshop I, SAE, 1985
- Analytical Reconstruction of Automobile Crashes Using a 3-D Simulator, SAE Seminar 1987
- Accident Reconstruction Photogrammetry Workshop, SAE, 1990
- Commercial Vehicle Accident Investigation and Reconstruction, Arkansas State University, 1993
- Automobile Vehicle Dynamics, SAE Seminar 1994
- Low Speed Rear Impact Collision TOPTEC, SAE, 1994
- Optics, Vision and Automotive Engineering, SAE, 1995
- The 1995 ATB Model User's Colloquium
- Mechanics of Heavy-Duty Trucks and Truck Combinations, UMTRI, 1995

- Sensor Design for Automobile Air Bag Systems, SAE, 1995
- Biomechanics of Impact, AAAM, 1995
- The 1996 ATB Model User's Colloquium
- Low Speed Collision TOPTEC, SAE, 1996
- Heavy Vehicle Underride Protection TOPTEC, SAE, 1997
- The 1997 ATB User's Group Conference
- Airbag Design and Performance TOPTEC, SAE, 1997
- Side Impact TOPTEC, SAE, 1998
- Occupant Protection TOPTEC, SAE, 1998
- Crash Data Recorder - Vetronix Corporation CDR Training Seminar, 2000
- World Reconstruction Exposition 2000 (WREX2000), Texas A & M, 2000
- Braking Performance of Heavy Commercial Vehicles, SAE, 2000
- Theoretical and Applied Vehicle Dynamics, EDC, 2001
- Accident Reconstruction TOPTEC: Special Topics, SAE, 2001
- Passenger Vehicle Rollover TOPTEC: Causes, Prevention and Injury Prevalence, SAE, 2002
- SATAI Spring Conference, 2003
- Institute of Police Technology and Management, CDR Tool - User Certification Course, 2004
- Arc Second Incorporated, Operation & Application of the Vulcan measuring system, 2004
- The 2004 ATB User's Group Conference
- Detroit Diesel Training Center, 8876 DDEC Reports/Data Extraction, 2004
- CDR Data Analyst Course, 2006
- iWitness Close Range Photogrammetry Training, Photometrix Pty Ltd., 2007
- Caterpillar Electronic Technician (ET) Course, 2008
- CDR Technician Course, 2008
- CDR Data Analyst Course, 2008
- Human Factors in Traffic Crashes, 2009
- FARO Focus 3D Training Class, 2013
- Institute of Police Technology and Management, Online Bosch CDR Technician, 2014
- Preserving and Analyzing Information from Heavy Vehicle EDRs, Northwestern University, 2015
- Accessing and Interpreting Heavy Vehicle Event Data Recorders, SAE, 2015
- International Association of Forensic and Security Metrology Annual Conference, 2015
- The World Reconstruction Exposition 2016 (WREX 2016), Orlando, Florida, May 2-6, 2016
- ARC-CSI Crash Conference, Las Vegas, NV, 2016
- Digital Forensics of Heavy Vehicle Event Data Recorders, The University of Tulsa, Tulsa, OK, 2016
- Reconstruction and Analysis of Rollover Crashes of Light Vehicles, SAE, 2016
- Vehicle Crash Reconstruction Methods, SAE, 2016
- Accessing and Interpreting Heavy Vehicle Event Data Recorders, SAE, 2016
- Commercial Vehicle Braking Systems, SAE, 2016
- Applying Automotive EDR Data to Traffic Crash Reconstruction, SAE, 2016
- Vehicle Dynamics for Passenger Cars and Light Trucks e-Seminar, SAE, 2016
- Hands-on Heavy Duty Communications Protocols and Programming, The University of Tulsa, Tulsa, OK, 2016

- sUAS Drone Pilot Ground School/Flight Proficiency, 2017
- Pix4D User Workshop, Pix4D, San Rafael, CA, 2017
- Pix4D Intermediate User Workshop, Pix4D, San Rafael, CA, 2017
- Preserving and Analyzing Information from Heavy Vehicle EDRs, Northwestern University, 2017
- FARO Scene 7 Update Training, 2017
- Accessing and Interpreting Heavy Vehicle Event Data Recorders, SAE, 2018
- Applying Automotive EDR Data to Traffic Crash Reconstruction, SAE, 2018
- The Virtual CRASH Interface, vCRASH Academy, 2018
- Simulation Basics, vCRASH Academy, 2018
- Reconstruction and Analysis of Motorcycle Crashes, SAE, 2018
- Virtual CRASH 3-Day training class, Gainesville, FL, December 2018
- Human Factors for Traffic Crash Reconstruction, Crash Safety Solutions, 2019
- Comprehensive Air Brake Systems Interactive E-Training Program, Bendix, March 2019
- Comprehensive Air Brake Systems (3-Day) Training Program, Bendix, April 2019
- Basic Tire Mechanics and Inspection, SAE, 2019
- Tire Forensic Analysis, SAE, 2019
- Accessing and Interpreting Heavy Vehicle Event Data Recorders, SAE, 2019
- Advanced Technology Training of Higher-level Driver Assistance & Safety Systems, Including Bendix Diagnostic Software, Bendix, May 2019
- Photogrammetry and Analysis of Digital Media, SAE, 2019
- Photogrammetry 4 Forensics, ai2-3D Forensics, 2020
- Applying Automotive EDR Data to Traffic Crash Reconstruction, SAE, 2020
- Obtaining Chip-level Data from Modules, NAPARS, 2020
- Analysis of ECM Data in New Freightliners, NAPARS, 2020
- Accident Reconstruction, The Autonomous Vehicle and ADAS, SAE, 2020
- sUAS Crash Investigation training, Aerial metrics, 2021
- Pix4D for Crash and Crime Scene Investigation, Pix4D, 2021
- Diamond Logic Builder Level 2 Retail Course (8982), NAVISTAR, 2021
- Applying Automotive EDR Data to Traffic Crash Reconstruction, SAE, 2021
- Applied Vehicle Dynamics, SAE, 2021
- Forensic Photography Symposium, 2022
- Heavy Vehicle Forensic Mechanical Inspection for Collision Investigators, Northwestern University for Public Safety, 2022