# EXHIBIT 1

Case 2:22-cv-00017-RWS   Document 140-1   Filed 03/10/25   Page 2 of 4
Christopher D. Roche                                      February 1, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF GEORGIA
 3                  GAINESVILLE DIVISION
 4
 5
 6   Santana Bryson and Joshua
     Bryson, as Administrators
 7   of the Estate of C.Z.B.,      CIVIL ACTION
     and as surviving parents      FILE NO.
 8   of C.Z.B., a deceased         2:22-CV-017-RWS
     minor,
 9
                   Plaintiffs,
10
              vs.
11
     Rough Country, LLC,
12
                   Defendant.
13   ~~~~~~~~~~~~~~~~~~~~~~~~~~
14
             REMOTE VIDEOTAPED DEPOSITION OF
15
16
                  CHRISTOPHER D. ROCHE
17
18
                      10:12 a.m.
19
20
                    February 1, 2024
21
22
          Susan M. Pitts, CCR-B-1806, RPR
23
24
25
```

```
 1   models of vehicles, but, yeah, you are still talking
 2   hundreds of thousands of dollars, which is why there
 3   are tools that are simplified like PC-Crash, like
 4   SIMON that can, although a slightly more course
 5   level, give you an idea of the performance, which is
 6   what Mr. Buckner did, so that would be an initial
 7   approach that would be more cost effective.
 8        Q.    And that hundreds of thousands of dollars
 9   for each model that's not readily available would
10   apply obviously if you wanted to test -- you know,
11   that applies to each build, meaning you don't get any
12   benefit from using the -- expanding the money to
13   build a particular model, that's not going to help
14   you if you wanted to test another vehicle that was
15   not readily available and free, true?
16        A.    So there might be some common modeling
17   elements you could use.  But, yeah, there is -- you
18   know, if a vehicle has unique characteristics and
19   those characteristics are important to what you are
20   trying to model, then you would have to update the
21   model to reflect that.
22        Q.    You mentioned earlier that you had
23   referenced the -- the build book for the F-250 from
24   Ford.  Do you remember that?
25        A.    That's right, the Body Builder Layout
```

Page 149

1   Book.  Yeah.
2       Q.    Right, Body Builder Layout Book.  Do you
3   recall whether that book indicated any factory
4   recommended frame height for a 2016 F-250?
5       A.    Well, it doesn't make recommendations.
6       Q.    Okay.  So it doesn't have in it any
7   specific value for the height of the frame on a 2016
8   F-250?
9       A.    Well, it provides reference data, such as
10  dimensions, so it will tell you what the frame height
11  is.
12      Q.    But it doesn't have in it any recommended
13  frame height for operation of the vehicle?
14            MS. CANNELLA:  Object to form of the
15        question, asked and answered.
16            THE WITNESS:  The frame height is what it
17        is.  They are just telling you what it is, how
18        they engineered it to be.
19      Q.    (By Mr. Hill)  Right.  Is there a
20  different body build book for each different trim?
21      A.    So not trim level.  But as I explained
22  earlier, depending on the different cab, bed, drive
23  configuration, it lists -- it lists those.
24  Obviously, the 2016 F-250 owners manual does talk
25  about lift kits specifically and that they shouldn't