# EXHIBIT 2

2016 **SUPER DUTY** Owner's Manual






fordowner.com    ford.ca

April 2015
First Printing
Owner's Manual
Super Duty
Litho in U.S.A.





GC3J 19A321 AA

BRYSON 000758

**GCW (Gross Combined Weight) -** is the Gross Vehicle Weight plus the weight of the fully loaded trailer.

**GCWR (Gross Combined Weight Rating) -** is the maximum allowable weight of the vehicle and the loaded trailer, including all cargo and passengers, that the vehicle can handle without risking damage. (Important: The towing vehicle's braking system is rated for operation at Gross Vehicle Weight Rating, not at Gross Combined Weight Rating.) Separate functional brakes should be used for safe control of towed vehicles and for trailers where the Gross Combined Weight of the towing vehicle plus the trailer exceed the Gross Vehicle Weight Rating of the towing vehicle. **The Gross Combined Weight must never exceed the Gross Combined Weight Rating.**

**Maximum Loaded Trailer Weight -** is the highest possible weight of a fully loaded trailer the vehicle can tow. It assumes a vehicle with mandatory options, driver and front passenger weight (150 pounds [68 kilograms] each), no cargo weight (internal or external) and a tongue load of 10–15% (conventional trailer) or king pin weight of 15–25% (fifth wheel trailer). Consult an authorized dealer (or the RV and Trailer Towing Guide available at an authorized dealer) for more detailed information.

**Tongue Load or Fifth Wheel King Pin Weight -** refers to the amount of the weight that a trailer pushes down on a trailer hitch.

**Examples:** For a 5000 pound (2268 kilogram) conventional trailer, multiply 5000 by 0.10 and 0.15 to obtain a proper tongue load range of 500 to 750 pounds (227 to 340 kilograms). For an 11500 pound (5216 kilogram) fifth wheel trailer, multiply by 0.15 and 0.25 to obtain a proper king pin load range of 1725 to 2875 pounds (782 to 1304 kilograms).

**WARNINGS**

⚠ Do not exceed the GVWR or the GAWR specified on the Safety Compliance Certification Label.

⚠ Do not use replacement tires with lower load carrying capacities than the original tires because they may lower the vehicle's GVWR and GAWR limitations. Replacement tires with a higher limit than the original tires do not increase the GVWR and GAWR limitations.

⚠ Exceeding any vehicle weight rating limitation could result in serious damage to the vehicle and/or personal injury.

**Steps for determining the correct load limit:**

189

## Towing

Your vehicle may tow a trailer provided the maximum trailer weight is less than or equal to the maximum trailer weight listed for your vehicle configuration on the following chart.

| Pickup and box delete ||||
|---|---|---|---|
| **Vehicle** | **Engine** | **Rear axle ratio** | **Maximum GCWR** |
| F-250 | 6.2L gas | 3.73 | 19000 lb (8618 kg) |
| | | 4.30 | 22000 lb (9979 kg) |
| | 6.7L diesel | 3.31, 3.55 | 23500 lb (10659 kg) |
| F-350 single rear wheel | 6.2L gas | 3.73 | 19000 lb (8618 kg) |
| | | 4.30 | 22000 lb (9979 kg) |
| | 6.7L diesel | 3.31, 3.55 | 23500 lb (10659 kg) |
| F-350 dual rear wheel | 6.2L gas | 3.73 | 19500 lb (8845 kg) |
| | | 4.30 | 22500 lb (10206 kg) |
| | 6.7L diesel | 3.73 | 31900 lb (14470 kg) |
| | | 4.30 | 35000 lb (15875 kg)[*] |
| F-450 | 6.7L diesel | 4.30 | 40400 lb (18325 kg) |

[*] Requires optional GCWR Package.

| Chassis cab | | | |
|---|---|---|---|
| **Vehicle** | **Engine** | **Rear axle ratio** | **Maximum GCWR** |
| F-350 single rear wheel | 6.2L gas | 3.73 | 19000 lb (8618 kg) |
| | | 4.30 | 22000 lb (9979 kg) |
| | 6.7L diesel | 3.73 | 23500 lb (10659 kg) |
| F-350 dual rear wheel | 6.2L gas | 3.73 | 19500 lb (8845 kg) |
| | | 4.30 | 22500 lb (10206 kg) |
| | 6.7L diesel | 3.73, 4.10 | 24500 lb (11113 kg) |
| F-450 | 6.8L gas | 4.88 | 26000 lb (11793 kg) |
| | 6.7L diesel | 4.10 | 26000 lb (11793 kg) |
| | | 4.30 | 30000 lb (13608 kg)[*] |
| F-550 (17500/18000 lb GVWR) | 6.8L gas | 4.88 | 26000 lb (11793 kg) |
| | 6.7L diesel | 4.10 | 26000 lb (11793 kg) |
| | | 4.30 | 35000 lb (15875 kg)[*] |
| F-550 (19000/19500 lb GVWR) | 6.8L gas | 4.88 | 26000 lb (11793 kg) |