# EXHIBIT 5

*Exhibit is being filed provisionally under seal*