# EXHIBIT 1

Page 1

1      IN THE CIRCUIT COURT FOR THE COUNTY OF DALLAS, ALABAMA
2
3   TRAVARIS D. SMITH,
4            Plaintiff,
5        vs.                Case No. 27-cv-16-900273
6   FORD MOTOR COMPANY, et al.,
7            Defendants.
8   _____
9
10
11      The Videotaped Videoconference Deposition of
12      ROBERT PASCARELLA,
13      Taken at 211 West Fort Street, Suite 261,
14      Detroit, Michigan,
15      Commencing at 11:26 a.m.,
16      Tuesday, October 2, 2018,
17      Before Kathryn L. Janes, CSR-3442, RMR, RPR.
18
19
20
21
22
23
24
25

Page 7

| | | |
|---|---|---|
| 1 | Q. | And at some point, you changed and moved into |
| 2 | | engineering? |
| 3 | A. | I did. |
| 4 | Q. | And in about 1989, is that about the time you finished |
| 5 | | engineering? |
| 6 | A. | I graduated with my bachelor's in mechanical |
| 7 | | engineering in March of 1989. |
| 8 | Q. | After you graduated in '89, did you go to work for |
| 9 | | Ford Motor Company sometime shortly thereafter? |
| 10 | A. | I did in April. |
| 11 | Q. | And how long did you -- and I do know, and we kind of |
| 12 | | jumped forward, you ultimately worked with a gentleman |
| 13 | | I deposed yesterday and have deposed on many |
| 14 | | occasions, Don Tandy? |
| 15 | A. | I worked for Tandy Engineering and I don't know all |
| 16 | | the legal connotations, but my understanding is that |
| 17 | | he owned that company. |
| 18 | Q. | And it's my understanding that you and Mr. Tandy for a |
| 19 | | short period of time both had -- both worked at Ford |
| 20 | | and did work on the Ford Explorer? |
| 21 | A. | We worked in light truck and that would have included |
| 22 | | work on the Ford Explorer. |
| 23 | Q. | So but both you and him at some period of time while |
| 24 | | you all was at Ford worked on the Ford Explorer? |
| 25 | A. | It wasn't always concurrent.  He proceeded me and then |

```
 1          it was, and then by the time I left Mr. Tandy, it was
 2          a much smaller percentage, so I can really only
 3          testify on the work that I did.
 4    Q.    Mr. Tandy has told us that he believes he's
 5          approximately made in cases almost solely related to
 6          Ford work and SUV rollovers, approximately
 7          $75 million, were you aware of that?
 8    A.    I'm not aware of the exact figures, but I know they
 9          are talked about what Tandy Engineering had billed
10          Ford.  And I don't believe that's what Mr. Tandy had
11          made, I think that's total billing whether vehicles --
12    Q.    Would you understand --
13    A.    -- or test tracks, but again, you can ask Mr. Tandy
14          those questions, he would know better than I would.
15    Q.    Would you understand that since you're aware of what's
16          been billed for, how much do -- how much do you recall
17          that you're aware of that Tandy Engineering billed for
18          Ford for work they did?
19    A.    I just know at a point in time somebody had asked me
20          questions similar to what you're asking and said
21          something in excess of $50 million over a ten or 12
22          year period, that's what I generally recall, but I've
23          never seen the numbers personally.
24    Q.    And you've never seen the interrogatory response
25          showing how much Tandy Engineering had made?
```

|   |    |                                                                      |
|---|----|----------------------------------------------------------------------|
| 1 |    | tell me that because of technology changes and                       |
| 2 |    | advances in technology there are fewer rollovers in                  |
| 3 |    | SUVs now, is that what you told me earlier?                          |
| 4 | A. | I'm saying I have fewer cases, I don't know the                      |
| 5 |    | statistics, I have not evaluated those.                              |
| 6 | Q. | You haven't evaluated whether or not the modern SUVs                 |
| 7 |    | like the 2017, 2018 Ford Explorers are rolling over                  |
| 8 |    | less than say, for example, the 1998 Ford Explorer?                  |
| 9 | A. | I have not looked at those numbers, no, sir.                         |
| 10| Q. | Nevertheless, though, when there are cases involved in               |
| 11|    | the Ford Explorer, you are oftentimes called in to                   |
| 12|    | assist because you played a role in evaluating and                   |
| 13|    | testing of Ford Explorers; would that be fair?                       |
| 14| A. | I don't necessarily believe so.  I think generally our               |
| 15|    | group, however broken up, is with my background in                   |
| 16|    | vehicle dynamics, any particular claims or allegations               |
| 17|    | that come in regarding steering, ride, handling,                     |
| 18|    | braking, I generally get those.  That's how the                      |
| 19|    | workload --                                                          |
| 20| Q. | I thought --                                                         |
| 21| A. | -- is spread out.                                                    |
| 22| Q. | I thought that's what I said.  Is it -- isn't it a                   |
| 23|    | fact because of your experience with the Ford                        |
| 24|    | Explorer, being more specific, you actually signed off               |
| 25|    | on some Ford Explorers from a resistance to rollover                 |

Page 20

1           standpoint; is that correct?
2     A.    For a portion of the rollover resistance requirements,
3           I did.
4     Q.    Okay.  Is it -- so don't routinely or not routinely,
5           but don't on occasions you provide testimony as it
6           relates to Ford's resistance to rollover SUVs, the
7           Explorers?
8     A.    If it's a case that's assigned to me and I've been
9           asked to investigate and provide that testimony, I
10          have.
11    Q.    Who else does that type of work if a case involves a
12          Ford Explorer and issues arise related to ADAMS, who
13          else would be assigned to that type work, because I've
14          never seen anybody but you, I've never deposed anybody
15          but you?
16    A.    Well, other people have been deposed in that manner at
17          Ford Motor Company, fact witnesses and even corporate
18          witnesses, I believe fellow DA, Mr. Eric Kalis, has
19          been deposed in those cases, so I'm not assigned to
20          all of them.
21    Q.    Eric who?
22    A.    Eric Kalis.
23    Q.    Is he presently there?
24    A.    He is.
25    Q.    And is your understanding on some Ford Explorer cases