# EXHIBIT 2

Case 2:22-cv-00017-RWS Document 151-2 Filed 03/10/25 Page 2 of 4

Deposition of Robert Pascarella                    Maria Guadalupe Durn De Yepez, Ind., et al vs. Filiberto Villarreal, et al

1                        CAUSE NO. C-3505-14-F

2   MARIA GUADALUPE DURN DE YEPEZ, ) IN THE DISTRICT COURT
    Individually, and on behalf of )
3   PEDRO YEPEZ (Deceased) and      )
    P.Y.D. (minor), GUADALUPE        )
4   YEPEZ DURAN, KARINA YEPEZ        )
    DURAN, And CLARA YEPEZ DURAN;    )
5   ENRIQUE YEPEZ OLVERA and         )
    MARIA DE CONSUELO GONZALEZ       )
6   ALCALA, Individually and         )
    jointly on behalf of I.Y.G.      )
7   (minor); and MARTIN YEPEZ        ) 332ND JUDICIAL DISTRICT
    OLVERA and NORA SILVIA           )
8   MARTINEZ DE YEPEZ,               )
            Plaintiffs,              )
9                                    )
    VS.                              )
10                                   )
    FILIBERTO VILLARREAL AND         )
11  FORD MOTOR COMPANY,              )
            Defendants.              ) HIDALGO COUNTY, TEXAS
12

13

14  ****************************************************

15                      ORAL DEPOSITION OF

16                      ROBERT PASCARELLA

17                        AUGUST 3, 2017

18  ****************************************************

19

20             THE ORAL DEPOSITION OF ROBERT PASCARELLA,

21  produced as a witness at the instance of the

22  Intervenors, and duly sworn, was taken in the

23  above-styled and numbered cause on the 3rd day of

24  August, 2017, from 9:40 a.m. to 2:26 p.m., before JULIE

25  VERASTEGUI, Certified Court Reporter, in and for the

```
            1              And I think that brings us to how we went

            2   backwards previously.

            3      Q.   When you got into the design analysis group in

            4   2002, were you doing the similar thing that you're doing

09:45:22    5   now, which is analyzing claims for Ford Motor Company?

            6      A.   I -- I was.  Started off just technical

            7   consulting in the areas of claims and litigation, and

            8   then, after that, got into the more detailed

            9   investigations, a lot of it spurred by the Firestone

09:45:38   10   fiasco.

           11      Q.   Okay.  And so as you sit here today, would you

           12   consider yourself the Ford representative to -- to talk

           13   about claims and litigation?

           14      A.   I wouldn't think that was my role in this case.

09:45:52   15   I'm -- I'm here as -- as my analysis and evaluation of

           16   this particular case.

           17      Q.   But in general, are you the -- the go-to guy

           18   for Ford Motor Company for claims and litigation -- to

           19   analyze claims and litigation?

09:46:06   20      A.   No.  We have a group of individuals in our

           21   department with different areas of expertise that will

           22   look at different claims, whether they be warranty or

           23   things that arise from litigation.

           24      Q.   Okay.  And as far as you're concerned, what

09:46:18   25   would be your area of expertise?  If a claim or -- or a
```

|  | 1 | lawsuit comes in, what's going to come onto your desk? |
|---|---|---|
|  | 2 | A.   Generally would be things consistent with my |
|  | 3 | experience in vehicle dynamics, chassis design, brakes, |
|  | 4 | vehicle performance from a handling and steering |
| 09:46:36 | 5 | perspective.  Those are the things I traditionally do. |
|  | 6 | Q.   Okay.  So if a -- if a lawsuit comes in that's |
|  | 7 | a crashworthiness case dealing with a roof crush, that's |
|  | 8 | going to go to somebody else? |
|  | 9 | A.   That's something -- If I'm asked to go take an |
| 09:46:50 | 10 | initial look, I -- I clearly would do so, but I don't |
|  | 11 | claim to have any expertise in that area. |
|  | 12 | Q.   Okay.  You might be looking at how the vehicle |
|  | 13 | got to where it got to when it started rolling, but |
|  | 14 | beyond that, the actual roof crush would not be |
| 09:47:02 | 15 | something that you would look at? |
|  | 16 | A.   That is correct. |
|  | 17 | Q.   Okay.  What -- Are you married? |
|  | 18 | A.   Yes, sir. |
|  | 19 | Q.   How long have you been married? |
| 09:47:10 | 20 | A.   Coming up on 27 years. |
|  | 21 | Q.   Congratulations. |
|  | 22 | A.   Made it. |
|  | 23 | Q.   Kids? |
|  | 24 | A.   Three boys. |
| 09:47:16 | 25 | Q.   Three boys.  How old are they? |