# EXHIBIT 3

2016 **SUPER DUTY** Owner's Manual



owner.ford.com



ford.ca

2016 **SUPER DUTY** Owner's Manual

August 2015
Second Printing
Owner's Manual
Super Duty
Litho in U.S.A.



GC3J 19A321 AA



BRYSON 002363

# Four-Wheel Drive (If Equipped)

On some four-wheel drive vehicles, when the transfer case is in the N (Neutral) position, the engine and transmission are disconnected from the rest of the driveline. Therefore, the vehicle is free to roll even if the automatic transmission is in P (Park) or the manual transmission is in gear. Do not leave the vehicle unattended with the transfer case in the N (Neutral) position. Always set the parking brake fully and turn off the ignition when leaving the vehicle.

## Maintenance and Modifications

The suspension and steering systems on your vehicle have been designed and tested to provide predictable performance whether loaded or empty. For this reason, we strongly recommend that you do not make modifications such as adding or removing parts (i.e. lift kits or stabilizer bars) or by using replacement parts not equivalent to the original factory equipment.

We recommend that you use caution when your vehicle has either a high load or device (i.e. ladder or luggage racks). Any modifications to your vehicle that raise the center of gravity may cause your vehicle to roll over when there is a loss of vehicle control.

Failure to maintain your vehicle correctly may void the warranty, increase your repair cost, reduce vehicle performance and operational capabilities and adversely affect you and your passenger's safety. We recommend you frequently inspect your vehicle's chassis components when your vehicle is subject to off road usage.

164

BRYSON 002529

# Stability Control

## PRINCIPLE OF OPERATION

### WARNINGS

⚠ Vehicle modifications involving braking system, aftermarket roof racks, suspension, steering system, tire construction and wheel and tire size may change the handling characteristics of your vehicle and may adversely affect the performance of the AdvanceTrac system. In addition, installing any stereo loudspeakers may interfere with and adversely affect the AdvanceTrac system. Install any aftermarket stereo loudspeaker as far as possible from the front center console, the tunnel, and the front seats in order to minimize the risk of interfering with the AdvanceTrac sensors. Reducing the effectiveness of the AdvanceTrac system could lead to an increased risk of loss of vehicle control, vehicle rollover, personal injury and death.

⚠ Remember that even advanced technology cannot defy the laws of physics. It's always possible to lose control of a vehicle due to inappropriate driver input for the conditions. Aggressive driving on any road condition can cause you to lose control of your vehicle increasing the risk of personal injury or property damage. Activation of the AdvanceTrac system is an indication that at least some of the tires have exceeded their ability to grip the road; this could reduce the operator's ability to control the vehicle potentially resulting in a loss of vehicle control, vehicle rollover, personal injury and death. If your AdvanceTrac system activates, SLOW DOWN.

The AdvanceTrac with Roll Stability Control system helps you keep control of your vehicle when on a slippery surface. The electronic stability control portion of the system helps avoid skids and lateral slides and roll stability control helps avoid a vehicle rollover. The traction control system helps avoid drive wheel spin and loss of traction. See **Using Traction Control** (page 170).



E72903

A    Vehicle without AdvanceTrac with RSC skidding off its intended route.

B    Vehicle with AdvanceTrac with RSC maintaining control on a slippery surface.

## USING STABILITY CONTROL

### AdvanceTrac® with Roll Stability Control™ (RSC®)

**(Single rear wheel vehicles only)**

172

BRYSON 002537

## Wheels and Tires

**Note:** *Do not reduce tire pressure to change the ride characteristics of the vehicle. If you do not maintain the inflation pressure at the levels specified by Ford, your vehicle may experience a condition known as shimmy. Shimmy is a severe vibration and oscillation in the steering wheel after the vehicle travels over a bump or dip in the road that does not dampen out by itself. Shimmy may result from significant under-inflation of the tires, improper tires (load range, size, or type), or vehicle modifications such as lift-kits. In the event that your vehicle experiences shimmy, you should slowly reduce speed by either lifting off the accelerator pedal or lightly applying the brakes. The shimmy will cease as the vehicle speed decreases.*

**Maximum Inflation Pressure** is the tire manufacturer's maximum permissible pressure and the pressure at which the maximum load can be carried by the tire. This pressure is normally higher than the manufacturer's recommended cold inflation pressure which can be found on the Safety Compliance Certification Label (affixed to either the door hinge pillar, door-latch post, or the door edge that meets the door-latch post, next to the driver's seating position), or Tire Label located on the B-pillar or the edge of the driver's door. The cold inflation pressure should never be set lower than the recommended pressure on the Safety Compliance Certification Label or Tire Label.

When weather temperature changes occur, tire inflation pressures also change. A 10°F (6°C) temperature drop can cause a corresponding drop of 1 psi (7 kPa) in inflation pressure. Check your tire pressures frequently and adjust them to the proper pressure which can be found on the Safety Compliance Certification Label or Tire Label.

To check the pressure in your tire(s):

1. Make sure the tires are cool, meaning they are not hot from driving even a mile.

**Note:** *If you are checking tire pressure when the tire is hot, (for example, driven more than 1 mile [1.6 kilometers]), never bleed or reduce air pressure. The tires are hot from driving and it is normal for pressures to increase above recommended cold pressures. A hot tire at or below recommended cold inflation pressure could be significantly under-inflated.*

BRYSON 002640