# EXHIBIT 6

2016 **SUPER DUTY** Owner's Manual



owner.ford.com


ford.ca

2016 **SUPER DUTY** Owner's Manual

August 2015
Second Printing
Owner's Manual
Super Duty
Litho in U.S.A.




GC3J 19A321 AA



The Safety Canopy will deploy during significant side crashes or when a certain likelihood of a rollover event is detected by the rollover sensor. The Safety Canopy is mounted to the roof side-rail sheet metal, behind the headliner, above each row of seats. In certain sideways crashes or rollover events, the Safety Canopy will be activated, regardless of which seats are occupied. The Safety Canopy is designed to inflate between the side window area and occupants to further enhance protection provided in side impact crashes and rollover events.



E75004

The system consists of the following:

- Safety canopy curtain airbags located above the trim panels over the front and rear side windows identified by a label or wording on the headliner or roof-pillar trim.
- A flexible headliner which opens above the side doors to allow air curtain deployment

 · Crash sensors and monitoring system with a readiness indicator.  See **Crash Sensors and Airbag Indicator** (page 44).

Children 12 years old and under should always be properly restrained in the rear seats. The Safety Canopy will not interfere with children restrained using a properly installed child or booster seat because it is designed to inflate downward from the headliner above the doors along the side window opening.

The design and development of the Safety Canopy included recommended testing procedures that were developed by a group of automotive safety experts known as the Side Airbag Technical Working Group. These recommended testing procedures help reduce the risk of injuries related to the deployment of side airbags (including the Safety Canopy).

## CRASH SENSORS AND AIRBAG INDICATOR

#### WARNING

 Modifying or adding equipment to the front end of the vehicle (including frame, bumper, front end body structure and tow hooks) may affect the performance of the airbag system, increasing the risk of injury. Do not modify the front end of the vehicle.

Your vehicle has a collection of crash and occupant sensors which provide information to the restraints control module which deploys (activates) the front safety belt pretensioners, driver airbag, passenger airbag, seat mounted side airbags, and the Safety Canopy®. Based on the type of crash (frontal impact, side impact or rollover), the restraints control module will deploy the appropriate safety devices.

## Four-Wheel Drive (If Equipped)

On some four-wheel drive vehicles, when the transfer case is in the N (Neutral) position, the engine and transmission are disconnected from the rest of the driveline. Therefore, the vehicle is free to roll even if the automatic transmission is in P (Park) or the manual transmission is in gear. Do not leave the vehicle unattended with the transfer case in the N (Neutral) position. Always set the parking brake fully and turn off the ignition when leaving the vehicle.

**Maintenance and Modifications**

The suspension and steering systems on your vehicle have been designed and tested to provide predictable performance whether loaded or empty. For this reason, we strongly recommend that you do not make modifications such as adding or removing parts (i.e. lift kits or stabilizer bars) or by using replacement parts not equivalent to the original factory equipment.

We recommend that you use caution when your vehicle has either a high load or device (i.e. ladder or luggage racks). Any modifications to your vehicle that raise the center of gravity may cause your vehicle to roll over when there is a loss of vehicle control.

Failure to maintain your vehicle correctly may void the warranty, increase your repair cost, reduce vehicle performance and operational capabilities and adversely affect you and your passenger's safety. We recommend you frequently inspect your vehicle's chassis components when your vehicle is subject to off road usage.