# EXHIBIT 2

Case 2:22-cv-00017-RWS   Document 153-2   Filed 03/10/25   Page 2 of 4
Wesley Grimes                                                    May 9, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                GAINESVILLE DIVISION


    SANTANA BRYSON and JOSHUA     )
    BRYSON, as Administrators of  )
    the Estate of C.Z.B., and     )
    as surviving parents of       )
    C.Z.B., a deceased minor,     )
                                  )
              Plaintiffs,         )
                                  )   CIVIL ACTION FILE
    vs.                           )
                                  )   NO. 2:22-cv-17-RWS
    ROUGH COUNTRY, LLC,           )
                                  )
              Defendant.          )
    _____


               VIDEOTAPED DEPOSITION OF
                   WESLEY D. GRIMES
                     May 9, 2024
                     10:17 a.m.


        Weinberg Wheeler Hudgins Gunn & Dial
              3344 Peachtree Road, NE
                     Suite 2400


                  Atlanta, Georgia




        Reported by:  Marsi Koehl, CCR-B-2424
```

Page 99

```
 1    certainly work on those.
 2         Q.  Is there anything -- I apologize.  Were you
 3    done with your answer?
 4         A.  I was going to say I think that's the only
 5    thing I can think of.
 6         Q.  You anticipated my next question.
 7             You're not offering an opinion on the topic
 8    of defect in this case; is that right?
 9         A.  That's correct.
10         Q.  So you're not intending to offer the opinion
11    at trial that the Rough Country lift kit was not
12    defective?
13             MR. HILL:  Object to the form.  Go
14         ahead.
15             THE WITNESS:  I have no plans to address
16         that.  I'm doing the accident
17         reconstruction.
18    BY MR. MASHMAN:
19         Q.  You performed a scene inspection on
20    December 12th, 2022, correct?
21         A.  Yes.
22         Q.  And on -- I believe it's page 5 of your
23    report -- do you have your report in front of you?
24    I'll wait for you to get to it.
25         A.  Okay.
```

1                         CERTIFICATE

2

3    STATE OF GEORGIA:

4    COUNTY OF FULTON:

5

6            I hereby certify that the foregoing

7    transcript was taken down, as stated in the caption,

8    and the colloquies, questions, and answers were

9    reduced to typewriting under my direction; that the

10   transcript is a true and correct record of the

11   evidence given upon said proceeding.

12           I further certify that I am not a relative

13   or employee or attorney of any party, nor am I

14   financially interested in the outcome of this action.

15           This the 5th day of June, 2024.

16

17   *[signature: Marsi Koehl]*

18

19   _____

20        Marsi Koehl, CCR-B-2424