# EXHIBIT 3

Case 2:22-cv-00017-RWS  Document 153-3  Filed 03/10/25  Page 2 of 4
Dr. Lisa P. Gwin                                              May 3, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF GEORGIA
 3                 GAINESVILLE DIVISION
 4
 5   SANTANA BRYSON and JOSHUA        )
     BRYSON, as adminsitrators of     )
 6   the Estate of C.Z.B. and as      )
     surviving parents of C.Z.B., a   )
 7   deceased minor.,                 )
                                      )
 8              PLAINTIFF,             )
                                      )
 9   VS.                              ) CASE NO.:2:22=CV=017-RWS
                                      )
10   ROUGH COUNTRY LLC,               )
                                      )
11              DEFENDANT.             )
     _____)
12
13         REPORTER'S TRANSCRIPT OF PROCEEDINGS
14               FRIDAY, MAY 5, 2024
15   APPEARANCES:
16       FOR THE PLAINTIFF:
17           CANNELLAS NYDER
             BY:  Tedra Cannella
18                Devin Mashman
                  Attorneys at Law
19           315 West. Ponce De Leon Avenue, Suite 885
             DECATUR, GA 30030
20           TELEPHONE: (404) 800-4828
             FACSIMILE: (404) 393-0365
21           E-MAIL:  info@cannellasnyder.com
22
23   (Appearances continued next page.)
24
25       REPORTED BY:          JUSTUS BALENTINE, CSR 13859
```

1    an auto manufacturer?
2       A.   I have never been hired in such a case because I
3    would be conflicted out and because generally the defense
4    lawyers are the ones who call is.
5       Q.   So you've never testified for a plaintiff
6    against an auto manufacturer; correct?
7       A.   Correct.  Not like a car manufacturer.  The
8    products that I almost testified about and then didn't
9    was tree trimming equipment that moved on its own, so
10   technically it's an automobile, but Ford, Chrysler,
11   Toyota, that sort of thing.
12      Q.   Have you ever testified that a product caused
13   death or injury?
14      A.   That would be something that I wouldn't really
15   testify about one way or the other because that would be
16   more of sort of a design thing or a defect thing, which I
17   never -- I have no opinions about, but I've certainly
18   testified that people have died in car crashes or have
19   been injured in car crashes due to, you know, interaction
20   with part of the car, part of the vehicle, et cetera.
21      Q.   So you've never testified that a person was not
22   killed or injured by a product?
23           MR. HILL:  Object to the form.
24           MS. CANNELLA:  Yeah.  That was kind of
25   confusing.

```
 1   STATE OF CALIFORNIA        )
 2                              )  ss.
 3   COUNTY OF ALAMEDA          )
 4
 5
 6          I, JUSTUS BALENTINE, Certified Shorthand
 7   Reporter No. 13859, hereby certify that the foregoing
 8   proceeding was taken by me at the time and place herein
 9   set forth;
10          That the said proceeding was taken down by me
11   in shorthand and thereafter transcribed under fmy
12   direction and supervision, and I hereby certify the
13   foregoing proceeding is a full, true, and correct
14   transcript of my shorthand notes so taken;
15          That dismantling this transcript will void the
16   certification by the Certified Shorthand Reporter.
17          I further certify that I am neither counsel for
18   nor am I in any way related to any party to said action,
19   nor am I in any way interested in the outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21   this 17th day of June, 2024.
22
23
24
                JUSTUS BALENTINE, CSR NO. 13859
25
```