# EXHIBIT 4

Case 2:22-cv-00017-RWS   Document 153-4   Filed 03/10/25   Page 2 of 4
Charles Crosby, PE                                    May 14, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF GEORGIA
 3                GAINESVILLE DIVISION
 4
 5    SANTANA BRYSON and JOSHUA BRYSON,    )
      as Administrators of the Estate      )
 6    of C.Z.B., and as surviving          )
      parents of C.Z.B., a deceased        )
 7    minor,                               )
                                           )
 8           Plaintiffs,                   ) No.
                                           ) 2:22-cv-17-RWS
 9    vs.                                  )
                                           )
10    ROUGH COUNTRY, LLC,                  )
                                           )
11           Defendant.                    )
                                           )
12
13
14       VIDEOTAPED DEPOSITION OF CHARLES CROSBY, P.E.
15                    Phoenix, Arizona
                      May 14, 2024
16                      9:00 a.m.
17
18
19
20
21
22
      REPORTED BY:
23    Robin L. B. Osterode, CSR, RPR
      CA Certified Shorthand Reporter No. 7750
24    AZ Certified Reporter No. 50695
25
```

```
1     BY MS. CANNELLA:
2          Q.    It's quite significantly higher than yours,
3     correct?
4               MR. HILL:  Same objection.
5               THE WITNESS:  My understanding is it is
6     higher than mine, yes.
7     BY MS. CANNELLA:
8          Q.    You're not offering an opinion in this case
9     regarding whether or not the lift kit is defective;
10    is that right?
11         A.    That's correct.
12         Q.    You know a gentleman named Bob Lang at
13    Exponent, correct?
14         A.    I know the name, yes.
15         Q.    And he's a former General Motors employee,
16    are you aware of that?
17         A.    I believe so, yes.
18         Q.    And he works for Exponent now?
19         A.    Yes.
20         Q.    Would it be fair to characterize Mr. Lang
21    as the grandfather of automotive expert testifiers?
22              MR. HILL:  Object to the form.
23              Go ahead.
24              THE WITNESS:  I don't know that I could
25    characterize him as that.
```

Page 175

1    STATE OF ARIZONA        )
     COUNTY OF MARICOPA      )

2

3                         CERTIFICATE

4          I, ROBIN L. B. OSTERODE, Certified Shorthand
5    Reporter for the State of California and Certified
6    Reporter for the State of Arizona certify:
7          That the foregoing proceeding was taken by
8    me; that I am authorized to administer an oath; that
9    any witness, before testifying, was duly sworn to
10   testify to the whole truth; that the questions and
11   answers were taken down by me in shorthand and
12   thereafter reduced to print by computer-aided
13   transcription under my direction; that review and
14   signature was requested; that the foregoing pages are
15   a full, true, and accurate transcript of all
16   proceedings, to the best of my skill and ability.
17           I FURTHER CERTIFY that I am in no way
18   related to nor employed by any of the parties hereto,
19   nor am I in any way interested in the outcome hereof.
20           DATED this 28th day of May, 2024.
21
22
23          [signature: Robin L. B. Osterode]
24          ROBIN L. B. OSTERODE, CSR, RPR
            CA CSR No. 7750
25          AZ CR No. 50695