# EXHIBIT 2



# ROUGH COUNTRY
## SUSPENSION SYSTEMS®

### TWENTY SIXTEEN PRODUCT GUIDE

RC000252

# WE'VE GOT YOUR BACK



### LIFETIME REPLACEMENT WARRANTY
Rough Country Suspension Systems offers a Lifetime Replacement Warranty on most suspension products. All products are warranted to be free from defects in material and craftsmanship for the life of the vehicle if utilized in accordance with the manufacturer's instructions for installation and operation of said products. *We'll replace your defective item at no cost to you!



### CERTIFIED COMPLIANT FMVSS No 126
As part of our ongoing quality initiative, our products have passed the Federal Motor Vehicle Safety Standard No. 126 test. Through a series of specially designed tests, we ensure that the installed Rough Country suspension system does not interfere with the vehicle's Electronic Stability Control (ESC) system – now standard on new model vehicles.



### WARRANTY GUARD
We are confident in the quality of our products, but we understand that sometimes new-model owners are hesitant to lift their vehicle due to the terms of their warranty. Rough Country's Warranty Guard has you covered - even when your manufacturer doesn't.



### 100% SATISFACTION GUARANTEED
Purchase ANY Rough Country product and if you aren't 100% satisfied with every aspect of your purchase, you can return it for a FULL REFUND within 90 DAYS with no re-stocking fee and no questions asked! Items purchased from Rough Country Dealers or stores must be returned to those stores in accordance with that store's policy.

2016 PRODUCT GUIDE | 82302

      

**ROUGH COUNTRY SUSPENSION SYSTEMS**
800-222-7023 | ROUGHCOUNTRY.COM

RC000283