# EXHIBIT 5

Case 2:22-cv-00017-RWS   Document 156-5   Filed 03/10/25   Page 2 of 5
Christopher D. Roche                           February 1, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

1            UNITED STATES DISTRICT COURT
2        FOR THE NORTHERN DISTRICT OF GEORGIA
3                  GAINESVILLE DIVISION
4
5
6   Santana Bryson and Joshua
    Bryson, as Administrators
7   of the Estate of C.Z.B.,        CIVIL ACTION
    and as surviving parents        FILE NO.
8   of C.Z.B., a deceased           2:22-CV-017-RWS
    minor,
9
                    Plaintiffs,
10
              vs.
11
    Rough Country, LLC,
12
                    Defendant.
13  ~~~~~~~~~~~~~~~~~~~~~~~~~~
14
             REMOTE VIDEOTAPED DEPOSITION OF
15
16
                  CHRISTOPHER D. ROCHE
17
18
                       10:12 a.m.
19
20
                    February 1, 2024
21
22
            Susan M. Pitts, CCR-B-1806, RPR
23
24
25

Page 55

1   compatibility, I believe that, yes, they should have
2   known.
3          So yeah, I'm okay with the language, but
4   it is characterized slightly differently from my
5   opinions that I list in my report.
6       Q.   Part of this disclosure says that there
7   were safer feasible alternative designs at the time
8   and that uses the plural.  In your report, by my
9   interpretation, the only feasible alternative design
10  that you discuss is the use of the SEAS brackets.  Is
11  there -- and that's the only one I see in your
12  report.  So is that the only alternative feasible
13  design you intend to testify about in this case or
14  are there others?
15      A.   So I highlight how Rough Country could
16  have created new SEAS brackets that would have
17  maintained the safety of the vehicle despite the lift
18  kit.  But you are talking about sheet metal designs,
19  so Rough Country could also have introduced a blocker
20  beam type design, if they so wished.
21          But in terms of their design and
22  manufacturing capability, modified SEAS seems to be
23  the most logical and possibly the most cost effective
24  solution.
25      Q.   So modified SEAS are just two brackets

1   that bolt into the PEAS of the vehicle, right?
2   That's what we are talking about?
3        A.   We are talking about two brackets bolted
4   to the frame rails of the truck, yes.
5        Q.   And so you've now introduced a second
6   alternative design, which is not described in your
7   report, which would be a blocker beam, which, as I
8   understand, would be a piece that would go across the
9   entire front of the PEAS, just at a lower elevation.
10  Is that a fair statement?
11       A.   Well, there are many SEAS designs out
12  there.  And they could have taken inspiration from
13  any number of SEAS designs.  But what I focused on in
14  my report is a modified design that the truck came
15  with.
16       Q.   Is there any option other than, as you
17  describe, the various SEAS options that would be an
18  alternative design?
19       A.   I'm sorry.  I don't understand that
20  question.  Can you repeat it, please?
21       Q.   Sure.  So if I understand your testimony,
22  an alternative design would be to include with the
23  lift kit a SEAS device of some type.  And you said
24  there is multiple options under that SEAS category.
25  Is that a fair characterization of your testimony?

1   Could you imagine, could you engineer, could you
2   think of other alternative designs?  Yes, of course,
3   because you just look at the marketplace with the
4   array of different SEAS brackets that exist on trucks
5   over the last 20, 25 years.  So to your point about
6   more than one option, that's what I'm interpreting
7   that as.
8        Q.   And what I'm trying to get to beyond that
9   is outside of a different SEAS device, are there any
10  other alternative designs that you would opine that
11  Rough Country should have used in order to eliminate
12  the, quote/unquote, hazardous condition as you've
13  described it?
14             MS. CANNELLA:  Objection, asked and
15        answered.
16             THE WITNESS:  So I am proposing one
17        alternative design option here that I've spent
18        time thinking about and that's what I've listed
19        in my report.
20        Q.   (By Mr. Hill)  It's a simple question.
21  Are there alternatives other than a SEAS device that
22  Rough Country, in your opinion, could have used to
23  eliminate the, quote/unquote, hazardous condition as
24  you've opined in this case?  Outside of the SEAS
25  device, what else is an alternative design?