# EXHIBIT 6

9/20/22, 6:35 PM                                4.5in Suspension Lift Kit for 2015-2016 Ford 4wd F-250 Super Duty | Rough Country Suspension Systems®

The Wayback Machine - https://web.archive.org/web/20170311235324/http://www.roughcountry.com:80/ford-suspension-lift-kit-53467c.html

Stay up to date on new products, promotions, and more!

Email Address    Subscribe

**Rough Country Suspension Systems**



Email Us  1-800-222-7023
All  All

menu

                                    As low as 0% APR financing on orders over $999 | More Info

- Support                                                                                              - Account
  - Customer Service                                                                                     - Log In
  - Home /                                                                                               - Create Account
  - Email Us                                                                                           - 0 items
  - Returns                                                                                             You have no items in your shopping cart.
- Company                          4.5in Ford Suspension Lift Kit (15-16 F-250 4WD)
  - Warranty
  - Careers                        # 4.5in Ford Suspension Lift Kit (15-16 F-250 4WD)
  - Dealer Program
- Social
  - Facebook                       Categories
  - Twitter
  - Google Plus                    - Suspension Lift Kits
  - YouTube                        - Leveling Lift Kits
  - Instagram                      - Body Lift Kits
- Dealer Locator                   - Lighting & Accessories
    - Off-Road LED Lights
      - Black Series LED Lights
      - Chrome Series LED Lights
      - X5 Series LED Lights
    - Light Mounts / Brackets
    - Light Covers / Grilles
    - Fasteners / Bolts / Screws
    - Switches & Housing Kits
- Exterior Parts
  - Bed / Tonneau Covers
  - Truck Bed Mats
  - Fender Flares
  - Custom Grilles
  - Wheel Well Liners
- Interior Parts
  - Floor Mats & Cargo Liners
  - Seat Covers
- Shocks & Struts
- Tires
  - Dick Cepek Tires
  - Mickey Thompson Tires
  - Nitto Tires
- Wheels
  - ATX Series Wheels
  - Dick Cepek Wheels
  - Mickey Thompson Wheels
  - Moto Metal Wheels
  - Steel Wheels
  - XD Series Wheels
  - Wheel Spacers
- Steps & Running Boards
- Winches & Accessories
  - Electric Winches
  - Winch Accessories
  - Winch Mounts
- Armor / Skid Plates
- Bumpers & Tire Carriers
  - Bull Bars
  - Front Bumpers
  - Rear Bumpers
  - Tire Carriers
- Drivetrain
  - Carrier Bearing Drop Kits

9/20/22, 6:35 PM                    4.5in Suspension Lift Kit for 2015-2016 Ford 4wd F-250 Super Duty | Rough Country Suspension Systems®

- - Drive Shafts
    - Ring & Pinions
    - Transfer Case Parts
- Performance Parts
- Steering
  - Pitman & Steering Arms
  - Steering Reinforcement
  - Steering Stabilizers
- Suspension Components
  - Brake Lines
  - Caster / Camber Kits
  - Control Arms
  - Kicker Braces
  - Lift Blocks & U-bolts
  - Radius Arms
  - Shackles
  - Sway-bar Kits
  - Track Bars
  - Traction Bars
- Jeep Accessories
  - JK Wrangler
  - TJ Wrangler
  - YJ Wrangler
  - CJ
  - WJ Grand Cherokee
  - ZJ Grand Cherokee
  - XJ Cherokee
- Tops
  - Jeep Soft Tops
- Lowering Kits
- Apparel
  - Decals & Stickers
  - Hats & Beanies
  - Hoodies & Sweaters
  - T-shirts
  - Cups & Tumblers
  - Gift Cards

4.5in Ford F-250 Suspension Lift Kit
$649.95
**SKU:** | **Brand:** Rough Country
**(5)** | 2 Review(s)

Select Engine Type:
[ Choose an Option... ▾ ]
Factory Rear Overload Springs?:
[ Choose an Option... ▾ ]

* Required Fields

[ 1 ▾ ] [ Add to Cart ]
Custom fit product - Verify Fitment!

**Recommended**

Accessories

**Why Buy**

Rough Country

FAQ

Ask a Question

- 
- Tweet
- 
- 

Same Day ShippingIn stock items ordered before 4:30pm (cst) leave our warehouse the same day!
Order in the nextand your in-stock order will ship today! See full details

- Overview
- Components
- Fitment Table
- Reviews
- FAQ

**Overview**

https://web.archive.org/web/20170311235324/https://www.roughcountry.com/ford-suspension-lift-kit-53467c.html                       2/8

RC000285

**Features**

- Easy bolt-on installation
- Increased ground clearance
- Levels the front with the rear of the vehicle
- Radius arm drop brackets allow for properly set caster. Proper caster is crucial to maintaining factory handling and driveability.
- Includes application valved N2.0 series shock absorbers which offer the best in balanced performance for on and off-road use.
- Fabricated blocks are stronger and offer a longer lifespan than cast blocks.

**Specs**

- Install Time: 4-6 hours
- Tires: 35x12.50 R17
- Wheel BS: 4.5"

View Instructions

**Notes**

- Does NOT fit F-350 models.
- Does NOT fit gas engine models.
- Does NOT fit dually models.
- Only fits models with Overload Springs.
- A carrier bearing drop bracket is needed for trucks equipped with a 2-piece rear driveshaft. (#1197)

**Warranty**

This product features Rough Country's Lifetime Replacement Warranty. All products are warranted to be free from defects in material and craftsmanship for the life of the vehicle if utilized in accordance with the manufacturer's instructions for installation and operation of said products. For complete details and coverage information please click here.

**Shipping**

We are proud to offer Same Day Shipping. If you place your order before 4:30pm (cst), Monday-Friday, your order will be shipped that day. Parts ordered must be in stock for the order to ship. Approximately 97% of all orders placed leave our warehouses within 24 to 48 hours(not including weekends & holidays). For complete details please click here.

**Components**

**Front**

- Lifted coil springs
- Radius arm drop brackets
- Sway-bar drop brackets
- Track bar drop bracket
- Stabilizer relocation brackets
- Pitman arm
- Brake line brackets
- Bumpstop spacers
- Hardware

**Rear**

- Fabricated lift blocks
- Brake line brackets
- U-bolts
- Hardware

**Shocks**

- (4) Premium N2.0 series

**Fitment Table**

| Years | Drive | Make | Model |
|---|---|---|---|
| 2015-2016 | 4WD | Ford | F-250 Super Duty |

Does not fit F-350 models
Does not fit gas engine models
Does not fit dually models
Always check the product's overview, for more important fitment information

**Reviews**

9/20/22, 6:35 PM                4.5in Suspension Lift Kit for 2015-2016 Ford 4wd F-250 Super Duty | Rough Country Suspension Systems®

FAQ

## Recommended Accessories

Check items to add to the cart or <u>select all</u>

1. ☐

   

   ### Ford Steering Stabilizer (08-15 F-250/350 4WD)

   SKU: 87364.20 Toggle info

   $49.95

   Steering stabilizers are designed to restrain "bump steer" and front end vibration, giving added life to tires, ball joints, and other steering components.

   View Product Page

   Notes

   - <u>ONLY</u> fits models equipped with 0 - 8-inch of suspension lift.

2. ☐

   ### Ford Dual N2.0 Steering Stabilizer (05-17 F-250/350)

   SKU: 87491.20 Toggle info

   $129.95

   Steering stabilizers are designed to restrain "bump steer" and front end vibration, giving added life to tires, ball joints, and other steering components.

   View Product Page

   Notes

   - Only fits models with 2" - 8" of suspension lift.
   - Does <u>NOT</u> fit stock height models.

3. ☐

   ### Ford Front Forged Adjustable Track Bar (05-16 F-250/350 w/ 1.5-8in)

   SKU: 5100 Toggle info

   $149.95

   View Product Page

   Notes

   - Fits models with 1.5 - 8in suspension lift kits.
   - Does NOT fit stock height models

4. ☐

   ### Ford Carrier Bearing Drop Kit

   SKU: 1197 Toggle info

   $34.95

   View Product Page

5. ☐

   

   ### Ford 50-inch Curved LED Light Bar Upper Windshield Mounts (99-16 Super Duty)

   SKU: 70515 Toggle info

   Sale: $49.95

   Regular Price: $59.95

Ride proudly into the night with Rough Country's 50-inch Curved LED Upper Windshield Light Bar Mounts for 99-16 Ford 250/350 Pickups. Our durable, steel mounting system is the ultimate solution for adding a Rough Country Curved 50-inch LED Light Bar to your Ford F250/F350.

View Product Page

**Notes**

- Requires minor drilling.
- Designed to work with 50-inch Curved LED light bars ONLY
- Designed to work with light bars measuring 50-inches from mounting point to mounting point
- Light bar not included

6.

### Ford 54-inch Curved LED Light Bar Upper Windshield Mounts (99-16 Super Duty)

SKU: 70516 Toggle info

Sale: $49.95

Regular Price: $59.95

Ride proudly into the night with Rough Country's 54-inch Curved LED Upper Windshield Light Bar Mounts for 99-16 Ford 250/350 Pickups. Our durable, steel mounting system is the ultimate solution for adding a Rough Country Curved 54-inch LED Light Bar to your Ford F250/F350.

View Product Page

**Notes**

- Requires minor drilling.
- Designed to work with 54-inch Curved LED light bars ONLY
- Designed to work with light bars measuring 53-5/8-inches from mounting point to mounting point
- Light bar not included

7.

### Ford 2-inch Cree LED Fog Light Kit (Chrome Series | 11-16 F-250/350)

SKU: 70535 Toggle info
$99.95

Bring the state-of-the-art power and efficiency of LED lighting to your Ford Super Duty's factory fog lights with Rough Country's new 2-inch Fog Light LED Kit.

View Product Page

**Notes**

- Mounts to standard factory bumper ONLY
- For off-road use ONLY

## You may also like...

### 6in Ford Suspension Lift Kit | 4-Link (15-16 F-250 4WD | Diesel)

$1,299.95
View Details

### 6in Ford Suspension Lift Kit | Radius Arms (15-16 F-250 4WD | Diesel)

$1,099.95
View Details

### 6in Ford Suspension Lift Kit (15-16 F-250 4WD)

$799.95
View Details

[Email Address] [Subscribe]

**Store**

9/20/22, 6:35 PM                4.5in Suspension Lift Kit for 2015-2016 Ford 4wd F-250 Super Duty | Rough Country Suspension Systems®

- Suspension Lift Kits
- Leveling Lift Kits
- Body Lift Kits
- Lighting & Accessories
- Exterior Parts
- Interior Parts
- Shocks & Struts
- Tires
- Wheels
- Steps & Running Boards
- Winches & Accessories
- Armor / Skid Plates
- Bumpers & Tire Carriers
- Drivetrain
- Performance Parts
- Steering
- Suspension Components
- Jeep Accessories
- Tops
- Lowering Kits
- Apparel

#### Customer Service

- Support
- Contact Us
- Frequently Asked Questions
- Shipping Policy
- Return Policy
- Privacy Policy
- State Lift Laws

#### Company Information

- Careers
- Dealer Locator
- Dealer Program
- Off-Road Edition Packages
- Lifetime Warranty
- 100% Satisfaction Guarantee
- Terms & Conditions
- Sales & Use Tax
- Download Product Guide

#### Contact Us

- 1-800-222-7023
- Email Us

#### Office Hours

- 7AM - 10PM Monday - Thursday
- 7AM - 7PM Friday
- 8AM - 5PM Saturday
- Closed Sunday
- All times are US Central Standard Time [CST]

#### Online Security

Shop with confidence and security.





© 2016 Rough Country Suspension Systems. All Rights Reserved.-



RC000289

- Suspension Lift Kits
- Leveling Lift Kits
- Body Lift Kits
- Lighting & Accessories
    - Off-Road LED Lights
        - Black Series LED Lights
        - Chrome Series LED Lights
        - X5 Series LED Lights
    - Light Mounts / Brackets
    - Light Covers / Grilles
    - Fasteners / Bolts / Screws
    - Switches & Housing Kits
- Exterior Parts
    - Bed / Tonneau Covers
    - Truck Bed Mats
    - Fender Flares
    - Custom Grilles
    - Wheel Well Liners
- Interior Parts
    - Floor Mats & Cargo Liners
    - Seat Covers
- Shocks & Struts
- Tires
    - Dick Cepek Tires
    - Mickey Thompson Tires
    - Nitto Tires
- Wheels
    - ATX Series Wheels
    - Dick Cepek Wheels
    - Mickey Thompson Wheels
    - Moto Metal Wheels
    - Steel Wheels
    - XD Series Wheels
    - Wheel Spacers
- Steps & Running Boards
- Winches & Accessories
    - Electric Winches
    - Winch Accessories
    - Winch Mounts
- Armor / Skid Plates
- Bumpers & Tire Carriers
    - Bull Bars
    - Front Bumpers
    - Rear Bumpers
    - Tire Carriers
- Drivetrain
    - Carrier Bearing Drop Kits
    - Drive Shafts
    - Ring & Pinions
    - Transfer Case Parts
- Performance Parts
- Steering
    - Pitman & Steering Arms
    - Steering Reinforcement
    - Steering Stabilizers
- Suspension Components
    - Brake Lines
    - Caster / Camber Kits
    - Control Arms
    - Kicker Braces
    - Lift Blocks & U-bolts
    - Radius Arms
    - Shackles
    - Sway-bar Kits
    - Track Bars
    - Traction Bars
- Jeep Accessories
    - JK Wrangler
    - TJ Wrangler
    - YJ Wrangler
    - CJ
    - WJ Grand Cherokee
    - ZJ Grand Cherokee
    - XJ Cherokee
- Tops
    - Jeep Soft Tops

RC000290

- Lowering Kits
- Apparel
  - Decals & Stickers
  - Hats & Beanies
  - Hoodies & Sweaters
  - T-shirts
  - Cups & Tumblers
  - Gift Cards

RC000291