# EXHIBIT 9

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GREGG KATZ, Guardian and Natural Parent of ADDISYN KATZ, Minor Child of Decedent STEPHANIE BROOKE KATZ; GREGG KATZ, Surviving Spouse of Decedent STEPHANIE BROOKE KATZ; and GREGG KATZ, Administrator for the Estate of STEPHANIE BROOKE KATZ, <br><br>Plaintiffs, <br><br>v. <br><br>DAIMLERCHRYSLER CORPORATION and ALLEN NORWOOD, <br><br>Defendants. | CIVIL ACTION <br><br> FILE NO. 2007CV130355 |

FILED IN OFFICE
AUG - 8 2008
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

**ORDER**

Plaintiffs' Motion in Limine to Preclude any Defense Argument, Testimony, or Reference Concerning the Effects a Verdict Against Defendant Chrysler Could Have on the Defendant's Employees and Operations is hereby GRANTED. Pursuant to this Court's direction on the written record, Chrysler shall also not introduce evidence, testimony, argument, or innuendo about: (1) Chrysler's employees' reactions or feelings about the allegations in this lawsuit; (2) counsel's suggestion that they represent "the men and women of Chrysler" who designed and manufactured the subject vehicle; or (3) any evidence about Chrysler's financial circumstances during phase II of the trial that is not supported by evidence.

This 8th day of August, 2008.

Hon. T. Jackson Bedford, Jr., Judge
Superior Court of Fulton County