UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>Defendant. | Civil Action File<br><br>No. 2:22-cv-17-RWS |

# **PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

In compliance with the Local Rules, this Court's Standing Order Rule II(d), entered on February 7, 2022 [Doc. 4], Plaintiffs move the Court for leave to file under seal the following documents:

- An unredacted version of Plaintiffs' Omnibus Motions in Limine; and

- The following exhibits to Plaintiffs' Omnibus Motions in Limine:

    o Exhibit 7, Defendant Rough Country's Responses and Objections to Plaintiffs' Second Interrogatories; and

    o Exhibit 8, Confidential Excerpts from Rough Country's 30(b)(6) deposition.

A proposed Order sealing the referenced documents is attached to this Motion.

Respectfully submitted on March 10, 2025,

        CANNELLA SNYDER LLC

        */s/ Tedra L. Cannella*

        TEDRA L. CANNELLA
         Georgia Bar No. 881085
         tedra@cannellasnyder.com
        ROBERT H. SNYDER, JR.
         Georgia Bar No. 404522
         rob@cannellasnyder.com
        DEVIN L. MASHMAN
         Georgia Bar No. 257588
         devin@cannellasnyder.com

        315 W. Ponce de Leon Ave.
        Suite 885
        Decatur, GA 30030
        (404) 800-4828
        (404) 393-0365 (fax)
        ***Attorneys for Plaintiffs***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*
TEDRA L. CANNELLA
  Georgia Bar No. 881085
  tedra@cannellasnyder.com
ROBERT H. SNYDER, JR.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588
  devin@cannellasnyder.com

315 W. Ponce de Leon Ave.
Suite 885
Decatur, GA 30030
(404) 800-4828
(404) 393-0365 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court via CM/ECF, which will automatically serve the following attorneys of record:

Richard H. Hill
Claire C. Murray
Lindsay G. Ferguson
Aaron B. Chausmer
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
rhill@wwhgd.com
cmurray@wwhgd.com
lferguson@wwhgd.com
achausmer@wwhgd.com

This 10th day of March, 2025.

CANNELLA SNYDER LLC

/s/ Tedra L. Cannella
Tedra L. Cannella
Georgia Bar No. 881085
*Attorney for Plaintiffs*