UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>Defendant. | Civil Action File<br><br>No. 2:22-cv-17-RWS |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to the Local Rules and this Court's Standing Order Rule II(d), the Court hereby grants Plaintiffs' Motion to File Documents Under Seal and Orders that the following documents may be filed under seal:

- An unredacted version of Plaintiffs' Omnibus Motions in Limine;
- Exhibit 7 to Plaintiffs' Omnibus Motions in Limine; and
- Exhibit 8 to Plaintiffs' Omnibus Motions in Limine.

SO ORDERED this 10th day of March, 2025.

_____
HONORABLE RICHARD W. STORY

_____
United States District Judge