UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>Defendant. | Civil Action File<br><br>No. 2:22-cv-17-RWS |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to the Local Rules and this Court's Standing Order Rule II(d), the Court hereby grants Plaintiffs' Motion to File Documents Under Seal and Orders that the following documents may be filed under seal:

1. Exhibit 5 (Dr. Lisa P. Gwin's May 5, 2024 Deposition Exhibit 40) to Plaintiffs' Brief in Support of Their Motion to Exclude Certain Opinions of Dr. Lisa Gwin Under Rule 702 and *Daubert*

SO ORDERED this 11th day of March, 2025.

HONORABLE RICHARD W. STORY
United States District Judge