# CANNELLA | SNYDER

Phone: 404.800.4828 • cannellasnyder.com • Fax: 404.393.0365
315 W. Ponce de Leon Ave., Suite 885, Decatur, GA 30030

March 17, 2025

The Honorable Richard W. Story, Senior Judge
Judge, United States District Court
2121 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re:  *Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of a deceased minor, C.Z.B. v. Rough Country, LLC*, United States District Court for the Northern District of Georgia, Gainesville Division, Case No. 2:22-17-RWS

Dear Judge Story:

As the Court is aware, I am lead counsel for Plaintiff in the above referenced case. Pursuant to Local Rule 83.1.E(3), I am writing to request that no conference or hearing be held in the case on May 2, 2025, for a professional conference for which I have leadership responsibility.

Sincerely,

CANNELLA SNYDER LLC

Tedra L. Cannella

TLC/bt
cc: Counsel of Record, via CM/ECF