# EXHIBIT 2

Lisa P. Gwin, D.O., B.S.E.E.
Testifying History For 4 Years Ending March 2024

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Velez, Estate of Iliana vs. Amazon & TF | 03/24 | D | 345th Judicial District Court Travis County, TX | D-1-GN-22-000664 |
| Ditter, Kathleen vs. Subaru | 10/23 | D | United States District Court District of Colorado | 1:20-cv-02908-CNS-MEH |
| Silva, Vinicius vs. Toyota | 10/23 | D | Circuit Court Shelby County, TN | CT-1622-19 |
| Snelson, Brian T. vs. Daimler | 09/23 | D | United States District Court Southern District of California | 3:22-CV-00551-BAS-DDL |
| Zwierzynski, Kassandra vs. GM | 09/23 | D | St. Joseph Circuit/Superior Court County of St. Joseph, IN | 71C01-2201-CT-000027 |
| Zieske, Christopher vs. Hyster-Yale Group, Inc. | 09/23 | T | 389th Judicial District Court Hidalgo County, TX | C-2586-19-H |
| Hickcox, Steven vs. Hyster-Yale | 09/23 | D | United States District Court District of Kansas, KS | 2:22-CV-02363 |
| Hillman, Rebekah et al vs. TORO | 08/23 | D | United States District Court Rock Island Division Central District of Illinois | 4:21-cv-04081-SLD-JEH |
| Thorinson, Zachary vs. Evertt Transit | 08/23 | T | Superior Court Snohomish County, WA | 22 2 00005 31 |
| Ruiz, Jose et al vs. SpaceX et al | 08/23 | T | 197th Judicial District Court Cameron County, TX | 2020-DCL-03939 |
| Davis, Kathleen vs. BMW | 06/23 | T | Superior Court San Diego County, CA | 37-2018-00022301-CU-PL-CTL |
| The State of Texas vs. Price, Jacob | 06/23 | T | 351st Criminal District Court Harris County, TX | 1632438 |
| Youngblood, Rhonda vs. Ford | 05/23 | D | 429th Judicial District Court Collin County, TX | 429-06979-2019 |

Legend:
  D = Deposition Testimony
 *D = Trial Deposition in Lieu of Trial Testimony
 *T = Trial Deposition Video Shown
  T = Trial Testimony

Lisa P. Gwin, D.O., B.S.E.E.
Testifying History For 4 Years Ending March 2024

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Christianson, Cynthia vs. Honda | 05/23 | D | State Court<br>Clayton County, GA | 2018CV02040 |
| Huber, Crystal vs. NISSAN | 05/23 | D | 20th Judicial Circuit Court<br>St. Clair County, IL | 19L0637 |
| Mead, Allie vs. GM | 05/23 | D | District Court<br>Clark County, NV | A-20-813945-C |
| Rodrigues, Savonny, et al vs. Nissan | 04/23 | D | Circuit Court<br>Mobile County, AL | CV+2020-901869 |
| Watson, Benjamin C. vs. Makita | 03/23 | D | Superior Court<br>Los Angeles, County, CA | BC707741 |
| Davis, Kathleen vs. BMW | 03/23 | D | Superior Court<br>San Diego County, CA | 37-2018-00022301-CU-PL-CTL |
| Blum, Joshua vs. Rexon Industrial Corp. LTD | 02/23 | D | United States District Court<br>Eastern District of PA | 21-1262 |
| Flournoy, Jennifer Denise, et al, vs. Weatherly, Terrance Jerome, et al | 02/23 | T | Circuit Court<br>Shelby County, AL | 58-CV-2018-900435.00 |
| Coiffard, Ingrid T. vs. Ford | 01/23 | T | Court of Common Pleas<br>Erie County, OH | 2020 CV 0343 |
| Loggins, Samantha Maria vs. KIA | 01/23 | D | State Court<br>Gwinnett County, GA | 20-C-02417-S1 |
| Eichelberger, Darlene vs. FCA | 01/23 | D | 162nd Judicial District Court<br>Dallas County, TX | DC-18-02290 |
| Thorinson, Zachary vs. Everett Transit | 11/22 | D | Superior Court<br>Snohomish County, WA | 22 2 0005 31 |
| Smith, Wanda vs. KIA | 11/22 | T | Commonwealth of Kentucky<br>27th Judicial Circuit<br>Laurel Circuit Court | 19-CI-00354 |
| Coiffard, Ingrid T. vs. Ford | 10/22 | D | Court of Common Pleas<br>Erie County, OH | 2020 CV 0343 |

Legend:
 D = Deposition Testimony
*D = Trial Deposition in Lieu of Trial Testimony
*T = Trial Deposition Video Shown
 T = Trial Testimony

Page 2

Lisa P. Gwin, D.O., B.S.E.E.
Testifying History For 4 Years Ending March 2024

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Skeete, Frank vs. Hyster-Yale Group, Inc. | 10/22 | D | Superior Court of New Jersey<br>Law Division: Middlesex County, NJ | MID-L-5113-19 |
| Ramos, Krista M. vs. FCA | 08/22 | T | United States District Court<br>Southern District of Texas<br>Corpus Christi Division | 2:21-CV-00099 |
| Flournoy, Jennifer Denise, et al, vs. Weatherly, Terrance Jerome, et al | 08/22 | D | Circuit Court<br>Shelby County, AL | 58-CV-2018-900435.00 |
| Frost, Kristina R. vs. Evenflo | 07/22 | D | Court of Common Pleas<br>Miami County, OH | 20-109 |
| Gamble, Jeramie vs. EcoLab Inc. | 06/22 | D | 30th Judicial District Court<br>Wichita County, Texas | 185,766-A |
| Ramos, Krista M. vs. FCA | 05/22 | D | United States District Court<br>Southern District of Texas<br>Corpus Christi Division | 2:21-cv-00099 |
| Forge, Da'Vonric v. Navistar | 05/22 | T | 162nd Judicial District Court<br>Dallas County, Texas | DC-l7—09472 |
| Nelson, Wesley vs. Toyota | 04/22 | D | United States District Court<br>District of Colorado | 1:20-cv-03119-WJM-KJM |
| Moe, Preston vs. Hyster-Yale Group, Inc. | 03/22 | D | United States District Court<br>District of Minnesota | 0:20-CV-007008-NEB-JFD |
| McCall, Barry vs. Toro | 02/22 | D | Circuit Court<br>Mobile County, Alabama | 02-CV-2019-903150.00 |
| Naclerio, Maria et al vs. Motion Elevator, Inc. | 01/22 | D | Circuit Court<br>15th Judicial<br>Palm Beach County, Florida | 50-2020-CA-008415 |
| Switalski, Holly vs. Clevenger, Brandon | 11/21 | T | Circuit Court<br>County of Kalamazoo, Michigan | 17-0522-NI |
| Walton, Paul vs. Chicago Beverage Systems LLC | 11/21 | D | Circuit Court<br>Cook County, Illinois | 19 L 006229 |

Legend:
 D = Deposition Testimony
*D = Trial Deposition in Lieu of Trial Testimony
*T = Trial Deposition Video Shown
 T = Trial Testimony

Page 3

Lisa P. Gwin, D.O., B.S.E.E.
Testifying History For 4 Years Ending March 2024

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Reisbeck, Kirk B. vs. Farmers Insurance Exchange | 10/21 | T | Montana First Judicial District Court<br>Lewis & Clark County | ADV.2017-696 |
| Smith, Wanda vs. KIA | 09/21 | D | Commonwealth of Kentucky<br>27th Judicial Circuit<br>Laurel Circuit Court | 19-CI-00354 |
| Nash, Ronald vs. Michelin | 08/21 | D | Court of Common Pleas<br>First Judicial Circuit<br>County of Dorchester, SC | 2019-CP-18-00080 |
| State of Texas vs. Sellers, Stacey Dean | 07/21 | T | 253rd Judicial District Court<br>Liberty County, Texas | 20DCR0107 |
| Richardson, William vs. FCA | 02/21 | D | United States District Court<br>Middle District of Georgia<br>Valdosta Division | 7:19-CV-00015-HL |
| Butler, Lawrence vs. MCFA | 12/20 | D | 61st Judicial District Court<br>Harris County, Texas | 2018-75228 |
| Edwards, Leslie Woodson vs. White, Robby | 12/20 | D | District Court<br>Cleveland County, OK | CJ-2018-1425 |
| Bazaldua, Luis vs. Cook Compression | 12/20 | D | 150th Judicial District Court<br>Bexar County, Texas | 2019CI02008 |
| Shelton, et al, Kimberly vs. GRACO | 11/20 | T | District Court<br>Shelby County, Texas | 15CV33058 |
| Shelton, Inga vs. Ford Motor Company, U.S. | 09/20 | D | Circuit Court<br>Jackson County, Kansas | 1716-CV05911 |
| Zieske, Christopher N. vs. Hyster-Yale Group, Inc. | 09/20 | D | 389th District Court<br>Hidalgo County, Texas | C-2586-19-H |
| Mills, Shiron vs. FCA & TRW | 08/20 | D | United States District Court<br>District of Colorado | 1:18-cv-01891-STV |
| Kartagener, Carol vs. Universal Studios | 07/20 | D | 9th Judicial Circuit Court<br>Orange County, Florida | 2018-CA-5947-O |

Legend:
 D = Deposition Testimony
*D = Trial Deposition in Lieu of Trial Testimony
*T = Trial Deposition Video Shown
 T = Trial Testimony

Lisa P. Gwin, D.O., B.S.E.E.
Testifying History For 4 Years Ending March 2024

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Parker, Matthew vs. Bombardier | 07/20 | D | United States District Court Eastern District of Michigan Southern Division | 5:17-cv-11399 |

Legend:
 D = Deposition Testimony
*D = Trial Deposition in Lieu of Trial Testimony
*T = Trial Deposition Video Shown
 T = Trial Testimony