# EXHIBIT 3



# LISA P. GWIN, DO, BSEE, BSN

## CURRICULUM VITAE

### EDUCATION

| | | |
|---|---|---|
| DO | Arizona College of Osteopathic Medicine<br>Glendale, Arizona | 2003 |
| BS | Nursing, Wayne State University<br>Detroit, Michigan | 1995 |
| BS | Electrical Engineering, Illinois Institute of Technology<br>Chicago, Illinois | 1987 |

### POST GRADUATE MEDICAL TRAINING

Resident, Emergency Medicine                                       2006
University of Kentucky
Lexington, Kentucky

### PROFESSIONAL EXPERIENCE

Consultant                                                   2012-Present
Biodynamic Research Corporation
San Antonio, Texas

Independent Contractor Telemedicine Physician        March-April 2020
Doctor on Demand

Assistant Clinical Professor                          May 2016-Present
University of the Incarnate Word School of
  Osteopathic Medicine
San Antonio, Texas

Emergency Physician                                          2006-2012
Powell Valley Hospital
Powell, Wyoming

BIODYNAMIC RESEARCH CORPORATION
12810 West Golden Lane
San Antonio, Texas 78249-2231
www.BRConline.com

LISA P. GWIN, DO, BSEE
Curriculum Vitae
Page 1 of 6
February 2024

### *Locum tenens* Emergency Physician Positions

| | |
|---|---|
| De Tar Hospital Navarro<br>Victoria, Texas | 2015-2016 |
| Peterson Regional Medical Center<br>Kerrville, Texas | 2012-2016 |
| North Big Horn Hospital<br>Lovell, Wyoming | 2011-2012 |
| Campbell County Memorial Hospital<br>Gillette, Wyoming | 2011-2012 |
| Carbon County Memorial Hospital<br>Rawlins, Wyoming | 2011-2012 |
| Phoenix Indian Medical Center<br>Phoenix, Arizona | 2011-2012 |
| Crow/Northern Cheyenne Indian Health Service<br>Crow Agency, Montana | 2006-2008 |
| Marshall Emergency Services Associates<br>Lexington, Kentucky | 2005-2006 |
| Rockcastle County Hospital<br>Mt. Vernon, Kentucky | 2004-2006 |

### Emergency Nurse Positions

| | |
|---|---|
| Arrowhead Community Hospital<br>Glendale, Arizona | 1999-2003 |
| Whiteriver Indian Health Services Hospital<br>Whiteriver, Arizona | 1998-1999 |
| Navapache Regional Medical Center<br>Show Low, Arizona | 1996-1998 |
| Emergency Technician<br>Detroit Receiving Hospital<br>Detroit, Michigan | 1994-1995 |

| | | |
|---|---|---|
| Volunteer Firefighter/EMT<br>Rockwood, Michigan<br>Brownstown, Michigan | | 1989-1992 |
| EMT<br>Emergency Medical Transport Service<br>Monroe, Michigan | | 1989-1991 |
| Automotive Test and Development Engineer<br>Ford Motor Company<br>Dearborn, Michigan | | 1987-1993 |

## PROFESSIONAL REGISTRATION

| | | |
|---|---|---|
| Emergency Licensure for COVID-19<br>    Delaware, Florida, Iowa, Idaho, New York | | 2020 |
| Certified Fire/Arson Investigator | | 2016-2018 |
| Accreditation Commission for Traffic Accident<br>    Reconstruction (ACTAR #2623) | | 2014-Present |
| Medical Licensure | Colorado | 2021-Present |
| | Texas | 2012-Present |
| | Montana | 2011-Present |
| | Wyoming | 2006-Present |
| American Board of Emergency Medicine – Board Certified | | 2008-Present |
| Advanced Burn Life Support | | 2007-Present |
| Advanced Trauma Life Support | | 2003-Present |
| Advanced Cardiac Life Support | | 1996-Present |
| Pediatric Advanced Life Support | | 1996-Present |
| Basic Life Support | | 1988-Present |

BIODYNAMIC RESEARCH CORPORATION
12810 West Golden Lane
San Antonio, Texas 78249-2231
www.BRConline.com

LISA P. GWIN, DO, BSEE
Curriculum Vitae
Page 3 of 6
February 2024

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| National Association of EMS Physicians | 2023-Present |
| American Society of Mechanical Engineers | 2022-Present |
| American Academy of Emergency Medicine Legal Committee | 2020-Present |
| Biomedical Engineering Society | 2016-Present |
| Society of Automotive Engineers | 2013-Present |
| Association for the Advancement of Automotive Medicine AIS Content Subcommittee | 2012-Present 2018-Present |
| American College of Emergency Physicians, Fellow | 2009-Present |
| American Academy of Emergency Medicine, Fellow | 2009-Present |

## VOLUNTEER POSITIONS

| | |
|---|---|
| Fort Collins Professional Women for Good Founding Member Fort Collins, Colorado | 2023-Present |
| Founding Member Board Advisory Group Facilitator Volunteer Resources Team End of Life Options Colorado | 2022-Present |
| Physician/Sawyer Team Rubicon International | 2020-Present |
| Physician Crossroads Healthcare Clinic Cheyenne, Wyoming | 2017-Present |
| Physician Acacia Medical Mission Spring Branch, Texas | 2014-2016 |

BIODYNAMIC RESEARCH CORPORATION
12810 West Golden Lane
San Antonio, Texas 78249-2231
www.BRConline.com

LISA P. GWIN, DO, BSEE
Curriculum Vitae
Page 4 of 6
February 2024

| | |
|---|---|
| Preceptor | 2014-2016 |
| Texas Tech University | |
| Oral Board Review Course Instructor | 2009-Present |
| American Academy of Emergency Medicine | |
| Various Locations | |
| | |
| Board of Directors | 2009-2012 |
| Yellowstone Behavioral Health Center | |
| Cody, Wyoming | |
| | |
| Physician | 2008-2012 |
| Heart Mountain Volunteer Medical Clinic | |
| Powell, Wyoming | |
| | |
| Medical Director, Trauma Committee | 2007-2010 |
| Powell Valley Hospital | |
| Powell, Wyoming | |

## PUBLICATIONS

Gall, J, Martinez, J, Watson, R, Gwin, L. 2024. Frontal Crash Testing of a Class V Lift Truck. Submitted to the American Society of Mechanical Engineering for publication.

Martinez, J, Germane A, Watson R, Gwin L.  Exit Time Differences Between Gated and Open Operator Compartments in Stand-Up End-Controlled Lift Trucks with an Examination of Injury Potential in Tip-Over and Off-Dock Incidents.  Proceedings of the ASME 2022 International Mechanical Engineering Congress and Exposition. 2022.

Bonugli, E., Greenston, M., Scott, W., Folley, A. et al., "Human Subject Kinematic Response to Low-Speed Sideswipes Involving a Truck Trailer," SAE Technical Paper 2021-01-5043, 2021, https://doi.org/10.4271/2021-01-5043.

Cormier, J., Gwin, L., Reinhart, L., Wood, R., & Bain, C. (2018). A comprehensive review of low-speed rear impact volunteer studies and a comparison to real-world outcomes. Spine, 43(18), 1250.

Guzman H; Barraza A; Bonugli E; Reinhart L and Gwin L.  Comparison of lumbar spine acceleration profiles of everyday activities and examination of their frequency content.  *41st Annual Meeting of the American Society of Biomechanics*. 2017.

BIODYNAMIC RESEARCH CORPORATION
12810 West Golden Lane
San Antonio, Texas 78249-2231
www.BRConline.com

LISA P. GWIN, DO, BSEE
Curriculum Vitae
Page 5 of 6
February 2024

Germane AG; Freund MA; Gwin LP; McNish TM; Scott WR; Day CM, and Bain CE. Technology in the courtroom. Curran J and Meaders K, eds. IN: *Expert Witnesses: Motor Vehicle and Accident Reconstruction Cases, 2016-2017 Edition*. Thomson Reuters; 2016; pp. 1073-1094.

Gwin LP; Guzman H; Bonugli E; Scott W, and Freund M. Measurement of Tolerable and Non-Injurious Levels of Back-to-Front Whole Body Accelerations. *SAE Technical Paper*. SAE # 2014-01-0492. 2014.

Bonugli E; Wirth J; Funk J; Cormier J; Guzman H; Gwin L, and Freund M. Characterization of Force Deflection Properties for Vehicular Bumper-to-Bumper Interactions. *SAE Int J Trans Safety*. SAE #2014-01-0482. 2014; 2(1):doi:10.4271/2014-01-0482.

Martin J and Gwin L. The multiply injured patient. Stone CK and Humphries RL. IN: *Current Diagnosis & Treatment: Emergency Medicine, 6th ed*. New York: McGraw Hill; 2007; pp. 167-180.

Wood IO; Krommenhoek A; Velasco L; Russ R; Nieto JM; Wallace ES; Gwin L; Bay RC; Butler K; Ingall TJ; Tiffany BR, and Lipinski CA. Emergency Department Management of Acute Stroke Patients: Presence and Absence of Stroke Teams [abstract]. *Acad Emerg Med*, 2002; 9(5):412.

A Comparative Evaluation of Onboard Refueling Vapor Recovery Fuel Fill Pipe Seal Systems. 1990 Society of Automotive Engineers International Congress & Exposition.

BIODYNAMIC RESEARCH CORPORATION
12810 West Golden Lane
San Antonio, Texas 78249-2231
www.BRConline.com

LISA P. GWIN, DO, BSEE
Curriculum Vitae
Page 6 of 6
February 2024