# APPENDIX A

## Appendix A – OSI Photo Comparison

| | Striking vehicle |
|---|---|
| Bryson |  |
| Mendoza | |
| Bacho | |

| | **Struck vehicle** |
|---|---|
| Bryson | |
| Mendoza | |
| Bacho | |

| | **Occupant Intrusion** |
|---|---|
| Bryson |  |
| Mendoza |  |
| Bacho<br><br>(2nd row) |  |