# EXHIBIT 7

CAUSE NO. 2010-CV-0172-A

| | | |
|---|---|---|
| JAVIER MENDOZA, MARTHA MENDOZA, DESIREE MENDOZA, AND JUSTIN MENDOZA, EACH INDIVIDUALLY | § § § § § | IN THE DISTRICT COURT |
| VS. | § § | |
| MARTIN NIETO, INDIVIDUALLY AND D/B/A MNT, KATHY NIETO, A MINOR; HECKETHORN PRODUCTS, INC., D/B/A ROUGH COUNTRY SUSPENSION SYSTEMS; AND XTREME OFFROAD SUSPENSIONS BY PRECISION AUTOMOTIVE | § § § § § § § § § | 197TH JUDICIAL DISTRICT<br><br><br><br><br><br>WILLACY COUNTY, TEXAS |

## AGREED ORDER OF DISMISSAL

On this day in the above-styled and numbered cause, wherein **JAVIER MENDOZA, MARTHA MENDOZA, DESIREE MENDOZA AND JUSTIN MENDOZA, EACH INDIVIDUALLY**, are the Plaintiffs; and **HECKETHORN PRODUCTS, INC., D/B/A ROUGH COUNTRY SUSPENSION SYSTEMS,** is the last remaining Defendant; the parties announced and made known to the Court that all matters in controversy between the parties have been compromised and settled and requested the Court to dismiss, with prejudice, said cause and all claims, actions and causes of action asserted by or which could have been asserted by the Plaintiffs against Defendants arising out of the occurrence made the subject of this suit;

And it appearing to the Court that all matters in controversy between the parties in said cause had been compromised and settled, and no further dispute exists between the

rom\orders\26952.dismiss

AGREED ORDER OF DISMISSAL - Page 1

RC-BRYSON 005080

parties, the Court finds that said cause, and all claims, actions, and causes of action asserted by Plaintiffs against said Defendants should be dismissed with prejudice;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that this cause, and all claims, actions and causes of action asserted by Plaintiffs against Defendants, be and they are hereby dismissed with prejudice as to the refiling of same;

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that the costs of court incurred in this proceeding be taxed against the party incurring same. All relief not expressly granted herein denied.

SIGNED this _____ day of _____, 2011.

_____
JUDGE PRESIDING

APPROVED AND AGREED TO:

GARCIA & KARAM
820 South Main
McAllen, TX 78501
(956) 630-2882
(956) 630-5393 (Fax)


By:_____
    AIZAR J. KARAM, JR.
    Texas State Bar No. 00796860
    RICARDO A. GARCIA
    Texas State Bar No. 07643200
    LINO H. OCHOA
    Texas State Bar No. 00797168
ATTORNEYS FOR PLAINTIFFS

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas  78520
(956) 542-5666
(956) 542-0016 (Fax)


By_____
       JEFFREY D. ROERIG
       Texas State Bar #17161700
       ATTORNEYS FOR DEFENDANT, HECKETHORN PRODUCTS, INC.,
          d/b/a ROUGH COUNTRY SUSPENSION SYSTEMS

RC-BRYSON 005082