# EXHIBIT 1

Page 1 of 4

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | County | Date Rec. by GDOT |
|---|---|---|---|
| C000671920-01 | GAGSP0000 | FANNIN | |

| Estimated Crash Date | Time | Dispatch Date | Time | Arrival Date | Time | Total Number of Vehicles | Injuries | Fatalities | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| 03/15/20 | 23:15 | 03/15/20 | 23:20 | 03/15/20 | 23:51 | 2 | 3 | 1 | BLUE RIDGE |

**Road of Occurrence:** GA 2
**At Its Intersection With:** _____
☐ Corrected Report

**Not At Its Intersection But:** 25  ☐ Miles ☒ Feet  ☐ North ☐ South  ☒ East ☐ West  **Of** BLUE RIDGE DRIVE
☐ Sup To Original

**Latitude (Y):** 34.87298 (Format: 00.00000)
**Longitude (X):** -84.32289 (Format: -00.00000)
☒ Hit And Run?

---

## Unit #1

| Unit # | ☒ Driver ☐ Ped ☐ Bike | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|---|
| 1 | ☒ Susp At Fault | ELLIOTT | HUNTER | ETHAN |

**Address:** 2864 DRY BRANCH RD
**City:** BLUE RIDGE  **State:** GA  **Zip:** 30513  **DOB:** [redacted]
**Driver's License No.:** [redacted]  **Class:** D  **State:** GA  **Country:** UNITED STATES
**Insurance Co.:** PROGRESSIVE  **Policy No.:** 930626079  **Telephone No.:**
**Year:** 2016  **Make:** FORD  **Model:** SUPER DUTY
**VIN:** 1FT7W2BT9GEC79140  **Vehicle Color:** GRY
**Tag #:** RRN3130  **State:** GA  **County:** FANNIN  **Year:** 2020
**Trailer Tag #:**  **State:**  **County:**  **Year:**
☒ Same as Driver  **Owner's Last Name:** ELLIOTT  **First:** HUNTER  **Middle:** ETHAN
**Address:** 2864 DRY BRANCH RD
**City:** BLUE RIDGE  **State:** GA  **Zip:** 30513-5720
**Removed By:** CAR CRAFTERS  ☐ Request ☒ List

| Alco Test: 1 | Type: | Results: PEND | Drug Test: 1 | Type: | Results: |
|---|---|---|---|---|---|

**First Harmful Event:** 11  **Most Harmful Event:** 11  **Operator/Ped Cond:** 4
**Operator Contributing Factors:** 2  3  20  31
**Vehicle Contributing Factors:** 1  **Roadway Contributing Factors:** 1
**Direction of Travel:** 4  **Vehicle Maneuver:** 5  **Non-Motor Maneuver:**
**Vehicle Class:** 1  **Vehicle Type:** 2  **Vision Obscured:** 1
**Number of Occupants:** 1  **Area of Initial Contact:** 12  **Damage to Veh:** 4
**Traffic-Way Flow:** 1  **Road Comp:** 2  **Road Character:** 2
**Number of Lanes:** 5  **Posted Speed:** 55  **Work Zone:** 0
**Traffic Control:** 7  **Device Inoperative:** ☐ Yes ☒ No

**Citation Information:**
Citation # E03538549  O.C.G.A. § 16-10-24
Citation # E03538548  O.C.G.A. § 40-8-76.1
Citation # E03538547  O.C.G.A. § 40-8-71

---

## Unit #2

| Unit # | ☒ Driver ☐ Ped ☐ Bike | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|---|
| 2 | ☐ Susp At Fault | KELLEY | SANTANA | SHEREE |

**Address:** PO BOX 65
**City:** SHANNON  **State:** GA  **Zip:** 30172  **DOB:** [redacted]
**Driver's License No.:** [redacted]  **Class:** C  **State:** GA  **Country:** UNITED STATES
**Insurance Co.:** PROGRESSIVE  **Policy No.:** PROGRESSIVE  **Telephone No.:**
**Year:** 2008  **Make:** FORD  **Model:** ESCAPE
**VIN:** 1FMCU03178KA77952  **Vehicle Color:** BLU
**Tag #:** PRH3603  **State:** GA  **County:** FLOYD  **Year:** 2020
**Trailer Tag #:**  **State:**  **County:**  **Year:**
☒ Same as Driver  **Owner's Last Name:** KELLEY  **First:** SANTANA  **Middle:** SHEREE
**Address:** 325 3RD ST
**City:** SHANNON  **State:** GA  **Zip:** 30172-0000
**Removed By:** CAR CRAFTERS  ☐ Request ☒ List

| Alco Test: 2 | Type: | Results: | Drug Test: 2 | Type: | Results: |
|---|---|---|---|---|---|

**First Harmful Event:** 11  **Most Harmful Event:** 11  **Operator/Ped Cond:** 1
**Operator Contributing Factors:** 1
**Vehicle Contributing Factors:** 1  **Roadway Contributing Factors:** 1
**Direction of Travel:** 4  **Vehicle Maneuver:** 4  **Non-Motor Maneuver:**
**Vehicle Class:** 1  **Vehicle Type:** 1  **Vision Obscured:** 1
**Number of Occupants:** 3  **Area of Initial Contact:** 6  **Damage to Veh:** 4
**Traffic-Way Flow:** 1  **Road Comp:** 2  **Road Character:** 2
**Number of Lanes:** 5  **Posted Speed:** 55  **Work Zone:** 0
**Traffic Control:** 7  **Device Inoperative:** ☐ Yes ☒ No

**Citation Information:**
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____
Citation # _____  O.C.G.A. § _____

---

### COMMERCIAL MOTOR VEHICLES ONLY (Unit 1)

**Carrier Name:**
**Address:**  **City:**  **State:**  **Zip:**
**U.S. D.O.T. #:**  **No. of Axles:**  **G.V.W.R.:**
**Cargo Body Type:**  **Vehicle Config.:**  ☐ Interstate ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☐ No
**C.D.L.?** ☐ Yes ☐ No  **C.D.L. Suspended?** ☐ Yes ☐ No
**Vehicle Placarded?** ☐ Yes ☐ No  **Hazardous Materials?** ☐ Yes ☐ No
**Haz Mat Released?** ☐ Yes ☐ No
If YES: Name or four Digit Number from Diamond or Box: _____
One Digit Number from Bottom of Diamond: _____

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

### COMMERCIAL MOTOR VEHICLES ONLY (Unit 2)

**Carrier Name:**
**Address:**  **City:**  **State:**  **Zip:**
**U.S. D.O.T. #:**  **No. of Axles:**  **G.V.W.R.:**
**Cargo Body Type:**  **Vehicle Config.:**  ☐ Interstate ☐ Intrastate  **Fed. Reportable:** ☐ Yes ☐ No
**C.D.L.?** ☐ Yes ☐ No  **C.D.L. Suspended?** ☐ Yes ☐ No
**Vehicle Placarded?** ☐ Yes ☐ No  **Hazardous Materials?** ☐ Yes ☐ No
**Haz Mat Released?** ☐ Yes ☐ No
If YES: Name or four Digit Number from Diamond or Box: _____
One Digit Number from Bottom of Diamond: _____

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

GDOT-523 (07/17)

## COLLISION FIELDS

| Manner of Collision: | 3 | Location at Area of Impact: | 7 | Weather: | 2 | Surface Condition: | 1 | Light Condition: | 4 |
|---|---|---|---|---|---|---|---|---|---|

### NARRATIVE

Vehicle #2 was stopped in the left westbound lane of GA 2, at its intersection with Blue Ridge Drive. Vehicle #1 was traveling in the left westbound lane of GA 2, approaching vehicle #2 from its rear. Vehicle #1 struck the rear of vehicle #2 with its front portion pushing vehicle #2 west into the intersection of GA 2 and Blue Ridge Drive. The driver of vehicle #1 then proceeded to attempt to leave the scene by placing his vehicle in reverse and traveling east inside of the intersection. Vehicle #1 came to a stop at the east side of the intersection due to mechanical failure. Vehicle #1's driver then exited the vehicle and fled the scene on foot. The driver of vehicle #1 later returned to the scene by his own will. Vehicle #1 came to a controlled final rest facing west on the east side of GA 2 and Blue Ridge Drive. Vehicle #1 came to a uncontrolled final rest facing west on the west side of GA 2 and Blue Ridge Drive.

This investigation is being investigated by Troop B SCRT.

Note: This accident investigation was recorded on DVR by Trooper 650 and Trooper 359.

### DIAGRAM

INDICATE NORTH

### PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle | Owner |
|---|---|
| | |

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| RHODES, TRENTON | 151 SUNRISE RD | BLUE RIDGE | GA | 30513 | 706-455-2056 |
| BARKER, THOMAS | 761 BOARD TOWN RD | ELLIJAY | GA | 30540 | 706-502-6582 |
| MEADERS, CHERI | 1435 LOVING RD | MORGANTON | GA | 30560 | 762-210-8053 |
| NIX, CONNIE | 35 HIGH COUNTRY CIRCLE | MORGANTON | GA | 30560 | |

### OCCUPANT INFORMATION

**1** Name (Last, First): ELLIOTT, HUNTER  Address: 2864 DRY BRANCH RD BLUE RIDGE, GA 30513
- Age: 23 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 0 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 3 | Taken for Treatment: 1
- Injury Taken To: FANNIN REGIONAL | By: FANNIN COUNTY EMS | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time:

**2** Name (Last, First): KELLEY, SANTANA  Address: PO BOX 65 SHANNON, GA 30172
- Age: 23 | Sex: F | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 2 | Taken for Treatment: 1
- Injury Taken To: FANNIN REGIONAL ER | By: FANNIN COUNTY EMS | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time:

**3** Name (Last, First): BRYSON, JOSHUA  Address: 325 E 3RD ST ROME, GA 30161
- Age: 24 | Sex: M | Unit #: 2 | Position: 3 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 1 | Injury: 2 | Taken for Treatment: 1
- Injury Taken To: FANNIN REGIONAL | By: FANNIN COUNTY EMS | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time:

**4** Name (Last, First): BRYSON, COHEN  Address: 325 E 3RD ST ROME, GA 30161
- Age: 2 | Sex: M | Unit #: 2 | Position: 4 | Safety Eq: 4 | Ejected: 2 | Extricated: 2 | Air Bag: 0 | Injury: 1 | Taken for Treatment: 2
- Injury Taken To: | By: | EMS Notified Time: 23:15 | EMS Arrival Time: 23:39 | Hospital Arrival Time: 23:45

### ADMINISTRATIVE

Photos Taken: [X] Yes [ ] No   By: 196

Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404)635-2963.

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| MATHESON, S. L. #0650 | GSPB\POST 27 | 03/16/20 | TAYLOR, B.D. #0513 | 03/21/20 |

GDOT-523 (07/17)   MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 East Confederate Ave., Atlanta GA 30316-2590

Fannin DA 000482

Page 3 of 4

## SUPPLEMENT
### GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number: C000671920-01 | Estimated Crash Date: 03/15/20 | Officer Name: MATHESON, S. L. #0650 |
|---|---|---|

**NARRATIVE CONTINUED**

**ADDITIONAL CITATION INFORMATION**

Unit # 1

| Citation # | O.C.G.A. § |
|---|---|
| E03538546 | 40-8-73.1 |
| E03538545 | 40-8-73.1 |
| E03524197 | 40-6-390 |
| E03524196 | 40-6-241(c)(1) |
| E03524194 | 40-5-121 |
| E03524193 | 40-6-394 |
| E03519797 | 40-6-394 |
| E03519796 | 40-6-270 |
| E03519795 | 40-6-393(A) |
| E03519792 | 40-6-391(a)(1-5) |
| E03519793 | 40-6-49 |
| E03519794 | 40-8-6 |
| E03524195 | 40-6-253 |

GDOT-523 SUPP (07/17)

ADDITIONAL or FULL PAGE DIAGRAM

Page 4 of 4



GDOT-523 SUPP (07/17)