# EXHIBIT 2

| | |
|---|---|
| **WITNESSES :**<br>(In addition to those listed in the body of the Indictment)<br>Steven Whitley<br>Appalachian Circuit District Attorney's Office<br>400 West Main St, Suite 200<br>Blue Ridge, GA 30513<br>Main Office: 706-632-2496<br><br>Andrew Phillips<br>Georgia State Patrol Post 27 (Blue Ridge)<br>159 Industrial Blvd.<br>Blue Ridge, GA 30513<br>Main Office: 706-272-2200<br><br>Warrant No(s):   20-257FW, 20-259FW, 20-256MW,<br>20-263MW, 20-258MW, 20-269MW, 20-260MW,<br>20-261MW, 20-262MW, 20-264MW, 20-266MW,<br>20-267MW, 20-265MW, 20-268MW<br><br>**DEFENDANT ADDRESSES:**<br><br>Hunter Ethan Elliott<br>730 Tilley Road<br>Talking Rock, GA 30175<br><br> | **GENERAL BILL OF INDICTMENT**<br><br>No. _2020 R 348_<br><br>**Fannin Superior Court**<br><br>**NOVEMBER TERM 2020**<br><br>**The State of Georgia**<br><br>vs.<br><br>**HUNTER ETHAN ELLIOTT**<br><br>**OFFENSE**<br>Ct. 1: HOMICIDE BY VEHICLE IN THE FIRST DEGREE<br>O.C.G.A. 40-6-393(a)<br>Ct. 2: HOMICIDE BY VEHICLE IN THE FIRST DEGREE<br>O.C.G.A. 40-6-393(a)<br>Ct. 3: HOMICIDE BY VEHICLE IN THE FIRST DEGREE<br>O.C.G.A. 40-6-393(a)<br>Ct. 4: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394<br>Ct. 5: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394<br>Ct. 6: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394<br>Ct. 7: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394<br>Ct. 8: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394<br>Ct. 9: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394<br>Ct. 10: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394<br>Ct. 11: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394<br>Ct. 12: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394<br>Ct. 13: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394<br>Ct. 14: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394<br>Ct. 15: SERIOUS INJURY BY VEHICLE<br>O.C.G.A. 40-6-394 |

DA No.   20FAN00137

20R348

Ct. 16: DRIVING UNDER THE INFLUENCE (PER SE)
O.C.G.A. 40-6-391(a)(5)
Ct. 17: DRIVING UNDER THE INFLUENCE (LESS SAFE) (ALCOHOL)
O.C.G.A. 40-6-391(a)(1)
Ct. 18: RECKLESS DRIVING
O.C.G.A. 40-6-390
Ct. 19: HIT AND RUN
O.C.G.A. 40-6-270(b)
Ct. 20: HIT AND RUN
O.C.G.A. 40-6-270(a)
Ct. 21: HIT AND RUN
O.C.G.A. 40-6-270(b)
Ct. 22: HIT AND RUN
O.C.G.A. 40-6-270(a)
Ct. 23: HIT AND RUN
O.C.G.A. 40-6-270(b)
Ct. 24: HIT AND RUN
O.C.G.A. 40-6-270(a)
Ct. 25: DRIVING WHILE LICENSE SUSPENDED
O.C.G.A. 40-5-121(a)
Ct. 26: DISTRACTED DRIVING
O.C.G.A. 40-6-241
Ct. 27: OPEN CONTAINER
O.C.G.A. 40-6-253
Ct. 28: FOLLOWING TOO CLOSELY
O.C.G.A. 40-6-49
Ct. 29: WINDOW TINT VIOLATION
O.C.G.A. 40-8-73.1
Ct. 30: WINDOW TINT VIOLATION
O.C.G.A. 40-8-73.1
Ct. 31: IMPROPER SUSPENSION SYSTEM
O.C.G.A. 40-8-6
Ct. 32: IMPROPER MUFFLER EXHAUST SYSTEM
O.C.G.A. 40-8-71

DA No. 20FAN00137

Fannin DA 000526

20R348

The Defendant, **Hunter Ethan Elliott**, hereby waives formal arraignment and demands a copy of the Bill of Indictment and list of witnesses and hereby pleads _____ guilty.
This _____ day of _____, 20 \_\_\_\_\_.

_____
Defendant

_____
Attorney for Defendant

Filed in office by: *Cindy Wood* 2:05 pm
Grand Jury Bailiff
*November 13* 2020

_____ Clerk, S. C.
*TRUE* BILL
_____ Foreman
B. ALISON SOSEBEE, District Attorney
SPECIAL PRESENTMENT
_____ , Prosecutor

Minutes _____ Page _____

DA No. 20FAN00137

Fannin DA 000527

20R348

**WITNESS LIST**

James Burrell
Dustin Carder
Richard Gazaway
Brendan Jourdan
Fannin County Sheriff's Office
645 West First Street
Blue Ridge, GA 30513
Main Office: (706) 632-2044

Andrew Phillips
Georgia State Patrol Post 27 (Blue Ridge)
159 Industrial Blvd.
Blue Ridge, GA 30513
Main Office: 706-272-2200

Joshua Ward Bryson
Date of Birth: 11/13/1995
Santana Sheree Kelly
Date of Birth: 04/25/1996
Cohen Zayne Bryson
Date of Birth: 02/15/2018
Chandler Michael Bryson
Date of Birth: 03/20/2020
1195 Doyle Rd
Cedartown, GA 30125
Phone: 706-994-9178

Thomas Barker
761 Boardtown Road
Ellijay, GA 30540
Other: 706-502-6582

Cheri Meaders
1435 Loving Road
Morganton, GA 30560
Other: 762-210-8053

Connie Nix
35 High Country Circle
Morganton, GA 30560

Trenton Rhodes
151 Sunrise Rd
Blue Ridge, GA 30513
Other: 706-455-2056

DA No.  20FAN00137

20R348

Mary Jo Brasher
Kasey Wilson
GBI Crime Lab Headquarters (Decatur)
3121 Panthersville Road
Decatur, GA 30034
Main Office: (404) 244-2500
Fax: (404) 270-8229
Fax: (404) 270-8105 (subpoenas)
Other: 404-270-8227

Annemarie Anglim
Timothy Bethune
Joseph Bird
William Bomboy
Rylea Ewing
Jessica George
Scott Giychrist
Taylore Grimm
Kevin Harrell
Heather Henderson
Phyllis Hinson
Stephanie Hobby
Alison Hollis
JoAnne Hunter
Laura Kirk
Bailey Laughmiller
Vicente Alons Mejia
Kathy Neill
Alexander Palmer
Krista Ragen
Alexander Palmer
Marilyn Ringstaff
Linda Rogers
Margaret Ryan
Daniel Sakaan
Tonya Spraybarry
Madison Wing
Benjamin C. Smith, III
Kayla Yaecket
Angela Yates
Erlanger Medical Center
975 East 3rd Street
Chattanooga, TN 37403
Main Office: 423-778-7000

DA No.  20FAN00137

Fannin DA 000529

20R348

Becky Callihan
Kevin Dills
Fannin County Coroner
346 West Main Street
Blue Ridge, GA 30513
Phone: (706) 946-6749

Michael Cornelius
Becky Huffman
Andrew McDaris
Tracy Padgett
Fannin County EMS
C/O Station 1
20 Station Ridge
Blue Ridge, GA 30513
Main Office: 706-632-2011

Jonathan Eisenstat
Georgia Bureau of Investigation Headquarters (Decatur)
3121 Panthersville Rd.
Decatur, GA 30034
Main Office: 404-270-8186

DA No.  20FAN00137

Fannin DA 000530

GENERAL BILL OF INDICTMENT Indictment # 20R348

GEORGIA, FANNIN COUNTY

## IN THE SUPERIOR COURT OF FANNIN COUNTY

The Grand Jurors selected, chosen and sworn for the County of Fannin to wit:

1. JOHN CHARLES JACOBS (FOREPERSON)
2. RAYMOND EARL AKE (ASST. FOREPERSON)
3. JAN VALERIE O'QUINN (CLERK)
4. ROSA KAY GREENE (ASST. CLERK)
5. JOSEPH WILLIAM HIGGINS JR
6. DENISE MARIE MILLER
7. SHAHAB BABAI FARD
8. HOBERT DANIEL BROWN
9. DONNA GALE YATES
10. MAXINE BELL METCALF
11. JOHN E WATSON III
12. MICHELE LEE VANGILDER
13. HUNTER LEE PATTERSON
14. SARAH DILLS TIPTON
15. DAVID THOMAS ESKER PHILLIPS
16. MICHAEL ROSTON SHINPAUGH
17. ERIC THOMAS SMITH
18. ERNEST MAXWELL MELTON
19. SETH WOODROW ROBINSON
20. CHAD DYLAN RAY
21. JULIA ANN LEISTER
22. VERONICA W FREEMAN
23. PATRICK MATTHEW CRAIN

### COUNT 1 (O.C.G.A. 40-6-393(a))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **HOMICIDE BY VEHICLE IN THE FIRST DEGREE**, in violation of O.C.G.A. §40-6-393(a), for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, while driving and operating a 2016 Ford Super Duty pickup truck, motor vehicle, on Georgia Highway 515, without malice aforethought, did cause the death of Cohen Bryson, a human being, through a violation of O.C.G.A. §40-6-391(a)(5), Driving Under the Influence, as set out and further defined in Count 16 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 2 (O.C.G.A. 40-6-393(a))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **HOMICIDE BY VEHICLE IN THE FIRST DEGREE**, in violation of O.C.G.A. §40-6-393(a), for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, while driving and operating a 2016 Ford Super Duty pickup truck, motor vehicle, on Georgia Highway 515, without malice aforethought, did cause the death of Cohen Bryson, a human being, through a violation of O.C.G.A. §40-6-391(a)(1), Driving Under the Influence, as set out and further defined in Count 17 of this this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

DA No.  20FAN00137

Fannin DA 000531

20R348

### COUNT 3 (O.C.G.A. 40-6-393(a))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **HOMICIDE BY VEHICLE IN THE FIRST DEGREE,** in violation of O.C.G.A. §40-6-393(a), for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, while driving and operating a 2016 Ford Super Duty pickup truck, a motor vehicle, on Georgia Highway 515, did, without malice aforethought, did cause the death of Cohen Bryson, a human being, through a violation of O.C.G.A. §40-6-390, Reckless Driving, as set out and further defined in Count 18 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 4 (O.C.G.A. 40-6-394)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE,** in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, without malice, did cause bodily harm to Joshua Bryson by rendering a member of his body useless, to wit: a left rib fracture, a T7 superior endplate compression fracture, and a trace left pneumothorax, through a violation of O.C.G.A. §40-6-391(a)(5) as set out and further defined in Count 16 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 5 (O.C.G.A. 40-6-394)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE,** in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, without malice, did cause bodily harm to Joshua Bryson by rendering a member of his body useless, to wit: a left rib fracture, a T7 superior endplate compression fracture, and a trace left pneumothorax, through a violation of O.C.G.A. §40-6-391(a)(1) as set out and further defined in Count 17 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

20R348

### COUNT 6 (O.C.G.A. 40-6-394)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE**, in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, without malice, did cause bodily harm to Joshua Bryson by rendering a member of his body useless, to wit: a left rib fracture, a T7 superior endplate compression fracture, and a trace left pneumothorax, through a violation of O.C.G.A. §40-6-390, as set out and further defined in Count 18 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 7 (O.C.G.A. 40-6-394)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE**, in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, without malice, did cause bodily harm to Joshua Bryson by depriving said person of a member of his body, to wit: a left first rib fracture, a T7 superior endplate compression fracture, and a trace left pneumothorax, through a violation of Code section §40-6-391(a)(5), as set out and further defined in Count 16 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 8 (O.C.G.A. 40-6-394)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE**, in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, without malice, did cause bodily harm to Joshua Bryson by depriving said person of a member of his body, to wit: a left first rib fracture, a T7 superior endplate compression fracture, and a trace left pneumothorax, through a violation of O.C.G.A. §40-6-391(a)(1), as set out and further defined in Count 17 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

20R348

COUNT 9 (O.C.G.A. 40-6-394)

THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE,** in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March, 2020, in the County and State aforesaid, without malice, did cause bodily harm to Joshua Bryson by depriving said person of a member of his body, to wit: a left first rib fracture, a T7 superior endplate compression fracture, and a trace left pneumothorax, through a violation of O.C.G.A. §40-6-390, as set out and further defined in Count 18 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

COUNT 10 (O.C.G.A. 40-6-394)

THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE,** in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, without malice, did cause bodily harm to Santana Kelly by seriously disfiguring her body, to wit: laceration to the upper left arm, laceration to the back of the head, and bruising and swelling to the body, through a violation of O.C.G.A. §40-6-391(a)(5), as set out and further defined in Count 16 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

COUNT 11 (O.C.G.A. 40-6-394)

THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE,** in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, without malice, did cause bodily harm to Santana Kelly by seriously disfiguring her body, to wit: laceration to the upper left arm, laceration to the back of the head, and bruising and swelling to the body, through a violation of O.C.G.A. §40-6-391(a)(1), as set out and further defined in Count 17 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

20R348

### COUNT 12 (O.C.G.A. 40-6-394)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE,** in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, without malice, did cause bodily harm to Santana Kelly by seriously disfiguring her body, to wit: laceration to the upper left arm, laceration to the back of the head, and bruising and swelling to the body, through a violation of O.C.G.A. §40-6-390, as set out and further defined in Count 18 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 13 (O.C.G.A. 40-6-394)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE,** in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, without malice, did cause bodily harm to Santana Kelly by rendering the uterus and cervix, members of her body, useless, by causing said members to function incorrectly and insufficiently from abdominal and pelvic trauma and psychological stress related to a motor vehicle crash, resulting in the premature delivery and birth of Chandler Michael Bryson, through a violation of O.C.G.A. §40-6-391(a)(5) as set out and further defined in Count 16 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 14 (O.C.G.A. 40-6-394)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE,** in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, without malice, did cause bodily harm to Santana Kelly by rendering the uterus and cervix, members of her body, useless, by causing said members to function incorrectly and insufficiently from abdominal and pelvic trauma and psychological stress related to a motor vehicle crash, resulting in the premature delivery and birth of Chandler Michael Bryson, through a violation of O.C.G.A. §40-6-391(a)(1) as set out and further defined in Count 17 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

20R348

### COUNT 15 (O.C.G.A. 40-6-394)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **SERIOUS INJURY BY VEHICLE,** in violation of O.C.G.A. §40-6-394, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, without malice, did cause bodily harm to Santana Kelly by rendering the uterus and cervix, members of her body, useless, by causing said members to function incorrectly and insufficiently from abdominal and pelvic trauma and psychological stress related to a motor vehicle crash, resulting in the premature delivery and birth of Chandler Michael Bryson, through a violation of O.C.G.A. §40-6-390, as set out and further defined in Count 18 of this General Bill of Indictment, and specifically incorporated herein, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 16 (O.C.G.A. 40-6-391(a)(5))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **DRIVING UNDER THE INFLUENCE (PER SE),** in violation of O.C.G.A. §40-6-391(a)(5), for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, did drive and was in actual physical control of a 2016 Ford Super Duty pickup truck, a moving vehicle, while the accused's alcohol concentration was .08 grams or more within 3 hours after such driving and physical control ended from alcohol consumed before such driving and physical control ended, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 17 (O.C.G.A. 40-6-391(a)(1))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **DRIVING UNDER THE INFLUENCE (LESS SAFE) (ALCOHOL),** in violation of O.C.G.A. §40-6-391(a)(1), for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, did drive and was in actual physical control of a 2016 Ford Super Duty pickup truck, a moving vehicle, while under the influence of alcohol to the extent that it was less safe for him to drive, contrary to the laws of this State, the good order, peace and dignity thereof.

20R348

### COUNT 18 (O.C.G.A. 40-6-390)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **RECKLESS DRIVING,** in violation of O.C.G.A. §40-6-390, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, did drive a 2016 Ford Super Duty pickup truck, a motor vehicle, in a reckless manner in reckless disregard of the safety of persons and property by committing the act of consuming alcoholic beverage(s) and proceeding to operate a motor vehicle with a conscious awareness of danger, while ignoring any potential consequences of doing so, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 19 (O.C.G.A. 40-6-270(b))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **HIT AND RUN,** in violation of O.C.G.A. §40-6-270(b), for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, being the driver of a vehicle on Georgia Highway 515 which was involved in an accident, which was the proximate cause of the death of Cohen Bryson and the proximate cause of a serious injury to Joshua Bryson and Santana Kelly, the victim(s), did knowingly fail to immediately stop his vehicle at the scene of the accident and as close to the scene of the accident as possible and return to the scene of the accident and give his name, address, and vehicle registration number of the vehicle he was driving, said accident being the proximate cause of the injuries sustained by said victim(s), contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 20 (O.C.G.A. 40-6-270(a))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **HIT AND RUN,** in violation of O.C.G.A. §40-6-270(a), for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, being the driver of a vehicle on Georgia Highway 515, which was involved in an accident resulting in damage to a vehicle driven by Santana Kelly and attended by Joshua Bryson and Cohen Bryson, did knowingly fail to immediately stop his vehicle at the scene of the accident and as close to the scene of the accident as possible and return to the scene of the accident and give his name, address, and vehicle registration number of the vehicle he was driving, contrary to the laws of this State, the good order, peace and dignity thereof.

DA No. 20FAN00137

Fannin DA 000537

20R348

### COUNT 21 (O.C.G.A. 40-6-270(b))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA,** charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **HIT AND RUN,** in violation of O.C.G.A. §40-6-270(b), for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, being the driver of a vehicle on Georgia Highway 515, which was involved in an accident which was the proximate cause of the death of Cohen Bryson and the proximate cause of a serious injury to Joshua Bryson and Santana Kelly, the victim(s), did knowingly fail to immediately stop his vehicle at the scene of the accident and as close to the scene of the accident as possible and return to the scene of the accident and render reasonable assistance to said victim, said accident being the proximate cause of the injuries sustained by said victim(s), contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 22 (O.C.G.A. 40-6-270(a))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA,** charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **HIT AND RUN,** in violation of O.C.G.A. §40-6-270(a), for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, being the driver of a vehicle on Georgia Highway 515, which was involved in an accident resulting in injury to Cohen Bryson, Joshua Bryson, and Santana Kelly, the victim(s), did knowingly fail to immediately stop his vehicle at the scene of the accident and as close to the scene of the accident as possible, and return to the scene of the accident and render reasonable assistance to said victim, said accident being the proximate cause of the injuries sustained by said victim, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 23 (O.C.G.A. 40-6-270(b))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA,** charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **HIT AND RUN,** in violation of O.C.G.A. §40-6-270(b), for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, being the driver of a vehicle on Georgia Highway 515, which was involved in an accident which was the proximate cause of the death of Cohen Bryson, the victim, who at the scene of said accident was unconscious and appeared to be deceased, did knowingly fail to immediately stop his vehicle at the scene of the accident and as close to the scene of the accident as possible, and return to the scene of the accident and make every reasonable effort to ensure that emergency medical services and local law enforcement are contacted for the purpose of reporting the accident and making a request for assistance, said accident being the proximate cause of the injuries sustained by said victim, contrary to the laws of this State, the good order, peace and dignity thereof.

DA No. 20FAN00137

20R348

### COUNT 24 (O.C.G.A. 40-6-270(a))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA,** charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **HIT AND RUN,** in violation of O.C.G.A. §40-6-270(a), for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, being the driver of a vehicle on Georgia Highway 515, which was involved in an accident resulting in injury to Cohen Bryson, the victim, who at the scene of said accident was unconscious and appeared to be deceased, did knowingly fail to immediately stop his vehicle at the scene of the accident and as close to the scene of the accident as possible, and return to the scene of the accident and make every reasonable effort to ensure that emergency medical services and local law enforcement are contacted for the purpose of reporting the accident and making a request for assistance, said accident being the proximate cause of the injuries sustained by said victim, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 25 (O.C.G.A. 40-5-121(a))

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA,** charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **DRIVING WHILE LICENSE SUSPENDED,** in violation of O.C.G.A. §40-5-121, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, did operate a motor vehicle on Georgia Highway 515, a public highway of this state, at a time when his privilege to do so was suspended, contrary to the laws of this State, the good order, peace and dignity thereof.

### COUNT 26 (O.C.G.A. 40-6-241)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA,** charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **DISTRACTED DRIVING,** in violation of O.C.G.A. §40-6-241, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, being the driver of a 2016 Ford Super Duty pickup truck, a motor vehicle, on Georgia Highway 515, did engage in an action which distracted such driver from the safe operation of such vehicle, in that the accused did make a telephone call on a wireless telecommunications device, and conducted a conversation on said device, contrary to the laws of this State, the good order, peace and dignity thereof.

20R348

## COUNT 27 (O.C.G.A. 40-6-253)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **OPEN CONTAINER,** in violation of O.C.G.A. §40-6-253, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, while operating a 2016 Ford Super Duty pickup truck, a motor vehicle, on Georgia Highway 515, a public highway, did possess open alcoholic beverage container(s) in the passenger area of said motor vehicle, contrary to the laws of this State, the good order, peace and dignity thereof.

## COUNT 28 (O.C.G.A. 40-6-49)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **FOLLOWING TOO CLOSELY,** in violation of O.C.G.A. §40-6-49, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, while driving a 2016 Ford Super Duty pickup truck, a motor vehicle, on Georgia Highway 515, did follow another vehicle, to wit: a 2008 Ford Escape, more closely than was reasonable and prudent, without having due regard for the speed of such vehicle and traffic upon and the condition of the highway, contrary to the laws of this State, the good order, peace and dignity thereof.

## COUNT 29 (O.C.G.A. 40-8-73.1)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **WINDOW TINT VIOLATION,** in violation of O.C.G.A. §40-8-73.1, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, did operate a motor vehicle at Georgia Highway 515 which had material and glazing applied and affixed to the side windows, which material and glazing when so applied reduces light transmission through the windshield to less than the allowable amount as defined in O.C.G.A. §40-8.73.1, contrary to the laws of this State, the good order, peace and dignity thereof.

## COUNT 30 (O.C.G.A. 40-8-73.1)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **WINDOW TINT VIOLATION,** in violation of O.C.G.A. §40-8-73.1, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, did operate a motor vehicle on Georgia Highway 515 which had material and glazing applied and affixed to the front windshield, which material and glazing when so applied reduces light transmission through the windshield, contrary to the laws of this State, the good order, peace and dignity thereof.

DA No. 20FAN00137

20R348

#### COUNT 31 (O.C.G.A. 40-8-6)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **IMPROPER SUSPENSION SYSTEM,** in violation of O.C.G.A. §40-8-6, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, did operate a 2016 Ford Super Duty pickup truck, a private passenger motor vehicle, upon Georgia Highway 515, a public highway, after the suspension system had been altered more than two inches above the factory recommendation for such vehicle, contrary to the laws of this State, the good order, peace and dignity thereof.

#### COUNT 32 (O.C.G.A. 40-8-71)

**THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA**, charge and accuse **HUNTER ETHAN ELLIOTT** with unlawfully committing the offense of **IMPROPER MUFFLER EXHAUST SYSTEM,** in violation of O.C.G.A. §40-8-71, for that the said accused, on the 15th day of March 2020, in the County and State aforesaid, did operate a 2016 Ford Super Duty pickup truck, a motor vehicle, upon Georgia Highway 515, a public highway of this State, without said vehicle being equipped with an exhaust system in good working order and in constant operation, in that said exhaust system did not include the piping leading from the flange of the exhaust manifold to and including the muffler(s) and tail pipes, contrary to the laws of this State, the good order, peace and dignity thereof.

/s/ _____ Prosecuting Attorney
B. Alison Sosebee, District Attorney
Appalachian Judicial Circuit

DA No.  20FAN00137

Fannin DA 000541