UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>Defendant. | Civil Action File<br><br>No. 2:22-cv-17-RWS |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to the Local Rules and this Court's Standing Order Rule II(d), the Court hereby grants Plaintiffs' Motion to File Documents Under Seal and Orders that the following document may be filed under seal:

- An unredacted version of Plaintiffs' Response to Defendant Rough Country's Motion in Limine Regarding Georgia's Old O.C.G.A. § 40-8-6.

SO ORDERED this 17th day of March, 2025.

_____
HONORABLE RICHARD W. STORY
United States District Judge