# EXHIBIT 1

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF GEORGIA
 3                  GAINESVILLE DIVISION
 4
 5   SANTANA BRYSON and JOSHUA        )
     BRYSON, as adminsitrators of     )
 6   the Estate of C.Z.B. and as      )
     surviving parents of C.Z.B., a   )
 7   deceased minor.,                 )
                                      )
 8              PLAINTIFF,            )
                                      )
 9   VS.                              )CASE NO.:2:22=CV=017-RWS
                                      )
10   ROUGH COUNTRY LLC,               )
                                      )
11              DEFENDANT.            )
     _____)
12
13           REPORTER'S TRANSCRIPT OF PROCEEDINGS
14                  FRIDAY, MAY 5, 2024
15   APPEARANCES:
16      FOR THE PLAINTIFF:
17          CANNELLAS NYDER
            BY:  Tedra Cannella
18               Devin Mashman
                 Attorneys at Law
19          315 West. Ponce De Leon Avenue, Suite 885
            DECATUR, GA 30030
20          TELEPHONE: (404) 800-4828
            FACSIMILE: (404) 393-0365
21          E-MAIL:  info@cannellasnyder.com
22
23   (Appearances continued next page.)
24
25      REPORTED BY:           JUSTUS BALENTINE, CSR 13859
```

1    Q.   No matter where you put the cargo, both seat
2    backs would be more deformed forward; correct?
3    A.   No.  As we talked about before, it's possible
4    that you could jam everything maybe all the way to the
5    right side of the vehicle, and then not get any
6    deformation of that left seat back, but that's not what
7    happened in either case, so there's no point in talking
8    about that.
9         But if the cargo had been exactly the same as it
10   was in the actual crash, which we will never know what
11   that was, then we would have even more forward
12   deformation of the Row 2 seat back, even without a lift
13   kit on the F250.
14   Q.   And can you tell the Court how many more inches
15   of forward deformation there would have been?
16   A.   No.  I cannot for the reasons that we've already
17   discussed.
18   Q.   Looking at Plaintiff's Exhibit 32, what in this
19   picture causes the impact to Cohen that would kill him?
20   A.   What caused the impact to Master Bryson is the
21   deformed child safety seat with the Row 2 seat behind it,
22   which is being deformed in interacting with the child
23   seat and all the cargo behind it and the cargo -- the
24   lift gate behind it and the Ford F250 behind it.
25   Q.   Can you circle -- well, back up.