# EXHIBIT 1



Quest Engineering & Failure Analysis, Inc.
www.quest-engineering.com

# Curriculum Vitae
# G. Bryant Buchner, P.E.

**_Profession:_**   Consulting Engineer, Specializing in Failure Analysis and Accident Reconstruction

**_Registration:_**   Professional Engineer, Registered in the States of Florida, Georgia, Alabama, Mississippi

**_Education:_**   Auburn University
    Bachelor of Materials Engineering, Magna Cum Laude
    Master of Business Administration

**_Certifications:_**   Accident Reconstruction, SAE
Authorized Safety Instructor, OSHA

**_Experience:_**   ***Quest Engineering and Failure Analysis, Inc.***, Tallahassee, FL
    1998 – Present – Chief Engineer, President

    ***Benedict Engineering Company, Inc.***, Tallahassee, FL
        1992 – 1998 – Senior Engineer
        1991 – 1992 – Project Engineer

    ***Law Engineering***, Birmingham, AL
        1990 – 1991 – Manager, Materials Engineering Department
        1989 – 1990 – Project Engineer

    ***Law Engineering***, Atlanta, GA
        1988 – 1989 – Staff Engineer

    ***Auburn University***, Auburn, AL
        1986 – 1988 – Research Assistant, Auburn Technical Assistance Center
        1985 – 1986 – Metallurgical Research Assistant, Auburn Materials Engineering Program

    ***Lambert Construction Company***, Prattville, AL
        1983 – 1988 – Field Superintendent/Field Engineer

NORTH FLORIDA OFFICE
1937 Raymond Diehl Rd · Tallahassee FL 32308
tel (850) 531-0007 · fax (850) 531-0062

SOUTH FLORIDA OFFICE
428 Old Dixie Hwy SW · Vero Beach FL 32962
tel (772) 219-0400 · fax (850) 531-0062

BRYSON 001375

| | |
|---|---|
| ***Presentations:*** | - Accident Reconstruction and Seat Belt Analysis
- Air Brakes Seminar, Tallahassee, FL
- Applied Vehicle Dynamics and Tire Mark Analysis for Passenger Cars and Commercial Motor Vehicles
- Catastrophic Results from Construction Utilizing Untreated Wood for Ground Applications, Chambers County Forestry Planning Committee, Lafayette, AL
- CDR Download Applied Field Training
- Commercial Motor Vehicle Electronic Data Retrieval Seminar
- Concrete Repair and Rehabilitation, and Non-Destructive Testing Techniques
- Driver Safety and Accident Causation Coursework
- Failure Analysis and Fracture Mechanics for the Florida Department of Agriculture and Consumer Services, Bureau of Fair Ride Inspection
- Failure Investigations, Human Factors, Documentation and Preservation of Evidence for the Florida Department of Agriculture and Consumer Services, Bureau of Fair Ride Inspection, Tallahassee, FL
- How Injuries Occur in Automotive Accidents
- Non-destructive Testing Methods used in Locating and Diagnosing Structural Defects Inclusive of Radiographic and Ultrasonic Methods, Tallahassee, FL
- Personal Protection Seminar:  Lockout, Electrical and Fall Protection Safety for the Florida Department of Agriculture and Consumer Services, Bureau of Fair Ride Inspection, Tallahassee, FL
- Physics of Auto Impacts –Injuries in Frontal, Side, Rear-end, and Rollover Accidents, Tampa Convention Center, Tampa, FL
- Premises Hazards, A.S.S.E. and the Tallahassee Chamber of Commerce
- Roofing and Pavement Asset Management Programs, Building Owners and Managers Seminar, Birmingham, AL
- Visual Welding Inspection Certification Course for the Florida Department of Agriculture and Consumer Services, Bureau of Fair Ride Inspection, Tallahassee, FL
- Orlando Free Fall Failure Investigation Results, ASTM F-24 Restraints Task Force, San Antonio, TX |
| ***Conferences Seminars & Coursework:*** | - Advanced Commercial Vehicle Collision Investigation and Reconstruction, TEEX, Texas A&M University, College Station, TX
- Applied Vehicle Dynamics, Greenville, S.C.
- American Society of Civil Engineers, Sight Distance
- American Society of Civil Engineers, Safety Aspects of Timing Traffic Signals
- American Society of Civil Engineers, Traffic Signal Design
- American Society of Civil Engineers, Traffic Control Devices
- American Society of Civil Engineers, Application of Clear Zones
- American Society of Civil Engineers, Improving Pedestrian Safety at Uncontrolled Locations
- American Society of Civil Engineers, Designing Streets for Residential Subdivisions
- American Society of Civil Engineers, Reducing Collisions at High Crash Locations
- American Society of Civil Engineers, Designing Bicycle Facilities
- Biomechanics of Impact, A.A.A.M.
- Bone Mechanics, University of Florida, Gainesville, FL
- CAT Electronic Technician "ET" Operation, Tallahassee, FL
- Tom Baker, Tire Failure Analysis, Tallahassee, FL |

**BRYSON 001376**

- CDR Tool-User Certification Course and VETRONIX Crash Data Retrieval System Training, Institute of Police Technology and Management, University of North Florida, Jacksonville, FL
- Collision Investigations and Reconstruction, World Reconstruction Exposition 2000, College Station, TX
- Commercial Motor Vehicle Electronic Data Retrieval, Tallahassee, FL
- Commercial Vehicle Braking Systems: Air Brakes, ABS and Beyond, S.A.E.
- Concrete Technology, Law Engineering, Kennesaw, GA
- Contract Documents Seminar, Law Engineering, Kennesaw, GA
- EDCRASH/EDC Reconstruction Training, Coral Gables, FL
- EDSMAC/EDCRASH Simulation Training, Tallahassee, FL
- Failure Analysis, Auburn University, Auburn, AL
- Fracture Mechanics, Texas A&M University, College Station, TX
- Fundamentals of Vehicle Dynamics: Longitudinal Performance, Ride, Cornering and Rollover, Steering and Suspension Systems, S.A.E.
- Fundamentals of Heavy Truck Dynamics, S.A.E., Troy, MI
- High Speed Rear Impact TOPTEC: Assessing Low Speed Impact Severity and Occupant Kinematics Analysis, S.A.E., Richmond, B.C.
- Human Factors for Traffic Crash Reconstruction, Crash Safety Research Group, Tallahassee, FL
- HVE User Software Training, Engineering Dynamics Corporation
- Interaction of Man, Footwear, and Walking Surfaces, International Symposium on Slip Resistance, A.S.T.M.
- Injuries, Anatomy, Biomechanics and Federal Regulation, S.A.E.
- Leica Geosystems Basic Training Course, Tallahassee, FL
- Rhinoceros 4.0 Level 1 NURBS Modeling Training, Tallahassee, FL
- Low Speed Collision TOPTEC: Assessing Low Speed Impact Severity and Occupant Kinematics, Analysis, S.A.E., Richmond, B.C.
- Motor Vehicle Accident Reconstruction, S.A.E.
- Motor Vehicle Accident Reconstruction, Crash Analysis and Crash Testing, Tallahassee, FL
- Non-Destructive Testing, Auburn University, Auburn, AL
- OSHA Construction Safety Training Course, A.G.C.
- OSHA Training Course in Construction Industry Standards
- OSHA Training, Law Engineering, Kennesaw, GA
- Passenger Car Rollover TOPTEC: Cause and Prevention, and Biomechanics of Rollover, S.A.E., San Diego, CA
- Pedestrian Crash and Test Demonstrations, Florida Department of Transportation, Tallahassee, FL
- PC CRASH Training Workshop, Tallahassee, FL
- PC RECT Training Workshop, Tallahassee, FL
- Repair and Rehabilitation of Concrete, American Concrete Institute
- Roofing Technology, Roofing Industry Education Institute
- SAE Seminar: Accessing and Interpreting Heavy Vehicle Event Data Recorders, Charlotte Police and Fire Training Academy, Charlotte. NC
- SAE Seminar: Introduction to Brake Control Systems, Detroit, MI
- SAE Seminar: Occupant and Vehicle Kinematics in Rollovers, Detroit, MI
- SAE Tire Seminar: Tire and Wheel Safety Issues, Detroit, MI
- SAE Tire Seminar: The Tire as a Vehicle Component, Detroit, MI
- SAE Webinar: Driver Distraction from Electronic Devices: Insights and Implications
- Traffic Crash Reconstruction 1, Northwestern University, Tallahassee, FL

**BRYSON 001377**

- Vehicle Dynamics for Passenger Cars and Light Trucks, S.A.E. International, Troy, MI
- Vetronix Crash Data Retrieval System Training, Vetronix Corp.
- Bosch/Vetronix Data Retrieval (CDR) Technician Course, Crash Data
- Retrieval (CDR) Data Analyst and CDR System Operator Certification, Tallahassee, FL
- SAE Seminar:  Vehicle Crash Reconstruction Methods, Scottsdale, AZ
- SAE Webinar: Fundamentals of Automotive All-Wheel Drive Systems
- SAE Webinar: A Familiarization of Drivetrain Components
- Drones for Engineers
- Future Highways – Automated Vehicles
- What Every Engineer Should Know About Structures
- Horizontal Curve Design to Prevent the Rollover of Heavy Trucks
- An Introduction to the Analysis and Design of Bolted Connections
- BMW Performance Driving School, Spartanburg, SC
- Manual on Uniform Traffic Control Devices (MUTCD):  Introduction and Overview of Signs
- Introduction to GIS and GPS for Engineers
- Ethics in Design and Oversight – Florida International University Bridge Collapse

*Professional Associations:*

- ASTM Committee F-24: Amusement Rides
- American Society for Materials International
- American Society for Testing & Materials
- American Society of Safety Engineers
- Alabama State Board of Registration for Professional Engineers and Land Surveyors
- Commercial Driver's License (CDL) Class A
- Florida Department of Business and Professional Regulations
- Florida Engineering Society
- Human Factors and Ergonomics Society
- Illumination Engineering Society of North America
- International Code Council
- National Association of Professional Accident Reconstruction Specialists
- National Safety Council
- National Society of Professional Engineers
- Society of Automotive Engineers
- American Society of Mechanical Engineers (ASME)

**BRYSON 001378**

Rev. 11/2022

**BRYSON 001379**