# EXHIBIT 5

## Vehicle Crush Stiffness Coefficients

Neptune Engineering, Inc.

| REF NO. | YR | MAKE | MODEL | BODY | TRAN | VIN | WB | WT | V-EFF | STRU | PDOF | %OL | #C's | DDW | FoBP | BBE | X_C | b0 | b1 | K_v | A | B | TEST# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PickF254A | 12 | FORD | F250 SuperCrew4Dr | PU | A4 | 1FT7W2B68CEA63185 | 172.4 | 7601 | 35.0 | Front | 0 | 100% | 6 | 71.0 | N/A | N/A | 22.0 | 4.3 | 1.4 | 220 | 520 | 170 | A:7623 |
| *4/20/2013 | | | | | | Stnd Weight | | 7008 | | | | | | | | | | 4.50 | Default Value For "b0" | | | | |

### Liability Disclaimer

The data supplied with this publication is based upon the measurements as reported by the respective source of said measurements. Neptune Engineering, Inc. makes no warranties, either expressed or implied, with respect to the accuracy of said measurements. Neptune Engineering, Inc. makes no warranties, either expressed or implied, with respect to this publication, or with the data supplied with this publication, its quality, performance, merchantability, or fitness for any particular purpose. The entire risk as to its quality and performance is with the buyer. In no event will Neptune Engineering, Inc. be liable for direct, indirect, incidental, or consequential damages resulting from any data presented in the publication, even if Neptune Engineering, Inc. has been advised of the possibility of such damages.

The proper use of the data contained in this publication requires a thorough understanding of vehicle dynamics. The user should recognize that there is a degree of variance in the level of damages sustained by "identical" vehicles during controlled barrier collisions. The user also should recognize that the potential variance in the level of damages sustained during a "real-world" collision is even greater. Sound engineering judgment, therefore, should be used when applying the enclosed data in the reconstruction of "real-world" collisions. The user must accept full responsibility for any decisions that are based, in whole or in part, upon information obtained by using this data. It is important that the user of this data understand how the coefficients were determined. It is important that such knowledge be considered when rendering the engineering judgments required during their use. The coefficients are determined using concepts and procedures presented in Society of Automotive Engineers papers 920607, 940913, 950358, 960896, 980024 & 1999-01-0105. Please contact Neptune Engineering, Inc. should you have any questions.

### Copyright Notice

This publication is protected by federal copyright law. No part of this publication may be copied, distributed, transmitted, transcribed, stored in a retrieval system, or translated into any human or computer language, in any form or by any means, electronic, mechanical, magnetic, manual or otherwise, or disclosed to third parties without the expressed written permission of Neptune Engineering, Inc. Contact information is available at www.neptuneeng.com.

**BRYSON 003997**

Downloaded from SAE International by Embry Riddle Aeronautical University, Thursday, April 17, 2025
Case 2:22-cv-00017-RWS     Document 182-5     Filed 03/17/25     Page 3 of 3

## APPENDIX

Table A1. Front, rear and side stiffness values by class of passenger car. The mean, standard deviation (SD), and number of samples (n) for each category are given.

|  |  | Passenger Cars | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Subcompact | | Compact | | Mid-Size | | Large | |
|  |  | Mean | SD | Mean | SD | Mean | SD | Mean | SD |
| Wheelbase (in) | | 96.7 | 4.5 | 100.6 | 3.3 | 107.1 | 2.7 | 112.4 | 3.0 |
| Curb Weight (lb) | | 2363 | 399 | 2684 | 299 | 3190 | 263 | 3633 | 273 |
| Front | A (lb/in) | 230 | 29 | 253 | 35 | 292 | 38 | 282 | 40 |
|  | B (lb/in$^2$) | 79 | 13 | 87 | 19 | 98 | 20 | 87 | 21 |
|  | n | 16 | | 36 | | 32 | | 19 | |
| Rear | A (lb/in) | 202 | 78 | 193 | 45 | 213 | 48 | 182 | 26 |
|  | B (lb/in$^2$) | 73 | 44 | 56 | 21 | 59 | 25 | 37 | 4 |
|  | n | 8 | | 20 | | 11 | | 2 | |
| Side | A (lb/in) | 97 | 23 | 92 | 13 | 95 | 17 | 94 | 5 |
|  | B (lb/in$^2$) | 73 | 33 | 65 | 14 | 59 | 18 | 51 | 6 |
|  | n | 2 | | 9 | | 16 | | 6 | |

Table A2. Front, rear and side stiffness values by class of light truck. The mean, standard deviation (SD), and number of samples (n) for each category are given.

|  |  | Light Trucks | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Small Pickup | | Standard Pickup | | SUV | | Van | | Minivan | |
|  |  | Mean | SD | Mean | SD | Mean | SD | Mean | SD | Mean | SD |
| Wheelbase Min(in) | | 105.9 | 2.7 | 118.5 | 8.6 | 107.8 | 9.5 | 130.5 | 7.0 | 115.4 | 3.7 |
| Wheelbase Max(in) | | 121.8 | 8.0 | 134.5 | 9.9 | 109.4 | 9.8 | 144.3 | 8.1 | 117.5 | 3.4 |
| Curb Weight (lb) | | 2978 | 391 | 4097 | 832 | 4235 | 858 | 4779 | 464 | 3900 | 390 |
| Front | A (lb/in) | 290 | 45 | 341 | 91 | 381 | 61 | 390 | 10 | 330 | 64 |
|  | B (lb/in$^2$) | 109 | 26 | 122 | 52 | 137 | 42 | 150 | 15 | 108 | 28 |
|  | n | 6 | | 25 | | 48 | | 4 | | 12 | |
| Rear | A (lb/in) | 237 | 14 | 241 | 86 | 410 | 110 | No data available | | 347 | 110 |
|  | B (lb/in$^2$) | 77 | 10 | 74 | 38 | 177 | 71 | | | 136 | 79 |
|  | n | 4 | | 5 | | 9 | | | | 4 | |
| Side | A (lb/in) | 120 | N/A | 149 | 16 | 147 | 49 | No data available | | 94 | 4 |
|  | B (lb/in$^2$) | 92 | N/A | 92 | 16 | 112 | 49 | | | 47 | 0 |
|  | n | 1 | | 3 | | 10 | | | | 2 | |

**BRYSON 003998**