# EXHIBIT 7

# 2008 Ford Escape: Accident Crush



1:3

BRYSON 003995