# EXHIBIT 8

**10519**
**Calculated Stock Vehicle Crush**

$\Delta\text{Crush} \approx -2.3 \text{ feet}$



**2008 Ford Escape 4x2**

**Red: Accident Damage**
**Blue: Calculated Damage**

1:3

**BRYSON 003990**