# EXHIBIT 13

5/8/2024

Tedra Cannella
Cannella Snyder
315 W. Ponce de Leon Ave, Suite 885
Decatur, GA 30030

Re:    FR26 Amended Report

File:    **Bryson v. Rough Country**
        Quest File No: 10519

Dear Ms. Cannella,

This document serves as an amendment to the FR26 report previously submitted on October 12, 2023, regarding the case of Bryson v. Rough Country. The purpose of this amendment is to address an unforeseen technical issue that resulted in the loss of the original simulation file, which was used in some of my initial findings.

My intention was to produce the entire simulation, including raw data and all reports but because data was lost, we ran an amended simulation as spelled out below.

As this report discusses, my conclusions have not changed. The amended simulation results in a nearly identical amount of crush as was found in the initial simulation. Analysis of both simulations result in the same conclusion:

Calculations and simulations of the accident with the F250 at factory height produced a collision that reduced the Escape's crush and resulted in damage which would not have penetrated to the rear seat such that the rear occupant compartment would not have been compromised.

**Background**

The subject crash involved a lifted Ford F250, which rear-ended a Ford Escape at 51 mph. The F250 overrode key structural components of the Escape by engaging with the hatch, rather than the bumper. As discussed in the previously submitted FR26 report, a simulation was run to study the effect of bumper height on the dynamics of the crash. Since this simulation had been corrupted and the precise parameters can no longer be extracted, a simulation was run again and is discussed in this report.

**BRYSON 009348**

**Work Performed**

The initial simulation and the rerun simulation were generated using the same methodology, by using the software Human Vehicle Environment (HVE) by Engineering Dynamics Company (EDC), using Simulation Model Non-Linear (SIMON).

Our attempt to precisely reproduce the simulation discussed in my October 12, 2023 report were unsuccessful because data used in that simulation was lost. Therefore, we ran an amended simulation, which was performed consistent with my deposition testimony.

Initial Simulation Comparison to Rerun Simulation

In the amended simulation, instead of using Neptune data for the stiffness coefficients, the properties for the F250 came directly from the Vehiclemetrics database. I testified in my deposition that I would use this data if it was available in the software suite, and because we have now located it after the deposition, I used it in the amended simulation. Essentially, my intent was to use any default data from HVE in my simulation, if possible, and I am doing this to this day. To be clear, we originally, and still are using HVE's Ford Escape properties.

In my deposition, stated the offset was one foot to the driver's side on the Escape, which has been used in the simulation rerun.  My conclusion is that the lateral offset between the vehicles was 1 foot, as evidenced on the accident Escape's rear hatch and Ford F250's front.

The amended simulation includes no braking on either vehicle, even though the black box data indicates the F250 driver applied the brakes shortly before impact.  Applying braking would tend to reduce crush on the Escape. Omitting braking makes my estimate of the increased crush the lift causes more conservative.

The opposing expert indicates that the tire sizes used in the simulation should have been larger. I updated the simulation accordingly.

Vehicles

HVE contains a default vehicle database from EDC. Vehicle databases, such as Vehiclemetrics, may also be imported to HVE. The vehicles were both weighed at the inspection on 2/22/2022 by a representative of Quest Engineering & Failure Analysis.

The vehicle used for the subject F250 was a 2008-2016 year range Ford F250 Super Duty XL 4x4 from the Vehiclemetrics database. This vehicle was the regular cab body style, while the subject truck was a crew cab. The regular cab geometry was replaced with a scan-based crew cab geometry. The scan was based off an exemplar stock 2015 F250 Super Duty 4x4 Crew Cab (VIN: 1FT7W2BT2FEC86347). The geometry was generated by an EDC Modeling Partner, Baker Sneddon Consulting. The exemplar F250 placard had slightly smaller wheels than the subject F250 placard, with a total difference in wheel radius of 0.45 inches, however the simulation wheels were modified to match the original accident vehicle tire diameters. The weight was adjusted to the measured weight of the accident truck plus the weights of the occupant and cargo, totaling 8485 pounds (*Appendix A*). The dimensions were verified

**BRYSON 009349**

using Expert AutoStats. The tires used on the F250 were P275/60R20 (as this was the closest option in the database to the stock subject truck), which were about 0.55 inches smaller in radius. The radius was then adjusted to the stock accident wheel radius of 17.05 inches. The bumper height of the stock F250 of 29 inches in the simulation was verified through measurements of the exemplar truck (Figure 1), in addition to the measurements of the exemplar F250 used in the crash test that was performed by Exponent (*Figure 2*).  Other properties of the F250 used in the simulation rerun were defaults.




*Figure 1: F250 Exemplar (Quest)*    *Figure 2: F250 Exemplar (Exponent)*

The vehicle used for the subject Escape was a 2001-2011 year range Ford Escape from the EDC database. The weight was adjusted to the measured weight of the accident vehicle plus the weights of the occupants and cargo, totaling 3743 pounds (*Appendix A*). Other properties of the Escape used in the simulation rerun were defaults.

Positions

In the simulation rerun, the Escape was placed at 0 mph in an arbitrary location. The front of the F250 was placed just behind the rear of the Escape with a lateral offset of 12 inches to the left of the Escape. The speed of the F250 was 51 mph.

Simulation

Once the parameters discussed above had been set, the simulation was run. The target for the simulation was reaching a longitudinal delta-V on the F250 of 17.92 mph that was recorded in the black box of the subject F250. This was achieved by varying the relaxation length, which resulted to be 0.099.

**Observations and Results**

F250

The HVE software uses a consistent methodology to measure crush, which it applied to the F-250 and the Ford Escape in both simulated crashes. The difference in bumper crush between the two simulation

**BRYSON 009350**

runs was on average less than 0.1 feet (*Figure 3*). The delta-V resulted to be 17.9 mph, consistent with the black box data.



*Figure 3: F250 Crush Comparison*

<u>Escape</u>

The difference in bumper-level crush between the two simulation runs was on average less than 0.1 feet (*Figure 4*). The delta-V on the Escape resulted to be 40.2 mph, 0.4 mph more than in the initial simulation.



*Figure 4: Escape Crush Comparison*

BRYSON 009351

**Opinions**

The simulation rerun results were very similar in results such that none of my opinions need to be amended.  I am providing a full electronic copy of my simulation run such that defense experts can verify results, if they want to do so. The methodology discussed in my deposition is the same methodology I have used here, with the exceptions outlined above, which make my work simply more accurate to the subject accident. My conclusion also remains the same. None of my conclusions, which are detailed on pages 10-11 in my October 12, 2023 Report, have changed. In my deposition, I detailed these opinions and my work which is essentially unchanged. I have now also provided a working copy of the simulation to help support my opinions.

The reports generated by HVE are attached (*Appendix B*).

I reserve the right to continue to supplement my opinions as discovery is ongoing.


Sincerely,


**QUEST ENGINEERING & FAILURE ANALYSIS, INC.**


G. Bryant Buchner, P.E.
Chief Engineer

GBB/MAP

# *Appendix A:*

## F-250 Weight Calculation

$Weight_{250} := 8040 \; \textbf{\textit{lbf}}$

$Driver_{250} := 170 \; \textbf{\textit{lbf}}$

$Chainsaw := 15.6 \; \textbf{\textit{lbf}}$

$Storagebox_{250} := 159 \; \textbf{\textit{lbf}}$

$Tools\_est := 100 \; \textbf{\textit{lbf}}$

$Total_{250} := Weight_{250} + Driver_{250} + Chainsaw + Storagebox_{250} + Tools\_est$

$Total_{250} = \left(8.485 \cdot 10^3\right) \; \textbf{\textit{lbf}}$

## Ford Escape Weight Calculation

$Weight_{Escape} := 3410 \; \textbf{\textit{lbf}}$

$Occupants_{Escape} := 318 \; \textbf{\textit{lbf}}$

$Car\_Seat := 15.2 \; \textbf{\textit{lbf}}$

$Total_{Escape} := Weight_{Escape} + Occupants_{Escape} + Car\_Seat$

$Total_{Escape} = \left(3.743 \cdot 10^3\right) \; \textbf{\textit{lbf}}$

$Total_{total} := Total_{Escape} + Total_{250} = \left(12.228 \cdot 10^3\right) \; \textbf{\textit{lbf}}$

**BRYSON 009353**

# *Appendix B:*

```
Untitled                                      Wed 05/08/24 17:09:23
Accident History-SIMON, Simulation            HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis        PAGE 1
```

```
                    ----- ACCIDENT HISTORY -----
                  time     X       Y    Heading   Vtot    U      V    Yaw Vel
                  (sec)   (ft)    (ft)   (deg)    (mph)  (mph)  (mph)(deg/sec)
-Start of Simulation-
     Ford Escape 4-Dr  0.0000    0.1    -0.0     0.0      0.0    0.0    0.0    0.0
Ford F-250 Super Duty           -17.8   -1.0     0.0     51.0   51.0    0.0    0.0

----- At Impact -----
     Ford Escape 4-Dr  0.0190    0.1    -0.0     0.0      0.2    0.0   -0.0    0.0
Ford F-250 Super Duty           -16.4   -1.0    -0.0     51.0   51.0    0.0   -0.0

--- At Separation ---
     Ford Escape 4-Dr  0.1450    4.8     0.2     0.3     39.7   39.6    1.4   -2.2
Ford F-250 Super Duty           -9.1    -1.1     1.5     33.1   33.1   -1.3   13.5

--- At Final/Rest ---
     Ford Escape 4-Dr  1.0010   53.8    -0.8    -2.8     38.7   38.7   -0.4    0.9
Ford F-250 Super Duty  1.0010   32.0    -0.0     2.2     32.5   32.5   -0.0   -0.0
```

*Appendix B:*

```
Untitled                                        Wed 05/08/24 17:10:00
Damage Data-SIMON, Simulation                   HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis          PAGE 1
```

--------- VEHICLE COLLISION KINETICS ----------

Vehicle Name: Ford Escape 4-Dr

| | | --- Collision Pulse --- | | | ---- Peak ---- | | | |
|---|---|---|---|---|---|---|---|---|
| Imp | | Start | End | Length | Accel | Force | Delta-V | PDOF |
| No | Collision With | (sec) | (sec) | (sec) | (g) | (lb) | (mph) | (deg) |
| 1 | Ford F-250 Super Dut | 0.0190 | 0.1450 | 0.1260 | 44.58 | 169494 | 40.2 | -177.8 |

Vehicle Name: Ford F-250 Super Duty

| | | --- Collision Pulse --- | | | ---- Peak ---- | | | |
|---|---|---|---|---|---|---|---|---|
| Imp | | Start | End | Length | Accel | Force | Delta-V | PDOF |
| No | Collision With | (sec) | (sec) | (sec) | (g) | (lb) | (mph) | (deg) |
| 1 | Ford Escape 4-Dr | 0.0190 | 0.1450 | 0.1260 | 19.41 | 169496 | 17.9 | 2.2 |

---------- VEHICLE DAMAGE PROFILES -----------

Vehicle Name: Ford Escape 4-Dr

| | | | Damage | Width | Damage | Height | Max |
|---|---|---|---|---|---|---|---|
| Imp | | CDC | Width | Offset | Height | Offset | Crush |
| No | Collision With | SAEJ224b | (in) | (in) | (in) | (in) | (in) |
| 1 | Ford F-250 Super Duty | 06BDAW3 | 65.2 | -2.0 | 42.3 | -8.6 | 19.2 |

Vehicle Name: Ford F-250 Super Duty

| | | | Damage | Width | Damage | Height | Max |
|---|---|---|---|---|---|---|---|
| Imp | | CDC | Width | Offset | Height | Offset | Crush |
| No | Collision With | SAEJ224b | (in) | (in) | (in) | (in) | (in) |
| 1 | Ford Escape 4-Dr | 12FDEW2 | 62.1 | 8.0 | 40.6 | -3.1 | 12.6 |

--------- VEHICLE CRUSH DEPTH TABLES ----------

Vehicle Name: Ford Escape 4-Dr

| | | | -- Crush Depths (Excl. Free Space) -- | | | | |
|---|---|---|---|---|---|---|---|
| Imp | | Elev/Dist | C1 | C2 | C3 | C4 | C5 |
| No | Collision With | (in) | (in) | (in) | (in) | (in) | (in) |
| 1 | Ford F-250 Super Duty | -29.7 | 0.0 | 7.9 | 2.8 | 6.8 | 0.0 |
| | | -19.2 | 0.0 | 14.1 | 13.9 | 12.6 | 0.0 |
| | | -8.6 | 0.0 | 15.0 | 14.3 | 12.9 | 0.0 |
| | | 2.0 | 0.0 | 19.2 | 19.0 | 17.3 | 0.0 |
| | | 12.5 | 0.0 | 9.0 | 7.9 | 8.4 | 0.0 |

Vehicle Name: Ford F-250 Super Duty

| | | | -- Crush Depths (Excl. Free Space) -- | | | | |
|---|---|---|---|---|---|---|---|
| Imp | | Elev/Dist | C1 | C2 | C3 | C4 | C5 |
| No | Collision With | (in) | (in) | (in) | (in) | (in) | (in) |
| 1 | Ford Escape 4-Dr | -23.4 | 0.0 | 0.0 | 0.3 | 0.6 | 0.0 |
| | | -13.3 | 0.0 | 8.9 | 9.8 | 8.7 | 0.0 |
| | | -3.1 | 0.0 | 9.9 | 9.7 | 8.8 | 0.0 |
| | | 7.1 | 2.4 | 11.1 | 12.6 | 11.5 | 0.0 |
| | | 10.0 | 2.7 | 9.7 | 12.1 | 11.2 | 0.0 |

**BRYSON 009355**

*Appendix B:*

```
Untitled                                          Wed 05/08/24 17:10:40
Driver Controls-SIMON, Simulation                 HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis            PAGE 1


            -------------- DRIVER CONTROLS ----------------

Driver Controls for: Ford Escape 4-Dr


                    DRIVER CONTROL TABLES (OPEN-LOOP)
                 Steer                   Pedal                    Throttle
       Time      Angle        Time       Force        Time       Position
       (sec)     (deg)        (sec)      (lb)         (sec)       (%/100)
      0.0000      0.00       0.0000       0.00       0.0000        0.00


Driver Controls for: Ford F-250 Super Duty


                    DRIVER CONTROL TABLES (OPEN-LOOP)
                 Steer                   Pedal                    Throttle
       Time      Angle        Time       Force        Time       Position
       (sec)     (deg)        (sec)      (lb)         (sec)       (%/100)
      0.0000      0.00       0.0000       0.00       0.0000        0.00
```

**BRYSON 009356**

*Appendix B:*

```
Untitled                                        Wed 05/08/24 17:10:54
Environment Data-SIMON, Simulation              HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis          PAGE 1
```

```
                GENERAL ENVIRONMENT DATA

                Environment Name:
                           Date:
                           Time:
        Ambient Temperature (Farenheit):              68.00
            Ambient Pressure (in-Hg):                 29.92
               Air Density (lb/ft^3):                 0.0752
                  Wind Speed (mph):                    0.00
                Wind Direction (deg):                  0.00
            Gravity Constant (in/sec^2):             386.40


              3-D ENVIRONMENT TERRAIN DATA

               3-D Terrain Filename:                   None
           Total Number of Polygons:                     0
                      GetSurfaceInfo:     From Previous Polygon, Sorted
        Minimum Terrain Elevation (ft):                0.00
        Maximum Terrain Elevation (ft):                0.00
```

**BRYSON 009357**

*Appendix B:*

```
Untitled                                       Wed 05/08/24 17:11:07
Event Data-SIMON, Simulation                   HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis          PAGE 1
```

INTER-VEHICLE COLLISION DATA

```
                                    Relaxn
                                    Length  Friction  Restitn
                                    (%/100)   Coef      Coef
Ford Escape 4-Dr vs. Ford F-250 Super Duty   0.099    0.550    0.130
```

STATIC VEHICLE LOADS

Vehicle Axle Loads (lb):         Empty

```
        Ford Escape 4-Dr
                Axle 1:      2267.9
                Axle 2:      1475.0
                --------------------
                Total:       3743.0

        Ford F-250 Super Duty
                Axle 1:      5091.3
                Axle 2:      3393.7
                --------------------
                Total:       8485.0
```

VEHICLE EVENT DATA

Event Data for Ford Escape 4-Dr:

  Payload Information: (No Payloads)

  Accelerometer Information: (No Accelerometers)

  Collision Pulse Information: (No Collision Pulse)

  Event Wheel Data, First Axle ---

    Wheel Damage: (No Damaged Wheels on this axle)

    Brake Temp/Adjustment Data: (Generic Brakes; No Data)

    Brake Failure Data: (No Failed Brakes on this axle)

    Tire Blow-outs: (No Tire Blow-outs on this axle)

    Tire-Terrain Model Data:

```
                              Right Side      Left Side
                              ----------      ----------
            Tire-Terrain Model:    Point           Point
```

    Tire Hydroplaning: (No Hydroplaning at this axle)

  Event Wheel Data, Second Axle ---

    Wheel Damage: (No Damaged Wheels on this axle)

    Brake Temp/Adjustment Data: (Generic Brakes; No Data)

    Brake Failure Data: (No Failed Brakes on this axle)

    Tire Blow-outs: (No Tire Blow-outs on this axle)

**BRYSON 009358**

*Appendix B:*

```
Untitled                                          Wed 05/08/24 17:11:08
Event Data-SIMON, Simulation                      HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis              PAGE 2
```

    Tire-Terrain Model Data:

|  | Right Side | Left Side |
|---|---|---|
| Tire-Terrain Model: | Point | Point |

    Tire Hydroplaning: (No Hydroplaning at this axle)

Event Data for Ford F-250 Super Duty:

  Payload Information: (No Payloads)

  Accelerometer Information: (No Accelerometers)

  Collision Pulse Information: (No Collision Pulse)

  Event Wheel Data, First Axle ---

    Wheel Damage: (No Damaged Wheels on this axle)

    Brake Temp/Adjustment Data: (Generic Brakes; No Data)

    Brake Failure Data: (No Failed Brakes on this axle)

    Tire Blow-outs: (No Tire Blow-outs on this axle)

    Tire-Terrain Model Data:

|  | Right Side | Left Side |
|---|---|---|
| Tire-Terrain Model: | Point | Point |

    Tire Hydroplaning: (No Hydroplaning at this axle)

  Event Wheel Data, Second Axle ---

    Wheel Damage: (No Damaged Wheels on this axle)

    Brake Temp/Adjustment Data: (Generic Brakes; No Data)

    Brake Failure Data: (No Failed Brakes on this axle)

    Tire Blow-outs: (No Tire Blow-outs on this axle)

    Tire-Terrain Model Data:

|  | Right Side | Left Side |
|---|---|---|
| Tire-Terrain Model: | Point | Point |

    Tire Hydroplaning: (No Hydroplaning at this axle)

BRYSON 009359

*Appendix B:*

```
Untitled                                      Wed 05/08/24 17:11:16
Messages-SIMON, Simulation                    HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis      PAGE 1

                        MESSAGES

                    No Messages
```

BRYSON 009360

*Appendix B:*

```
Untitled                                          Wed 05/08/24 17:11:25
Program Data-SIMON, Simulation                    HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis              PAGE 1
```

## GENERAL PROGRAM INFORMATION

```
Execution Information ---
                  HVE Version:        HVE 2021 Version 17.00
                SIMON Version:                          5.40
            Date of Execution:                  Wed 05/08/24
            Time of Execution:                      17:06:54

      Simulation Controls ---
            Integration Method:        Fixed Runge-Kutta
   Maximum Simulation Time (sec):                 1.0000
      Integration Timestep (sec):                 0.0010
           Output Interval (sec):                 0.0100
            Linear Term Vel (mph):                   2.00
      Angular Term Vel (deg/sec):                   5.00

      Calculation Options ---
                 GetSurfaceInfo:    From Previous Polygon, Sorted
             Tire Model Method:      Semi-empirical, Vers. 3
         Steer Degree Of Freedom:                      Off
            Articulation Option:                        On
                 DyMESH Option:                        On
            Hydroplaning Option:                       Off
```

## DYMESH COLLISION MODEL INFORMATION

```
            DyMESH Version No:                          4
          Include Environment:                        Off
            Force To x-y Plane:                       Off
             Restitution Model:          Relaxation Length
                Search Option:              Set Box Size
      User-assigned Box Size (in):                  20.00
             Smoothing Option:                 Version 2
          Accident History Basis:       Use Impact Force
```

**BRYSON 009361**

Appendix B:

```
Untitled                                              Wed 05/08/24 17:11:36
References-SIMON, Simulation                           HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis              PAGE 1
```

--------- TECHNICAL REFERENCES ---------

1.  Day, T.D., Roberts, S.G., 'SIMON: A New Vehicle Simulation Model for
    Vehicle Design and Safety Research,' SAE Technical Paper No. 2001-01-0503,
    Society of Automotive Engineers, Warrendale, PA, 2001.

2.  York, A.R., Day, T.D., 'The DyMESH Method for Three-Dimensional
    Multi-Vehicle Collision Simulation,' SAE Technical Paper No. 1999-01-0104,
    Society of Automotive Engineers, Warrendale, PA, 1999.

3.  Roberts, S.G., Day, T.D., 'Integrating Design and Virtual Test Environments
    for Brake Component Design and Material Selection,' SAE 2000-01-1294,
    Society of Automotive Engineers, Warrendale, PA, 2000.

4.  Day, T.D., 'Validation of the SIMON Model for Vehicle Handling and Collision
    Simulation - Comparison of Results with Experiments and Other Models,'
    SAE Technical Paper No. 2004-01-1207, Society of Automotive Engineers,
    Warrendale, PA, 2004.

5.  Jackson, L., Poland, K., 'Downhill Commercial Vehicle Simulations - Part A
    (Tractor/Semi-trailer Brake Fade),' National Transportation Safety Board,
    HVE White Paper No. WP-2003-1, Engineering Dynamics Corporation, Beaverton,
    OR, 2003.

6.  Jackson, L., Poland, K., 'Downhill Commercial Vehicle Simulations - Part B
    (Intercity Bus Equipped with an Engine Data Recorder),' National Transportation
    Safety Board, HVE White Paper No. WP-2003-1, Engineering Dynamics Corporation,
    Beaverton, OR, 2003.

7.  Parry, I., March, F., 'Investigating the Use of Simulation Model Non-linear
    (SIMON) for the 'Virtual Testing' of Road Humps,' Transportation Research
    Laboratory (UK), HVE White Paper No. WP-2003-4, Engineering Dynamics Corporation,
    Beaverton, OR, 2003.

8.  Johnston, G., Parry, I., '"Computerised Simulation of Car and 4WD Impacts into
    Alternative Median Barrier Profiles Using the DyMESH Collision Algorithm Within
    the HVE Simulation Environment' Transportation Research Laboratory (Aus),HVE
    White Paper No. WP-2004-4, Engineering Dynamics Corporation, Beaverton, OR, 2004.

9.  Day, T.D., 'Simulation of Tire Interaction with Curbs and Irregular Terrain,' HVE
    White Paper No. WP-2005-6, Engineering Dynamics Corporation, Beaverton, OR, 2005.

10. Day, T.D., 'A Computer Graphics Interface Specification for Studying Humans,
    Vehicles, and Their Environment,' SAE Paper No. 930903, Society of Automotive
    Engineers, Warrendale, PA, 1993.

11. Day, T.D., 'An Overview of the HVE Vehicle Model, SAE Paper No. 950308, Society of
    Automotive Engineers, Warrendale, PA, 1995.

12. Day, T.D., Metz, L.D., 'The Simulation of Driver Inputs Using a Vehicle Driver Model,'
    SAE Paper No. 2000-01-1313, Society of Automotive Engineers, Warrendale, PA, 2000.

13. Canova, J.H., 'Vehicle Design Evaluation Using the Digital Proving Ground,'
    SAE Paper No. 2000-01-0126, Society of Automotive Engineers, Warrendale, PA, 2000.

14. Blythe, W., Day, T.D., Grimes, W.D., '3-Dimensional Simulation of Vehicle Response
    to Tire Blow-outs,' SAE Paper No. 980221, Society of Automotive Engineers,
    Warrendale, PA, 1998.

15. Day, T.D., Roberts, S.G., 'A Simulation Model for Vehicle Braking Systems Fitted

*Appendix B:*

with ABS,' SAE Paper No. 2002-01-0559, Society of Automotive Engineers, Warrendale, PA, 2002.

16. Deyerl, E.S., Fitch, M.J., 'Evaluation of the Automatic Transmission Model in HVE Version 7.1,' Dial Engineering, HVE White Paper No. WP-2003-1, Engineering Dynamics Corporation, Beaverton, OR, 2010.

BRYSON 009363

*Appendix B:*

```
Untitled                                           Wed 05/08/24 17:11:48
Vehicle Data-SIMON, Simulation                     HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis            PAGE 1

                              VEHICLE DATA

     General Information ---
                        Vehicle Name:      Ford Escape 4-Dr
                        Vehicle Type:      Sport-Utility
                        Vehicle Make:      Ford
                       Vehicle Model:      Escape
                        Vehicle Year:      2001-2011
                  Vehicle Body Style:      4-Door
                         Version No:       V  8.20 (RCS $Revision: 1.12
                      Number of Axles:     2
                     Driver Location:      Left Side
                     Engine Location:      Front Engine
                      Drive Axle(s):       Axle 1


     Steady-State Handling Properties ---
            Total Understeer Gradient (deg/g):        1.45
           Steering Wheel Sensitivity (deg/g):       59.79
                        Roll Gradient (deg/g):         3.30
         Roll Couple Distribution, F/R (%/100):        0.63
             Weight Distribution, F/R (%/100):         0.61
             Static Weight, Front Tires (lb):      2267.95
              Static Weight, Rear Tires (lb):      1475.05


     Sprung Mass Dimensional Data ---
                       Overall Length (in):        175.20
                        Overall Width (in):         70.10
                       Overall Height (in):         68.13
                     Ground Clearance (in):         11.98
                            Wheelbase (in):        103.10
                    CG to Front Axle (in):          40.02
                     CG to Back Axle (in):         -63.08
                            CG Height (in):         28.83
                       Front Overhang (in):         35.58
                        Rear Overhang (in):         36.52


     Sprung Mass Inertial Data ---
                          Total Weight (lb):      3743.00
                         Sprung Weight (lb):      3545.01
                   Sprung Mass (lb-sec^2/in):         9.17
    Sprg Mass Rot Inertia (lb-sec^2-in) - Roll:    5033.17
                                     Pitch:     24756.02
                                       Yaw:     25213.82
                                XZ Product:         0.00


     Sprung Mass Aerodynamic Parameters ---
                          Surface Name:        Front
                       Drag Coefficient:       0.4000
                   Proj. Surface Area (in^2):    3892.65
             Center of Pressure (in) - x:        75.60
                                     y:          0.00
                                     z:          0.00


     Body Mesh Data ---
                   3-D Geometry Filename:    MPFordEscape054Dr.h3d
                        Number of Nodes:        1355
                 Number of Damaged Nodes:          0


                 ------- Node Stiffness Data (3-Dimensional) -------
                    Front     Right     Back      Left      Top     Bottom
```

**BRYSON 009364**

*Appendix B:*

```
Untitled                                         Wed 05/08/24 17:11:48
Vehicle Data-SIMON, Simulation                   HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis         PAGE 2
                       ------  ------  ------  ------  ------  ------
         Const (lb/in^2):  14.12    3.43    8.61    3.43    8.33    8.33
        Linear (lb/in^3):   5.43    3.07    3.63    3.07    1.67    1.67
     Quadratic (lb/in^4):   0.00    0.00    0.00    0.00    0.00    0.00
         Cubic (lb/in^5):   0.00    0.00    0.00    0.00    0.00    0.00
  Conversion Factor(in):   30.00   30.00   30.00   30.00   30.00   30.00


     Brake System Data ---
                        Brake System Type:          Hydraulic
                                  Axle 1:           Disc Brakes
                                  Axle 2:           Disc Brakes
                   Brake Pedal Ratio (psi/lb):       21.50

                              ABS System:        Tire Slip Algorithm
                   ABS Controller Location:         This Vehicle
                            Sample Method:          Wheel-Based
                             Delay Method:          Wheel-Based
                 Threshold Pressure (psi):            10.00
                 Threshold Velocity (mph):             4.00

     Steering System Parameters ---

                              First Axle:            Steerable
               Steering Gear Ratio (deg/deg):        17.10
               Ackermann Steering Option:              On

                                      Right Side         Left Side
                                      ----------         ----------
                     Caster (deg):        1.60               1.60
            Inclination Angle (deg):     13.60              13.60
               Steering Offset (in):      0.00               0.00
              Stub Axle Length (in):      3.78               3.78
  Initial Steer Axis Coord (in) - x:     40.02              40.02
                                  y:     26.87             -26.87
                                  z:     14.27              14.27

                    Second Axle:            Not Steerable

     Drivetrain Parameters ---
                     Engine Description:     3.0L V-6 5-Spd Manual
                     Maximum Power (HP):            200
                   Maximum Torque (ft-lb):          193
                Transmission Forward Speeds:          5
                      Differential Speeds:             1

  Wide-open Throttle, Speed (RPM):  500  2600  4850  6000  7600
                      Power (HP):     5    93   178   200   160
                   Torque (ft-lb):   50   188   193   175   111

    Closed Throttle, Speed (RPM):  500  2600  4850  6000  7600
                      Power (HP):    -0   -13   -46   -71  -114
                   Torque (ft-lb):   -5   -27   -50   -62   -79

        Transmission Type: Manual

        Transmission Gear:   Rev   1st   2nd   3rd   4th   5th
            Numerical Ratio: -3.45  3.67  2.06  1.31  1.03  0.84

      Differential Gear Ratio:  2.930
```

**BRYSON 009365**

*Appendix B:*

```
Untitled                                        Wed 05/08/24 17:11:48
Vehicle Data-SIMON, Simulation                  HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis          PAGE 3
     Electronic Stability Systems Properties ---

                        (No ESS Systems Installed.)

     Wheel Location Information, First Axle ---
                                       Right Side        Left Side
                                       ----------        ----------
     Initial Wheel Coordinates (in) - x:      40.02           40.02
                                   y:         30.65          -30.65
                                   z:         14.34           14.34


     Suspension Information, First Axle ---
                       Suspension Type:       Independent
       Auxiliary Roll Stiffness (in-lb/deg):     2196.02

                                       Right Side        Left Side
                                       ----------        ----------
              Wheel Rate (lb/in):         274.84          274.84
       Viscous Damping (lb-sec/in):        12.56           12.56
          Coulomb Friction (lb):           50.00           50.00
       Friction Null Band (in/sec):         5.00            5.00
   Deflection to Jounce Stop (in):         -5.00           -5.00
          Stop Linear Rate (lb/in):       300.00          300.00
        Stop Cubic Rate (lb/in^3):        600.00          600.00
         Stop Energy Ratio (%/100):         0.50            0.50
  Deflection to Rebound Stop (in):          5.00            5.00
          Stop Linear Rate (lb/in):       300.00          300.00
        Stop Cubic Rate (lb/in^3):        600.00          600.00
         Stop Energy Ratio (%/100):         0.50            0.50
      Roll Steer Const. Coef (deg):         0.00            0.00
   Roll Steer Linear Coef (deg/in):         0.00            0.00
 Roll Steer Quadratic Coef (deg/in):        0.00            0.00
     Roll Steer Cubic Coef (deg/in):        0.00            0.00


                 Camber and Half-track Tables

     -------- Right Side -------      -------- Left Side --------
      Susp          1/2-track          Susp          1/2-track
      Defl   Camber   Change           Defl   Camber   Change
      (in)    (deg)    (in)            (in)    (deg)    (in)
     -5.00   -1.00    0.00            -5.00   -1.00    0.00
      0.00   -1.00    0.00             0.00   -1.00    0.00
      5.00   -1.00    0.00             5.00   -1.00    0.00

     Tire Information, First Axle ---
                                       Right Side        Left Side
                                       ----------        ----------
                      Tire Name:         Generic         Generic
                Tire Manufacturer:       Generic         Generic
                      Tire Model:        Generic         Generic
                       Tire Size:      P235/70R16      P235/70R16
                      Version No:        V  5.20         V  5.20
            Unloaded Radius (in):         14.49           14.49
       Static Loaded Radius (in):         13.73           13.73
             Nominal Width (in):           9.25            9.25
               Tread Width (in):           7.40            7.40
   Init. Radial Stiffness (lb/in/tire):  1500.00         1500.00
   2nd Radial Stiffness (lb/in/tire):   15000.00        15000.00
      Defl. @ 2nd Stiffness (in):          5.19            5.19
             Max Deflection (in):          6.49            6.49
```

**BRYSON 009366**

*Appendix B:*

```
Untitled                                          Wed 05/08/24 17:11:48
Vehicle Data-SIMON, Simulation                    HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis           PAGE 4
```

```
              Rebound Energy Ratio (%/100):          1.00              1.00
      Spin Inertia (Tire+Whl+Brk, lb-sec^2-in/       14.62             14.62
      Steer Inertia (Tire+Whl+Brk, lb-sec^2-in        7.31              7.31
           Weight (Tire+Whl+Brk, lb/tire):          49.50             49.50
                    Roll Resistance Const:            0.01              0.01
Roll Resististance Linear Coef (sec/in):              0.00              0.00
               Min Fz For Skidmark (lb):           496.00            496.00
                 Pneumatic Trail (in):              -1.18             -1.18
```

```
Cornering Stiffness (lb/deg/tire):       Right Side              Left Side

                                    ----------------------------------------------
              Loads (lb):    992.0  1984.0  2976.0   992.0  1984.0  2976.0
         Speeds (in/sec):    528.0                   528.0
              Load No.:        1       2       3       1       2       3
          Speed No. 1:      221.6   331.6   387.0   221.6   331.6   387.0
```

```
Camber Stiffness (lb/deg/tire):          Right Side              Left Side

                                    ----------------------------------------------
              Loads (lb):    992.0  1984.0  2976.0   992.0  1984.0  2976.0
         Speeds (in/sec):    528.0                   528.0
              Load No.:        1       2       3       1       2       3
          Speed No. 1:       22.2    33.2    38.7    22.2    33.2    38.7
```

```
Tire Friction Table:                     Right Side              Left Side

                                    ----------------------------------------------
              Loads (lb):    992.0  1984.0  2976.0   992.0  1984.0  2976.0
         Speeds (in/sec):    528.0                   528.0
Speed No. 1, Load No.:          1       2       3       1       2       3
              Peak Mu:     0.9000  0.8500  0.8000  0.9000  0.8500  0.8000
             Slide Mu:     0.7500  0.6000  0.5000  0.7500  0.6000  0.5000
    Slip @ Peak Mu (%/100):  0.1600  0.1600  0.1600  0.1600  0.1600  0.1600
  Long. Stiffness (lb/slip): 7000.0 13000.0 18000.0  7000.0 13000.0 18000.0
```

```
Brake Information, First Axle ---
                                         Right Side       Left Side
                                         ----------       ----------
             Brake Assembly Type:      Generic Brake    Generic Brake
              Brake Time Lag (sec):       0.0000           0.0000
             Brake Time Rise (sec):       0.0000           0.0000
            Pushout Pressure (psi):        0.00             0.00
Nominal Brake Torque Ratio (in-lb/psi):   21.08            21.08

                ABS Parameters ---
           Min Wheel Lin Vel (mph):        4.00             4.00
            Min Wheel Slip (%/100):       0.0500           0.0500
            Max Wheel Slip (%/100):       0.1500           0.1500
                 Apply Delay (sec):       0.0500           0.0500
            Pri Apply Rate (psi/sec):   5000.00          5000.00
            Sec Apply Rate (psi/sec):    500.00           500.00
               Release Delay (sec):       0.0500           0.0500
              Release Rate (psi/sec):  10000.00         10000.00
```

```
Wheel Location Information, Second Axle ---
                                         Right Side       Left Side
                                         ----------       ----------
Initial Wheel Coordinates (in) - x:       -63.08           -63.08
                              y:           30.45           -30.45
                              z:           14.34            14.34
```

```
Suspension Information, Second Axle ---
                    Suspension Type:           Independent
```

**BRYSON 009367**

*Appendix B:*

```
Untitled                                         Wed 05/08/24 17:11:48
Vehicle Data-SIMON, Simulation                   HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis          PAGE 5
        Auxiliary Roll Stiffness (in-lb/deg):            0.00

                                        Right Side        Left Side
                                        ----------        ----------
                 Wheel Rate (lb/in):      183.84           183.84
        Viscous Damping (lb-sec/in):        8.18             8.18
              Coulomb Friction (lb):       50.00            50.00
        Friction Null Band (in/sec):        5.00             5.00
     Deflection to Jounce Stop (in):       -5.00            -5.00
           Stop Linear Rate (lb/in):      300.00           300.00
         Stop Cubic Rate (lb/in^3):       600.00           600.00
           Stop Energy Ratio (%/100):       0.50             0.50
    Deflection to Rebound Stop (in):        5.00             5.00
           Stop Linear Rate (lb/in):      300.00           300.00
         Stop Cubic Rate (lb/in^3):       600.00           600.00
           Stop Energy Ratio (%/100):       0.50             0.50
     Roll Steer Const. Coef (deg):          0.00             0.00
   Roll Steer Linear Coef (deg/in):         0.00             0.00
 Roll Steer Quadratic Coef (deg/in):        0.00             0.00
    Roll Steer Cubic Coef (deg/in):         0.00             0.00


                 Camber and Half-track Tables

       -------- Right Side -------       -------- Left Side --------
        Susp          1/2-track           Susp          1/2-track
        Defl   Camber   Change            Defl   Camber   Change
        (in)   (deg)     (in)             (in)   (deg)     (in)
       -5.00    0.20     0.00            -5.00    0.20     0.00
        0.00    0.20     0.00             0.00    0.20     0.00
        5.00    0.20     0.00             5.00    0.20     0.00

    Tire Information, Second Axle ---
                                        Right Side        Left Side
                                        ----------        ----------
                      Tire Name:         Generic           Generic
               Tire Manufacturer:        Generic           Generic
                     Tire Model:         Generic           Generic
                      Tire Size:       P235/70R16        P235/70R16
                    Version No:          V  5.20           V  5.20
             Unloaded Radius (in):        14.49            14.49
        Static Loaded Radius (in):        14.00            14.00
              Nominal Width (in):          9.25             9.25
                Tread Width (in):          7.40             7.40
   Init. Radial Stiffness (lb/in/tire):  1500.00          1500.00
    2nd Radial Stiffness (lb/in/tire):  15000.00         15000.00
        Defl. @ 2nd Stiffness (in):        5.19             5.19
              Max Deflection (in):         6.49             6.49
        Rebound Energy Ratio (%/100):      1.00             1.00
 Spin Inertia (Tire+Whl+Brk, lb-sec^2-in): 14.62           14.62
Steer Inertia (Tire+Whl+Brk, lb-sec^2-in):  7.31            7.31
      Weight (Tire+Whl+Brk, lb/tire):     49.50            49.50
           Roll Resistance Const:          0.01             0.01
Roll Resististance Linear Coef (sec/in):    0.00             0.00
        Min Fz For Skidmark (lb):        496.00           496.00
             Pneumatic Trail (in):       -1.18            -1.18

    Cornering Stiffness (lb/deg/tire):     Right Side          Left Side
                                        ---------------------------------------
              Loads (lb):  992.0  1984.0  2976.0   992.0  1984.0  2976.0
            Speeds (in/sec):  528.0                   528.0
```

BRYSON 009368

*Appendix B:*

```
Untitled                                         Wed 05/08/24 17:11:49
Vehicle Data-SIMON, Simulation                   HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis
                                                             PAGE 6
                Load No.:      1      2      3      1      2      3
              Speed No. 1:  221.6  331.6  387.0  221.6  331.6  387.0

      Camber Stiffness (lb/deg/tire):     Right Side          Left Side
                                       ------------------------------------
                Loads (lb):  992.0 1984.0 2976.0  992.0 1984.0 2976.0
              Speeds (in/sec):  528.0                528.0
                Load No.:      1      2      3      1      2      3
              Speed No. 1:   22.2   33.2   38.7   22.2   33.2   38.7

      Tire Friction Table:              Right Side          Left Side
                                       ------------------------------------
                Loads (lb):  992.0 1984.0 2976.0  992.0 1984.0 2976.0
              Speeds (in/sec):  528.0                528.0
     Speed No. 1, Load No.:      1      2      3      1      2      3
                Peak Mu:  0.9000 0.8500 0.8000 0.9000 0.8500 0.8000
                Slide Mu:  0.7500 0.6000 0.5000 0.7500 0.6000 0.5000
        Slip @ Peak Mu (%/100):  0.1600 0.1600 0.1600 0.1600 0.1600 0.1600
      Long. Stiffness (lb/slip): 7000.0 13000.0 18000.0 7000.0 13000.0 18000.0


      Brake Information, Second Axle ---
                                          Right Side        Left Side
                                          ----------        ----------
              Brake Assembly Type:      Generic Brake     Generic Brake
              Brake Time Lag (sec):        0.0000            0.0000
              Brake Time Rise (sec):       0.0000            0.0000
              Pushout Pressure (psi):       0.00              0.00
     Nominal Brake Torque Ratio (in-lb/psi):  8.77              8.77
       Brake Proportioning Pressure (psi):   200.00            200.00
              Brake Proportioning Ratio:     0.33              0.33

                ABS Parameters ---
              Min Wheel Lin Vel (mph):       4.00              4.00
              Min Wheel Slip (%/100):       0.0500            0.0500
              Max Wheel Slip (%/100):       0.1500            0.1500
              Apply Delay (sec):            0.0500            0.0500
              Pri Apply Rate (psi/sec):   5000.00           5000.00
              Sec Apply Rate (psi/sec):    500.00            500.00
              Release Delay (sec):          0.0500            0.0500
              Release Rate (psi/sec):     10000.00          10000.00

      General Information ---
                          Vehicle Name:     Ford F-250 Super Duty
                          Vehicle Type:         Pickup
                          Vehicle Make:          Ford
                          Vehicle Model:     F-250 Super Duty
                          Vehicle Year:       2008 - 2016
                      Vehicle Body Style:         XL
                          Version No:     V  9.00 (RCS $Revision: 1.0
                        Number of Axles:          2
                         Driver Location:      Left Side
                         Engine Location:     Front Engine
                           Drive Axle(s):    Axles 1 and 2

      Steady-State Handling Properties ---
            Total Understeer Gradient (deg/g):            1.89
            Steering Wheel Sensitivity (deg/g):         106.98
                          Roll Gradient (deg/g):           3.30
            Roll Couple Distribution, F/R (%/100):         0.68
                Weight Distribution, F/R (%/100):          0.60
                 Static Weight, Front Tires (lb):        5091.26
```

**BRYSON 009369**

*Appendix B:*

```
Untitled                                          Wed 05/08/24 17:11:49
Vehicle Data-SIMON, Simulation                    HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis          PAGE 7
                Static Weight, Rear Tires (lb):   3393.74

        Sprung Mass Dimensional Data ---
                    Overall Length (in):          246.00
                     Overall Width (in):           80.00
                    Overall Height (in):           81.00
                   Ground Clearance (in):          19.88
                        Wheelbase (in):           156.00
                   CG to Front Axle (in):          60.13
                    CG to Back Axle (in):         -95.87
                        CG Height (in):            31.86
                    Front Overhang (in):           38.00
                     Rear Overhang (in):           52.00

        Sprung Mass Inertial Data ---
                      Total Weight (lb):         8485.00
                     Sprung Weight (lb):         8068.30
                 Sprung Mass (lb-sec^2/in):        20.88
Sprg Mass Rot Inertia (lb-sec^2-in) - Roll:     15537.71
                                  Pitch:        84579.82
                                    Yaw:        81906.98
                             XZ Product:             0.00

        Sprung Mass Aerodynamic Parameters ---
                     Surface Name:  Bottom
                  Drag Coefficient:  0.0000
     Proj. Surface Area (in^2):17656.98
    Center of Pressure (in) - x:    0.00
                             y:    0.00
                             z:   12.63

        Body Mesh Data ---
                   3-D Geometry Filename:       2015-Ford-F-250.h3d
                        Number of Nodes:             4769
                 Number of Damaged Nodes:               0

                 ------- Node Stiffness Data (3-Dimensional) -------
                 Front   Right    Back    Left     Top   Bottom
                 ------  ------  ------  ------   ------  ------
     Const (lb/in^2):  21.83    2.60    9.69    2.60    8.33    8.33
    Linear (lb/in^3):   5.92    1.33    4.10    1.33    1.67    1.67
 Quadratic (lb/in^4):   0.00    0.00    0.00    0.00    0.00    0.00
     Cubic (lb/in^5):   0.00    0.00    0.00    0.00    0.00    0.00
Conversion Factor(in):  30.00   30.00   30.00   30.00   30.00   30.00

        Brake System Data ---
                     Brake System Type:       Hydraulic
                                Axle 1:       Disc Brakes
                                Axle 2:       Disc Brakes
                Brake Pedal Ratio (psi/lb):      5.41

                            ABS System:       Tire Slip Algorithm
                 ABS Controller Location:       This Vehicle
                         Sample Method:       Wheel-Based
                          Delay Method:       Wheel-Based
               Threshold Pressure (psi):         10.00
               Threshold Velocity (mph):          4.00

        Steering System Parameters ---
```

BRYSON 009370

*Appendix B:*

```
Untitled                                           Wed 05/08/24 17:11:49
Vehicle Data-SIMON, Simulation                     HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis            PAGE 8
```

```
                          First Axle:            Steerable
          Steering Gear Ratio (deg/deg):         21.46
          Ackermann Steering Option:             On

                                      Right Side        Left Side
                                      ----------        ----------
                    Caster (deg):         2.80              2.80
          Inclination Angle (deg):       12.30             12.30
          Steering Offset (in):           4.35              4.35
          Stub Axle Length (in):          7.71              7.71
   Initial Steer Axis Coord (in) - x:    60.13             60.13
                               y:        26.79            -26.79
                               z:        14.86             14.86


                      Second Axle:            Not Steerable

   Drivetrain Parameters ---
                   Engine Description:          6.2L_V8_
                   Maximum Power (HP):          385
                 Maximum Torque (ft-lb):        405
              Transmission Forward Speeds:      6
                 Differential Speeds:           1

Wide-open Throttle, Speed (RPM):    500   2000   4500   5500   5600
                   Power (HP):        5    140    347    385    384
                 Torque (ft-lb):     53    368    405    368    360

   Closed Throttle, Speed (RPM):    500   2000   4500   5500   5600
                   Power (HP):       -1    -19    -99   -147   -153
                 Torque (ft-lb):    -13    -51   -115   -141   -143

        Transmission Type: Automatic

        Shift Points -      Min    Max
        Engine Speed (RPM):  1520   4580
      Shift Up, WOT (%/100): 0.20   0.60
    Shift Down, WOT (%/100): 0.50   0.90

      Transmission Gear:  Rev    1st    2nd    3rd    4th    5th    6th
         Numerical Ratio: -3.12  3.97   2.31   1.51   1.14   0.85   0.67

      Differential Gear Ratio:  3.730

   Electronic Stability Systems Properties ---

                      (No ESS Systems Installed.)

   Wheel Location Information, First Axle ---
                                      Right Side        Left Side
                                      ----------        ----------
   Initial Wheel Coordinates (in) - x:    60.13             60.13
                               y:        34.50            -34.50
                               z:        14.83             14.83


   Suspension Information, First Axle ---
                   Suspension Type:           Independent
       Auxiliary Roll Stiffness (in-lb/deg):      8157.78

                                      Right Side        Left Side
                                      ----------        ----------
                Wheel Rate (lb/in):     524.10            524.10
```

## Appendix B:

```
Untitled                                          Wed 05/08/24 17:11:49
Vehicle Data-SIMON, Simulation                    HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis        PAGE 9
```

| | | |
|---|---:|---:|
| Viscous Damping (lb-sec/in): | 6.55 | 6.55 |
| Coulomb Friction (lb): | 50.00 | 50.00 |
| Friction Null Band (in/sec): | 5.00 | 5.00 |
| Deflection to Jounce Stop (in): | -3.94 | -3.94 |
| Stop Linear Rate (lb/in): | 300.00 | 300.00 |
| Stop Cubic Rate (lb/in^3): | 600.00 | 600.00 |
| Stop Energy Ratio (%/100): | 0.50 | 0.50 |
| Deflection to Rebound Stop (in): | 2.54 | 2.54 |
| Stop Linear Rate (lb/in): | 300.00 | 300.00 |
| Stop Cubic Rate (lb/in^3): | 600.00 | 600.00 |
| Stop Energy Ratio (%/100): | 0.50 | 0.50 |
| Roll Steer Const. Coef (deg): | -0.05 | 0.05 |
| Roll Steer Linear Coef (deg/in): | 0.03 | -0.03 |
| Roll Steer Quadratic Coef (deg/in): | -0.00 | 0.00 |
| Roll Steer Cubic Coef (deg/in): | 0.00 | -0.00 |

### Camber and Half-track Tables

| -------- Right Side ------- | | | | -------- Left Side -------- | | |
|---|---|---|---|---|---|---|
| Susp Defl (in) | Camber (deg) | 1/2-track Change (in) | | Susp Defl (in) | Camber (deg) | 1/2-track Change (in) |
| -1.93 | 0.10 | 0.00 | | -1.93 | 0.10 | 0.00 |
| -1.30 | 0.10 | -0.02 | | -1.30 | 0.10 | -0.02 |
| -0.65 | 0.10 | 0.00 | | -0.65 | 0.10 | 0.00 |
| 0.00 | 0.20 | 0.00 | | 0.00 | 0.20 | 0.00 |
| 0.63 | 0.20 | 0.00 | | 0.63 | 0.20 | 0.00 |
| 1.36 | 0.25 | 0.00 | | 1.36 | 0.25 | 0.00 |
| 2.11 | 0.25 | 0.00 | | 2.11 | 0.25 | 0.00 |
| 2.38 | 0.30 | -0.02 | | 2.38 | 0.30 | -0.02 |
| 2.46 | 0.35 | 0.00 | | 2.46 | 0.35 | 0.00 |

### Tire Information, First Axle ---

| | Right Side | Left Side |
|---|---|---|
| Tire Name: | Generic P275/60R2 | Generic P275/60R2 |
| Tire Manufacturer: | Generic | Generic |
| Tire Model: | Generic | Generic |
| Tire Size: | P275/60R20 | P275/60R20 |
| Version No: | s\DB\VM | s\DB\VM |
| Unloaded Radius (in): | 17.05 | 17.05 |
| Static Loaded Radius (in): | 15.35 | 15.35 |
| Nominal Width (in): | 10.83 | 10.83 |
| Tread Width (in): | 8.66 | 8.66 |
| Init. Radial Stiffness (lb/in/tire): | 1500.00 | 1500.00 |
| 2nd Radial Stiffness (lb/in/tire): | 15000.00 | 15000.00 |
| Defl. @ 2nd Stiffness (in): | 5.04 | 5.04 |
| Max Deflection (in): | 6.30 | 6.30 |
| Rebound Energy Ratio (%/100): | 1.00 | 1.00 |
| Spin Inertia (Tire+Whl+Brk, lb-sec^2-in/ | 26.40 | 26.40 |
| Steer Inertia (Tire+Whl+Brk, lb-sec^2-in | 13.19 | 13.19 |
| Weight (Tire+Whl+Brk, lb/tire): | 66.50 | 66.50 |
| Roll Resistance Const: | 0.01 | 0.01 |
| Roll Resististance Linear Coef (sec/in): | 0.00 | 0.00 |
| Min Fz For Skidmark (lb): | 496.00 | 496.00 |
| Pneumatic Trail (in): | -1.17 | -1.17 |

| Cornering Stiffness (lb/deg/tire): | Right Side | | | Left Side | | |
|---|---|---|---|---|---|---|
| Loads (lb): | 992.0 | 1984.0 | 2976.0 | 992.0 | 1984.0 | 2976.0 |

**BRYSON 009372**

*Appendix B:*

```
Untitled                                         Wed 05/08/24 17:11:49
Vehicle Data-SIMON, Simulation                   HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis        PAGE 10
             Speeds (in/sec):  528.0                528.0
                Load No.:      1      2      3      1      2      3
             Speed No. 1:    232.8  334.5  384.0  232.8  334.5  384.0

     Camber Stiffness (lb/deg/tire):      Right Side          Left Side
                                       -------------------------------------
                Loads (lb):   992.0 1984.0 2976.0  992.0 1984.0 2976.0
             Speeds (in/sec):  528.0                528.0
                Load No.:      1      2      3      1      2      3
             Speed No. 1:    23.3   33.5   38.4   23.3   33.5   38.4

     Tire Friction Table:            Right Side          Left Side
                                  -------------------------------------
                Loads (lb):   992.0 1984.0 2976.0  992.0 1984.0 2976.0
             Speeds (in/sec):  528.0                528.0
     Speed No. 1, Load No.:     1      2      3      1      2      3
                  Peak Mu:   1.1500 1.1000 1.0500 1.1500 1.1000 1.0500
                 Slide Mu:   0.9000 0.8500 0.8000 0.9000 0.8500 0.8000
       Slip @ Peak Mu (%/100):  0.1600 0.1600 0.1600 0.1600 0.1600 0.1600
     Long. Stiffness (lb/slip): 7000.0 13000.0 18000.0 7000.0 13000.0 18000.0

     Brake Information, First Axle ---
                                       Right Side          Left Side
                                       ----------          ----------
              Brake Assembly Type:   Generic Brake       Generic Brake
             Brake Time Lag (sec):      0.0000              0.0000
            Brake Time Rise (sec):      0.0000              0.0000
            Pushout Pressure (psi):      0.00                0.00
   Nominal Brake Torque Ratio (in-lb/psi):  124.42          124.42

                ABS Parameters ---
            Min Wheel Lin Vel (mph):      4.00                4.00
            Min Wheel Slip (%/100):      0.0500              0.0500
            Max Wheel Slip (%/100):      0.1500              0.1500
                Apply Delay (sec):      0.0500              0.0500
            Pri Apply Rate (psi/sec):   5000.00             5000.00
            Sec Apply Rate (psi/sec):    500.00              500.00
              Release Delay (sec):      0.0500              0.0500
            Release Rate (psi/sec):   10000.00            10000.00

     Wheel Location Information, Second Axle ---
                                       Right Side          Left Side
                                       ----------          ----------
   Initial Wheel Coordinates (in) - x:     -95.87              -95.87
                                y:      34.00              -34.00
                                z:      14.79               14.79

     Suspension Information, Second Axle ---
                  Suspension Type:          Solid Axle
   Axle+Wheels Roll/Yaw Inertia (lb-sec^2-in):   498.28
            Axle Roll Ctr Ht Below CG (in):       13.05
              Axle Roll Steer (deg/deg):        0.00
            Lateral Spring Spacing (in):       45.00
                Nominal Track Width (in):       68.00
   Total (Axle+Wheels) Unsprung Weight (lb):    283.70
       Auxiliary Roll Stiffness (in-lb/deg):    299.81

                                       Right Side          Left Side
                                       ----------          ----------
              Wheel Rate (lb/in):      392.90              392.90
          Viscous Damping (lb-sec/in):      3.63                3.63
```

**BRYSON 009373**

*Appendix B:*

```
Untitled                                          Wed 05/08/24 17:11:50
Vehicle Data-SIMON, Simulation                    HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis           PAGE 11
```

| | | |
|---|---|---|
| Coulomb Friction (lb): | 100.00 | 100.00 |
| Friction Null Band (in/sec): | 5.00 | 5.00 |
| Deflection to Jounce Stop (in): | -4.72 | -4.72 |
| Stop Linear Rate (lb/in): | 300.00 | 300.00 |
| Stop Cubic Rate (lb/in^3): | 600.00 | 600.00 |
| Stop Energy Ratio (%/100): | 0.50 | 0.50 |
| Deflection to Rebound Stop (in): | 3.46 | 3.46 |
| Stop Linear Rate (lb/in): | 300.00 | 300.00 |
| Stop Cubic Rate (lb/in^3): | 600.00 | 600.00 |
| Stop Energy Ratio (%/100): | 0.50 | 0.50 |
| Camber Constant (deg): | 0.00 | 0.00 |

Tire Information, Second Axle ---

| | Right Side | Left Side |
|---|---|---|
| | ---------- | ---------- |
| Tire Name: | Generic P275/60R2 | Generic P275/60R2 |
| Tire Manufacturer: | Generic | Generic |
| Tire Model: | Generic | Generic |
| Tire Size: | P275/60R20 | P275/60R20 |
| Version No: | s\DB\VM | s\DB\VM |
| Unloaded Radius (in): | 17.05 | 17.05 |
| Static Loaded Radius (in): | 15.92 | 15.92 |
| Nominal Width (in): | 10.83 | 10.83 |
| Tread Width (in): | 8.66 | 8.66 |
| Init. Radial Stiffness (lb/in/tire): | 1500.00 | 1500.00 |
| 2nd Radial Stiffness (lb/in/tire): | 15000.00 | 15000.00 |
| Defl. @ 2nd Stiffness (in): | 5.04 | 5.04 |
| Max Deflection (in): | 6.30 | 6.30 |
| Rebound Energy Ratio (%/100): | 1.00 | 1.00 |
| Spin Inertia (Tire+Whl+Brk, lb-sec^2-in/ | 26.40 | 26.40 |
| Steer Inertia (Tire+Whl+Brk, lb-sec^2-in | 13.19 | 13.19 |
| Weight (Tire+Whl+Brk, lb/tire): | 66.50 | 66.50 |
| Roll Resistance Const: | 0.01 | 0.01 |
| Roll Resististance Linear Coef (sec/in): | 0.00 | 0.00 |
| Min Fz For Skidmark (lb): | 496.00 | 496.00 |
| Pneumatic Trail (in): | -1.17 | -1.17 |

Cornering Stiffness (lb/deg/tire):

| | Right Side | | | Left Side | | |
|---|---|---|---|---|---|---|
| | ---------------------------------- | | | ---------------------------------- | | |
| Loads (lb): | 992.0 | 1984.0 | 2976.0 | 992.0 | 1984.0 | 2976.0 |
| Speeds (in/sec): | 528.0 | | | 528.0 | | |
| Load No.: | 1 | 2 | 3 | 1 | 2 | 3 |
| Speed No. 1: | 232.8 | 334.5 | 384.0 | 232.8 | 334.5 | 384.0 |

Camber Stiffness (lb/deg/tire):

| | Right Side | | | Left Side | | |
|---|---|---|---|---|---|---|
| | ---------------------------------- | | | ---------------------------------- | | |
| Loads (lb): | 992.0 | 1984.0 | 2976.0 | 992.0 | 1984.0 | 2976.0 |
| Speeds (in/sec): | 528.0 | | | 528.0 | | |
| Load No.: | 1 | 2 | 3 | 1 | 2 | 3 |
| Speed No. 1: | 23.3 | 33.5 | 38.4 | 23.3 | 33.5 | 38.4 |

Tire Friction Table:

| | Right Side | | | Left Side | | |
|---|---|---|---|---|---|---|
| | ---------------------------------- | | | ---------------------------------- | | |
| Loads (lb): | 992.0 | 1984.0 | 2976.0 | 992.0 | 1984.0 | 2976.0 |
| Speeds (in/sec): | 528.0 | | | 528.0 | | |
| Speed No. 1, Load No.: | 1 | 2 | 3 | 1 | 2 | 3 |
| Peak Mu: | 1.1500 | 1.1000 | 1.0500 | 1.1500 | 1.1000 | 1.0500 |
| Slide Mu: | 0.9000 | 0.8500 | 0.8000 | 0.9000 | 0.8500 | 0.8000 |
| Slip @ Peak Mu (%/100): | 0.1600 | 0.1600 | 0.1600 | 0.1600 | 0.1600 | 0.1600 |
| Long. Stiffness (lb/slip): | 7000.0 | 13000.0 | 18000.0 | 7000.0 | 13000.0 | 18000.0 |

**BRYSON 009374**

*Appendix B:*

```
Untitled                                          Wed 05/08/24 17:11:50
Vehicle Data-SIMON, Simulation                    HVE 2021 Version 17.00
Licensed User: Quest Engineering & Failure Analysis            PAGE 12
     Brake Information, Second Axle ---
```

|                                       | Right Side | Left Side |
|---------------------------------------|-----------:|----------:|
|                                       | ---------- | --------- |
| Brake Assembly Type:                  | Generic Brake | Generic Brake |
| Brake Time Lag (sec):                 | 0.0000     | 0.0000    |
| Brake Time Rise (sec):                | 0.0000     | 0.0000    |
| Pushout Pressure (psi):               | 0.00       | 0.00      |
| Nominal Brake Torque Ratio (in-lb/psi): | 67.87    | 67.87     |

```
          ABS Parameters ---
```

|                              | Right Side | Left Side |
|------------------------------|-----------:|----------:|
| Min Wheel Lin Vel (mph):     | 4.00       | 4.00      |
| Min Wheel Slip (%/100):      | 0.0500     | 0.0500    |
| Max Wheel Slip (%/100):      | 0.1500     | 0.1500    |
| Apply Delay (sec):           | 0.0500     | 0.0500    |
| Pri Apply Rate (psi/sec):    | 5000.00    | 5000.00   |
| Sec Apply Rate (psi/sec):    | 500.00     | 500.00    |
| Release Delay (sec):         | 0.0500     | 0.0500    |
| Release Rate (psi/sec):      | 10000.00   | 10000.00  |

**BRYSON 009375**

*Appendix B:*



*Appendix B:*



**BRYSON 009377**