# EXHIBIT 24

# *EDCRASH*
## COLLISION RECONSTRUCTION

 ENGINEERING DYNAMICS CORPORATION
VISUAL REALITY





Figure 1-1  EDCRASH Event

positions or principal direction of force can be analyzed by merely changing the event and re-executing.

## Model Inputs

EDCRASH inputs include either one or two vehicles and an optional environment. Event set-up parameters include optional vehicle positions (positions are optional, however, speed at impact cannot be calculated unless at least impact and rest positions are supplied), Driver Controls (Percent Wheel Lock-up) and Damage Profiles (damage profiles are optional, however, impact speed cannot be computed for collinear collisions unless damage profiles are supplied).

## Model Outputs

The primary outputs from the EDCRASH analysis are impact speed and speed change (Delta-V) during the crash. The output reports produced by EDCRASH include Numeric Reports (Messages, Accident History, Vehicle Data, Damage Data and Program Data) and Graphic Reports (Site Drawing, Damage Profile and Momentum Diagrams).