# EXHIBIT 25

# *SIMON*
## SIMULATION MODEL

 ENGINEERING DYNAMICS CORPORATION



## Model Inputs

SIMON inputs include one or more vehicles. Articulated vehicles are created from individual unit vehicles using compatible front and rear connections. Full trailers are created using a semi-trailer and a front dolly.

Human occupants may also be included in SIMON. Placing a human in a vehicle affects the vehicle's inertial properties and weight distribution, however, human motion relative to the vehicle is not modeled.

An environment is optional. If supplied, the environment may be a simple flat surface or complex 3-D digital terrain map (DTM) from a total station survey. An unlimited number of friction zones may be supplied.

## Model Outputs

SIMON output reports include the following HVE Output Reports:

- Accident History
- Damage Data
- Damage Profiles
- Driver Controls
- Environment Data
- Event Data
- Human Data
- Messages
- Program Data
- Trajectory Simulation
- Variable Output
- Vehicle Data

**DESCRIPTION**