# EXHIBIT 26





















