# Exhibit 2

Case 2:22-cv-00017-RWS   Document 183-2   Filed 03/17/25   Page 2 of 14
Christopher D. Roche                                    February 1, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 1

1                UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF GEORGIA
3                    GAINESVILLE DIVISION
4
5
6   Santana Bryson and Joshua
    Bryson, as Administrators
7   of the Estate of C.Z.B.,         CIVIL ACTION
    and as surviving parents         FILE NO.
8   of C.Z.B., a deceased            2:22-CV-017-RWS
    minor,
9
                    Plaintiffs,
10
            vs.
11
    Rough Country, LLC,
12
                    Defendant.
13  ~~~~~~~~~~~~~~~~~~~~~~~~~~
14
              REMOTE VIDEOTAPED DEPOSITION OF
15
16
                    CHRISTOPHER D. ROCHE
17
18
                         10:12 a.m.
19
20
                      February 1, 2024
21
22
            Susan M. Pitts, CCR-B-1806, RPR
23
24
25

Case 2:22-cv-00017-RWS   Document 183-2   Filed 03/17/25   Page 3 of 14
Christopher D. Roche                              February 1, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 18

1  the front structure, essentially I would say B-pillar
2  forward, was already -- was already established.  And
3  so our work focused on looking at the structural
4  solutions to convert it from a SUV or CUV type body
5  structure to an open bed type structure.
6       Q.   And moving back to your time at Incat
7  Systems, and I guess your time at Incat involved
8  working with Jeep or Daimler-Chrysler as kind of a
9  contractor to Incat Systems, Inc.; is that correct?
10      A.   That's right.
11      Q.   And we mentioned a couple of vehicles that
12 you worked on, Jeep vehicles.  Did your work with any
13 of those involve designing and/or testing the primary
14 energy-absorption structures and/or the secondary
15 energy-absorber structure?
16      A.   Yes.  The SJ program that I mentioned
17 earlier, my -- part of my responsibility there was
18 developing a front structure that would be considered
19 a secondary EA.
20      Q.   And when you say the SJ, is that the 2005
21 Jeep Grand Cherokee?
22      A.   No, it is not.
23      Q.   Okay.
24      A.   It is the third bullet point at the end,
25 third from last bullet point.  So it reads:

1   Structural engineer on a Jeep body-on-frame SUV that
2   included performing FEA to meet front impact
3   compatibility requirements.
4       Q.    Got you.  And what were the front impact
5   compatibility requirements that you were trying to
6   meet?
7       A.    Those of the EVC.  So looking to provide
8   the geometric and loading requirements.
9       Q.    And you kind of broke up.  What was the
10  first thing you said?  Did you say it was part of the
11  EVC?
12      A.    Right.  So meeting the requirements based
13  off of the EVC's stipulation for what a secondary EA
14  structure has to satisfy.
15      Q.    All right.  So in that case, the 2005 -- I
16  guess the body-on-frame Jeep, it did not meet Option
17  1 of the EVC, and so you were working on how do you
18  comply with the criteria in Option 2.  Is that a fair
19  way to describe that?
20      A.    I don't recall exactly where the primary
21  frame rail lay within Option 1, but the work we were
22  doing was to provide a lower secondary EA
23  specifically.
24      Q.    How did you complete that work; how did
25  you satisfy Option 2?

1    A.   Well, so the vehicle in question, SJ
2  program, was never launched, so this was engineering
3  to look at design concepts and simulation of those
4  concepts to whether we could meet the targets that we
5  had established for the front structure.  One of
6  those targets was to provide a lower structural
7  enabler for compatibility.
8    Q.   When you say a lower enabler and
9  structural compatibility, are you referring to a --
10 what has been referred to before as a SEAS bracket?
11         MR. HILL:  And SEAS for the court reporter
12      would be S-E-A-S.  We are going to use, I guess,
13      that a lot.
14         If the witness agrees, instead of having
15      to say "primary energy-absorption structure" and
16      "secondary energy-absorption structure," can we
17      agree we can use SEAS, S-E-A-S in all caps, as
18      an abbreviation for one, and PEAS, P-E-A-S, as
19      an abbreviation for the other.
20         THE WITNESS:  Yes, I'm fine with that.
21    Q.   (By Mr. Hill)  All right.  And so what
22 type of SEAS device or component did you use in
23 mocking up that SJ program in order to get the SEAS
24 to the limits you needed to comply with the EVC?
25    A.   It was a design that was -- utilized some

Case 2:22-cv-00017-RWS   Document 183-2   Filed 03/17/25   Page 6 of 14
Christopher D. Roche                                February 1, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 21

1   of the lower frame structure.  It wasn't a separate
2   bracket in that instance.  It wasn't equivalent to
3   the blocker beam that Ford had on the Excursion at
4   that time.  It was -- it was another part of the
5   frame structure that we were utilizing.
6          Q.    Okay.  Jumping up where I got confused,
7   the third bullet point from the top under the Incat
8   Systems section is when there's a discussion of the
9   2005 Jeep Grand Cherokee front-end structure.  And
10  with regard to that vehicle, were you involved in
11  designing or testing it to see if it complied with
12  the EVC criteria?
13         A.    Yeah.  That vehicle -- so I had
14  responsibility for all structural requirements on the
15  Body-In-White at points during my tenure on that
16  program.  And that vehicle satisfied the requirements
17  of the EVC from a PEAS perspective.
18         Q.    So it did not require a secondary
19  energy-absorption structure because it satisfied
20  Option 1 under the EVC?
21         A.    Correct.
22         Q.    Okay.  Any other vehicles that you were
23  involved in -- I think you mentioned -- going back to
24  my question as far as listing all the LTVs that you
25  worked on from the designs testing perspective, have

Case 2:22-cv-00017-RWS   Document 183-2   Filed 03/17/25   Page 7 of 14
Christopher D. Roche                                    February 1, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 24

1     I tried to make it as broad as I could
2  (inaudible.)
3          MS. CANNELLA:  What was that?
4          MR. HILL:  I tried to make it as broad as
5      possible to avoid a bunch of follow-up
6      questions.  Go ahead.
7          THE WITNESS:  Yeah, I'm sorry.  I didn't
8      catch your question originally, so would you
9      mind repeating it, please?
10     Q.   (By Mr. Hill)  Sure.  I'm sure you're
11  going to get the question at trial from Ms. Cannella
12  for you to explain to the jury your work experience
13  that qualifies you to talk about the issues in the
14  case.  And I'm trying to determine whether there is
15  any relevant work experience that you have that we
16  haven't discussed that relates specifically to the
17  design and development of primary energy-absorption
18  structures and/or secondary energy-absorption
19  structures?
20          MS. CANNELLA:  Same objection.  You can
21      answer.
22          THE WITNESS:  Yeah.  So the '05 Grand
23      Cherokee I worked on that program from concept
24      to production and post production.  A lot of my
25      work involved the development of the front-end

1       sheet metal, including the longitudinal members,
2       the front bumper system, shock towers.  That
3       structure was developed to meet the targets that
4       were established by the program for and
5       including all compliance testing, US NCAP and
6       IHS test modes and other due care load cases.  I
7       worked on that program from the design
8       simulation, test and compliance phases.  So I
9       think that's very relevant from a primary
10      energy-absorbing structure development
11      perspective.
12           Q.   (By Mr. Hill)  And that vehicle did not
13 require a SEAS because it met the requirements of
14 Option 1 under the EVC?
15           A.   Correct.
16           Q.   Okay.  Anything else that I've missed?
17           A.   Well, we talked a little bit earlier about
18 the SJ program where in that instance I was involved
19 in the development of a secondary energy-absorbing
20 structure.
21           Q.   All right.  I think that was covered by --
22 in something we haven't already discussed that would
23 relate to these issues?
24           A.   Okay.  So those are the two relevant
25 programs I would highlight.

1    A.   Yes.  I believe it's possible to engineer
2    a new SEAS bracket that could satisfy the Option 2
3    requirements of the EVC.
4    Q.   And while we are on that -- I know we are
5    going to cover this in detail later -- but as you
6    measured the Hunter Elliott's F-250 involved in this
7    accident, you concluded that the SEAS brackets that
8    were on the vehicle only extended down to 18 inches
9    above the ground, approximately.  And so that I
10   understand it, in order to comply with Option 2 of
11   the EVC, they would have to have extended down to 16
12   inches.  And so your criticism of that is that in
13   order for it to comply with Option 2, the SEAS
14   brackets would have to be two inches longer extending
15   down to 16 inches or below; is that a fair statement?
16   A.   No.  It's more complicated than that.
17   Q.   All right.  Tell me how it's more
18   complicated.
19   A.   The base vehicle height of the SEAS
20   bracket from ground was about 13 inches based on the
21   exemplar truck I measured.  And then in addition to
22   the SEAS bracket distance to ground, it also has to
23   have -- it has to satisfy the load requirements.  So
24   you have to develop a SEAS bracket that is
25   consistent, I think, with the original manufacturer

1   intent.  At a minimum, you would be looking at least
2   to satisfy the Option 2 of the EVC, but, ideally, you
3   would maintain the base truck compatibility design.
4       Q.   So what you mean there is that you would
5   ideally have brackets that would extend all the way
6   down to the original height without the lift kit, so
7   down to 13 inches above the ground; is that what you
8   are saying?
9       A.   Yeah.  On the basis that Ford developed
10  that design 13 inches off ground to achieve
11  compatibility, if you want to maintain the same level
12  of compatibility performance, that would be where you
13  would engineer to.
14      Q.   Okay.  So that's one alternative design,
15  is engineer new bolt-in brackets that would extend
16  down to the 13-inch level and have the same strength
17  and so forth that's required under Option 2 or that
18  was with the original design?
19          MS. CANNELLA:  Sorry.  Can you repeat that
20      question?
21          MR. HILL:  Sure.
22          MS. CANNELLA:  I missed it.
23          MR. HILL:  I just want to make sure I
24      understand what he just said.
25      Q.   (By Mr. Hill)  So one alternative design

Case 2:22-cv-00017-RWS   Document 183-2   Filed 03/17/25   Page 11 of 14
Christopher D. Roche   February 1, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 153

1    I'm talking about. It's a Qualified Vehicle
2    Modifiers Program. It dealt with outside
3    companies that performed modifications to Ford
4    vehicles.
5         THE WITNESS: Yeah, I'm familiar with QVM.
6         Q.   (By Mr. Hill) Are you familiar with
7    Ford's QVM program?
8         A.   Yeah, I've -- I've worked on the program
9    that looked at engaging with a Ford product and a
10   modification of it.
11        Q.   And what was that modification?
12        A.   Well, so the idea of that was to take the
13   Ford E-450 and -- as a chassis cab and to build a
14   small shuttle bus, which is typically done by a
15   number of different upfitters.
16        Q.   And what was your interaction with the QVM
17   program in connection with that E450?
18        A.   So we requested to become -- to gain
19   access to the necessary Ford product data to be able
20   to use it as a basis for the vehicle we had in mind.
21   And so there's a process to register and become a
22   recipient of much more detailed engineering data,
23   including Ford vehicle cab data, for example, and so
24   that's -- that's really the interaction I've had with
25   QVM is getting additional data from them in a role

Case 2:22-cv-00017-RWS   Document 183-2   Filed 03/17/25   Page 12 of 14
Christopher D. Roche                                February 1, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 154

1   that I performed back in -- this was around 2020.
2          Q.   Did any representatives from Ford's QVM
3   program actually visit your manufacturing facilities?
4          A.   Yes.  The work I was doing was at an early
5   stage before we had manufacturing facilities, so it
6   was an engineering office.  And yes, we had some
7   interaction with a representative from QVM because
8   they wanted to understand a little bit what we had in
9   mind for the vehicle and, you know, what their plans
10  were for the platform, things of that nature.
11         Q.   And did you have to actually go through
12  any type of qualifying or certifying process in order
13  to get the assistance from the Ford QVM program?
14         A.   For the initial data access, no, not very
15  much.  It was just a request in telling them who we
16  were and what we intended to do with it.  It was
17  fairly straightforward.
18         Q.   Did you ever go forward with production of
19  that modified E-450?
20         A.   No, not while I was with the company that
21  was working on it.
22         Q.   All right.  And do you know whether after
23  you left, they went forward with production of that
24  vehicle?
25         A.   I don't know what the status is of that

1   involve removal of the brackets?
2       A.   No.  I don't know of an alternative SEAS
3   bracket that's EVC compliant of any description.
4       Q.   Okay.  Have you ever removed, yourself, a
5   SEAS bracket?
6       A.   I have not.  But I do have one here, so
7   I'm quite familiar with what it looks like and its
8   size and weight.
9       Q.   Right.  Have you ever in the field
10  attempted to remove a attached SEAS bracket from an
11  F-250?
12      A.   No, I haven't.
13      Q.   Have you ever seen someone attempt that?
14      A.   No, but it's not particularly challenging.
15      Q.   And what is the basis of your opinion that
16  it's not particularly challenging?
17      A.   It's at the front of the vehicle.  It's
18  accessible.  The tools required are basic socket set
19  or wrench, and it's just two bolts.
20      Q.   And you have to be able to get out up
21  underneath the vehicle to remove the bolts, correct?
22      A.   Well, on a lifted truck, it's quite
23  accessible.
24      Q.   Well, you don't know where that lifted
25  truck is sitting.  It could be, in order to reinstall

```
 1        A.    No, I didn't.
 2        Q.    Did you need to look at other lift kits to
 3   know if there is an alternative design, the one that
 4   you -- strike that, sorry.
 5              Did you need to look at other lift kits to
 6   come to your alternative design conclusion?
 7        A.    No, I didn't.
 8        Q.    Where did you get your alternative design
 9   idea from?
10        A.    From the subject vehicle and my design and
11   engineering experience.
12        Q.    And the design that you looked at on the
13   subject vehicle, that is in production?
14        A.    Yes, it is.
15        Q.    And it's used on an F-250?
16        A.    That's correct.
17        Q.    Have you ever used a socket set or a
18   wrench before?
19        A.    Yes, I have.
20        Q.    Have you removed bolts before?
21        A.    Yes, I have.
22        Q.    And we discussed your experience in the
23   auto industry.  How many years have you been in the
24   auto industry?
25        A.    About 27 years.
```