# Exhibit 10



# NHTSA & Ford Motor Company

## DOT Building, Washington, DC

### December 20, 2007

### 3:00 – 5:00  p.m.

## Meeting Agenda

- ❏ Introductions
- ❏ Vehicle-to-Vehicle Front Compatibility
- ❏ Rear Seat LATCH
- ❏ Critical timing for Vin Number Final Rule.

1

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22193

# Vehicle-to-Vehicle Front Compatibility

## Agenda:

- ❏ Objectives of compatibility
- ❏ Ford's Strategy for Compatibility
- ❏ Ford's Compatibility Actions and Innovations
- ❏ Real World Benefits Associated with Ford's Actions
- ❏ Current voluntary agreement and real world status
- ❏ Research and Development of Compatibility Test Procedures and Metrics
- ❏ Conclusions and discussions

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

2

3720 22194



# Objective

- To further enhance partner protection in vehicle-to-vehicle crashes without compromising self-protection

3

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22195



# Ford Strategy

❑ Further enhance front-to-front compatibility by geometrical matching of frontal structures as a first step.  Started in 1997 with the Expedition/Navigator

❑ Further enhance front-to-side compatibility by improving self protection in cars by providing combined head and chest protection side airbags– Public announcement of intent in 1995 and Industry first application ca. 1997 in Mercury Cougar.

4

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22196

# Ford
# Front-to-Front Compatibility Actions and Innovations

## Geometric Alignment of Crash Structures (First Step to Achieve Objective)

- Ford has been a leader in designing LTV's for enhanced V-to-V compatibility
- Ford's initial strategy was to achieve geometrical alignment between frontal structures (started as early as 1997 to lower front frame rails on light trucks)
  - Ford Expedition, 1997 Job1
  - Lincoln Navigator, 1998 Job1
  - Explorer, Design Evolution, 2001
  - F150, Design Evolution



Passenger Car Frame    SUV w/ Lower Frame

581
508
Zone
406



Mid-Size SUV 4x4

5

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order



# Front-to-Front Compatibility Actions and Innovations

## Geometric Alignment of Crash Structures (First Step to Achieve Objective)

- Ford was also the first manufacture to introduce and implement an Industry-First BlockerBeam (BB)

- Ford started introducing various types of lower load path (SEAS)
    - BB on Ford Excursion, 1999 and on 2001 Super Duty Pick-up Truck
    - XC90 Lower Load Path, SEAS
    - Edge Lower Load Path, SEAS







6

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22198



# Our strategy has proven to be effective in the real world

❏ Our own FARS data analysis

❏ IIHS effectiveness analysis (not being discussed today)

7

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22199



# FARS Analysis

- ❏ Compared performance of 1999-2003 MY vehicles in FARS 1999-2003

- ❏ Front-to-Front impacts and Front-to-Side impacts

- ❏ Two vehicle planar collisions considered (i.e. excluded roll-overs) in which vehicles struck by Superduties had a fatality.

- ❏ Struck vehicles were cars and LTV's

8

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22200

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

# Current Front-to-Front Crash Compatibility benefits
## Crash Mode: Front-to-Front with Fatal Partner Vehicles

| Collision Partner | Crashes | | Rate per 10k RVY | | P-value Ha: p1>p2 |
|---|---|---|---|---|---|
| | MY99-00 | MY01-03 | MY99-00 | MY01-03 | |
| F-250 * | 95 | 38 | 0.55 | 0.43 | 0.11 |
| F-350 * | 35 | 12 | 0.64 | 0.38 | 0.06 |
| | | | | | |
| Expedition / Navigator ** | 41 | 17 | 0.20 | 0.18 | 0.42 |

\* Vehicles equipped with BlockerBeams beginning in Model Year (MY) 2001
\*\* Vehicles designed for geometric alignment and also a control group since no geometrical changes were made

Source: Two-vehicle front-to-front crashes in 1999-2003 FARS involving:
◦ one light passenger vehicle (LPV) with at least one unejected fatal occupant and "Motor Vehicle" coded as Most Harmful Event, and
◦ one Collision Partner vehicle (per VIN) as shown, for the identified model year of 1999-2000 or 2001-2003.
Frontal impact identified by Principal Impact (or Initial Impact, if Principal Impact unknown) coded as 11, 12, or 1.

Rates calculated from R. L. Polk National Vehicle Population Profile, registered vehicle years (RVY) for Collision Partner.
Note: It is not clear, to the extent the data demonstrates statistical significance, that the difference in vehicle crash performance is attributable to any one factor or technology.

9

BRYSON 003529

3720 22201



# Current Front-to-Side Crash Compatibility benefits
## Crash Mode: Front-to-NearSide with Fatal NearSide Vehicles

| Collision Partner | Crashes | | Rate  per 10k RVY | | P-value Ha: p1>p2 |
|---|---|---|---|---|---|
| | MY99-00 | MY01-03 | MY99-00 | MY01-03 | |
| F-250 * | 98 | 34 | 0.56 | 0.39 | 0.03 |
| | | | | | |
| Expedition / Navigator ** | 30 | 13 | 0.14 | 0.14 | 0.48 |

\* Vehicles equipped with BlockerBeams beginning in Model Year (MY) 2001
\*\* Vehicles designed for geometric alignment

Source: Two-vehicle front-to-side crashes in 1999-2003 FARS involving:
° one light passenger vehicle (LPV) with at least one unejected fatal occupant and "Motor Vehicle" coded as Most Harmful Event, and
° one Collision Partner vehicle (per VIN) as shown, for the identified model year of 1999-2000 or 2001-2003.

NearSide impact for LPV identified by Principal Impact (or Initial Impact, if Principal Impact unknown) coded as
° 8, 9, or 10 for fatal occupants in Seat Positions 11 or 21, or
° 2, 3, or 4 for fatal occupants in Seat Positions 13 or 23.

Frontal impact for Collision Partner identified by Principal Impact (or Initial Impact, if Principal Impact unknown) coded as 11, 12, or 1.
Rates calculated from R. L. Polk National Vehicle Population Profile, registered vehicle years (RVY) for Collision Partner.
Note:  It is not clear, to the extent the data demonstrates statistical significance, that the difference in vehicle crash performance is attributable to any one factor or technology.

10

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

# Expedition/Navigator Compared to an Equivalent SUV1 with a Curb Weight That is About 500 lb Less

FARS '99-'03

## Fatal Target Vehicle rates* (front-to-front)

❑ '99 to '03 SUV1 = 0.18

❑ '99 to '03 Expedition/Navigator = 0.19

## Fatal Target Vehicle rates* (front-to-side)

❑ '99 to '03 SUV1 = 0.40

❑ '00 to '03 Expedition/Navigator = 0.14

\* Rates per 10,000 Registered Vehicle Years

11

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003531

3720 22203

# Current Voluntary Agreement and Real World Status

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

12

3720 22204



# Compatibility Voluntary Agreement
# December 2003

## Under Ford's Leadership, the Alliance Promulgated this Agreement.

### Summary Overview of Front-to-Front Requirements

Phase 1 – Enhancing Geometric Alignment of Front PEAS
- *Completed in December 2003 and accepted by the member companies as voluntary commitment.*
- *September 1, 2009--100% of each manufacturer's LTVs (<10,000 lbs GVWR) meet Option 1 or Option 2.*

Option 1:   The LTV Primary Energy Absorbing Structure (PEAS: e.g., Frame Rails) Must Overlap at Least 50% of FR Part 581 Bumper Zone AND at Least 50% of the LTV PEAS Must Overlap the 581 Zone. (LTVs with PEAS > 8", the Entire PEAS Must Overlap the Zone)

Option 2: If Option 1 is not Met, Secondary Energy Absorbing Structures (SEAS) with Lower Edge No Higher than the Bottom of the FR Part 581 Bumper Zone. (objective criteria developed in Phase 2)

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003533

3720 22205

# Compatibility Voluntary Agreement
## December 2003

*Ford*

## Phase 2: Low Speed Barrier Setup for Dynamic Evaluation of SEAS

- The Force Application Device (FAD) consists of a rectangular Blocker face made of rigid steel [100mm x 25mm].
- The top edge of the FAD is at or below [460 mm].
- The width of the FAD must be at least the horizontal (y-direction) dimension of the SEAS.
- Each edge of the contact surface has a radius of curvature of [5 mm] +/- [1 mm].



**Force application device**

**Without cover**      **With cover**



14

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order



# Further Research and Test Procedures Development

❏ Can Various Alternatives of Geometrical Alignment be Detected by a Dynamic Test?

❏ Can a Compatibility Metric be Identified From This Test Procedures?
  - Numbers of tests were conducted using Full Width Deformable Barrier (FWDB), Fixed Wall Rigid Barrier (FWRB), and Vehicle-to-Vehicle (V-to-V) Crashes
  - Among Metrics Investigated are: Average Height of Force (AHOF), Rows Force-based Metrics Derived from FWDB, Rows Force-based Metrics Derived from FWRB, Work Stiffness Defined by NHTSA (KW400), etc.

❏ Conducted Two Series of Tests

15

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22207

# Test Series 1 (Full-Sized PU) – PEAS Height FWDB - Test Set-up

|  | Standard Full sized pickup | Raised full sized pickup |
|---|---|---|
| Vehicle Details | **Model Year 2006** | **Model Year 2006 Raised by 100mm** |
| Dummy type (Driver/Pass) | **H-III 50% / H-III 5%** | **H-III 50% / H-III 5%** |
| Test Mass | **2597 kg** | **2590 kg** |
| Ride Height (Left/Right) | **Front  877 / 878 mm Rear  905 / 912 mm** | **Front   976 / 979 mm Rear  1006 / 1014 mm** |
| Impact Velocity | **56.96 km/h** | **57.14 km/h** |
| Impact Accuracy | **~ 30 mm Left N/A Vertical** | **36 mm Left 0 mm Vertical** |
| LCW Height above Ground | **205 mm** | **205 mm** |

16

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003536

3720 22208

# Compatibility Metrics Considered in Test Series

The principle of the metric is to ensure the vehicle has adequate structure in alignment with the part 581 Zone.

❑ Metric 1:  Sum of peak cell loads <u>at any time during crash</u> (Vertical Negative Deviation, VNT) in rows 3 and 4 with proposed minimum load of 100 kN for each row

❑ Metric 2: Sum of peak cell loads <u>during first 40 ms of crash</u> (Vehicle Structure Interaction, VSI) in rows 3 and 4 with proposed minimum load of 100 kN for each row

17

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order



# Peak Row Load Distribution of Standard and Raised PU
## *A shifting of load mainly from row 3 to row 4, of approx. 100 kN, occurs when the PU is raised*



For the standard PU, the loads seen in rows 2-5 gradually increase and then decrease in approximately a 100-200-300-50 KN pattern. For the raised PU, the loads increase and decrease in approximately a 50-75-400-100 KN pattern.. It should be noted that this load pattern is the same regardless of the method of calculation (Sum of Peak Loads vs. Peak Row)

18

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22210



# Peak cell loads on rows 3 and 4 for standard and raised pickups

## *Standard pickup meets suggested requirements, raised pickup does not*

| | | Metric 1: Sum peak cell loads (kN) | | Metric 2: Sum peak cell loads up to 40 ms (kN) | |
| --- | --- | --- | --- | --- | --- |
| | | Row 3 | Row 4 | Row 3 | Row 4 |
| Pickup | Standard | 279 | 328 | 205 | 321 |
| | Raised | 94 | 447 | 45 | 397 |

■ 1. Sum of peak cell loads on rows 3 & 4 > 100 kN – effective VNT

■ 2. Sum of peak cell loads up to 40ms on rows 3 & 4 > 100 kN - effective VSI

19

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22211



# Full-sized Pickups-to- Small-sized Passenger Car Full Frontal Impacts

## Standard and Raised PU

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

20

3720 22212



# Test Configuration for Full sized Pickup to Small Passenger Car Tests

| | Test 1 | | Test 2 | |
|---|---|---|---|---|
| | Full Sized Pickup | Small Passenger Car | Full Sized Pickup | Small Passenger Car |
| Vehicle Details | Model Year 2006 | Model Year 2005 | Model Year 2006 Raised by 100mm | Model Year 2005 |
| Dummy type (Driver/Pass) | H-III 50% / H-III 50% | H-III 50% / H-III 5% | H-III 50% / H-III 50% | H-III 50% / H-III 5% |
| Test Mass | 2598 kg | 1297 kg | 2604 kg | 1300 kg |
| Ride Height (Left/Right) | Front 875 / 883 mm Rear 911 / 912 mm | Front 653 / 660 mm Rear 645 / 652 mm | Front 976 / 978 mm Rear 1019 / 1023 mm | Front 646 / 658 mm Rear 636 / 644 mm |
| Impact Velocity | 28.0 km/h | 56.4 km/h | 27.8 km/h | 56.5 km/h |
| Test accuracy | Car was 53 mm Right Vertical accuracy unknown | | Car was 43 mm Right Vertical accuracy unknown | |

21

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22213



Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22214



Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22215

# Compartment Deceleration Pulses in Small PC Impacted by Standard and Raised PU



In the <u>standard ride height PU</u> case, the vehicle structures were aligned resulting in initial PC's cabin 'G' to rise up to 25 G by 10 ms.  This compared to about 10 G in the test with the raised PU due to override

24

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22216



**Ford**

# Dummy Responses of the Driver 50th % in the Small PC
## *Almost All Injury Indices Caused by Raised Pickup Are Higher*

Note: limits which criteria are normalised to are shown at base of each column

25

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

**BRYSON 003545**

3720 22217



Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22218



# Test Series 2 – BlockerBeam type SEAS

## FWDB and Vehicle-to-Vehicle Tests

27

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22219



# Vehicle-to-Barrier in NCAP Set-up

- Compatibility metric within rows 3 and 4
- Heavy-duty Pickup w/wo BB against a 125mmx125mm load cell TRL Barrier with deformable face to obtain force-time history "fingerprint" for impacting vehicle front-end characteristics

Front Rail

Engine Cradle

Blocker Beam attachment bracket

Lower Rad. Suppt.

Frt. Bumper Brkt.

Blocker Beam

28

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order



Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

29

BRYSON 003549

3720 22221

# SEAS Helped Transfer Force to Lower Portions (Rows 3 & 4)





- With SEAS a significantly higher proportion of the load is observed

- Max. combined force occurs much later w/o SEAS (at 55.8 ms vs. 30.2 ms)

- Suggest to restrict a time window (time force peaks due to early interaction of the energy absorbing structures rather than due to engine engagement)

- Results identified a difference in total load supported by R3 & R4 of 130 KN, believed to be attributed to the SEAS structure

30

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003550

3720 22222



# Peak Forces & Horizontal Load Dispersion

## *SEAS Helped Transferring Force to Lower Portions Rows (3 & 4)*



Row 4, $\mu=15.4$, $\sigma=10.6$
Row 3, $\mu=6.9$, $\sigma=3.5$



Row 4, $\mu=8.0$, $\sigma=4.9$
Row 3, $\mu=3.4$, $\sigma=2.5$





Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003551

3720 22223

# Conclusions from LCW

## *It is recommended that potential compatibility Force-based Metrics Uses Time-dependent Peak load Sum*

| Heavy Duty Pickup | | Metric 1 Sum of peak cell loads (kN) | | Metric 2 Sum of peak cell loads up to 40ms (kN) | |
|---|---|---|---|---|---|
| | | Row 3 | Row 4 | ☐Row 3 | ☐Row 4 |
| | ☐Standard | ☐136 | 242 | 109 | 212 |
| | ☐No SEAS | 91 | 129 | 56 | 68 |

- VNT & VSI (TRL) use the sum of peak forces method, set 100 KN min row load target and calculates loads below target row

- A 40ms time limit and a target load of 100KN on R3 and R4 can distinguish the presence of SEAS

32

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22224

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

# Vehicle-to-Vehicle Impact Test



**Full Frontal collinear impact, Bullet speed 82.5 kph, DV = 56 kph in Target Bullet vehicle weight 3191 Kg & Target vehicle weight 1531 Kg**

BRYSON 003553

3720-22225



# Vehicle-to-Vehicle Test Results/Discussions





- SEAS engages the PEAS of the target (T) and transmit a larger force causing it to experience 20 G deceleration at about 20ms
- Approximately 304 KN force is acting on the target at this time
- Such force level was observed in the interaction zone R3 & R4 in the LCW test impacted by the heavy-duty pick-up with SEAS
- The target vehicle has lower deceleration level when no SEAS
- Within 25-35 ms of initial impact, the bullet (B) overrode the target PEAS and contacted the target's engine at approximately 30 ms 34

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

# LCW & V-to-V Correlation for Proposed Metrics

- *FWDB tests show that SEAS delivered forces in rows 3 and 4 around 100 and 200 KN, respectively (Total of 300 KN)*
- *Force in the interaction zone in V-to-V imp. totals around 300 KN*





- It acts on PEAS of Target and is reacted by SEAS of Bullet (40ms)
- This force level is both sufficient to crush the front part of the Target's PEAS and to deform Bullet's SEAS (BB &brackets)

35

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

# Common Observations of Test Series 1 & 2

## In FWDB Tests:

❏ LCW with deformable face distinguished the differences in rail alignment and the presence of SEAS (BlockerBeam) and provided means to develop potential compatibility metric assessed in vehicle-to-vehicle impact

❏ Row load based metrics 1 & 2 (VNT & VSI) can discriminate rail alignment of standard and raised PUs and can distinguish the presence of SEAS

❏ The presence of SEAS (BlockerBeam) and aligning the rails in the 581 interaction zone helped transferring approximately 100KN force from higher rows R5 & R6 to lower portions rows 3 & 4 of the LCW

❏ Using the proposed minimum load of 100kN criteria in R3 and R4, raising the full-sized pickup or removing the BlockerBeam SEAS resulted in a load < 100KN in R3 and reduced the load in R4 by approximately 323 KN. In both cases the proposed criteria of 100KN min. in R3 and R4 was not met

36

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22228

# Common Observations of Test Series 1 & 2

## In Pickup (raised & w/o SEAS) -to- Passenger Car Impacts:

❏ Change in the acceleration pulse experienced by the struck PC

❏ SEAS engages the PEAS of the PC delivering 20 G at ~12ms vs. 10 G with no SEAS. Standard PU deliver ~23 G-at bout 10ms vs. 10 G in raised PU

❏ Removing SEAS and raising the PU resulted in lesser structural interactions in the first 30ms-40ms of impact

❏ Max. combined collapse between the vehicles was between 160 mm and 184 mm higher in the raised PU or with no SEAS

37

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003557

3720 22229

# <u>Why Not</u>

*Use measurement of compatibility by current US NCAP fixed wall rigid barrier (FWRB) test with 125 load cells and a conformance to be determined by peak barrier loads >100 kN in rows 3 & 4 ?*

❏ Disagreement over ability to detect SEAS
❏ Ability of FWRB test to assess changes associated with the height of PEAS, but may not be able to assess the presence of BlockerBeam® type SEAS, or the presence of Subframe type SEAS
❏ Row load based metrics derived from FWRB may discriminate rail alignment of standard and raised PUs. Questionable ability to distinguish SEAS presence
❏ The Load-displacement characteristic, front-end stiffness derived from FWRB do not represent those in v-to-v crashes
❏ The deformation and collapse mode of the front end structure and energy shared are also not representative of that in v-to-v crashes

38

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22230



# Heavy Duty PU FWDB & FWRB Tests

| | Heavy Duty Pickup, FWRB | Heavy Duty Pickup, FWDB |
|---|---|---|
| | | |
| Model Year | 2006 | 2006 |
| Impact Speed (kph) | 55.7 | 57.47 |
| Test Weight (kg) | 3054.2 | 3185.6 |
| AHoF (mm) | 712.6 | 741.3 |
| AHoF400 (mm) | 712.6 | 724.2 |
| E400 (kJ) | 205.6 | 124.1 |
| E25-400 (kJ) | 204.7 | 123.9 |
| KW400 (kN/m) | 2568.8 | 1551.7 |
| KW25-200 (kN/m) | 2569.1 | 1554.5 |



39

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order



Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

**BRYSON 003560**

3720 22232

# Heavy Duty PU Deformation
# in V2V , FWDB & FWRB test







BRYSON 003561

3720 22233

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

# ❑Other Metrics
## ❑AHOF (AHOF100, AHOF400)
## ❑KW400

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

42

3720 22234



# Six Vehicle-to-TRL-Type Deformable Barrier Tests at 35MPH

TRL-Type deformable Barrier with 2 layers

150 mm

300mm

43

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22235



## PEAS & SEAS Geometry with AHOF for LCW w/Deformable Element
### 125 mm x 125 mm, 35 mph (56 km/h)

❑ **AHOF Does not Indicate Position of the Rail Consistently**
❑ **AHOF/HOF does not Indicate Presence of SEAS**

Legend:
- ● AHOF
- ▬ Top Front Rail (PEAS)
- ▬ Bottom Front Rail (PEAS)
- ■ Blocker Beam (SEAS)

Y-axis: AHOF / PEAS Height (mm)

X-axis categories: MS SUV1, MS SUV2 w/SEAS, FS SUV w/SEAS, FS PU (Previous), FS PU (Current), HD PU

508 mm(20
406 mm(16
581 – Bumper Zone

44

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003564

3720 22236

# Comparison of AHOF against B-Pillar Displacement for Standard and Raised Pickups

- **AHOF at Any Displacement Does not Indicate Position of the Rail**



45

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22237

# Investigation of HOF / AHOF as a possible 'metric' – statistical data

- AHOF Does Not Correlate with Aggressivity Metrics

| | PC | SUV | VN |
|---|---|---|---|
| DATA | 55 | 14 | 8 |

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22238

# Further Analysis of NHTSA's Proposed Work Equivalent Stiffness Metrics (KW400) and Average Height of Force (AHOF400)

# Geometrical Considerations

47

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order





Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003568

3720 22240



# Rigid Barrier Test Derived Metrics
## *Predicted* Real World Compatibility

❏ Based on the distribution of KW400, AHOF, and AHOF400 from rigid barrier load cell data, the real world compatibility of the Expedition/Navigator is expected to be less than that of the SUV1.

❏ Based on the higher curb weight of the Expedition/Navigator, which is at least 500 lbs. more than that of the SUV1, the real world compatibility of the Expedition/Navigator is expected to be about one-third less than that of the SUV1.

❏ Actual Real World data is inconsistent with the rigid barrier test predicted real world compatibility.

49

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

*Ford*

## *Actual* Real World Data Show: Expedition/Navigator Is Not Less Compatible Than The SUV1 (FARS '99-'03)

### *IN CONCLUSIONS, AHOF and Kw400 FAILED TO PREDICT REAL- WORLD PERFORMACE*

## Fatal Target Vehicle rates* (front-to-front)

❑ '99 to '03 SUV1 = 0.18

❑ '99 to '03 Expedition/Navigator = 0.19

## Fatal Target Vehicle rates* (front-to-side)

❑ '99 to '03 SUV1 = 0.40

❑ '00 to '03 Expedition/Navigator = 0.14

* Rates per 10,000 Registered Vehicle Years

50

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003570

3720 22242



# Discussion

❑ Actual Real World data does not agree with predicted data from rigid barrier tests

❑ Factors other than the metrics derived from rigid barrier tests are involved

– Front-end forces in the interaction area

– Force-deformation measured in rigid barrier tests are not representative of those in vehicle to vehicle tests

51

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

# Ford also Conducted Further Analysis of NHTSA's Proposed Average Height of Force and Work Equivalent Stiffness Metrics Measured at 400mm (AHOF400 & KW400 respectively). No Correlations were Found Between the Proposed Metrics, Derived from the FWRB, and Occupant Responses Obtained from Vehicle-to-Vehicle Impact Tests.

52

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003572

3720 22244



# Conclusions and Recommendations

❑ Geometrical matching of frontal structures is a field proven countermeasure to further enhance compatibility in vehicle-to-vehicle crashes.

❑ An objective dynamic test procedure using the Full Width Deformable Barrier with high resolution load cells is recommended. This involves changing the current frontal test procedure for FMVSS208 and NCAP.

❑ Metrics based on loads in Rows 3 and 4 discussed earlier should be utilized to assess "adequate support" provided by the frontal structure.

❑ Alternative is to continue with the Alliance agreement with increased overlap of the front rails with the Part 581 zone- e.g. 75% vs the current 50%. This could be introduced in a regulation or the NCAP.

53

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22245



# Thank You !!

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

54

**BRYSON 003574**

3720 22246



Backup Slides

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

55

3720 22247



# Proposed NHTSA Work Equivalent Stiffness:
## Correlation Between KW400 and Injury Values in V2V Tests

| NCAP LCW DATA | | | | | |
|---|---|---|---|---|---|
| Vehicle Name | Test Number | Test Mass (kg) | KW400 Stiffness (kN/mm) | AHoF (mm) | AHoF400 (mm) |
| Accord,2004 | 5062 | 1624.0 | 1.16 | 424.0 | 519.3 |
| Dodge Caravan,1996 | 4990 | 1976.2 | 1.28 | 559.5 | 483.8 |
| Chev Venture,2001 | 5087 | 1974.8 | 1.24 | 507.4 | 501.6 |
| Explorer,2002 | 5034 | 2263.3 | 2.26 | 598.6 | 583.2 |
| Trailblazer,2002 | 5036 | 2339.0 | 2.28 | 568.2 | 565.6 |
| Toyota Tundra,2002 | 5073 | 2422.0 | 1.72 | 582.0 | 597.6 |

V-to-V test condition requires ΔV for target vehicle to be 35 mph.

| Vehicle-to-Vehicle Injury Data When Impacting Honda Accord | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Driver | | | | | | Passenger | | | | | |
| Vehicle Name | Test Number | Bullet Test Mass (kg) | Driver HIC36 | Driver HIC15 | Driver Chest Decel. (3ms min dur, Gs) | Driver Max. Chest Defl (mm) | Left Femur Load (N) | Right Femur Load (N) | Pass. HIC36 | Pass. HIC15 | Pass. Chest Decel. (3ms min dur, Gs) | Pass. Max. Chest Defl (mm) | Left Femur Load (N) | Right Femur Load (N) |
| Accord,2004 (Rigid Barrier) | 5062 | 1623.8 | 461 | 312 | 41.0 | 33.4 | 319.0 | 727.0 | 403 | 238 | 42.4 | 29.6 | 888.0 | 293.0 |
| Dodge Caravan,1999 | 5112 | 1992.6 | 900 | 900 | 42.1 | 27.3 | 942.0 | 1388.0 | 358 | 225 | 48.3 | 18.2 | 443.0 | 424.0 |
| Chev Venture,2001 | 5109 | 1949.6 | 331 | 170 | 36.0 | 32.8 | 1231.0 | 2035.0 | 387 | 243 | 44.8 | 16.4 | 2166.0 | 2291.0 |
| Explorer,2002 | 5081 | 2292.1 | 415 | 265 | 40.5 | 33.4 | 3787.0 | 3967.0 | 121 | 61 | 32.3 | 15.7 | 3234.0 | 1904.0 |
| Trailblazer,2002 | 5113 | 2371.0 | 445 | 273 | 35.4 | 27.6 | 1896.0 | 2269.0 | 273 | 155 | 35.2 | 16.3 | 3483.0 | 3717.0 |
| Toyota Tundra,2002 | 5085 | 2397.8 | 877 | 805 | 46.5 | 29.9 | 1249.0 | 5218.0 | 369 | 218 | 45.5 | 16.5 | 3680.0 | 2882.0 |

56

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22248



# Correlation Between KW400 and Injury Values in V2V Tests



No or little correlation between KW400 and selected injury measures in V-to-V for these (same 6) sample tests.

Driver = 50th%HIII
Passenger = 5th% HIII





Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order.

# Correlation Between KW400 and Lower Extremity Injury Values in V2V Tests





Driver = 50th%HIII
Passenger = 5th% HIII

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

58

BRYSON 003578

3720 22250

 **Correlation Between AHOF400 and Injury Values in V2V Tests**



No correlation between AHOF400 and selected injury measures in V-to-V for these (6) sample tests.

Driver = 50th%HIII
Passenger = 5th% HIII





Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003579

3720 22251



# Correlation Between AHOF400 and Lower Extremity Injury Values in V2V Tests

Driver = 50th%HIII
Passenger = 5th% HIII

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22252

# Conclusions

❑ Further research is needed to develop appropriate test procedures and metrics to evaluate the front structural stiffness of vehicles.

❑ Prior to rulemaking, appropriate correlation should be obtained between predictive stiffness metric(s) and real-world compatibility performance.

❑ Development of appropriate stiffness metrics should provide a balance between self-protection and partner-protection in real world crash events, without degrading self-protection.

❑ Efforts to enhance vehicle compatibility should be coordinated with current and future regulatory and other safety initiatives.

61

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

# Geometrical Alignment of Navigator's Frame to that of Passenger Car's Rail

## Focus-to-Navigator Full Frontal Impact

## Focus-to-Navigator 50% Offset Frontal






62

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

**BRYSON 003582**

3720 22254



# Full Frontal Focus (DV = 35 mph) To Navigator

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003583

3720 22255



Full Frontal Compatibility Impact
Focus L/F Occupant* Responses

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003584

3720 22256



# 50% Offset Frontal Compatibility Impact
## Focus L/F Occupant* Responses

□ Focus-to-Navigator

□ Focus: 40 mph, 40% offset (IIHS)

* 50th% HIII Dummy

HIC36    Chest "G"    Chest Defl (mm)    Left Femur (kN)    Right Femur (kN)

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

BRYSON 003585

3720 22257



# Load Cell Wall Results and Discussions

❑ Two row load-based compatibility metrics VNT (Vertical Negative Deviation) and VSI (Vehicle Structure Interaction) are investigated

❑ The VNT is to ensure that there is sufficient vehicle structure in alignment with the common interaction area, rows 3 and 4. It sets a target row load of 100 KN minimum and calculates the load below the target row

❑ The VNT is characterized by the sum of peak force method and the VSI is generally characterized by the same sum of peak values up to 40 ms

66

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22250

# Vehicle-to-Vehicle Crash Test Results









Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

67

3720 22259



# Vehicle-to-Vehicle Crash Test Data
## 50th % HIII Driver Dummy Response of Target Vehicle

- **AHOF Does not Correlate with occupant Responses from V-to-V Impact Tests**

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

68

**BRYSON 003588**

3720 22260



Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22261



# *Current Frontal Impact Test*

Mode = FMVSS 208
Phase II – 35mph

Self Protection –
Metric ATD Injury
Criteria



Rigid Barrier

Mode = NCAP – 35mph

Self Protection –
Metric ATD Injury
Criteria





Rigid Barrier

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22262



# *Proposal*

Mode = FMVSS 208
Phase II – 35mph

Self Protection –
Metric ATD Injury
Criteria





Rigid Barrier

Mode = NCAP – 35mph

Self Protection –
Metric ATD Injury
Criteria

Shared Protection –
Compatibility Metric





Full Deformable
Barrier Face

Produced in Bryson v. Rough County LLC
Subject to Non-Sharing Protective Order

3720 22263