# Exhibit 13



# E*x*ponent®

**Single-Moving-Vehicle Crash Test
2016 Ford F-250 into a
2008 Ford Escape**

**TEC2210759**

**May 15, 2023**



12327PH_0285



12327PH_0286



12327PH_0287