# EXHIBIT 3

```
                                                                Page 1

 1                  UNITED STATES DISTRICT COURT
 2                  NORTHERN DISTRICT OF GEORGIA
 3                      GAINESVILLE DIVISION
 4
 5    SANTANA BRYSON and JOSHUA       )
      BRYSON, as adminsitrators of    )
 6    the Estate of C.Z.B. and as     )
      surviving parents of C.Z.B., a  )
 7    deceased minor.,                )
                                      )
 8                PLAINTIFF,          )
                                      )
 9    VS.                             ) CASE NO.:2:22=CV=017-RWS
                                      )
10    ROUGH COUNTRY LLC,              )
                                      )
11                DEFENDANT.          )
      _____)
12
13           REPORTER'S TRANSCRIPT OF PROCEEDINGS
14                  FRIDAY, MAY 5, 2024
15    APPEARANCES:
16        FOR THE PLAINTIFF:
17            CANNELLAS NYDER
              BY:  Tedra Cannella
18                 Devin Mashman
                   Attorneys at Law
19            315 West. Ponce De Leon Avenue, Suite 885
              DECATUR, GA 30030
20            TELEPHONE: (404) 800-4828
              FACSIMILE: (404) 393-0365
21            E-MAIL:  info@cannellasnyder.com
22
23    (Appearances continued next page.)
24
25        REPORTED BY:            JUSTUS BALENTINE, CSR 13859
```

1    the right.
2        Q.   Well, can we do it on this one as well?
3        A.   Well, this is what pushed forward on the seat
4    and moved the head restraint adjustment knob forward,
5    which hit his head, so no, not exactly.  It's all --
6        Q.   Okay.  Wait.  I'm confused.
7        A.   -- stacked up.
8        Q.   Can you explain to me what -- it's your
9    opinion -- what your opinion is that happened, how the
10   injury happened?
11       A.   Yes.  The truck comes in, the F250 comes in,
12   deforms the liftgate, deforms and breaks whatever's in
13   the cargo area, pushing all that forward, pushes the
14   Row 2 left seat forward, which rotates counter clockwise.
15            The plastic belt guide for the No. 5 belt
16   interacts with the child safety seat in the area that
17   we're looking at right now, where the deformation is of
18   the polymer.
19            Right in front of that all being pushed forward
20   with all this stuff behind it including a truck is the
21   head restraint adjustment knob on the right side, and all
22   of that goes into a Master Cohen's head, about his right
23   ear, right behind his right ear, causing the depressed
24   skull fracture, causing the brain injury, causing the
25   basilar skull fracture, causing the atlanto-occipital

1        Are those the things you're going to testify in
2   relation to the Exponent test?
3        A.   I mean, like we talked about before, I'm not
4   going to talk about forces in terms of pounds or newtons
5   or anything like that, so I would better characterize it
6   as noted in my report.
7        So what I will testify about is that injury
8   causation would have -- you know, the same injury outcome
9   would have occurred for Cohen Bryson whether -- in an
10  unlifted -- let me start over.
11       The same injury outcome would have occurred for
12  Cohen Bryson whether or not Mr. Elliott's truck were
13  lifted or not.
14       Q.   And how -- can you give me like a short summary
15  of how the crash test informs your opinions about what
16  happened during the crash?
17       MR. HILL:   Object to the form, but go ahead.
18  You can answer.
19       THE WITNESS:   So our crash test at Exponent
20  doesn't really help us understand what happened during
21  the subject crash because of the independent variable of
22  no lift kit in the Exponent test.  So it doesn't because
23  it's a different crash.
24       Q.   Okay.  And your disclosure says that you relied
25  on the crash reconstructions and simulations.  What are

1    you talking about there?
2        A.   Likely Mr. -- is it Rocha?  I'm sorry.  I don't
3    remember his name.
4        Q.   Rosch?
5        A.   Thank you.  I think did some simulations, but I
6    didn't really rely upon those.  I certainly reviewed
7    them, but more I'm relying on the crash reconstruction.
8        Q.   Okay.  Did the defense experts do any crash
9    simulations?
10       A.   Unless we're going to call the Exponent crash
11   testing a simulation, but not like Mr. Rosch did.
12       Q.   Okay.  I think you're thinking of Mr. Buckner?
13       A.   Okay.  You're probably right.  Sorry about that,
14   Buckner.
15       Q.   All right.  What defense experts are you relying
16   on to form your opinion?
17       A.   Mr. Wes Grimes and Mr. Charlie Crosby.  Unless
18   you asked me something you haven't asked me yet, I don't
19   think Mr. Pasquerella.
20       Q.   Was there something I need to ask you about
21   Mr. Pasquerella?
22       A.   I don't think so, but those are the only defense
23   experts I know of, so I would have to consider him if you
24   asked me something about what he said, but I rely upon
25   Crosby and Grimes.

Dr. Lisa P. Gwin
May 3, 2024
Bryson, Santana and Joshua v. Rough Country, LLC

Page 195

```
1    STATE OF CALIFORNIA        )
2                               ) ss.
3    COUNTY OF ALAMEDA          )
4
5
6           I, JUSTUS BALENTINE, Certified Shorthand
7    Reporter No. 13859, hereby certify that the foregoing
8    proceeding was taken by me at the time and place herein
9    set forth;
10          That the said proceeding was taken down by me
11   in shorthand and thereafter transcribed under fmy
12   direction and supervision, and I hereby certify the
13   foregoing proceeding is a full, true, and correct
14   transcript of my shorthand notes so taken;
15          That dismantling this transcript will void the
16   certification by the Certified Shorthand Reporter.
17          I further certify that I am neither counsel for
18   nor am I in any way related to any party to said action,
19   nor am I in any way interested in the outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21   this 17th day of June, 2024.
22
23          [signature]
24
25              JUSTUS BALENTINE, CSR NO. 13859
```