IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SANTANA BRYSON and JOSHUA BRYSON, as Administrators of the Estate of C.Z.B., and as surviving parents of a deceased minor, C.Z.B., | |
| Plaintiffs, | Civil Action No. |
| v. | 2:22-CV-17-RWS |
| ROUGH COUNTRY, LLC, | |
| Defendant. | |

**DEFENDANT ROUGH COUNTRY, LLC'S MOTION
FOR LEAVE TO BRING TECHNOLOGY INTO COURTROOM FOR USE
DURING MARCH 24, 2025 PRETRIAL CONFERENCE**

Defendant Rough Country, LLC respectfully moves this Court for an Order permitting counsel and counsel's staff to bring into Court certain computer and technological devices for use during the pretrial conference of this matter, scheduled for Monday, March 24, 2025. In support of said Motion, Rough Country states:

1.  Attorneys Richard Hill, II and Aaron Chausmer and paralegal Arlene Holmes wish to bring their personal laptops and cell phones with cameras into the courthouse on March 24, 2025 for email and file access. Rough Country seeks the Court's permission to bring these items into the U. S. Courthouse in Gainesville, Georgia and into Courtroom 303.

2. Rough Country and its counsel understands that the aforementioned items will be subject to examination for security purposes as are all other materials brought into the courthouse. Personnel who may be responsible for bringing said items into the building will be Richard Hill, II, Aaron Chausmer, and/or Arlene Holmes.

3. The undersigned hereby certifies that the locations and operations of such equipment will be in conformity with the rules and guidelines issued by the Court.

4. A proposed Order granting this Request is attached hereto as Attachment 1.

This 18th day of March, 2025.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
Phone: 404-876-2700
Fax: 404-875-9433
rhill@wwhgd.com
achausmer@wwhgd.com

/s/ Aaron Chausmer
Richard H. Hill, II
Georgia Bar No. 354425
Aaron B. Chausmer
Georgia Bar No. 119998
*Attorneys for Defendant Rough Country, LLC*

-3-

## **RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court complies with Local Rule 5.1 in that it was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

This 18th day of March, 2025.

*/s/ Aaron Chausmer*
Aaron B. Chausmer
Georgia Bar No. 119998

## CERTIFICATE OF SERVICE

This is to certify that I have electronically served the foregoing filing with the Clerk of Court via CM/ECF, which will send a copy to the following attorneys of record:

Tedra L. Cannella<br>
Robert H. Snyder, Jr.<br>
Devin Mashman<br>
CANNELLA SNYDER LLC<br>
315 W Ponce de Leon Ave<br>
Suite 885<br>
Decatur, GA 30030<br>
<br>
***ATTORNEYS FOR PLAINTIFFS***

This 18th day of March, 2025.

                                              */s/ Aaron Chausmer*
                                              Aaron B. Chausmer
                                              Georgia Bar No. 119998