IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SANTANA BRYSON and JOSHUA BRYSON, as Administrators of the Estate of C.Z.B., and as surviving parents of a deceased minor, C.Z.B., <br><br> Plaintiffs, <br><br> v. <br><br> ROUGH COUNTRY, LLC, <br><br> Defendant. | Civil Action No. <br><br> 2:22-CV-17-RWS |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO BRING TECHNOLOGY EQUIPMENT INTO COURTROOM FOR USE DURING MARCH 24, 2025 PRETRIAL CONFERENCE

Defendant Rough Country, LLC requested an Order permitting its counsel and counsel's staff to bring certain computer and technological devices into Court for use during the pretrial conference of this matter, scheduled for **March 24, 2025**, at 121 Spring St. SE, Gainesville, GA 30501, in **Courtroom 303**. Namely, Rough Country seeks an Order allowing attorneys Richard Hill, II and Aaron Chausmer, along with paralegal Arlene Holmes, to bring personal laptops and/or other personal cell phones with cameras into the courthouse for email and file access.

The Court finds that the above requests are hereby GRANTED. IT IS

FURTHER ORDERED that Rough Country's counsel maintain the location and operation of all equipment on Rough Country's behalf in conformity with the rules and guidelines issued by the Court.

ORDERED this the ___18th___ day of ___March___, 2025.

_____
HON. RICHARD W. STORY
United States District Judge