UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, * <br> as Administrators of the * <br> Estate of C.Z.B., and as surviving * <br> parents of C.Z.B., a deceased minor, * <br>   * <br> Plaintiffs, * <br>   * Civil Action File <br> v. * <br>   * No. 2:22-cv-17-RWS <br> Rough Country, LLC * <br>   * <br> Defendant. * | |

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF <u>KEN DUNN FOR USE AT TRIAL</u>

**TO:   Ken Dunn**
  **CEO, Rough Country, LLC**
  **c/o Richard H Hill, II, Esq.**
  **Lindsay G. Ferguson, Esq.**
  **Claire C. Murray, Esq.**
  **Aaron B. Chausmer, Esq.**
  **Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC**
  **3344 Peachtree Road, NE, Suite 2400**
  **Atlanta, GA 30326**

COMES NOW the Plaintiffs in the above-captioned matter and hereby notice the trial videotaped deposition of Ken Dunn. The deposition will begin Wednesday, March 28, 2025, at 10:00 a.m. at the office of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 3344 Peachtree Road, NE, Suite 2400, Atlanta, GA 30326. The deposition will be by oral examination, on cross-examination,

before an officer duly authorized to administer oaths for all purposes permitted by the Federal Rules of Civil Procedure including use at trial.  The deposition will be recorded by stenographic and audiovisual means.

Respectfully submitted this 18th day of March, 2025.

                                  CANNELLA SNYDER LLC

                                  */s/ Tedra L. Cannella*
                                  TEDRA L. CANNELLA
                                    Georgia Bar No. 881085
                                    tedra@cannellasnyder.com
                                  ROBERT H. SNYDER, JR.
                                    Georgia Bar No. 404522
                                    rob@cannellasnyder.com
                                  DEVIN L. MASHMAN
                                    Georgia Bar No. 257588
                                    devin@cannellasnyder.com

                                315 W. Ponce de Leon Ave.
                                Suite 885
                                Decatur, GA 30030
                                (404) 800-4828
                                (404) 393-0365 (fax)

                                ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

                                            CANNELLA SNYDER LLC

                                            */s/ Tedra L. Cannella*
                                            TEDRA L. CANNELLA
                                              Georgia Bar No. 881085
                                              tedra@cannellasnyder.com
                                            ROBERT H. SNYDER, JR.
                                              Georgia Bar No. 404522
                                              rob@cannellasnyder.com
                                            DEVIN L. MASHMAN
                                              Georgia Bar No. 257588
                                              devin@cannellasnyder.com
                                            315 W. Ponce de Leon Ave.
                                            Suite 885
                                            Decatur, GA 30030
                                            (404) 800-4828
                                            (404) 393-0365 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF KEN DUNN FOR USE AT TRIAL* was electronically filed with the Clerk of Court via CM/ECF, which will automatically serve the following attorneys of record:

Richard H. Hill
Claire C. Murray
Lindsay G. Ferguson
Aaron B. Chausmer
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
rhill@wwhgd.com
cmurray@wwhgd.com
lferguson@wwhgd.com
achausmer@wwhgd.com

This 18th day of March, 2025.

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*
Tedra L. Cannella
Georgia Bar No. 881085
*Attorney for Plaintiffs*