UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action File<br>*<br>*  No. 2:22-cv-17-RWS<br>*<br>*<br>* |

## AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PATRICK JUST FOR USE AT TRIAL

**TO:** **Patrick Just**
**CFO, Rough Country, LLC**
**c/o Richard H Hill, II, Esq.**
**Lindsay G. Ferguson, Esq.**
**Claire C. Murray, Esq.**
**Aaron B. Chausmer, Esq.**
**Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC**
**3344 Peachtree Road, NE, Suite 2400**
**Atlanta, GA 30326**

COMES NOW the Plaintiffs in the above-captioned matter and hereby notice the trial videotaped deposition of Patrick Just. The deposition will begin Thursday, April 1, 2025, at 10:00 a.m. at the office of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 3344 Peachtree Road, NE, Suite 2400, Atlanta, GA 30326. The deposition will be by oral examination, on cross-examination,

before an officer duly authorized to administer oaths for all purposes permitted by the Federal Rules of Civil Procedure including use at trial. The deposition will be recorded by stenographic and audiovisual means.

Respectfully submitted this 18th day of March, 2025.

        CANNELLA SNYDER LLC

        */s/ Tedra L. Cannella*
        TEDRA L. CANNELLA
         Georgia Bar No. 881085
         tedra@cannellasnyder.com
        ROBERT H. SNYDER, JR.
         Georgia Bar No. 404522
         rob@cannellasnyder.com
        DEVIN L. MASHMAN
         Georgia Bar No. 257588
         devin@cannellasnyder.com

        315 W. Ponce de Leon Ave.
        Suite 885
        Decatur, GA 30030
        (404) 800-4828
        (404) 393-0365 (fax)

        ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*
TEDRA L. CANNELLA
  Georgia Bar No. 881085
  tedra@cannellasnyder.com
ROBERT H. SNYDER, JR.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588
  devin@cannellasnyder.com
315 W. Ponce de Leon Ave.
Suite 885
Decatur, GA 30030
(404) 800-4828
(404) 393-0365 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PATRICK JUST FOR USE AT TRIAL* was electronically filed with the Clerk of Court via CM/ECF, which will automatically serve the following attorneys of record:

Richard H. Hill
Claire C. Murray
Lindsay G. Ferguson
Aaron B. Chausmer
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
rhill@wwhgd.com
cmurray@wwhgd.com
lferguson@wwhgd.com
achausmer@wwhgd.com

This 18th day of March, 2025.

                                                  CANNELLA SNYDER LLC

                                                  */s/ Tedra L. Cannella*
                                                  Tedra L. Cannella
                                                  Georgia Bar No. 881085
                                                  *Attorney for Plaintiffs*