UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>  Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>  Defendant. | Civil Action File<br><br>No. 2:22-cv-17-RWS |

**PLAINTIFFS' MOTION FOR LEAVE TO BRING
TECHNOLOGY INTO COURTROOM FOR USE
DURING MARCH 24, 2025 PRETRIAL CONFERENCE**

Plaintiffs respectfully move this Court for an Order permitting counsel and counsel's staff to bring into Court certain computer and technological devices for use during the pretrial conference of this matter, scheduled for Monday, March 24, 2025. In support of said Motion, Plaintiffs state:

1. Attorneys Tedra L. Cannella, Robert H. Snyder, Jr., Devin L. Mashman, and paralegal Cathy Huff wish to bring their personal laptops and cell phones with cameras into the courthouse on March 24, 2025, for email and file access. Plaintiffs seek the Court's permission to bring these items into the U. S. Courthouse in Gainesville, Georgia and into Courtroom 303.

2. Plaintiffs' counsel understand that the aforementioned items will be subject to examination for security purposes as are all other materials brought into the courthouse. Personnel who may be responsible for bringing said items into the building will be Tedra L. Cannella, Robert H. Snyder, Jr., Devin L. Mashman, and paralegal Cathy Huff.

3. The undersigned hereby certifies that the locations and operations of such equipment will be in conformity with the rules and guidelines issued by the Court.

4. A proposed Order granting this Request is attached hereto as Attachment 1.

Respectfully submitted this 19th day of March, 2025

> CANNELLA SNYDER LLC
>
> /s/ Tedra L. Cannella
> TEDRA L. CANNELLA
>   Georgia Bar No. 881085
>   tedra@cannellasnyder.com
> ROBERT H. SNYDER, JR.
>   Georgia Bar No. 404522
>   rob@cannellasnyder.com
> DEVIN L. MASHMAN
>   Georgia Bar No. 257588
>   devin@cannellasnyder.com
> 315 W. Ponce de Leon Ave.
> Suite 885
> Decatur, GA 30030
> (404) 800-4828
> (404) 393-0365 (fax)
> ***Attorneys for Plaintiffs***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

                                        CANNELLA SNYDER LLC

                                        */s/ Tedra L. Cannella*
                                        TEDRA L. CANNELLA
                                          Georgia Bar No. 881085
                                          tedra@cannellasnyder.com
                                        ROBERT H. SNYDER, JR.
                                          Georgia Bar No. 404522
                                          rob@cannellasnyder.com
                                        DEVIN L. MASHMAN
                                          Georgia Bar No. 257588
                                        devin@cannellasnyder.com

                                        315 W. Ponce de Leon Ave.
                                        Suite 885
                                        Decatur, GA 30030
                                        (404) 800-4828
                                        (404) 393-0365 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of Court via CM/ECF, which will automatically serve the following attorneys of record:

Richard H. Hill
Claire C. Murray
Lindsay G. Ferguson
Aaron B. Chausmer
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
rhill@wwhgd.com
cmurray@wwhgd.com
lferguson@wwhgd.com
achausmer@wwhgd.com

This 19th day of March, 2025.

CANNELLA SNYDER LLC

/s/ Tedra L. Cannella
Tedra L. Cannella
Georgia Bar No. 881085
*Attorney for Plaintiffs*