# ATTACHMENT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, * <br> as Administrators of the * <br> Estate of C.Z.B., and as surviving * <br> parents of C.Z.B., a deceased minor, * <br> * <br> Plaintiffs, * <br> * <br> v. * <br> * <br> Rough Country, LLC * <br> * <br> Defendant. * | Civil Action File <br><br> No. 2:22-cv-17-RWS |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO BRING TECHNOLOGY EQUIPMENT INTO COURTROOM FOR USE DURING MARCH 24, 2025 PRETRIAL CONFERENCE**

Plaintiffs requested an Order permitting its counsel and counsel's staff to bring certain computer and technological devices into Court for use during the pretrial conference of this matter, scheduled for March 24, 2025, at 121 Spring St. SE, Gainesville, GA 30501, in Courtroom 303. Namely, Plaintiffs seek an Order allowing attorneys Tedra L. Cannella, Robert H. Snyder, Jr., and Devin L. Mashman, along with paralegal Cathy Huff, to bring personal laptops and/or other personal cell phones with cameras into the courthouse for email and file access.

The Court finds that the above requests are hereby GRANTED. IT IS FURTHER ORDERED that Plaintiffs' counsel maintain the location and operation

of all equipment on Plaintiffs' behalf in conformity with the rules and guidelines issued by the Court.

ORDERED this the _____ day of _____, 2025.

_____
HON. RICHARD W. STORY
United States District Judge