# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:22-cv-00017-RWS
## Bryson et al v. Rough Country, LLC
## Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 03/24/2025.

TIME COURT COMMENCED: 9:40 A.M.
TIME COURT CONCLUDED: 11:20 A.M.
TIME IN COURT: 1:40
OFFICE LOCATION: Gainesville

COURT REPORTER: Denise Stewart
DEPUTY CLERK: Stacey Kemp

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Tedra Cannella representing Joshua Bryson<br>Tedra Cannella representing Santana Bryson<br>Aaron Chausmer representing Rough Country, LLC<br>Richard Hill representing Rough Country, LLC<br>Devin Mashman representing Joshua Bryson<br>Devin Mashman representing Santana Bryson<br>Robert Snyder representing Joshua Bryson<br>Robert Snyder representing Santana Bryson |
| OTHER(S) PRESENT: | Hunter Payne, Law Clerk |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| PLEADINGS FILED IN COURT: | |
| MINUTE TEXT: | Cause came before the Court for a Pretrial Conference. Counsel waived the jury trial and agreed to a bench trial. The Court discussed pending motions and issues with counsel. Trial procedures were reviewed. A date for the bench trial to be determined. A written order to follow. |
| HEARING STATUS: | Hearing Concluded |