UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| Santana Bryson and Joshua Bryson, | * | |
| as Administrators of the | * | |
| Estate of C.Z.B., and as surviving | * | |
| parents of C.Z.B., a deceased minor, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action File |
| v. | * | |
| | * | No. 2:22-cv-17-RWS |
| Rough Country, LLC | * | |
| | * | |
| Defendant. | * | |

**PLAINTIFFS' SECOND AMENDED NOTICE OF VIDEOTAPED
DEPOSITION OF KEN DUNN FOR USE AT TRIAL**

**TO:  Ken Dunn**
**CEO, Rough Country, LLC**
**c/o Richard H Hill, II, Esq.**
**Lindsay G. Ferguson, Esq.**
**Claire C. Murray, Esq.**
**Aaron B. Chausmer, Esq.**
**Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC**
**3344 Peachtree Road, NE, Suite 2400**
**Atlanta, GA 30326**

COMES NOW the Plaintiffs in the above-captioned matter and hereby

notice the trial videotaped deposition of Ken Dunn.  The deposition will begin

Wednesday, April 2, 2025, at 10:00 a.m. (CDT) at Veritext Court Reporting

located at 236 Adams Avenue, Memphis, TN 38103.  The deposition will be by

oral examination, on cross-examination, before an officer duly authorized to

administer oaths for all purposes permitted by the Federal Rules of Civil

Procedure including use at trial.  The deposition will be recorded by

stenographic and audiovisual means.

Respectfully submitted this 28th day of March, 2025.

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*
TEDRA L. CANNELLA
  Georgia Bar No. 881085
  tedra@cannellasnyder.com
ROBERT H. SNYDER, JR.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588
  devin@cannellasnyder.com

315 W. Ponce de Leon Ave.
Suite 885
Decatur, GA 30030
(404) 800-4828
(404) 393-0365 (fax)

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the

foregoing filing complies with the applicable font and size requirements and is

formatted in 14-point Times New Roman font.

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*
TEDRA L. CANNELLA
  Georgia Bar No. 881085
  tedra@cannellasnyder.com
ROBERT H. SNYDER, JR.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588
  devin@cannellasnyder.com
315 W. Ponce de Leon Ave.
Suite 885
Decatur, GA 30030
(404) 800-4828
(404) 393-0365 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *PLAINTIFFS' SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF KEN DUNN FOR USE AT TRIAL* was electronically filed with the Clerk of Court via CM/ECF, which will automatically serve the following attorneys of record:

Richard H. Hill
Claire C. Murray
Lindsay G. Ferguson
Aaron B. Chausmer
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
rhill@wwhgd.com
cmurray@wwhgd.com
lferguson@wwhgd.com
achausmer@wwhgd.com

This 28th day of March, 2025.

CANNELLA SNYDER LLC

/s/ *Tedra L. Cannella*
Tedra L. Cannella
Georgia Bar No. 881085
*Attorney for Plaintiffs*