UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>　　Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>　　Defendant. | Civil Action File<br><br>No. 2:22-cv-17-RWS |

**PLAINTIFFS' SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PATRICK JUST FOR USE AT TRIAL**

**TO:** **Patrick Just**
**CFO, Rough Country, LLC**
c/o Richard H Hill, II, Esq.
Lindsay G. Ferguson, Esq.
Claire C. Murray, Esq.
Aaron B. Chausmer, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

COMES NOW the Plaintiffs in the above-captioned matter and hereby notice the trial videotaped deposition of Patrick Just. The deposition will begin Wednesday, April 2, 2025, at 1:00 p.m. (CDT) (or immediately following the deposition of Ken Dunn) at Veritext Court Reporting located at 236 Adams Avenue, Memphis, TN 38103. The deposition will be by oral examination, on

cross-examination, before an officer duly authorized to administer oaths for all purposes permitted by the Federal Rules of Civil Procedure including use at trial. The deposition will be recorded by stenographic and audiovisual means.

Respectfully submitted this 28th day of March, 2025.

                                 CANNELLA SNYDER LLC

                                 */s/ Tedra L. Cannella*
                                 TEDRA L. CANNELLA
                                  Georgia Bar No. 881085
                                  tedra@cannellasnyder.com
                                 ROBERT H. SNYDER, JR.
                                  Georgia Bar No. 404522
                                  rob@cannellasnyder.com
                                  DEVIN L. MASHMAN
                                  Georgia Bar No. 257588
                                  devin@cannellasnyder.com

                                 315 W. Ponce de Leon Ave.
                                 Suite 885
                                 Decatur, GA 30030
                                 (404) 800-4828
                                 (404) 393-0365 (fax)

                                 ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

                                            CANNELLA SNYDER LLC

                                            */s/ Tedra L. Cannella*
                                            TEDRA L. CANNELLA
                                              Georgia Bar No. 881085
                                              tedra@cannellasnyder.com
                                            ROBERT H. SNYDER, JR.
                                              Georgia Bar No. 404522
                                              rob@cannellasnyder.com
                                            DEVIN L. MASHMAN
                                              Georgia Bar No. 257588
                                              devin@cannellasnyder.com
                                            315 W. Ponce de Leon Ave.
                                            Suite 885
                                            Decatur, GA 30030
                                            (404) 800-4828
                                            (404) 393-0365 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *PLAINTIFFS' SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PATRICK JUST FOR USE AT TRIAL* was electronically filed with the Clerk of Court via CM/ECF, which will automatically serve the following attorneys of record:

Richard H. Hill
Claire C. Murray
Lindsay G. Ferguson
Aaron B. Chausmer
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
rhill@wwhgd.com
cmurray@wwhgd.com
lferguson@wwhgd.com
achausmer@wwhgd.com

This 28th day of March, 2025.

CANNELLA SNYDER LLC

*/s/ Tedra L. Cannella*
Tedra L. Cannella
Georgia Bar No. 881085
*Attorney for Plaintiffs*