IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SANTANA BRYSON and JOSHUA BRYSON, as Administrators of the Estate of C.Z.B., and as surviving parents of a deceased minor, C.Z.B., <br><br>    Plaintiffs,<br><br>    v.<br><br>ROUGH COUNTRY, LLC,<br><br>    Defendant. | Civil Action No.<br><br>2:22-CV-17-RWS |

## ORDER

The Court has determined that this case is appropriate for mediation. Unless the parties notify the Court of their intention to pursue private alternate dispute resolution **by May 22, 2025**, the Court will **REFER** the parties to the Honorable Russell Vineyard, Chief U.S. Magistrate Judge, for random assignment to the next available Magistrate Judge for mediation.

**SO ORDERED** this 16th day of May, 2025.

_____
**RICHARD W. STORY**
United States District Judge