# EXHIBIT A

IN THE SUPERIOR COURT OF DECATUR COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMES BRYAN WALDEN and LINDSAY NEWSOME STRICKLAND, Individually and on Behalf of the Estate of Their Deceased Son, REMINGTON COLE WALDEN,<br>Plaintiffs,<br><br>vs.<br><br>CHRYSLER GROUP LLC, n/k/a FCA US LLC and BRYAN L. HARRELL,<br>Defendants. | *<br>*<br>*<br>* CIVIL ACTION<br>* FILE NO. 12CV472<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### SPECIAL INTERROGATORIES AND VERDICT

In the matter above-styled, we the jury find as follows:

**Answer the following questions:**

1. Do you find that Chrysler Group acted with a reckless or wanton disregard for human life in the design or sale of the 1999 Jeep Grand Cherokee and that such conduct was a proximate cause of damages for which the Plaintiffs may recover?

   __Yes__ (yes or no)

2. Do you find that Chrysler Group had a duty to warn and failed to warn of a hazard associated with the use of the 1999 Jeep Grand Cherokee and that such failure to warn was a proximate cause of damages for which the Plaintiffs may recover?

   __Yes__ (yes or no)

3. Do you find that Defendant Bryan Harrell's negligence, which he has admitted, proximately caused damages for which the Plaintiffs may recover?

   __Yes__ (yes or no)

4. State the amount of damages, if any, you find Plaintiffs are entitled to recover from the Defendant or Defendants you have found responsible for:

   Pain and suffering:   $ ~~illegible~~ 30 million

   Full value of the life of Remington Walden:  $ ~~illegible~~ 120 million

5. State the percentage of fault of each Defendant (total must equal 100%):

   __1__ % Bryan Harrell and

   __99__ % Chrysler Group

SO SAY WE ALL.

This __2nd__ day of __April__, 2015.

_____
Foreperson