# EXHIBIT B

IN THE STATE COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA

HIUY HUYNH, INDIVIDUALLY, AND AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF CINDY TRAN HUYNH,
DECEASED,

    Plaintiffs,

v.

MDV SPARTANNASH, LLC, and XL
INSURANCE AMERICA, INC.,

    Defendants.

CIVIL ACTION FILE
NO.: SC17CV70

## VERDICT FORM

We the jury find in favor of Plaintiff and award damages as follows:

1. $22,000,000 for the full value of the life of Cindy Tran Huynh;
2. $5,000,000 for the pain and suffering of Cindy Tran Huynh.

_Miranda Martinez_ (signature)
Foreperson (Signature)

_Miranda Martinez_
Foreperson Name (Printed)

3-20-19
Date