# EXHIBIT C

IN THE SUPERIOR COURT OF EARLY COUNTY

STATE OF GEORGIA

EARLY COUNTY, GEORGIA
FILED IN OFFICE

2021 NOV -5 PM 1:26

GAYLE W. ANDERSON
CLERK OF SUPERIOR COURT

MICHAEL W. THORNAL and  \*
MOLLY M. THORNAL,

\*   Civil Action No. 2013-V-168

Plaintiffs,

\*

v.

\*

STEPHANIE CHARLOTTE CLAUSEN

\*

Defendant.

\*

### VERDICT FORM – PHASE 2 ("DAMAGES PHASE")

**INSTRUCTIONS:**

1. **FOLLOW THE INSTRUCTIONS ON THIS FORM**

2. **ANSWER EACH QUESTION IN THE ORDER THEY APPEAR**

3. **DO NOT DELIBERATE ON THESE QUESTIONS OUT OF ORDER.**

WE, THE JURY, unanimously find the answers to the following questions submitted by the Court by a preponderance of the evidence, as follows:

1. What amounts do you find to be the full, just, and reasonable compensation for the Plaintiffs' damages caused by the Defendant?

**ANSWER IN DOLLARS:**

ANSWER:

(1) The Full Value of Price Thornal's Life to Himself Had He Lived:

$ 26,141,626.00

1

**THAT CONCLUDES YOUR DELIBERATIONS. HAVE YOUR FOREPERSON DATE AND SIGN THIS VERDICT FORM AND RETURN TO THE COURTROOM TO PUBLISH YOUR VERDICT.**

SO SAY WE ALL this __5__ day of __Nov.__ 2021.

_____
Foreperson

2