# EXHIBIT D

State Court of Fulton County
**E-FILED**
04VS071112
3/5/2024 3:43 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| ED HELLER, Individually and as the Administrator of the Estate of PATRICIA HELLER,<br><br>    Plaintiffs,<br><br>v.<br><br>HAMDYA ADEM, As Administrator of the Estate of ABDALLAH D. ADEM, UNITED EXPRESS CAB CO., and CITY OF ATLANTA INSPECTOR GREG SHEPARD,<br><br>    Defendants. | CIVIL ACTION<br><br>FILE NO.: 04VS071112 |

## VERDICT

We, the jury, find against the following Defendant(s):

_____ Defendant Hamdya Adem, As Administrator of the Estate of Abdallah D. Adem

✓ Defendant United Express Cab Co.

_____ Defendant Inspector Greg Shepard

We, the jury, award damages to the Plaintiff Ed Heller in the amount of $ 25.5 million.

This 4th day of March 2024.

_Heidi W. Sullivan_
FOREPERSON

_Heidi W. Sullivan_
Print Name

Case 2:22-cv-00017-RWS   Document 199-4   Filed 05/30/25   Page 3 of 3

State Court of Fulton County
**E-FILED**
04VS071112
3/5/2024 3:46 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| ED HELLER, Individually and as the Administrator of the Estate of PATRICIA HELLER,<br><br>                Plaintiffs,<br>v.<br>HAMDYA ADEM, As Administrator of the Estate of ABDALLAH D. ADEM, UNITED EXPRESS CAB CO., and CITY OF ATLANTA INSPECTOR GREG SHEPARD,<br><br>                Defendants. | CIVIL ACTION<br>FILE NO.: <u>04VS071112</u> |

## **JUDGMENT**

THIS ACTION, having been tried before the Court and jury with the Honorable <u>Jerry Baxter</u>, Senior Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict, it is

ORDERED AND ADJUDGED that the jury's verdict be made the judgment of this Court and that judgment is entered in favor of Plaintiff Ed Heller, as the surviving spouse of Patricia Heller, and against Defendant United Express Cab Co. in the amount of $25,500,000.

DATED this 4th day of March 2024.

_____
Hon. Judge Jerry Baxter, Senior Judge
Sitting by Designation

Copies filed and served via eFileGA