# EXHIBIT E

Muscogee County
State Court
AUG 23 2019
Filed in Chambers
Andy Prather

IN THE STATE COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA
SC2017CV00106

LARRY MADERE, as Surviving Spouse of JUDY ANN GAUDET MADERE, Deceased and ANJANETTE MADERE THOMAS as Administratrix for the Succession of JUDY ANN GAUDET MADERE, Deceased, Plaintiffs
v.
SCHNITZER SOUTHEAST, LLC, SCHNITZER STEEL INDUSTRIES, INC. and KENNETH E. CATHEY, Defendants

VERDICT PHASE 1

We the Jury find in favor of the Plaintiffs for the value of the life of Judy Madere in the amount of $ 150 million

We the Jury find in favor of the Plaintiffs for the pain and suffering of Judy Madere in the amount of $ 30 million

We the Jury find that the negligence of Schnitzer Southeast LLC proximately caused the death of Judy Madere.  ☑ Yes   ☐ No.

We the Jury find that Schnitzer Southeast LLC was an alter ego of Schnitzer Steel Industries, Inc. ☑ Yes.   ☐ No

We the Jury find that Schnitzer Southeast LLC and Schnitzer Steel Industries, Inc. were operating as joint venture which employed Kenneth Cathey on July 18, 2016  ☑ Yes   ☐ No

We the Jury find that Kenneth Cathey was working in the scope of his employment and/or as an agent of Schnitzer Steel Industries LLC [Inc] on July 18, 2016  ☑ Yes   ☐ No

17v106 Page 8

We the Jury find that the negligence of Schnitzer Steel Industries, Inc. proximately caused the death of Judy Madere.  ☑ Yes     ☐ No.

We the jury find that punitive damages should be awarded to the Plaintiffs against:

| | | |
|---|---|---|
| Schnitzer Southeast LLC | ☑ Yes | ☐ No |
| Schnitzer Steel Industries, Inc. | ☑ Yes | ☐ No |
| Kenneth Cathey | ☑ Yes | ☐ No |

We the jury find that the Plaintiffs' attorneys' fees and expenses of litigation should be awarded to the Plaintiffs against:

| | | |
|---|---|---|
| Schnitzer Southeast LLC | ☑ Yes | ☐ No |
| Schnitzer Steel Industries, Inc. | ☑ Yes | ☐ No |
| Kenneth Cathey | ☑ Yes | ☐ No |

This the 23rd day of August. 2019

[Name redacted per Court's instructions]
_____
Foreperson

Muscogee County
State Court
AUG 23 2019
Filed in Chambers
Andy Prather

IN THE STATE COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA

SC2017CV00106

LARRY MADERE, as Surviving Spouse of JUDY ANN GAUDET MADERE, Deceased and ANJANETTE MADERE THOMAS as Administratrix for the Succession of JUDY ANN GAUDET MADERE, Deceased, Plaintiffs
v.
SCHNITZER SOUTHEAST, LLC, SCHNITZER STEEL INDUSTRIES, INC. and KENNETH E. CATHEY, Defendants

VERDICT FORM PHASE 2

We the Jury find punitive damages should be awarded to the Plaintiffs in the amount of

$ 100 million

We the Jury find attorneys' fees and expenses of litigation should be awarded to the Plaintiffs in the amount of

$ 65,000

This the 23rd day of August, 2019

[Name redacted per Court's instructions]
_____
Foreperson

17v106 Page 11