UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Santana Bryson and Joshua Bryson, as Administrators of the Estate of C.Z.B., and as surviving parents of C.Z.B., a deceased minor,<br><br>    Plaintiffs,<br><br>v.<br><br>Rough Country, LLC<br><br>    Defendant. | Civil Action File<br><br>No. 2:22-cv-17-RWS |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Following Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Joshua and Santana Bryson and Defendant Rough Country LLC file this stipulation of dismissal with prejudice. Each party will bear its own costs and attorney fees. There are no remaining claims or counterclaims, and the Clerk of Court is requested to close this action.

Respectfully submitted on August 25, 2025.

| | |
|---|---|
| CANNELLA SNYDER LLC | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL LLC |
| */s/ Tedra L. Cannella* | */s/ Aaron B. Chausmer* |
| TEDRA L. CANNELLA<br>Georgia Bar No. 881085<br>tedra@cannellasnyder.com | RICHARD H. HILL<br>Georgia Bar No. 354425<br>rhill@wwhgd.com |

| | |
|---|---|
| ROBERT H. SNYDER, JR.<br>  Georgia Bar No. 404522<br>  rob@cannellasnyder.com<br>DEVIN L. MASHMAN<br>  Georgia Bar No. 257588<br>  devin@cannellasnyder.com<br>315 W Ponce de Leon Ave, Suite 885<br>Decatur, GA 30030<br>404-800-4828<br>Fax: 404-393-0365<br><br>*Counsel for Plaintiffs* | AARON B. CHAUSMER<br>  Georgia Bar No. 119998<br>  achausmer@wwhgd.com<br>3344 Peachtree Road, NE, Suite 2400<br>Atlanta, GA 30326<br>404-876-2700<br>Fax: 404-875-9433<br><br>*Counsel for Defendant* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in 14-point Times New Roman font.

                                        CANNELLA SNYDER LLC

                                        */s/ Tedra L. Cannella*
                                        TEDRA L. CANNELLA
                                           Georgia Bar No. 881085
                                           tedra@cannellasnyder.com
                                        ROBERT H. SNYDER, JR.
                                           Georgia Bar No. 404522
                                           rob@cannellasnyder.com
                                        DEVIN L. MASHMAN
                                           Georgia Bar No. 257588
                                           devin@cannellasnyder.com

                                        315 W. Ponce de Leon Ave.
                                        Suite 885
                                        Decatur, GA 30030
                                        (404) 800-4828
                                        (404) 393-0365 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of Court via CM/ECF, which will automatically serve the following attorneys of record:

Richard H. Hill
Aaron B. Chausmer
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
rhill@wwhgd.com
achausmer@wwhgd.com

This 25th day of August, 2025.

                                          CANNELLA SNYDER LLC

                                          */s/ Tedra L. Cannella*
                                          Tedra L. Cannella
                                          Georgia Bar No. 881085
                                          *Attorney for Plaintiffs*